## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **LEE HO VILLAGE TOWNHOME ASSOCIATION** | § | |
| | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | **CIVIL ACTION NO. 4:25-cv-4165** |
| **V.** | § | **JURY** |
| | § | |
| **OHIO SECURITY INSURANCE COMPANY,** | § | |
| | § | |
| | § | |
| | § | |
| *Defendant.* | § | |

### <u>ORDER ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT</u>

On this day, came on to be heard Defendant Ohio Security Insurance Company's Motion for Summary Judgment. Having considered the motion, Plaintiff's response, evidence, if any, and the relevant authorities, the Court finds Defendant's motion should be, and hereby is, GRANTED.

It is therefore **ORDERED** that Defendant Ohio Security Insurance Company's Motion for Summary Judgment is hereby **GRANTED**.  Accordingly, Plaintiff's causes of action against Defendant as to Plaintiff's claims for

_____ The Motion is Granted in its Entirety.

_____ Breach of Contract is hereby GRANTED and hereby dismissed with prejudice.

_____Violations of the Texas Insurance Code: Unfair Settlement Practices is hereby GRANTED and are hereby dismissed with prejudice,

_____Violations of the Texas Insurance Code: Prompt Payment of Claims is hereby GRANTED and are hereby dismissed with prejudice,

_____Breach of the Duty of Good Faith and Fair Dealing is hereby GRANTED and are hereby dismissed with prejudice,

Order on Defendant's Motion for Summary Judgment  Page 1
27433900v2
07422.956

_____Violations of the Texas Deceptive Trade Practices Act, Unfair Insurance Practices, is

hereby GRANTED are hereby dismissed with prejudice.

Signed on ___ of _____, 2026.

_____
**UNITED STATES DISTRICT JUDGE**

Order on Defendant's Motion for Summary Judgment  Page 2
27433900v2
07422.956