# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **LEE HO VILLAGE TOWNHOME ASSOCIATION** | § § § § | |
| *Plaintiff*, | § § | |
| **V.** | § § § | **CIVIL ACTION NO. 4:25-cv-4165**<br>**JURY** |
| **OHIO SECURITY INSURANCE COMPANY,** | § § § | |
| *Defendant*. | § § § | |

### APPENDIX

Defendant Ohio Security Insurance Company files this Appendix to its Motion for Summary Judgment as follows:

| | |
|---|---|
| **Exhibit A:** | **Policy** |
| **Exhibit B:** | **July 11, 2024, Claim Acknowledgment** |
| **Exhibit C:** | **Field Adjuster Photos** |
| **Exhibit D:** | **Seek Now Report Building 1** |
| **Exhibit E:** | **Seek Now Report Building 2** |
| **Exhibit F:** | **Seek Now Report Building 3** |
| **Exhibit G:** | **Seek Now Report Building 4** |
| **Exhibit H:** | **Seek Now Report Building 5** |
| **Exhibit I:** | **Seek Now Report Building 6** |
| **Exhibit J:** | **Below Deductible Letter** |
| **Exhibit K:** | **September 19, 2024, Letter of Representation** |

| | |
|---|---|
| **Exhibit L:** | **January 30, 2025 Pre-Suit Notice Letter and Estimate** |
| **Exhibit M**: | **Satellite Imagery showing property between 5/18/22 through 1/11/25** |
| **Exhibit N:** | **Declaration of Brandon Mann** |

Respectfully submitted,

**THOMPSON, COE, COUSINS & IRONS, LLP**

*/s/ Kolby J. Keller*

Jonathan Peirce
State Bar No. 24088836
Southern District No. 2303246
jpeirce@thompsoncoe.com
4400 Post Oak Parkway, Suite 1000
Houston, Texas 77027
Telephone:  713-403-8210
Facsimile:  713-403-8299

AND

Kolby Keller
State Bar No. 24119382
Southern District No. 3676114
kkeller@thompsoncoe.com
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: 214-871-8200
Facsimile:  214-871-8209
**ATTORNEYS FOR DEFENDANT
OHIO SECURITY INSURANCE
COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of June, 2026, a true and correct copy of the foregoing document was electronically served on counsel for Plaintiff below in accordance with the Federal Rules of Civil Procedure:

**NATIONAL INSURANCE ADVOCATES, LLP**
Anthony Pastor, Esq
Joseph Varona
Erik Barnard
6330 Manor Lane
Suite 200
Miami, FL 33143
Telephone: 833-701-4110
service@nia.law
anthony@nia.law
jv@plglawyersfl.com
eric@nia.law
***Attorneys for Plaintiff***

*/s/Kolby J. Keller*_____
Kolby J. Keller