# EXHIBIT A



**Policyholder    Information**

| Named Insured & Mailing Address | Agent Mailing Address & Phone No. |
|---|---|
| LEE HO VILLAGE<br>TOWNHOME ASSOCIATION<br>6918 Corporate Dr A5<br>HOUSTON, TX 77036 | (713) 878-2222<br>JACOBSON & ASSOCIATES, LLC<br>9894 Bissonnet St Ste 340<br>Houston, TX 77036-8278 |





**Your Commercial Documents**

*Dear Policyholder:*

We know you work hard to build your business. We work together with your agent, **JACOBSON & ASSOCIATES, LLC        (713) 878-2222** to help protect the things you care about. Thank you for selecting us.

**THIS IS NOT A BILL**

Enclosed are your insurance documents consisting of:

- Commercial Package

To find your specific coverages, limits of liability, and premium, please refer to your Declarations page(s).

If you have any questions or changes that may affect your insurance needs, please contact your Agent at (713) 878-2222



**Reminders**

- Verify that all information is correct
- If you have any changes, please contact your Agent at (713) 878-2222
- In case of a claim, call your Agent or 1-844-325-2467

**You Need To Know**

- **CONTINUED ON NEXT PAGE**

*To report a claim, call your Agent or 1-844-325-2467*

**DS 70 20 01 21**

OSIC_LEE HO_000001

**You Need To Know - continued**

- **NOTICE(S) TO POLICYHOLDER(S)**
The Important Notice(s) to Policyholder(s) provide a general explanation of changes in coverage to your policy. The Important Notice(s) to Policyholder(s) is not a part of your insurance policy and it does not alter policy provisions or conditions. Only the provisions of your policy determine the scope of your insurance protection. It is important that you read your policy carefully to determine your rights, duties and what is and is not covered.

| FORM NUMBER | TITLE |
|---|---|
| CNI90 11 07 18 | Reporting A Commercial Claim 24 Hours A Day |
| CNI90 26 09 23 | Important Notice To Policyholder Additional Defined Terms Roof Surfacing Cosmetic Loss Exclusion |
| CNI90 27 07 23 | Important Notice To Policyholder Expanded Meaning Of Defined Terms Actual Cash Value - Roof Surfacing |
| CNL90 09 10 22 | Important Notice to Policyholder - Potential Changes to Your Policy Rating Basis |
| NP 10 84 11 22 | Important Notice To Policyholder Potential Changes And/Or Clarifications In Coverage Exclusion - PFC/PFAS |
| NP 72 42 02 20 | Terrorism Insurance Premium Disclosure And Opportunity To Reject |
| NP 74 44 09 06 | U.S. Treasury Department's Office of Foreign Assets Control (OFAC) Advisory Notice to Policyholders |
| NP 89 69 09 21 | Important Policyholder Information Concerning Billing Practices |
| NP 91 50 04 12 | Texas Disclosure Form Exclusion - Asbestos Liability |
| NP 91 51 04 12 | Texas Disclosure Form Exclusion - Lead Liability |
| NP 93 73 03 13 | Texas Period To File A Claim or Bring Legal Action Against Us Notice - Windstorm or Hail - Catastrophe |
| NP 98 20 01 15 | Jurisdictional Boiler And Pressure Vessel Inspections |
| SNI04 01 01 23 | Liberty Mutual Group California Privacy Notice |
| SNI42 02 04 15 | Texas Notice - Notification Of The Availability Of Loss Control Information/Services |
| SNI42 03 07 23 | Have A Complaint Or Need Help? |
| SNI90 05 09 19 | Texas Flood Insurance Disclosure Notice |

- This policy will be direct billed. You may choose to combine any number of policies on one bill with your billing account. Please contact your agent for more information.

OSIC_LEE HO_000002

**CNI 90 11 07 18**

# REPORTING  A COMMERCIAL  CLAIM  24 HOURS  A DAY

**Liberty Mutual Insurance claims professionals across the United States are ready to resolve your claim quickly and fairly, so you and your team can focus on your business. Our claims teams are specialized, experienced and dedicated to a high standard of service.**

**We're Just a Call Away - One Phone Number to Report All Commercial Insurance Claims**

Reporting a new claim has never been easier. A Liberty Mutual customer service representative is available to you 24/7 at `1(844)325-2467` for reporting new property, auto, liability and workers' compensation claims. With contact centers strategically located throughout the country for continuity and accessibility, we're there when we're needed!

**Additional Resource for Workers' Compensation Customers**

In many states, employers are required by law to use state-specific workers compensation claims forms and posting notices. This type of information can be found in the Policyholders Toolkit section of our website along with other helpful resources such as:

- Direct links to state workers compensation websites where you can find state-specific claim forms
- Assistance finding local medical providers
- First Fill pharmacy forms - part of our managed care pharmacy program committed to helping injured workers recover and return to work

Our Policyholder Toolkit can be accessed at **www.libertymutualgroup.com/toolkit.**

For all claims inquiries please call us at `1(844)325-2467` **.**

© 2018 Liberty Mutual Insurance

**CNI 90 11 07 18**

**Page 1 of 1**

OSIC_LEE HO_000003

**CNI 90 26 09 23**

# IMPORTANT  NOTICE  TO POLICYHOLDER
## ADDITIONAL  DEFINED TERMS
## ROOF SURFACING  COSMETIC  LOSS  EXCLUSION

Thank you for insuring  your business  with Liberty  Mutual. We appreciate the trust and confidence  you have placed in us. We take our responsibility   to our customers  seriously,  and part of that responsibility   is keeping you informed  at all times.

**What You Need to Know**

This notice provides information  concerning  the following  endorsements  which may apply to your policy.

| Expiring Form | Expiring Form Number | New  Form | New  Form Number |
|---|---|---|---|
| Roof Surfacing  Cosmetic Loss Exclusion | CP 88 36 | Roof Surfacing  Cosmetic Loss Exclusion | CP 92 17 |
| Missouri  Roof Surfacing Cosmetic  Loss Exclusion | CP 88 42 | Texas - Roof And Metal Surfaces Cosmetic Loss Exclusion | CP 92 25 |
| Roof Surfacing  Cosmetic Loss Exclusion | BP 89 24 | Roof Surfacing  Cosmetic Loss Exclusion | BP 91 10 |
| Roof Surfacing  Cosmetic Loss Exclusion | BP 89 25 | Texas - Roof And Metal Surfaces Cosmetic Loss Exclusion | BP 91 17 |

These endorsements  have been revised to include  the following:

1. Cosmetic Loss or Damage: The meaning  of "cosmetic  loss or damage"  has been modified  to clarify the conditions  that apply to the updated definition.
2. Metal Roof Materials:  A definition  for "metal  roof materials"  has been added.
3. Metal Exterior Building  Surfaces: A definition  for "metal  exterior  building  surfaces"  has been added.

Please note that these revisions  may affect coverage  provided.

**Reviewing  Your Coverage**

If either of the new endorsements  listed above apply to your policy,  please review and keep them with your policy.

**We're  Here to Help**

If you would  like more information  on this change or have any other questions  about your policy,  please contact the broker or agent shown  on your Declarations  Page.

**The above summary  is for information  purposes only and does not provide coverage. Your Declarations Page, in conjunction  with your policy and other applicable  endorsements,  provides complete details of your coverages. If this summary  conflicts  with the applicable  policy language, the policy language pre- vails. Carefully  read your policy, including  all endorsements.**

OSIC_LEE HO_000004

CNI 90 27 07 23

**IMPORTANT NOTICE TO POLICYHOLDER**
**EXPANDED MEANING OF DEFINED TERM**
**ACTUAL CASH VALUE - ROOF SURFACING**

Thank you for insuring your business with Liberty Mutual. We appreciate the trust and confidence you have placed in us. We take our responsibility to our customers seriously and part of that responsibility is keeping you informed at all times.

**What You Need to Know**

This notice provides information concerning the following endorsements which may apply to your policy.

| Expiring Form | Expiring Form Number | New Form | New Form Number |
|---|---|---|---|
| Actual Cash Value - Roof(s) | CP 88 37 | Actual Cash Value - Roof(s) | CP 92 19 |
| Missouri - Actual Cash Value - Roof(s) | CP 88 41 | | |
| Windstorm or Hail Losses to Roof Surfacing - Actual Cash Value Loss Settlement | BP 14 04 | Windstorm or Hail Losses to Roof Surfacing - Actual Cash Value Loss Settlement | BP 91 05 |

These endorsements have been revised to include the following:

- Roof Surfacing: The meaning of roof surfacing has been modified to clarify additional components that are covered under the updated definition and settled at actual cash value in the event of a covered loss. Please note that this revision may affect coverage provided.

**Reviewing Your Coverage**

If either of the new endorsements listed above apply to your policy, please review and keep them with your policy.

**We're Here to Help**

If you would like more information about this notice or have any other questions about your policy, please contact the broker or agent shown on your Declarations Page.

**The above summary is for information purposes only and does not provide coverage. Your Declarations Page, in conjunction with your policy and other applicable endorsements, provides complete details of your coverages. If this summary conflicts with the applicable policy language, the policy language prevails. Carefully read your policy, including all endorsements.**

**CNI 90 27 07 23**    © 2023 Liberty Mutual Insurance    **Page 1 of 1**

OSIC_LEE HO_000005

**CNL 90 09 10 22**

# IMPORTANT  NOTICE  TO  POLICYHOLDER
## POTENTIAL  CHANGES  TO YOUR POLICY RATING  BASIS

Dear  Valued  Policyholder,

Thank  you  for  selecting  us  as  your  carrier  for  your  commercial  insurance.  We  appreciate  your  business and  the  trust  you  place  in  us  for  your  insurance  needs.

This  notice  explains  potential  changes  to  your  policy  rating  basis.

If  your  policy  rating  basis  includes  sales  or  payroll,  the  exposure  estimates  used  to  calculate  your premium  may  be  adjusted  on  your  renewal  policy  to  reflect  inflationary  and  market  trends  and  will apply  to  future  renewals.  This  may  impact  the  premium  we  charge  for  your  renewal  (and  other associated  charges).  If  you  have  any  exposure  estimate  changes  or  questions,  please  contact  your  agent.

OSIC_LEE HO_000006

NP 10 84 11 22

# IMPORTANT  NOTICE  TO  POLICYHOLDER
# POTENTIAL  CHANGES  AND/OR  CLARIFICATIONS  IN  COVERAGE
# EXCLUSION  - PFC/PFAS

Dear Valued Policyholder,

Thank you for selecting us as your carrier for commercial insurance. We appreciate your business and the trust you place in us for your insurance needs.

Please read your policy, including all endorsements, and review your declarations page for complete coverage information. No coverage is provided by this notice, nor can it be construed to replace any provision of your policy. If there are discrepancies between your policy and this notice, the provisions of the policy shall prevail.

If you have any questions after reviewing this notice, please contact the broker or agent identified on your declarations page.

This notice does not form a part of your insurance contract. The notice is designed to alert you to a coverage change and/or clarification in your policy.

This notice provides information concerning the following endorsements, which may be attached to your renewal policy being issued by us.

**EXCLUSION  - PFC/PFAS BP 90 99 03 22**

**EXCLUSION  - PFC/PFAS CE 89 69 12 21**

**EXCLUSION  - PFC/PFAS CG 93 74 03 22**

**EXCLUSION  - PFC/PFAS CU 91 94 03 22**

**EXCLUSION  - PFC/PFAS FL 88 45 03 22**

When Exclusion - PFC/PFAS endorsement is attached to your policy, coverage is excluded for liability arising out of perfluorinated compounds or per- and polyfluoroalkyl substances.

Thank you for your business.

OSIC_LEE HO_000007

```
LEE HO VILLAGE                          BKS  (25)   66 20 11 09
TOWNHOME ASSOCIATION                    From 05/06/2024 To 05/06/2025
6918 Corporate Dr A5
HOUSTON, TX 77036


(713) 878-2222
JACOBSON & ASSOCIATES, LLC


9894 Bissonnet St Ste 340
Houston, TX 77036-8278
```

### TERRORISM INSURANCE PREMIUM DISCLOSURE AND
### OPPORTUNITY TO REJECT

**This notice contains important information about the Terrorism Risk Insurance Act and its effect on your policy. Please read it carefully.**

#### THE TERRORISM RISK INSURANCE ACT

The Terrorism Risk Insurance Act, including all amendments ("TRIA" or the "Act"), establishes a program to spread the risk of catastrophic losses from certain acts of terrorism between insurers and the federal government. If an individual insurer's losses from "certified acts of terrorism" exceed a specified deductible amount, the government will generally reimburse the insurer for a percentage of losses (the "Federal Share") paid in excess of the deductible, but only if aggregate industry losses from such acts exceed the "Program Trigger". An insurer that has met its insurer deductible is not liable for any portion of losses in excess of $100 billion per year. Similarly, the federal government is not liable for any losses covered by the Act that exceed this amount. If aggregate insured losses exceed $100 billion, losses up to that amount may be pro-rated, as determined by the Secretary of the Treasury.

Beginning in calendar year 2020, the Federal Share is 80% and the Program Trigger is $200,000,000.

#### MANDATORY OFFER OF COVERAGE FOR "CERTIFIED ACTS OF TERRORISM" AND DISCLOSURE OF PREMIUM

TRIA requires insurers to make coverage available for any loss that occurs within the United States (or outside of the U.S. in the case of U.S. missions and certain air carriers and vessels), results from a "certified act of terrorism" AND that is otherwise covered under your policy.

A "certified act of terrorism" means:

[A]ny act that is certified by the Secretary [of the Treasury], in consultation with the Secretary of Homeland Security, and the Attorney General of the United States

**(i)** to be an act of terrorism;

**(ii)** to be a violent act or an act that is dangerous to
- **(I)** human life;
- **(II)** property; or
- **(III)** infrastructure;

**(iii)** to have resulted in damage within the United States, or outside of the United States in the case of
- **(I)** an air carrier (as defined in section 40102 of title 49, United States Code) or United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States); or
- **(II)** the premises of a United States mission; and

OSIC_LEE HO_000008

**(iv)** to have been committed  by an individual  or individuals  as part of an effort  to coerce the civilian  population  of the United States or to influence  the policy or affect  the conduct  of the United States  Government  by coercion.

## REJECTING TERRORISM INSURANCE COVERAGE - WHAT YOU MUST  DO

We have included  in your policy  coverage  for losses  resulting  from "certified  acts of terrorism"  as defined above.

THE PREMIUM  CHARGE FOR THIS COVERAGE APPEARS ON THE DECLARATIONS  PAGE OF THE POLICY AND DOES NOT INCLUDE ANY CHARGES FOR THE PORTION OF LOSS COVERED BY THE FEDERAL GOVERNMENT UNDER THE ACT. If we are providing  you with a quote, the premium  charge will also appear on your quote as a separate  line item charge.

IF YOU CHOOSE TO REJECT THIS COVERAGE, PLEASE CHECK THE BOX BELOW, SIGN THE ACKNOWLEDGMENT, AND RETURN THIS FORM TO YOUR AGENT: **Please ensure any rejection is received within thirty (30) days of the effective  date of your policy .**

Before making a decision  to reject terrorism  insurance,  refer to the Disclaimer  for Standard  Fire Policy States located at the end of this Notice.

☐ I hereby reject this offer of coverage. I understand  that by rejecting  this offer, I will have no coverage  for losses arising from "certified  acts of terrorism"  and my policy will be endorsed accordingly.

Policyholder/Applicant's    Signature                              Print Name                              Date Signed

_____          _____          _____

Named Insured                                                      Policy Number

LEE HO VILLAGE                                                      BKS  (25)    66 20 11 09
TOWNHOME ASSOCIATION

Policy Effective/Expiration  Date

From 05/06/2024 To 05/06/2025

**IF YOU REJECTED THIS COVERAGE, PLEASE RETURN THIS FORM TO YOUR AGENT.**

Note: Certain states (currently  CA, GA, IA, IL, ME, MO, NY, NC, NJ, OR, RI, WA, WI and WV) mandate coverage for loss caused by fire following  a "certified  act of terrorism"  in certain types of insurance policies. If you reject TRIA coverage in these states on those policies, you will not be charged any additional premium  for that state mandated  coverage.

**The summary of the Act and the coverage  under your policy contained  in this notice is necessarily general in nature. Your policy contains specific terms, definitions, exclusions and conditions. In case of any conflict, your policy language will control the resolution of all coverage questions. Please read your policy carefully.**

If you have any questions  regarding  this notice, please contact  your agent.

NP 74 44 09 06

# U.S. TREASURY DEPARTMENT'S  OFFICE OF FOREIGN ASSETS CONTROL ("OFAC") ADVISORY  NOTICE  TO POLICYHOLDERS

No coverage is provided  by this Policyholder  Notice  nor can it be construed  to replace any provisions  of your policy. You should  read your policy  and review  your Declarations  page for complete  information  on the coverages  you are provided.

This Notice provides  information  concerning  possible  impact on your insurance  coverage due to directives issued  by OFAC. **Please read this Notice  carefully.**

Please refer any questions  you may have to your insurance  agent.

The Office of Foreign Assets Control (OFAC) administers  and enforces sanctions  policy, based on Presidential declarations  of "national  emergency".  OFAC has identified  and listed numerous:

- Foreign  agents;
- Front  organizations;
- Terrorists;
- Terrorist  organizations;  and
- Narcotics  traffickers;

as "Specially  Designated  Nationals  and Blocked  Persons".  This list can be located  on the United  States Treasury's  web site - http//www.treas.gov/ofac.

In accordance  with OFAC regulations,  if it is determined  that you or any other insured,  or any person or entity claiming  the benefits of this insurance  has violated  U.S. sanctions  law or is a Specially  Designated National  and Blocked  Person, as identified  by OFAC, this insurance  will  be considered  a blocked  or frozen contract  and all provisions  of this insurance  are immediately   subject  to OFAC. When an insurance  policy  is considered  to be such a blocked  or frozen  contract,  no payments  nor premium  refunds  may be made without  authorization  from OFAC. Other limitations  on the premiums  and payments  also apply.

© 2011 Liberty Mutual Insurance. All rights reserved.
NP 74 44 09 06    Includes copyrighted material of Insurance Services Office, Inc., with its permission.    **Page 1 of 1**

OSIC_LEE HO_000010

NP 89 69 09 21

# IMPORTANT  POLICYHOLDER INFORMATION  CONCERNING BILLING PRACTICES

**Dear Valued Policyholder:** This insert provides you with important information  about our policy billing practices  that may affect you. Please review  it carefully  and contact your agent if you have any questions.

**Premium Notice:** We will  mail you a policy Premium Notice separately. The Premium  Notice will provide you with specifics regarding  your agent, the account and policy billed, the billing  company, payment plan, policy number, transaction dates, description  of transactions, charges/credits,  policy amount balance, minimum  amount,  and payment  due date. This insert explains fees that may apply to and be shown on your Premium  Notice.

**Available Premium Payment Plans:**

- **Annual Payment Plan:** When this plan applies, you have elected to pay the entire premium  amount balance shown on your Premium  Notice in full. No installment  billing  fee applies  when the Annual Payment  Plan applies.

- **Installment  Payment Plan:** When this plan applies, you have elected to pay your policy premium  in installments  (e.g.: quarterly  or monthly  installments  - Installment  Payment Plans vary by state). As noted below,  an installment  fee may apply  when the Installment  Payment Plan applies.

The Premium  Payment Plan that applies  to your policy is shown on the top of your Premium  Notice. Please contact  your agent if you want to change your Payment  Plan election.

**Installment  Payment Plan Fee:** If you elected to pay your premiums  in installments  using the Installment Premium  Payment Plan, an installment  billing  fee applies  to each installment  bill. The installment  billing charge will  not apply,  however,  if you pay the entire balance due when you receive the bill for the first installment.  Because the amount  of the installment  charge varies from  state to state, please consult  your Premium  Notice for the actual fee that applies.

**Dishonored Payment Fee:** Your financial  institution  may refuse to honor the premium  payment  withdrawal request  you submit  to us due to insufficient  funds  in your account  or for some other reason. If that is the case, and your premium  payment  withdrawal   request  is returned  to us dishonored,  a payment  return fee will  apply. Because the amount  of the return fee varies from  state to state, please consult  your Premium Notice for the actual fee that applies.

**Late Payment Fee:** If we do not receive the minimum   amount  due on or before the date or time the payment is due, as indicated  on your Premium  Notice, you will  receive a policy cancellation  notice effective  at a future  date that will  also reflect  a late payment  fee charge. Issuance of the cancellation  notice due to non-payment  of a scheduled  installment(s)   may result  in the billing  and collection  of all or part of any outstanding  premiums  due for the policy  period. Late Payment Fees vary from  state to state and are not applicable  in some states.

**Special Note:** Please note that some states do not permit  the charging  of certain fees. Therefore,  if your state does not allow  the charging  of an Installment  Payment Plan, Dishonored  Payment  or Late Payment Fee, the disallowed  fee will  not be charged and will  not be included  on your Premium  Notice.

**EFT-Automatic  Withdrawals  Payment Option:** When you select this option,  you will  not be sent Premium Notices and, in most  cases, will  be charged installment  fees. For more information  on our EFT-Automatic withdrawals  payment  option,  refer to the attached  EFT enrollment  sheet.

Once again, please contact  your agent if you have any questions  about the above billing  practice information.

**Thank you for selecting  us to service  your insurance needs.**

OSIC_LEE HO_000011

NP 91 50 04 12

## TEXAS  DISCLOSURE  FORM

## EXCLUSION  -  ASBESTOS  LIABILITY

This Disclosure  Notice  is not  your policy.  **READ YOUR  POLICY CAREFULLY** to determine  rights, duties and what  is and  is not  covered.  Only the  provisions  of your policy  determine  the  extent  of your  insurance protection.

This policy  contains  an exclusion  of coverage  for claims  arising  out of asbestos.

With  this  endorsement,  coverage  is excluded  for:

1. "Bodily  injury",  "property  damage"  or "personal  and advertising  injury"  arising,  in whole  or in part,  either  directly  or indirectly  out of the  manufacture,  storage,  processing,  mining,  use, sale, installation,  removal,  disposal,  distribution,  handling,  inhalation,  ingestion,  absorption,  or exis- tence of, exposure  to or contact  with  asbestos,  asbestos  contained  in goods,  products  or materials, asbestos  fibers  or asbestos  dust.

2. Any  loss, cost or expense  arising  out of any:

    a. Request,  demand,  order,  or statutory  or regulatory  requirement  that any insured  or others  test for, monitor,  clean  up, remove,  contain,  treat,  detoxify  or neutralize,  or in any way respond  to, or assess the effects  of asbestos,  asbestos  contained  in goods,  products  or materials,  asbestos fibers  or asbestos  dust;  or

    b. Claim  or "suit"  by or on behalf  of a governmental  authority  for damages  because  of testing  for, monitoring,  cleaning  up, removing,  containing,  treating,  detoxifying  or neutralizing,  or in any way responding  to, or assessing  the effects  of asbestos,  asbestos  contained  in goods,  products or materials,  asbestos  fibers  or asbestos  dust.

**Please read this exclusion  carefully.**

NP 91 50 04 12                     © 2012 Liberty Mutual Insurance. All rights reserved.                     **Page 1 of 1**

OSIC_LEE HO_000012

**NP 91 51 04 12**

# TEXAS  DISCLOSURE  FORM

## EXCLUSION  -  LEAD  LIABILITY

This Disclosure  Notice  is not your policy.  **READ YOUR  POLICY CAREFULLY** to determine  rights, duties  and what  is and is not covered.  Only the provisions  of your policy  determine  the extent  of your insurance protection.

This policy  contains  an exclusion  of coverage  for claims  arising  out of lead.

With  this  endorsement,  coverage  is excluded  for:



1.   "Bodily  injury",  "property  damage"  or "personal  and advertising  injury"  arising,  in whole  or in part, either  directly  or indirectly  out of the mining,  processing,  manufacture,  storage,  distribution, sale, installation,  removal, disposal,  handling,  inhalation,  ingestion,  absorption,  use or existence of, exposure  to, or contact  with  lead or lead contained  in goods,  products  or materials.

2.   Any loss, cost or expense  arising  out of any:

   a.   Request, demand, order, or statutory  or regulatory  requirement  that any insured  or others  test for, monitor,  clean up, remove,  contain,  treat, detoxify  or neutralize,  or in any way respond  to, or assess the effects of lead or lead contained  in goods,  products  or materialst;  or

   b.   Claim or "suit"  by or on behalf  of a governmental  authority  for damages  because of testing  for, monitoring,  cleaning  up, removing,  containing,  treating,  detoxifying  or neutralizing,  or in any way responding  to, or assessing  the effects  of lead or lead contained  in goods,  products  or materials.

**Please read this exclusion  carefully.**

---

**NP 91 51 04 12**          ©   2012 Liberty Mutual Insurance. All rights reserved.          **Page 1 of 1**

OSIC_LEE HO_000013

NP 93 73 03 13

# TEXAS PERIOD TO FILE A CLAIM OR BRING LEGAL ACTION AGAINST US NOTICE - WINDSTORM OR HAIL - CATASTROPHE AREA

This Notice does not form a part of your insurance contract. No coverage is provided by this Notice, nor can it be construed to replace any provisions of your policy (including its endorsements). If there is any conflict between this Notice and the policy (including its endorsements), **the provisions of the policy (including its endorsements) shall prevail.**

Carefully read your policy, including the endorsements attached to your policy.

In accordance with Texas Insurance Code Section 2301.010(f), we are notifying you that:

1. With respect to loss or damage in the State of Texas caused by windstorm or hail in the catastrophe area, as defined by the Texas Insurance Code, any claim must be filed with us not later than one year after the date of the loss or damage that is the subject of the claim, except that a claim may be filed after the first anniversary of the date of the loss or damage for good cause shown by the person filing the claim; and

2. Any legal action brought against us under the policy for loss or damage in the State of Texas caused by windstorm or hail in the catastrophe area, as defined by the Texas Insurance Code, must be brought within the earlier of the following:

   a. Two years and one day from the date we accept or reject the claim; or

   b. Three years and one day from the date of the loss or damage that is the subject of the claim.

© 2013 Liberty Mutual Insurance. All rights reserved.

NP 93 73 03 13    Includes copyrighted material of Insurance Services Office, Inc., with its permission.    **Page 1 of 1**

OSIC_LEE HO_000014

# JURISDICTIONAL   BOILER  AND  PRESSURE  VESSEL  INSPECTIONS

Most jurisdictions   (cities or states) are governed  by laws and regulations  that require  owners of boilers and pressure  vessels to have their equipment  inspected  on a routine  basis. Jurisdictions   require  that equipment is installed  and operated  according  to these regulations,  and it is the equipment  breakdown  engineering inspector's  responsibility   to verify  the equipment  complies  with all requirements.

Liberty  Mutual  Equipment  Breakdown  is a National  Board  Accredited  Authorized  Inspection  Agency. This designation   is recognized  by authorities  having jurisdictions   in the U.S. & provinces  of Canada and gives Liberty  Mutual  commissioned   inspectors  the ability  to perform  jurisdictionally   required  inspection  on boilers and pressure  vessels at insured  locations.  We have field inspectors  strategically   located  throughout  the U.S. to perform  boiler  and pressure  vessel inspection  for our customers  and clients.

**To request  a Jurisdictional  Inspection  please:**

- **Call the LMEB Hotline (877) 526-0020**

**Or**

- **Email your request to <u>LMEBInspections@Libertymutual.com</u>**

The assigned  EB Risk Engineer  will  call  to schedule  within  24 - 48 hours.  When requesting  an inspection please include  the following:

- Current  Policy  Number
- Location  Address
- Contact  Name
- Contact  Phone Number  and/or Email Address

  © 2015 Liberty Mutual Insurance

OSIC_LEE HO_000015

**LIBERTY MUTUAL GROUP CALIFORNIA PRIVACY NOTICE**
Commercial Lines (excluding Workers' Compensation)
(Effective January 1, 2023)
(Last Updated November 2022)

Liberty Mutual Group and its affiliates, subsidiaries, and partners (collectively "Liberty Mutual" or "we", "us" and "our") provide insurance to companies and other insurers. This Privacy Notice explains how we gather, use, and share your data. This Privacy Notice applies to you if you are a **Liberty Mutual commercial line insured or are a commercial line claimant residing in California**. It does not apply to covered employees or claimants under Workers' Compensation policies. If this notice does not apply to you, go to libertymutual.com/privacy to review the applicable Liberty Mutual privacy notice.

**What Personal Data Do We Collect?**

The types of personal data we gather and share depend on both the product and your relationship to us. For example, we may gather different data if you are a claimant reporting an injury than if you want a quote for commercial property insurance. The data we gather can include your Social Security Number, income, transaction data such as account balances and payment history, and data from consumer reports. It may also include data gathered in connection with our provision of insurance services, when you apply for such services, or resulting from other contacts with you. It may also include:

- **Identifiers**, including a real name, alias, postal address, unique personal identifier, online identifier, Internet Protocol address, email address, account name, Social Security Number, driver's license number, or other similar identifiers;

- **Personal data**, such as your name, signature, Social Security Number, physical characteristics or description, address, telephone number, driver's license or state identification card number, insurance policy number, education, employment, employment history, bank account number, financial data, precise geolocation, medical data, or health insurance data;

- **Protected classification characteristics described in California Civil Code § 1798.80(e)**, including age, race, color, national origin, citizenship, religion or creed, marital status, medical condition, physical or mental disability, sex (including gender, gender identity, gender expression, pregnancy or childbirth and related medical conditions), sexual orientation, or veteran or military status;

- **Commercial information**, including records of personal property, products or services purchased, obtained, or considered, or other purchasing or consuming histories and tendencies;

- **Internet or other similar network activity**, including browsing history, search history, information on a consumer's interaction with a website, application, or advertisement;

- **Professional or employment related information**, including current or past job history;

- **Inferences drawn from other personal information**, such as a profile reflecting a person's preferences, characteristics, psychological trends, predispositions, behavior, attitudes, intelligence, abilities, and aptitudes;

- **Risk data**, including data about your driving and/or accident history; this may include data from consumer reporting agencies, such as your motor vehicle records, and loss history information, health data, or criminal convictions;

- **Claims data**, including data about your previous and current claims, which may include data regarding your health, criminal convictions, third party reports, or other personal data; and

- **Sensitive Data** as defined under the California Privacy Rights Act when used to infer characteristics of an individual.

For information about the types of personal data we have collected in the past twelve (12) months, please go to lmi.co/caprivacynotices and click on the link for the California Privacy Policy (Consumers).

**How Do You Gather My Data?**

| We gather your personal data **directly from you**. For example, you provide us with data when you: | We also gather your personal data **from other people**. For example: |
|---|---|
| • ask about or buy insurance, or file a claim | • your insurance agent or broker |
| • pay your policy | • your employer, association or business (if you are insured through them) |

SNI 04 01 01 23    © 2022 Liberty Mutual Insurance    **Page 1 of 6**

OSIC_LEE HO_000016

| | |
|---|---|
| ● visit our websites, call us, or visit our office | ● our affiliates or other insurance companies about your transactions with them |
| | ● consumer reporting agencies, Motor Vehicle Departments, and inspection services, to gather your credit history, driving record, claims history, or value and condition of your property |
| | ● other public directories and sources |
| | ● third parties, including other insurers, brokers and insurance support organizations who you have communicated with about your policy or claim, anti-fraud databases, sanctions lists, court judgments and other databases, government agencies, open electoral register, or in the event of a claim, third parties including other parties to the claim witnesses, experts, loss adjusters and claim handlers |
| | ● other third parties who take out a policy with us and are required to provide your data such as when you are named as a beneficiary or where a family member has taken out a policy which requires your personal data |

Organizations that share data with us may keep it and disclose it to others as permitted by law. For data about how we have gathered personal data in the past twelve months, please go to lmi.co/caprivacynotices and click on the link for the California Privacy Policy (Consumers).

### How Do We Use Your Personal Data?

Liberty Mutual uses your data to provide you with our products and services, and as otherwise provided in this Privacy Notice. We may use your data and the data of our former customers for our business and other compatible purposes. Our business purposes include, for example:

| Business Purpose | Data Categories | Do we share or sell your information as defined by CPRA |
|---|---|---|
| **Market, sell and provide insurance.** This includes, for example:<br>● calculating your premium;<br>● determining your eligibility for a quote;<br>● confirming your identity and servicing your policy; | ● Identifiers<br>● Personal Information<br>● Protected Classification Characteristics<br>● Commercial Information<br>● Internet or other similar network activity<br>● Professional or employment related information<br>● Inferences drawn from other personal information<br>● Risk data<br>● Claims data<br>● Sensitive Data | ● No |

SNI 04 01 01 23                    © 2022 Liberty Mutual Insurance                    Page 2 of 6

OSIC_LEE HO_000017

| Business Purpose | Data Categories | Do we share or sell your information as defined by CPRA |
|---|---|---|
| **Manage your claim.** This includes, for example:<br>• managing your claim, if any;<br>• conducting claims investigations;<br>• conducting medical examinations;<br>• conducting inspections, appraisals;<br>• providing roadside assistance;<br>• providing rental car replacement or repairs; | • Identifiers<br>• Personal Information<br>• Protected Classification Characteristics<br>• Commercial Information<br>• Internet or other similar network activity<br>• Professional or employment related information<br>• Inferences drawn from other personal information<br>• Risk data<br>• Claims data | • No |
| **Day to Day Business and Insurance Operations.**<br>This includes, for example:<br>• creating, maintaining, customizing, and securing accounts;<br>• supporting day-to-day business and insurance related functions;<br>• doing internal research for technology and development;<br>• marketing, advertising and creating products and services;<br>• conducting audits related to a current contact with a consumer and other transactions;<br>• as described at or before the point of gathering personal data or with your authorization; | • Identifiers<br>• Personal Information<br>• Protected Classification Characteristics<br>• Commercial Information<br>• Internet or other similar network activity<br>• Professional or employment related information<br>• Inferences drawn from other personal information<br>• Risk data<br>• Claims data | • No |
| **Security and Fraud Detection.** This includes, for example:<br>• detecting security issues;<br>• protecting against fraud or illegal activity, and to comply with regulatory and law enforcement authorities;<br>• managing risk and securing our systems, assets, infrastructure, and premises;<br>• help to ensure the safety and security of Liberty staff, assets, and resources, which may include physical and virtual access controls and access rights management;<br>• supervisory controls and other monitoring and reviews, as permitted by law; and emergency and business continuity management; | • Identifiers<br>• Personal Information<br>• Protected Classification Characteristics<br>• Commercial Information<br>• Internet or other similar network activity<br>• Professional or employment related information<br>• Inferences drawn from other personal information<br>• Risk data<br>• Claims data | • No |

OSIC_LEE HO_000018

| Business Purpose | Data Categories | Do we share or sell your information as defined by CPRA |
|---|---|---|
| **Regulatory and Legal Requirements.** This includes for example:<br>• controls and access rights management;<br>• to evaluate or conduct a merger, divestiture, restructuring, reorganization, dissolution, or other sale or transfer of some or all of Liberty's assets, whether as a going concern or as part of bankruptcy, liquidation, or similar proceeding, in which personal data held by Liberty is among the assets transferred;<br>• exercising and defending our legal rights and positions;<br>• to meet Liberty contract obligations;<br>• to respond to law enforcement requests as required by applicable law, court order, or governmental regulations;<br>• as otherwise permitted by law; | • Identifiers<br>• Personal Information<br>• Protected Classification Characteristics<br>• Commercial Information<br>• Internet or other similar network activity<br>• Professional or employment related information<br>• Inferences drawn from other personal information<br>• Risk data<br>• Claims data | • No |
| **Improve Your Customer Experience and Our Products.** This includes, for example:<br>• improve your customer experience, our products, and service;<br>• to provide support, personalize, and develop our website, products, and services;<br>• create and offer new products and services; | • Identifiers<br>• Personal Information<br>• Commercial Information<br>• Internet or other similar network activity<br>• Professional or employment related information<br>• Inferences drawn from other personal information<br>• Risk data<br>• Claims data | • No |
| **Analytics to identify, understand, and manage our risks and products.** This includes, for example:<br>• conducting analytics to better identify, understand, and manage risk and our products; | • Identifiers<br>• Personal Information<br>• Protected Classification Characteristics<br>• Commercial Information<br>• Internet or other similar network activity<br>• Professional or employment related information<br>• Inferences drawn from other personal information;<br>• Risk data<br>• Claims data<br>• Sensitive Data | • No |

OSIC_LEE HO_000019

| Business Purpose | Data Categories | Do we share or sell your information as defined by CPRA |
|---|---|---|
| **Customer service and technical support.** This includes, for example:<br>• answer questions and provide notifications;<br>• provide customer and technical support. | • Identifiers<br>• Personal Information<br>• Commercial Information<br>• Internet or other similar network activity<br>• Professional or employment related information<br>• Inferences drawn from other personal information<br>• Risk data<br>• Claims data | • No |
| **Cross-Context Behavioral Advertising** | • Identifiers<br>• IP address<br>• Internet or other similar network activity | • We share this information with service providers such as search engines and social media platforms. |

Liberty Mutual will not collect additional categories of personal information or use the personal information we collected for materially unrelated, or incompatible purposes without updating our notice.

**Do We Disclose Your Personal Data?**

Liberty Mutual does not sell your personal data as defined by California law.

Liberty Mutual shares your personal data as disclosed above. The California privacy law defines sharing as "communicating orally, in writing, or by electronic or other means, a consumers personal information, to a third party for cross-context behavioral advertising, whether or not for monetary or other valuable consideration." This occurs when you visit the Liberty Mutual website. Cookies or pixels are deployed that then allow us to show you targeted advertisements when you visit other websites or social media platforms. You have the right to opt-out of this type of sharing and you may learn more about those rights at lmi.co/caprivacychoices.

This type of sharing is different from disclosing personal information to other entities to perform a service related to providing insurance or processing your claim. How we disclose data to these types of entities is set forth below.

Liberty Mutual may disclose personal data with affiliated and non-affiliated third parties, including:

- Liberty Mutual affiliates;
- Service Providers (such as auto repair facilities, towing companies, property inspectors, and independent adjusters);
- Insurance support organizations;
- Brokers and agents;
- Public entities (e.g. regulatory, quasi-regulatory, tax or other authorities, law enforcement agencies, courts, arbitrational bodies, and fraud prevention agencies);
- Consumer reporting agencies;
- Advisors including law firms, accountants, auditors, and tax advisors;
- Insurers, re-insurers, policy holders, and claimants;
- Group policyholders (for reporting claims data or an audit);
- A person, organization, affiliates or service providers conducting actuarial or research studies; and
- As permitted by law.

OSIC_LEE HO_000020

We may also disclose data with other companies that provide marketing services on our behalf or as part of a joint marketing agreement for products offered by Liberty Mutual. We will not disclose your personal data with others for their own marketing purposes.

We may also disclose data about our transactions (such as payment history) and experiences (such as claims made) with you to our affiliates.

Liberty Mutual may disclose the following categories of personal data as needed for business purposes:



| | |
|---|---|
| Identifiers | Personal Data |
| Protected Classification Characteristics | Commercial Data |
| Internet or other similar network activity | Professional, employment, and education data |
| Inferences drawn from personal data | Risk Data |
| Claims Data | |

For information about how we have shared personal information in the past twelve (12) months, please go to lmi.co/caprivacynotices and click on the link for the California Privacy Policy (Consumers).

### How Long Does Liberty Mutual Retain Each Category of Personal Data?

We retain your information in accordance with our legal obligations, our records retention policies, or as otherwise permitted by law. For example, we may have a legal obligation to retain informatio n relating to your policies or claims with us. We will delete your data once the legal obligation expires or after the period of time specified in our records retention policies. The period of retention is subject to our review and alteration.

### How to Contact Us:

You can submit requests, seek additional information, or obtain a copy of our Privacy Notice in an alternative format by either:

**Calling**: 800-344-0197

**Email**: privacy@libertymutual.com

**Online**: Libertymutualgroup.com/privacy- policy/data-request  lmi.co/caprivacychoices

**Postal Address**: Liberty Mutual Insurance Company
Attn: Privacy Office
175 Berkeley St. 6th Floor
Boston, MA 02116

OSIC_LEE HO_000021

SNI 42 02 04 15

# TEXAS NOTICE - NOTIFICATION OF THE AVAILABLITY OF
# LOSS CONTROL INFORMATION SERVICES

We are committed to providing loss control information/services, at no charge, to Texas commercial automobile liability, general liability and professional liability policyholders in an effort to prevent and reduce potential claims and losses.

To obtain further information about these services, please contact our Risk Control Consulting Center at 1 866 757 7324 or email RCConsultingCenter@LibertyMutual.com.

OSIC_LEE HO_000022

# HAVE A COMPLAINT  OR NEED HELP?

If you have a problem  with a claim or your premium,  call your insurance  company first. If you can't work out the issue, the Texas Department  of Insurance  may be able to help.

Even if you file a complaint  with the Texas Department  of Insurance,  you should also file a complaint  or appeal through  your insurance  company. If you don't, you may lose your right to appeal.



**Liberty Mutual  Group**

To get information   or file a complaint  with your insurance  company:

**Call: Presidential  Service Team at 1-617-357-9500  Ext. 41015**

**Toll-Free: 1-800-344-0197**

Email:  PresidentialSVCteam@libertymutual.com

Mail:  Presidential  Service  Team
      Liberty  Mutual  Group
      175 Berkeley  Street
      Boston,  MA  02116

**The Texas Department  of Insurance**

To get help with  an insurance  question  or file a complaint  with  the state:

Call with  a question:  1-800-252-3439

File a complaint:  www.tdi.texas.gov

Email:  ConsumerProtection@tdi.texas.gov

Mail:  Consumer  Protection
      MC: CO-CP
      Texas Department   of Insurance
      PO Box  12030
      Austin,  TX 78711-2030

SNI 42 03 07 23    © 2023 Liberty Mutual Insurance    Page 1 of 1

OSIC_LEE HO_000023

**SNI 90 05 09 19**

# TEXAS FLOOD INSURANCE  DISCLOSURE  NOTICE

"Flood  Insurance:  You  may  also  need  to  consider  the  purchase  of  flood  insurance.  Your  insurance  policy does  not  include  coverage  for  damage  resulting  from  a  flood  even  if  hurricane  winds  and  rain  caused  the flood  to  occur.  Without  separate  flood  insurance  coverage,  you  may  have  uncovered  losses  caused  by  a flood.  Please  discuss  the  need  to  purchase  separate  flood  insurance  coverage  with  your  insurance  agent  or insurance  company,  or  visit  www.floodsmart.gov."

Please  read  your  policy,  the  endorsements  attached  to  your  policy  and  this  notice  carefully.  No  coverage  is provided  by  this  notice,  nor  can  it  be  construed  to  replace  any  provisions  of  your  policy.  If  there  are discrepancies  between  your  policy  and  this  notice,  the  provisions  of  the  policy  shall  prevail.

©  2019 Liberty Mutual Insurance
**SNI  90  05  09  19**     Includes copyrighted  material of Insurance Services Office, Inc., with  its permission.     **Page 1 of 1**

OSIC_LEE HO_000024



**Coverage Is Provided In:**
Ohio Security Insurance Company

Policy Number:
**BKS (25) 66 20 11 09**
Policy Period:
**From 05/06/2024 To 05/06/2025**
*12:01 am Standard Time
at Insured Mailing Location*

## Common Policy Declarations

| **Named Insured & Mailing Address** | **Agent Mailing Address & Phone No.** |
|---|---|
| LEE HO VILLAGE<br>TOWNHOME ASSOCIATION<br>6918 Corporate Dr A5<br>HOUSTON, TX 77036 | (713) 878-2222<br>JACOBSON & ASSOCIATES, LLC<br>9894 Bissonnet St Ste 340<br>Houston, TX 77036-8278 |

**Named Insured Is:** ASSOCIATION

**Named Insured Business Is:** TOWNHOME ASSOCIATION - 76 UNITS - 6 BUILDINGS

*In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.*

### SUMMARY OF COVERAGE PARTS AND CHARGES - CUSTOM PROTECTOR

This policy consists of this Common Policy Declarations page, Common Policy Conditions, Coverage Parts (which consist of coverage forms and other applicable forms and endorsements, if any, issued to form a part of them) and any other forms and endorsements issued to be part of this policy.

| **COVERAGE PART** | **CHARGES** |
|---|---|
| **Commercial Property** | ████████ |
| **Commercial General Liability** | ████████ |
| **Condominium Association Directors and Officers Liability** | ████████ |

*Total Charges for all of the above coverage parts:* ████████
*Certified Acts of Terrorism Coverage:* ████

*Note: This is not a bill*

### IMPORTANT MESSAGES

- This policy is auditable. Please refer to the conditions of the policy for details or contact your agent.

- Notice: The Employment-Related Practices Exclusion CG 21 47 is added to this policy to clarify there is no coverage for liability arising out of employment-related practices. Please read this endorsement carefully.

Issue Date

Authorized Representative

*To report a claim, call your Agent or 1-800-366-6446*

**DS 70 21 11 16**


**Liberty Mutual.**
**INSURANCE**

*Coverage Is Provided In:*

Ohio Security Insurance Company

Policy Number:
**BKS  (25)  66 20 11 09**

Policy Period:
**From 05/06/2024 To 05/06/2025**
*12:01 am Standard Time*
*at Insured Mailing Location*

## Common Policy Declarations

| **Named Insured** | **Agent** |
|---|---|
| LEE HO VILLAGE<br>TOWNHOME ASSOCIATION<br>6918 Corporate Dr A5<br>HOUSTON, TX 77036 | (713) 878-2222<br>JACOBSON & ASSOCIATES, LLC<br>9894 Bissonnet St Ste 340<br>Houston, TX 77036-8278 |

## SUMMARY OF LOCATIONS

This policy provides coverage for the following under one or more coverage parts. Please refer to the individual Coverage Declarations Schedules, or, the individual Coverage Forms for locations or territory definition for that specific Coverage Part.

0001 9400 Bellaire Blvd, Houston, TX 77036-4551

0002 9400 Bellaire Blvd Bldg 2, Houston, TX 77036-4551

0003 9400 Bellaire Blvd Bldg 3, Houston, TX 77036-4551

0004 9400 Bellaire Blvd Bldg 4, Houston, TX 77036-4551

0005 9400 Bellaire Blvd Bldg 5, Houston, TX 77036-4551

0006 9400 Bellaire Blvd Bldg 6, Houston, TX 77036-4551

## POLICY FORMS AND ENDORSEMENTS

This section lists the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| CG 00 01 04 13 | Commercial General Liability Coverage Form - Occurrence |
| CG 01 03 06 06 | Texas Changes |
| CG 20 17 10 93 | Additional Insured -Townhouse Association |

In witness whereof, we have caused this policy to be signed by our authorized officers.

Damon Hart
Secretary

Hamid Mirza
President

*To report a claim, call your Agent or 1-844-325-2467*
**DS 70 21 11 16**

OSIC_LEE HO_000026

**Liberty Mutual® INSURANCE**

*Coverage Is Provided In:*
Ohio Security Insurance Company

Policy Number:
**BKS (25)  66 20 11 09**
Policy Period:
**From 05/06/2024 To 05/06/2025**
*12:01 am Standard Time*
*at Insured Mailing Location*

## Common Policy Declarations



| Named Insured | Agent |
|---|---|
| LEE HO VILLAGE TOWNHOME ASSOCIATION 6918 Corporate Dr A5 HOUSTON, TX 77036 | (713) 878-2222 JACOBSON & ASSOCIATES, LLC 9894 Bissonnet St Ste 340 Houston, TX 77036-8278 |

### POLICY FORMS AND ENDORSEMENTS - CONTINUED

This section lists all of the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| CG 21 06 05 14 | Exclusion - Access Or Disclosure Of Confidential Or Personal Information And Data-Related Liability - With Limited Bodily Injury Exception |
| CG 21 47 12 07 | Employment-Related Practices Exclusion |
| CG 21 67 12 04 | Fungi or Bacteria Exclusion |
| CG 21 70 01 15 | Cap on Losses from Certified Acts of Terrorism |
| CG 21 76 01 15 | Exclusion of Punitive Damages Related to a Certified Act of Terrorism |
| CG 21 88 01 15 | Conditional Exclusion of Terrorism Involving Nuclear, Biological or Chemical Terrorism (Relating to Disposition of Federal Terrorism Risk Insurance Act) |
| CG 24 26 04 13 | Amendment of Insured Contract Definition |
| CG 26 39 12 07 | Texas Changes - Employment-related Practices Exclusion |
| CG 81 27 01 05 | Condominium Association Directors and Officers Liability Coverage Form |
| CG 84 99 01 12 | Non-Cumulation Of Liability Limits Same Occurrence |
| CG 85 87 07 18 | Texas Changes - Employer's Liability Exclusion |
| CG 88 10 04 13 | Commercial General Liability Extension |
| CG 88 60 12 08 | Each Location General Aggregate Limit |
| CG 88 61 12 08 | Property Damage - Customers' Goods |
| CG 88 66 12 08 | Property Damage - Borrowed Equipment |
| CG 88 77 12 08 | Medical Expense At Your Request Endorsement |
| CG 88 86 12 08 | Exclusion - Asbestos Liability |
| CG 88 87 12 08 | Exclusion - Lead Liability |
| CG 89 01 12 08 | Hired Auto And Non-Owned Auto Liability |
| CG 92 86 08 17 | Homeowners Association and Townhouse Association Amendatory Endorsement |
| CG 93 74 03 22 | Exclusion - PFC/PFAS |
| CG 93 81 11 22 | Exclusion - Biometric Information Privacy Claim |
| CG 94 38 05 24 | Texas Amendment Of Representations Condition |

*To report a claim, call your Agent or 1-844-325-2467*

**DS 70 21 11 16**

OSIC_LEE HO_000027

 **Liberty Mutual** INSURANCE

**Coverage Is Provided In:**
Ohio Security Insurance Company

Policy Number:
**BKS (25)  66 20 11 09**

Policy Period:
**From 05/06/2024 To 05/06/2025**
*12:01 am Standard Time*
*at Insured Mailing Location*

## Common Policy Declarations

| Named Insured | Agent |
|---|---|
| LEE HO VILLAGE<br>TOWNHOME ASSOCIATION<br>6918 Corporate Dr A5<br>HOUSTON, TX 77036 | (713) 878-2222<br>JACOBSON & ASSOCIATES, LLC<br>9894 Bissonnet St Ste 340<br>Houston, TX 77036-8278 |

## POLICY FORMS AND ENDORSEMENTS - CONTINUED

This section lists all of the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| CP 00 17 10 12 | Condominium Association Coverage Form |
| CP 00 90 07 88 | Commercial Property Conditions |
| CP 01 40 07 06 | Exclusion of Loss Due to Virus or Bacteria |
| CP 01 42 03 12 | Texas Changes |
| CP 03 21 10 12 | Windstorm or Hail Percentage Deductible |
| CP 10 30 10 12 | Causes of Loss - Special Form |
| CP 10 34 10 12 | Exclusion of Loss Due To By-Products of Production or Processing Operations (Rental Properties) |
| CP 88 04 03 10 | Removal Permit |
| CP 88 44 02 15 | Equipment Breakdown Coverage Endorsement |
| CP 90 00 01 15 | Custom Protector Endorsement |
| CP 90 10 01 15 | Condominium Custom Protector Endorsement |
| CP 90 59 12 12 | Identity Theft Administrative Services and Expense Coverage |
| CP 92 12 12 20 | Cyber Incident Exclusion |
| CP 92 24 09 23 | Texas - Amendment Of Concealment, Misrepresentation Or Fraud Condition |
| IL 00 17 11 98 | Common Policy Conditions |
| IL 00 21 09 08 | Nuclear Energy Liability Exclusion Endorsement (Broad Form) |
| IL 01 68 03 12 | Texas Changes - Duties |
| IL 02 75 11 13 | Texas Changes - Cancellation And Nonrenewal Provisions For Casualty Lines And Commercial Package Policies |
| IL 09 52 01 15 | Cap On Losses From Certified Acts Of Terrorism |
| IL 09 96 01 07 | Conditional Exclusion of Terrorism Involving Nuclear, Biological or Chemical Terrorism (Relating to Dispostion of Federal Terrorism Risk Insurance Act) |

*To report a claim, call your Agent or 1-844-325-2467*

**DS 70 21 11 16**

OSIC_LEE HO_000028



**Liberty Mutual** INSURANCE

*Coverage Is Provided In:*
Ohio Security Insurance Company

Policy Number:
**BKS (25) 66 20 11 09**
Policy Period:
**From 05/06/2024 To 05/06/2025**
*12:01 am Standard Time
at Insured Mailing Location*

## Common Policy Declarations

| Named Insured | Agent |
|---|---|
| LEE HO VILLAGE | (713) 878-2222 |
| TOWNHOME ASSOCIATION | JACOBSON & ASSOCIATES, LLC |
| 6918 Corporate Dr A5 | 9894 Bissonnet St Ste 340 |
| HOUSTON, TX 77036 | Houston, TX 77036-8278 |

### POLICY FORMS AND ENDORSEMENTS - CONTINUED

This section lists all of the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| IL 88 15 07 12 | Conditional Exclusion of Terrorism - Involving Nuclear, Biological or Chemical Terrorism (Relating to Disposition of Federal Terrorism Risk Insurance Act) |
| IL 88 36 01 15 | Cap On Losses From Certified Acts Of Terrorism |
| IL 88 38 01 15 | Exclusion of Punitive Damages Related to a Certified Act of Terrorism |
| IL 88 53 11 20 | Actual Cash Value |

*To report a claim, call your Agent or 1-844-325-2467*

**DS 70 21 11 16**

OSIC_LEE HO_000029

This page intentionally left blank.



**Liberty Mutual.**
**INSURANCE**

*Coverage Is Provided In:*

Ohio Security Insurance Company

**Commercial   Property**
**Declarations**

Policy Number:
**BKS   (25)  66 20 11 09**

Policy Period:
**From 05/06/2024 To 05/06/2025**
*12:01 am Standard Time*
*at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| LEE HO VILLAGE TOWNHOME ASSOCIATION | (713) 878-2222 JACOBSON & ASSOCIATES, LLC |

## SUMMARY OF CHARGES

| Explanation of Charges | DESCRIPTION | PREMIUM |
|---|---|---|
| | **Property Schedule Totals** | |
| | **Certified Acts of Terrorism Coverage** | |
| | *Total Advance Charges:* | |

*Note: This is not a bill*

***To report a claim, call your Agent or  1-844-325-2467***

**DS 70 22 01 08**

| 66201109 | POLSVCS | 300 | | INSURED COPY | 000396 | PAGE 31 OF 194 |
|---|---|---|---|---|---|---|



**Liberty Mutual** INSURANCE

*Coverage Is Provided In:*

Ohio Security Insurance Company

Policy Number:
**BKS   (25)  66 20 11 09**

Policy Period:
**From 05/06/2024 To 05/06/2025**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Commercial   Property**
**Declarations   Schedule**

| **Named Insured** | **Agent** |
|---|---|
| LEE HO VILLAGE | (713) 878-2222 |
| TOWNHOME ASSOCIATION | JACOBSON & ASSOCIATES, LLC |

## SUMMARY OF PROPERTY COVERAGES - BY LOCATION

Insurance at the described premises applies only for coverages for which a limit of insurance is shown. Optional coverages apply only when entries are made in this schedule.

**0001   9400 Bellaire Blvd, Houston, TX 77036-4551**

| **Property Characteristics** | **Description:** |
|---|---|
| | **Construction:** Frame |

**Building Coverage**

**Occupancy:** Condominiums-Residential - (Association Risk Only) - Without Mercantile Occupancies - 10 to 30  Units

| <u>Description</u> | |
|---|---|
| Limit of Insurance - Replacement Cost | **$1,609,644** |
| Coinsurance | **80%** |
| Inflation Guard - Annual Increase | **4%** |
| **Covered Causes of Loss** | |
| Special Form - Including Theft | |
| Deductible - All Covered Causes of Loss Unless Otherwise Stated | **$5,000** |
| Deductible - Windstorm or Hail | **5%** |
| *Premium* | ████████ |

**Equipment Breakdown Coverage**

*To report a claim, call your Agent or 1-844-325-2467*

**DS 70 23 01 08**

OSIC_LEE HO_000032


**Liberty Mutual.** INSURANCE

*Coverage Is Provided In:*
Ohio Security Insurance Company

Policy Number:
**BKS (25) 66 20 11 09**
Policy Period:
**From 05/06/2024 To 05/06/2025**
*12:01 am Standard Time
at Insured Mailing Location*

**Commercial Property
Declarations Schedule**

| **Named Insured** | **Agent** |
|---|---|
| LEE HO VILLAGE TOWNHOME ASSOCIATION | (713) 878-2222 JACOBSON & ASSOCIATES, LLC |



## SUMMARY OF PROPERTY COVERAGES - BY LOCATION

This Equipment Breakdown insurance applies to the coverages shown for this location. The Equipment Breakdown limit(s) of insurance and deductible are included in, and not in addition to, the limits and deductible shown for the Building, Your Business Personal Property, Your Business Personal Property of Others, Tenants Improvements and Betterments, Business Income and Extra Expense, Business Income Without Extra Expense, and Extra Expense coverages.

*Premium* ███████

**0002   9400 Bellaire Blvd Bldg 2, Houston, TX 77036-4551**

**Property Characteristics**

**Description:**
_____

**Construction:** Frame

**Building Coverage**

**Occupancy:** Condominiums-Residential - (Association Risk Only) - Without Mercantile Occupancies - 10 to 30 Units

| Description | |
|---|---|
| Limit of Insurance - Replacement Cost | **$1,609,644** |
| Coinsurance | **80%** |
| Inflation Guard - Annual Increase | **4%** |
| **Covered Causes of Loss** | |
| Special Form - Including Theft | |
| Deductible - All Covered Causes of Loss Unless Otherwise Stated | **$5,000** |
| Deductible - Windstorm or Hail | **5%** |

*Premium* ███████

*To report a claim, call your Agent or 1-844-325-2467*

**DS 70 23 01 08**

 **Liberty Mutual® INSURANCE**

*Coverage Is Provided In:*

Ohio Security  Insurance  Company

Policy Number:
**BKS   (25)  66 20 11 09**

Policy Period:
**From 05/06/2024 To 05/06/2025**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Commercial   Property**
**Declarations   Schedule**

| Named Insured | Agent |
|---|---|
| LEE HO VILLAGE<br>TOWNHOME ASSOCIATION | (713) 878-2222<br>JACOBSON & ASSOCIATES, LLC |

## SUMMARY  OF PROPERTY  COVERAGES  - BY LOCATION

*Continuation  of 9400 Bellaire Blvd Bldg 2, Houston, TX 77036-4551*

**Equipment Breakdown Coverage**

This Equipment Breakdown insurance applies to the coverages shown for this location. The Equipment Breakdown limit(s) of insurance and deductible are included in, and not in addition to, the limits and deductible shown for the Building, Your Business Personal Property, Your Business Personal Property of Others, Tenants Improvements and Betterments, Business Income and Extra Expense, Business Income Without Extra Expense, and Extra Expense coverages.

*Premium*  ████

**0003  9400  Bellaire  Blvd Bldg 3, Houston, TX 77036-4551**

**Property Characteristics**

**Description:**

**Construction:** Frame

*To report a claim, call your Agent or 1-844-325-2467*

**DS 70 23 01 08**

OSIC_LEE HO_000034

 **Liberty Mutual.** INSURANCE

*Coverage Is Provided In:*
Ohio Security Insurance Company

Policy Number:
**BKS   (25)  66 20 11 09**
Policy Period:
**From 05/06/2024 To 05/06/2025**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Commercial   Property**
**Declarations   Schedule**

| **Named Insured** | **Agent** |
|---|---|
| LEE HO VILLAGE TOWNHOME ASSOCIATION | (713) 878-2222 JACOBSON & ASSOCIATES, LLC |



## SUMMARY OF PROPERTY COVERAGES - BY LOCATION

*Continuation of 9400 Bellaire Blvd Bldg 3, Houston, TX 77036-4551*

**Building Coverage**

**Occupancy:** Condominiums-Residential - (Association Risk Only) - Without Mercantile Occupancies - 10 to 30  Units

| **Description** | |
|---|---|
| Limit of Insurance - Replacement Cost | **$1,609,644** |
| Coinsurance | **80%** |
| Inflation Guard - Annual Increase | **4%** |
| **Covered Causes of Loss** | |
| Special Form - Including Theft | |
| Deductible - All Covered Causes of Loss Unless Otherwise Stated | **$5,000** |
| Deductible - Windstorm or Hail | **5%** |

*Premium* ███████

**Equipment Breakdown Coverage**

This Equipment Breakdown insurance applies to the coverages shown for this location. The Equipment Breakdown limit(s) of insurance and deductible are included in, and not in addition to, the limits and deductible shown for the Building, Your Business Personal Property, Your Business Personal Property of Others, Tenants Improvements and Betterments, Business Income and Extra Expense, Business Income Without Extra Expense, and Extra Expense coverages.

*Premium* ███████

**0004  9400 Bellaire Blvd Bldg 4, Houston, TX 77036-4551**

**Property Characteristics**

**Description:**

**Construction:** Frame

*To report a claim, call your Agent or 1-844-325-2467*

**DS 70 23 01 08**

OSIC_LEE HO_000035



**Liberty Mutual** INSURANCE

*Coverage Is Provided In:*

Ohio Security Insurance Company

Policy Number:
**BKS (25) 66 20 11 09**

Policy Period:
**From 05/06/2024 To 05/06/2025**
*12:01 am Standard Time*
*at Insured Mailing Location*

## Commercial Property
## Declarations Schedule

| **Named Insured** | **Agent** |
|---|---|
| LEE HO VILLAGE TOWNHOME ASSOCIATION | (713) 878-2222 JACOBSON & ASSOCIATES, LLC |

## SUMMARY OF PROPERTY COVERAGES - BY LOCATION

*Continuation of 9400 Bellaire Blvd Bldg 4, Houston, TX 77036-4551*

**Building Coverage**

**Occupancy:** Condominiums-Residential - (Association Risk Only) - Without Mercantile Occupancies - 10 to 30 Units

### Description

| | |
|---|---|
| Limit of Insurance - Replacement Cost | **$1,609,644** |
| Coinsurance | **80%** |
| Inflation Guard - Annual Increase | **4%** |
| **Covered Causes of Loss** | |
| Special Form - Including Theft | |
| Deductible - All Covered Causes of Loss Unless Otherwise Stated | **$5,000** |
| Deductible - Windstorm or Hail | **5%** |

*Premium* ████████

**Equipment Breakdown Coverage**

This Equipment Breakdown insurance applies to the coverages shown for this location. The Equipment Breakdown limit(s) of insurance and deductible are included in, and not in addition to, the limits and deductible shown for the Building, Your Business Personal Property, Your Business Personal Property of Others, Tenants Improvements and Betterments, Business Income and Extra Expense, Business Income Without Extra Expense, and Extra Expense coverages.

*Premium* ████████

**0005  9400 Bellaire Blvd Bldg 5, Houston, TX 77036-4551**

**Property Characteristics**

**Description:**

**Construction:** Frame

*To report a claim, call your Agent or 1-844-325-2467*

DS 70 23 01 08

OSIC_LEE HO_000036



**Liberty Mutual.**
**INSURANCE**

*Coverage Is Provided In:*

Ohio Security Insurance Company

Policy Number:
**BKS  (25)  66 20 11 09**

Policy Period:
**From 05/06/2024 To 05/06/2025**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Commercial    Property**
**Declarations    Schedule**

| **Named Insured** | **Agent** |
|---|---|
| LEE HO VILLAGE<br>TOWNHOME ASSOCIATION | (713) 878-2222<br>JACOBSON & ASSOCIATES, LLC |

## SUMMARY OF PROPERTY COVERAGES - BY LOCATION



*Continuation of 9400 Bellaire Blvd Bldg 5, Houston, TX 77036-4551*

**Building Coverage**

**Occupancy:** Condominiums-Residential - (Association Risk Only) - Without Mercantile Occupancies - 10 to 30  Units

| Description | |
|---|---|
| Limit of Insurance - Replacement Cost | **$1,609,644** |
| Coinsurance | **80%** |
| Inflation Guard - Annual Increase | **4%** |
| **Covered Causes of Loss** | |
| Special Form - Including Theft | |
| Deductible - All Covered Causes of Loss Unless Otherwise Stated | **$5,000** |
| Deductible - Windstorm or Hail | **5%** |

*Premium* ███████

**Equipment Breakdown Coverage**

This Equipment Breakdown insurance applies to the coverages shown for this location. The Equipment Breakdown limit(s) of insurance and deductible are included in, and not in addition to, the limits and deductible shown for the Building, Your Business Personal Property, Your Business Personal Property of Others, Tenants Improvements and Betterments, Business Income and Extra Expense, Business Income Without Extra Expense, and Extra Expense coverages.

*Premium* ███████

**0006  9400 Bellaire Blvd Bldg 6, Houston, TX 77036-4551**

**Property Characteristics**

**Description:**

**Construction:** Frame

*To report a claim, call your Agent or 1-844-325-2467*

**DS 70 23 01 08**

OSIC_LEE HO_000037


**Liberty Mutual.**
**INSURANCE**

*Coverage Is Provided In:*
Ohio Security Insurance Company

**Commercial   Property**
**Declarations   Schedule**

Policy Number:
**BKS   (25)  66 20 11 09**
Policy Period:
**From 05/06/2024 To 05/06/2025**
*12:01 am Standard Time*
*at Insured Mailing Location*

| **Named Insured** | **Agent** |
|---|---|
| LEE HO VILLAGE TOWNHOME ASSOCIATION | (713) 878-2222 JACOBSON & ASSOCIATES, LLC |

## SUMMARY OF PROPERTY COVERAGES - BY LOCATION

*Continuation of 9400 Bellaire Blvd Bldg 6, Houston, TX 77036-4551*

**Building Coverage**

**Occupancy:** Condominiums-Residential - (Association Risk Only) - Without Mercantile Occupancies - 10 to 30  Units

| **Description** | |
|---|---|
| Limit of Insurance - Replacement Cost | **$1,609,644** |
| Coinsurance | **80%** |
| Inflation Guard - Annual Increase | **4%** |
| **Covered Causes of Loss** | |
| Special Form - Including Theft | |
| Deductible - All Covered Causes of Loss Unless Otherwise Stated | **$5,000** |
| Deductible - Windstorm or Hail | **5%** |
| *Premium* | ▉▉▉▉ |

**Equipment Breakdown Coverage**

This Equipment Breakdown insurance applies to the coverages shown for this location. The Equipment Breakdown limit(s) of insurance and deductible are included in, and not in addition to, the limits and deductible shown for the Building, Your Business Personal Property, Your Business Personal Property of Others, Tenants Improvements and Betterments, Business Income and Extra Expense, Business Income Without Extra Expense, and Extra Expense coverages.

| | |
|---|---|
| *Premium* | ▉▉▉ |

## SUMMARY OF OTHER PROPERTY COVERAGES

**Identity Theft Administrative Services And Expense Coverage**

| **Description** | |
|---|---|
| Limit of Insurance | **See Endorsement CP9059** |
| *Premium* | ▉▉▉ |

*To report a claim,  call your Agent or  1-844-325-2467*

**DS 70 23 01 08**

OSIC_LEE HO_000038



**Liberty Mutual.**
INSURANCE

*Coverage Is Provided In:*

Ohio Security  Insurance  Company

Policy  Number:
**BKS   (25)   66 20 11 09**

Policy Period:
**From 05/06/2024 To 05/06/2025**
*12:01 am Standard Time*
*at Insured  Mailing  Location*

**Commercial    Property**
**Declarations    Schedule**

| **Named Insured** | **Agent** |
|---|---|
| LEE HO VILLAGE<br>TOWNHOME  ASSOCIATION | (713) 878-2222<br>JACOBSON & ASSOCIATES, LLC |

## SUMMARY  OF OTHER  PROPERTY  COVERAGES  - continued



| **Property Extension Endorsement** | **Description**<br>Custom Protector  Core Endorsement  with Condo | |
|---|---|---|
| | *Premium* | |
| **Property Extension Endorsement** | **Description**<br>Condominium Custom Protector  Endorsement | |
| | *Premium* | |
| **Commercial Property Schedule Total:** | | |

*To report  a claim,  call  your Agent or  1-844-325-2467*

**DS 70 23 01 08**

| 66201109 | POLSVCS | 300 | INSURED COPY | 000396 | PAGE  39  OF  194 |
|---|---|---|---|---|---|

This page intentionally left blank.

OSIC_LEE HO_000040



**Coverage Is Provided In:**
Ohio Security Insurance Company

Policy Number:
**BKS   (25)  66 20 11 09**

Policy Period:
**From 05/06/2024 To 05/06/2025**
*12:01 am Standard Time*
*at Insured Mailing Location*

## Commercial   General   Liability

**Declarations**
Basis: Occurrence

| Named Insured | Agent |
|---|---|
| LEE HO VILLAGE<br>TOWNHOME ASSOCIATION | (713) 878-2222<br>JACOBSON & ASSOCIATES, LLC |

## SUMMARY OF LIMITS AND CHARGES

| Commercial General Liability Limits of Insurance | DESCRIPTION | LIMIT |
|---|---|---|
| | Each Occurrence Limit | 1,000,000 |
| | Damage To Premises Rented To You Limit (Any One Premises) | 1,000,000 |
| | Medical Expense Limit (Any One Person) | 15,000 |
| | Personal and Advertising Injury Limit | 1,000,000 |
| | General Aggregate Limit (Other than Products - Completed Operations) | 2,000,000 |
| | Products - Completed Operations Aggregate Limit | 2,000,000 |

| Explanation of Charges | DESCRIPTION | PREMIUM |
|---|---|---|
| | General Liability Schedule Totals | █ |
| | Certified Acts of Terrorism  Coverage | █ |

*Total Advance Charges:*

*Note: This is not a bill*

*To report a claim,  call  your Agent or  1-844-325-2467*

**DS 70 22 01 08**

OSIC_LEE HO_000041



**Liberty Mutual.**
**INSURANCE**

*Coverage Is Provided In:*
Ohio Security Insurance Company

Policy Number:
**BKS    (25)    66 20 11 09**

Policy Period:
**From 05/06/2024 To 05/06/2025**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Commercial    General    Liability**
**Declarations    Schedule**

| **Named Insured** | **Agent** |
|---|---|
| LEE HO VILLAGE | (713) 878-2222 |
| TOWNHOME ASSOCIATION | JACOBSON & ASSOCIATES, LLC |

## SUMMARY  OF CLASSIFICATIONS  - BY LOCATION

*0001*    9400 Bellaire Blvd, Houston, TX 77036-4551
**Insured:**  LEE HO VILLAGE

**CLASSIFICATION -**   68500
Townhouse Associations including Homeowners Associations
(association risk only)
Products-Completed  Operations  Are Subject To The General
Aggregate Limit.

| **COVERAGE DESCRIPTION** | **PREMIUM BASED ON -** | **RATED / PER EACH** | **PREMIUM** |
|---|---|---|---|
| Premise/Operations | ███████ | ██████ | ███████ |
| | | **Total:** | **Included** |

*0002*    9400 Bellaire Blvd Bldg 2, Houston, TX 77036-4551
**Insured:**  LEE HO VILLAGE

**CLASSIFICATION -**   68500
Townhouse Associations including Homeowners Associations
(association risk only)
Products-Completed  Operations  Are Subject To The General
Aggregate Limit.

| **COVERAGE DESCRIPTION** | **PREMIUM BASED ON -** | **RATED / PER EACH** | **PREMIUM** |
|---|---|---|---|
| Premise/Operations | ████████████████ | | |
| | | **Total:** | **Included** |

*To report a claim,  call your Agent or  1-844-325-2467*

**DS 70 23 01 08**

| 66201109 | POLSVCS | 300 | INSURED COPY | 000396 | PAGE  42  OF  194 |

OSIC_LEE HO_000042



**Coverage Is Provided In:**
Ohio Security Insurance Company

Policy Number:
**BKS  (25)  66 20 11 09**

Policy Period:
**From 05/06/2024 To 05/06/2025**
*12:01 am Standard Time*
*at Insured Mailing Location*

## Commercial  General  Liability
## Declarations  Schedule



| Named Insured | Agent |
|---|---|
| LEE HO VILLAGE<br>TOWNHOME ASSOCIATION | (713) 878-2222<br>JACOBSON & ASSOCIATES, LLC |

## SUMMARY  OF CLASSIFICATIONS  - BY LOCATION  - continued

**0003**  9400 Bellaire Blvd Bldg 3, Houston, TX 77036-4551
**Insured:**  LEE HO VILLAGE

**CLASSIFICATION -**  68500
Townhouse Associations including Homeowners Associations
(association risk only)
Products-Completed Operations Are Subject To The General
Aggregate Limit.

| COVERAGE DESCRIPTION | PREMIUM BASED ON - | RATED / PER<br>EACH | PREMIUM |
|---|---|---|---|
| Premise/Operations | ███████████ | ███████████ | ███████████ |
| | | **Total:** | **Included** |

**0004**  9400 Bellaire Blvd Bldg 4, Houston, TX 77036-4551
**Insured:**  LEE HO VILLAGE

**CLASSIFICATION -**  68500
Townhouse Associations including Homeowners Associations
(association risk only)
Products-Completed Operations Are Subject To The General
Aggregate Limit.

| COVERAGE DESCRIPTION | PREMIUM BASED ON - | RATED / PER<br>EACH | PREMIUM |
|---|---|---|---|
| Premise/Operations | ███████████ | ███████████ | ███████████ |
| | | **Total:** | **Included** |

*To report a claim,  call  your Agent or  1-844-325-2467*

**DS 70 23 01 08**

OSIC_LEE HO_000043


**Liberty Mutual®**
**INSURANCE**

*Coverage Is Provided In:*
Ohio Security Insurance Company

Policy Number:
**BKS (25) 66 20 11 09**

Policy Period:
**From 05/06/2024 To 05/06/2025**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Commercial General Liability**
**Declarations Schedule**

| Named Insured | Agent |
|---|---|
| LEE HO VILLAGE<br>TOWNHOME ASSOCIATION | (713) 878-2222<br>JACOBSON & ASSOCIATES, LLC |

## SUMMARY OF CLASSIFICATIONS - BY LOCATION - continued

**0005** 9400 Bellaire Blvd Bldg 5, Houston, TX 77036-4551
**Insured:** LEE HO VILLAGE

**CLASSIFICATION -** 68500
Townhouse Associations including Homeowners Associations
(association risk only)
Products-Completed Operations Are Subject To The General
Aggregate Limit.

| COVERAGE DESCRIPTION | PREMIUM BASED ON - | RATED / PER EACH | PREMIUM |
|---|---|---|---|
| Premise/Operations | ███████████ | ███████████ | ███████████ |
| | | *Total:* | *Included* |

**0006** 9400 Bellaire Blvd Bldg 6, Houston, TX 77036-4551
**Insured:** LEE HO VILLAGE

**CLASSIFICATION -** 68500
Townhouse Associations including Homeowners Associations
(association risk only)
Products-Completed Operations Are Subject To The General
Aggregate Limit.

| COVERAGE DESCRIPTION | PREMIUM BASED ON - | RATED / PER EACH | PREMIUM |
|---|---|---|---|
| Premise/Operations | ███████████ | ███████████ | ███████████ |
| | | *Total:* | *Included* |

*To report a claim, call your Agent or 1-844-325-2467*

**DS 70 23 01 08**

OSIC_LEE HO_000044

 **Liberty Mutual® INSURANCE**

**Coverage Is Provided In:**
Ohio Security  Insurance  Company

Policy  Number:
**BKS   (25)  66 20 11 09**
Policy Period:
**From 05/06/2024 To 05/06/2025**
*12:01 am Standard Time*
*at Insured  Mailing  Location*

**Commercial   General   Liability**
**Declarations   Schedule**

| **Named Insured** | **Agent** |
|---|---|
| LEE HO VILLAGE<br>TOWNHOME ASSOCIATION | (713) 878-2222<br>JACOBSON & ASSOCIATES, LLC |

## SUMMARY  OF OTHER  COVERAGE

| COVERAGE DESCRIPTION | | PREMIUM |
|---|---|---|
| Hired  Auto  Liability | See Policy Forms and Endorsements List. | |
| Non-Owned Auto  Liability | See Policy Forms and Endorsements List. | |
| Condominium Custom Protector  Coverages | See Policy Forms and Endorsements List | |

**Commercial General Liability Schedule Total**

*To report a claim, call your Agent or  1-844-325-2467*

**DS 70 23 01 08**

66201109        POLSVCS        300                    INSURED COPY        000396        PAGE   45   OF   194

OSIC_LEE HO_000045

This page intentionally left blank.

OSIC_LEE HO_000046



**Liberty Mutual® INSURANCE**

***Coverage Is Provided In:***
Ohio Security Insurance Company

**Condominium Association Directors And Officers Liability Declarations**
Basis: Occurrence

Policy Number:
**BKS  (25)  66 20 11 09**
Policy Period:
**From 05/06/2024 To 05/06/2025**
*12:01 am Standard Time at Insured Mailing Location*

| **Named Insured** | **Agent** |
|---|---|
| LEE HO VILLAGE TOWNHOME ASSOCIATION | (713) 878-2222 JACOBSON & ASSOCIATES, LLC |

## SUMMARY OF LIMITS AND CHARGES

**Condominium Association Directors and Officers Liability Limits of Insurance**

| DESCRIPTION | LIMIT |
|---|---|
| Each Wrongful Act | 1,000,000 |
| Aggregate Limit | 2,000,000 |

**Explanation of Charges**

| DESCRIPTION | PREMIUM |
|---|---|
| Condominium Association Directors And Officers Liability | |
| Certified Acts of Terrorism Coverage | |
| ***Total Advance Charges:*** | |

*Note: This is not a bill*

## SUMMARY OF LOCATIONS YOU OWN, RENT, OR OCCUPY

9400 Bellaire Blvd, Houston, TX 77036-4551

***To report a claim, call your Agent or 1-844-325-2467***

**DS 70 22 01 08**

 **Liberty Mutual.** INSURANCE

*Coverage Is Provided In:*
Ohio Security Insurance Company

Policy Number:
**BKS (25) 66 20 11 09**
Policy Period:
**From 05/06/2024 To 05/06/2025**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Condominium Association Directors And Officers Liability Declarations Schedule**

| Named Insured | Agent |
|---|---|
| LEE HO VILLAGE TOWNHOME ASSOCIATION | (713) 878-2222 JACOBSON & ASSOCIATES, LLC |

## SUMMARY OF CLASSIFICATIONS - BY LOCATION

9400 Bellaire Blvd, Houston, TX 77036-4551
**Insured:** LEE HO VILLAGE

**CLASSIFICATION -** 73145
Condominium Association Directors And Officers Liability
Non-Profit

| COVERAGE DESCRIPTION | PREMIUM BASED ON - | RATED / EACH UNIT | PREMIUM |
|---|---|---|---|
| Errors and Omissions | 76 Unit(s) | 7.000 | ■ |
| | | Total: | ■ |

**Condominium Association Directors Schedule Total**

*To report a claim, call your Agent or 1-844-325-2467*

**DS 70 22 01 08**

OSIC_LEE HO_000048

# COMMERCIAL  GENERAL LIABILITY COVERAGE FORM



Various provisions  in this policy restrict coverage. Read the entire  policy  carefully  to determine rights,  duties and what is and is not covered.

Throughout  this policy the words  "you"  and "your"  refer to the Named Insured shown in the Declarations,  and any other  person or organization qualifying  as a Named Insured under this policy. The words  "we",  "us" and "our"  refer to the company  providing  this insurance.

The word  "insured"  means any person or organization qualifying  as such under Section **II** - Who Is An Insured.

Other words  and phrases that appear in quotation marks have special meaning.  Refer to Section **V -** Definitions.

## SECTION I - COVERAGES

### COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1.  Insuring Agreement**

**a.**  We will  pay those sums that the insured becomes  legally  obligated  to pay as damages because of "bodily  injury"  or "property damage"  to which this insurance applies. We will  have the right and duty to defend  the insured  against  any "suit" seeking those damages.  However,  we will  have no duty to defend  the insured against  any "suit"  seeking damages for "bodily  injury"  or "property  damage"  to which this insurance does not apply. We may,  at our discretion,  investigate  any "occurrence"  and settle any claim or "suit"  that may result. But:

**(1)**  The amount we will  pay for damages is limited  as described  in Section **III** - Limits Of Insurance;  and

**(2)**  Our right  and duty to defend  ends when we have used up the applicable limit  of insurance in the payment of judgments  or settlements  under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other  obligation  or liability  to pay sums or perform  acts or services is covered unless explicitly  provided  for under Supplementary  Payments - Coverages **A** and **B**.

**b.**  This insurance applies to "bodily  injury" and "property damage" only if:

**(1)**  The "bodily  injury"  or "property damage"  is caused by an "occurrence"  that takes place in the "coverage territory";

**(2)**  The "bodily  injury"  or "property damage"  occurs during  the policy period;  and

**(3)**  Prior to the policy  period,  no insured listed  under Paragraph **1.** of Section **II -** Who Is An Insured  and no "employee"  authorized  by you to give or receive notice of an "occurrence"  or claim, knew that the "bodily  injury" or "property  damage"  had occurred, in whole  or in part. If such a listed insured  or authorized  "employee" knew, prior to the policy period, that the "bodily  injury"  or "property  damage"  occurred,  then  any continuation,  change or resumption  of such "bodily  injury"  or "property  damage"  during or after the policy  period will  be deemed to have been known prior to the policy  period.

**c.**  "Bodily  injury"  or "property  damage" which  occurs during  the policy  period and was not, prior to the policy  period, known  to have occurred  by any insured listed  under Paragraph **1.** of Section **II -** Who Is An Insured  or any "employee"  authorized  by you to give or receive notice of an "occurrence"  or claim, includes any continuation,  change or resumption  of that "bodily  injury"  or "property  damage"  after the end of the policy  period.

**d.**  "Bodily  injury"  or "property  damage" will  be deemed to have been known to have occurred  at the earliest  time when any insured listed  under Paragraph **1.** of Section **II -** Who Is An Insured  or any "employee"  authorized  by you to give or receive notice of an "occurrence"  or claim:

**(1)**  Reports all, or any part, of the "bodily  injury"  or "property  damage"  to us or any other  insurer;

**(2)**  Receives a written  or verbal demand or claim for damages because of the "bodily  injury"  or "property  damage";  or

 © Insurance  Services  Office, Inc., 2012

OSIC_LEE HO_000049

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1), (2)** or **(3)** above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

© Insurance Services Office, Inc., 2012

CG 00 01 04 13

OSIC_LEE HO_000050

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f.   Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of

 © Insurance Services Office, Inc., 2012

OSIC_LEE HO_000051

the operations being performed by such insured, contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g.** **Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

**(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".



**h.  Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)**  The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)**  The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i.  War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)**  War, including undeclared or civil war;

**(2)**  Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)**  Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j.  Damage To Property**

"Property damage" to:

**(1)**  Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)**  Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)**  Property loaned to you;

**(4)**  Personal property in the care, custody or control of the insured;

**(5)**  That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)**  That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1), (3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** - Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3), (4), (5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k.  Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l.  Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m.  Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)**  A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)**  A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

OSIC_LEE HO_000053

**n.   Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)**   "Your product";

**(2)**   "Your work"; or

**(3)**   "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o.   Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p.   Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q.   Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)**   The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)**   The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)**   The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)**   Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** - Limits Of Insurance.

**COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY**

**1.   Insuring Agreement**

**a.**   We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)**   The amount we will pay for damages is limited as described in Section **III** - Limits Of Insurance; and

**(2)**   Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B.**

**b.**   This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

OSIC_LEE HO_000054



2. **Exclusions**

This insurance does not apply to:

a. **Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

b. **Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

c. **Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the policy period.

d. **Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

e. **Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

f. **Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

g. **Quality Or Performance Of Goods - Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

h. **Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

i. **Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

j. **Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of web sites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

k. **Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

l. **Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

m. **Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

OSIC_LEE HO_000055

**n.  Pollution-related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants";   or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o.  War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p.  Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**COVERAGE C - MEDICAL PAYMENTS**

**1.  Insuring Agreement**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(a)** The accident takes place in the "coverage territory" and during the policy period;

**(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2.  Exclusions**

We will not pay expenses for "bodily injury":

**a.  Any Insured**

To any insured, except "volunteer workers".

**b.  Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

OSIC_LEE HO_000056



**c.   Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d.   Workers' Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e.   Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletics contests.

**f.   Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g.   Coverage A Exclusions**

Excluded under Coverage **A.**

**SUPPLEMENTARY PAYMENTS - COVERAGES A AND B**

1.   We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

a.   All expenses we incur.

b.   Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

c.   The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

d.   All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

e.   All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

f.   Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

g.   All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

2.   If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

a.   The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

b.   This insurance applies to such liability assumed by the insured;

c.   The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

d.   The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

e.   The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

f.   The indemnitee:

(1)   Agrees in writing to:

(a)   Cooperate with us in the investigation, settlement or defense of the "suit";

(b)   Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

(c)   Notify any other insurer whose coverage is available to the indemnitee; and

(d)   Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

OSIC_LEE HO_000057

**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

## SECTION II - WHO IS AN INSURED

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

**a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

**(1)** "Bodily injury" or "personal and advertising injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co- "employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)(a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by;

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

© Insurance Services Office, Inc., 2012    **CG 00 01 04 13**

OSIC_LEE HO_000058



**b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III - LIMITS OF INSURANCE

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay for the sum of:

**a.** Medical expenses under Coverage **C**;

**b.** Damages under Coverage **A,** except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

**c.** Damages under Coverage **B.**

**3.** The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

**4.** Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

**5.** Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

**a.** Damages under Coverage **A;** and

**b.** Medical expenses under Coverage **C**

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

**6.** Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

**7.** Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

OSIC_LEE HO_000059

**2.** **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

**(1)** How, when and where the "occurrence" or offense took place;

**(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3.** **Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4.** **Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a.** **Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b.** **Excess Insurance**

**(1)** This insurance is excess over:

**(a)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(i)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(ii)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(iii)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(iv)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability.

© Insurance Services Office, Inc., 2012    **CG 00 01 04 13**

OSIC_LEE HO_000060



**(b)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c.** **Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5.** **Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6.** **Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7.** **Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8.** **Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9.** **When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

OSIC_LEE HO_000061

**SECTION V - DEFINITIONS**

1. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

   a. Notices that are published include material placed on the Internet or on similar electronic means of communication; and

   b. Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

2. "Auto" means:

   a. A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

   b. Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

   However "auto" does not include "mobile equipment".

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage territory" means:

   a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

   b. International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

   c. All other parts of the world if the injury or damage arises out of:

      (1) Goods or products made or sold by you in the territory described in Paragraph **a.** above;

      (2) The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

      (3) "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

   provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

7. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   b. You have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

   a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   b. A sidetrack agreement;

   c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   e. An elevator maintenance agreement;

OSIC_LEE HO_000062

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

**10.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**11.** "Loading or unloading" means the handling of property:

**a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

**b.** While it is in or on an aircraft, watercraft or "auto"; or

**c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**12.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

**(1)** Power cranes, shovels, loaders, diggers or drills; or

**(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in Paragraph **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

**(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

**(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in Paragraph **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

**(a)** Snow removal;

**(b)** Road maintenance, but not construction or resurfacing; or

**(c)** Street cleaning;

CG 00 01 04 13 © Insurance Services Office, Inc., 2012 **Page 15 of 17**

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your "advertisement"; or

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

**(1)** Products that are still in your physical possession; or

**(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

**(a)** When all of the work called for in your contract has been completed.

**(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

**(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

**(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

**(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

**(3)** Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

© Insurance Services Office, Inc., 2012     **CG 00 01 04 13**

OSIC_LEE HO_000064

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage", or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

**a.** Means:

**(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**(a)** You;

**(b)** Others trading under your name; or

**(c)** A person or organization whose business or assets you have acquired; and

**(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

**(2)** The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

**a.** Means:

**(1)** Work or operations performed by you or on your behalf; and

**(2)** Materials, parts or equipment furnished in connection with such work or operations.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

**(2)** The providing of or failure to provide warnings or instructions.



OSIC_LEE HO_000065

COMMERCIAL  GENERAL LIABILITY
CG 01 03 06 06

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TEXAS CHANGES

This endorsement  modifies  insurance  provided  under  the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART

**A.**   With regard to liability  for Bodily Injury, Property  Damage  and Personal And Advertising  Injury,  unless  we  are  prejudiced  by the insured's  or  your  failure  to comply  with the requirement,  no provision  of this Coverage Part requiring  you or any insured  to give notice of "occurrence",   claim  or "suit",   or forward  demands, notices, sum- monses  or  legal  papers  in connection  with a claim or "suit"  will bar coverage  under this Cov- erage Part.

OSIC_LEE HO_000066

COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED - TOWNHOUSE ASSOCIATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART



WHO IS AN INSURED (Section II) is amended to include each individual townhouse owner, but only with respect to liability as a member of the townhouse association and not with respect to any liability arising out of the ownership, maintenance, use or repair of the real property to which the owner has title.

CG 20 17 10 93             Copyright, Insurance Services Office, Inc., 1992

OSIC_LEE HO_000067

COMMERCIAL  GENERAL LIABILITY
CG 21 06 05 14

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL  OR PERSONAL INFORMATION  AND DATA-RELATED  LIABILITY - WITH LIMITED  BODILY INJURY  EXCEPTION

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART

**A.** Exclusion **2.p.** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance  does not apply to:

**p. Access Or Disclosure Of Confidential Or Personal Information And Data-related  Liability**

Damages  arising  out of:

**(1)** Any access to or disclosure  of any person's or organization's  confidential  or personal information, including  patents, trade secrets, processing  methods, customer lists, financial information,  credit card information, health information  or any other type of nonpublic  information; or

**(2)** The loss of, loss of use of, damage to, corruption  of, inability  to access, or inability  to manipulate electronic  data.

This exclusion  applies  even if damages  are claimed  for notification costs, credit monitoring  expenses, forensic  expenses, public relations expenses or any other loss, cost or expense  incurred  by you or others arising  out of that which  is described in Paragraph **(1)** or **(2)** above.

However,  unless Paragraph **(1)** above applies,  this exclusion  does not apply to damages  because  of "bodily injury".

As used in this exclusion,  electronic data means information,  facts or programs  stored  as or on, created  or used on, or transmitted  to or from computer  software,  including  systems and applications  software,  hard or floppy  disks, CD-ROMs, tapes, drives, cells, data processing  devices or any other media  which  are used with  electronically  controlled  equipment.

**B.** The following  is added to Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising  Injury Liability:**

**2. Exclusions**

This insurance  does not apply to:

**Access Or Disclosure Of Confidential Or Personal Information**

"Personal  and advertising  injury"  arising out of any access to or disclosure  of any person's  or organization's  confidential  or personal information, including  patents, trade secrets, processing  methods, customer lists, financial information,  credit card information,  health information  or any other type of nonpublic  information.

This exclusion  applies  even if damages are claimed  for notification  costs, credit monitoring  expenses, forensic  expenses, public relations  expenses  or any other loss, cost or expense  incurred  by you or others arising  out of any access to or disclosure of any person's  or organization's confidential  or personal information.

© Insurance  Services  Office, Inc., 2013   **Page 1 of 1**

OSIC_LEE HO_000068

COMMERCIAL  GENERAL LIABILITY
CG 21 47 12 07

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYMENT  - RELATED PRACTICES EXCLUSION

This endorsement  modifies  insurance provided  under the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART

**A.** The following  exclusion  is added  to Paragraph  **2., Exclusions** of Section  **I - Coverage A - Bodily Injury And Property Damage Liability:**

This insurance  does not apply to:

"Bodily injury"  to:

**(1)** A person arising  out of any:

  **(a)** Refusal to employ  that person;

  **(b)** Termination  of that person's employment; or

  **(c)** Employment-related    practices, policies,  acts  or  omissions,  such as coercion,  demotion,  evaluation, reassignment,  discipline,  defamation,  harassment,  humiliation,  discrimination  or malicious  prosecution directed  at that person;  or

**(2)** The spouse, child,  parent,  brother  or sister  of that person as a consequence of "bodily  injury"  to that person  at whom any of the employment-related    practices described  in Paragraphs  **(a), (b),** or **(c)** above is directed.

This exclusion  applies:

**(1)** Whether  the injury-causing   event described  in Paragraphs  **(a), (b)** or **(c)** above occurs before employment,  during employment  or after employment  of that person;

**(2)** Whether  the insured  may be liable  as an employer  or in any other capacity;  and

**(3)** To any obligation  to share damages  with or repay  someone  else who must pay damages  because of the injury.

**B.** The following  exclusion  is added  to Paragraph  **2., Exclusions** of Section  **I - Coverage B - Personal And Advertising  Injury Liability:**

This insurance  does not apply to:

"Personal  and advertising  injury"  to:

**(1)** A person arising  out of any:

  **(a)** Refusal to employ  that person;

  **(b)** Termination  of that person's employment; or

  **(c)** Employment-related     practices, policies, acts or omissions,  such as coercion,  demotion,  evaluation, reassignment,  discipline,  defamation,  harassment,  humiliation,  discrimination  or malicious  prosecution directed  at that person;  or

**(2)** The spouse, child, parent,  brother  or sister  of that person as a consequence of "personal  and advertising  injury"  to that person  at whom  any of the employment-related  practices  described  in paragraphs **(a), (b)** or **(c)** above is directed.

This exclusion  applies:

**(1)** Whether  the injury-causing   event described  in Paragraphs  **(a), (b)** or **(c)** above occurs before employment,  during employment  or after employment  of that person;

**(2)** Whether  the insured  may be liable  as an employer  or in any other capacity;  and

**(3)** To any obligation  to share damages  with or repay  someone  else who must pay damages  because of the injury.

CG 21 47 12 07     © ISO Properties,  Inc., 2006     **Page 1 of 1**

OSIC_LEE HO_000069

COMMERCIAL  GENERAL LIABILITY
CG 21 67 12 04

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FUNGI  OR BACTERIA EXCLUSION

This endorsement  modifies  insurance  provided  under  the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART

**A.** The following  exclusion  is added to Paragraph **2.** Exclusions  of **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

**2.,  Exclusions**

This insurance  does not apply to:

**Fungi or Bacteria**

**a.** "Bodily  injury"  or "property  damage" which  would  not  have  occurred,  in whole  or in part, but for the actual, alleged  or threatened  inhalation of, ingestion of, contact  with,  exposure  to, existence of, or presence  of, any "fungi"  or bacteria on or within  a building  or structure, including  its  contents,  regardless of whether  any other  cause, event, material or product  contributed  concurrently  or in any sequence  to such  injury  or damage.

**b.** Any loss, cost or expenses  arising  out of the abating,  testing  for,  monitoring, cleaning  up,  removing,  containing, treating,  detoxifying,  neutralizing,  remediating  or disposing  of, or in any way responding  to, or assessing  the effects of, "fungi"  or bacteria,  by any insured or by any other person  or entity.

This exclusion  does not apply to any "fungi" or bacteria  that are, are on, or are contained in, a good  or product  intended  for bodily consumption.

**B.** The following  exclusion  is added to Paragraph **2.** Exclusions  of **Section I - Coverage B - Personal And Advertising  Injury Liability:**

**2.  Exclusions**

This insurance  does not apply to:

**Fungi or Bacteria**

**a.** "Personal and advertising  injury"  which would  not have taken  place, in whole  or in part,  but for the actual,  alleged  or threatened  inhalation  of, ingestion  of, contact  with,  exposure  to, existence  of, or presence  of any "fungi"  or bacteria on or within  a building  or structure,  including  its  contents,  regardless  of whether  any other  cause, event, material or product  contributed  concurrently or in any sequence  to such  injury.

**b.** Any loss, cost or expense  arising  out of the abating,  testing  for,  monitoring, cleaning  up,  removing,  containing, treating,  detoxifying,  neutralizing,  remediating  or disposing  of, or in any way responding  to, or assessing  the effects of, "fungi"  or bacteria,  by any insured or by any other  person  or entity.

**C.** The following  definition  is added to the **Definitions** Section:

"Fungi"  means any type or form of fungus, including  mold  or mildew  and any mycotoxins, spores,  scents or by-products  produced  or released  by fungi.

©ISO Properties,  Inc., 2003

OSIC_LEE HO_000070

**COMMERCIAL  GENERAL LIABILITY**
**CG 21 70 01 15**

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON  LOSSES FROM  CERTIFIED ACTS OF TERRORISM

This endorsement  modifies  insurance provided  under the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART
LIQUOR  LIABILITY  COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY  COVERAGE PART
POLLUTION  LIABILITY  COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY  COVERAGE PART
RAILROAD PROTECTIVE LIABILITY  COVERAGE PART
UNDERGROUND  STORAGE  TANK  POLICY

**A.** If aggregate insured losses attributable  to terrorist acts certified  under the federal Terrorism Risk Insurance Act exceed $100 billion  in a calendar  year and we have met our insurer deductible  under the Terrorism  Risk Insurance Act, we shall  not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion,  and in such case insured  losses up to that amount are subject to pro rata allocation  in accordance with procedures  established  by the Secretary of the Treasury.

"Certified  act of terrorism"  means an act that is certified  by the Secretary of the Treasury, in accordance  with the provisions  of the federal Terrorism  Risk Insurance Act, to be an act of terrorism  pursuant to such Act. The criteria contained  in the Terrorism  Risk Insurance Act for a "certified  act of terrorism"  include the following:

**1.** The act resulted  in insured  losses in excess of $5 million  in the aggregate, attributable  to all types of insurance  subject to the Terrorism  Risk Insurance Act; and

**2.** The act is a violent  act or an act that is dangerous  to human life, property or infrastructure  and is committed  by an individual  or individuals  as part of an effort to coerce the civilian  population  of the United States or to influence the policy or affect the conduct of the United States Government  by coercion.

**B.** The terms and limitations  of any terrorism exclusion,  or the inapplicability  or omission of a terrorism  exclusion,  do not serve to create coverage for injury  or damage that is otherwise excluded  under this Coverage Part.

**CG 21 70 01 15**              © Insurance  Services  Office, Inc., 2015              **Page 1 of 1**

OSIC_LEE HO_000071

COMMERCIAL  GENERAL LIABILITY
**CG 21 76 01 15**

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION  OF PUNITIVE  DAMAGES
# RELATED TO A CERTIFIED ACT OF TERRORISM

This endorsement  modifies  insurance provided  under the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART
LIQUOR LIABILITY  COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY  COVERAGE PART
POLLUTION  LIABILITY  COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY  COVERAGE PART
RAILROAD PROTECTIVE LIABILITY  COVERAGE PART
UNDERGROUND  STORAGE TANK POLICY

**A.**  The following  exclusion  is added:

This insurance  does not apply  to:

**TERRORISM  PUNITIVE  DAMAGES**

Damages arising,  directly  or indirectly,  out of a "certified  act of terrorism"  that are awarded as punitive  damages.

**B.**  The following  definition  is added:

"Certified  act of terrorism"  means an act that is certified  by the Secretary  of the Treasury, in accordance  with the provisions  of the federal Terrorism  Risk Insurance Act, to be an act of terrorism  pursuant  to such Act. The criteria contained  in the Terrorism  Risk Insurance Act for a "certified  act of terrorism"  include the following:

**1.**  The act resulted  in insured  losses in excess of $5 million  in the aggregate, attributable  to all types of insurance subject to the Terrorism  Risk Insurance Act; and

**2.**  The act is a violent  act or an act that is dangerous  to human life, property  or infrastructure  and is committed  by an individual  or individuals  as part of an effort to coerce the civilian  population  of the United  States or to influence  the policy or affect the conduct  of the United States Government  by coercion.

**C.**  The terms and limitations  of any terrorism  exclusion,  or the inapplicability  or omission  of a terrorism  exclusion,  do not serve to create coverage for injury  or damage that is otherwise excluded  under this Coverage Part.

© Insurance  Services  Office, Inc., 2015        **Page 1 of 1**

OSIC_LEE HO_000072

COMMERCIAL  GENERAL  LIABILITY
CG 21 88 01 15

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CONDITIONAL  EXCLUSION  OF TERRORISM  INVOLVING NUCLEAR,  BIOLOGICAL  OR CHEMICAL  TERRORISM (RELATING  TO DISPOSITION   OF FEDERAL TERRORISM  RISK INSURANCE  ACT)

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART
LIQUOR LIABILITY  COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY  COVERAGE PART
POLLUTION  LIABILITY  COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY  COVERAGE PART
RAILROAD  PROTECTIVE LIABILITY  COVERAGE PART
UNDERGROUND  STORAGE TANK POLICY



**A. Applicability Of The Provisions Of This Endorsement**

1. The provisions of this endorsement become applicable commencing on the date when any one or more of the following first occurs. But if your policy (meaning the policy period in which this endorsement applies) begins after such date, then the provisions of this endorsement become applicable on the date your policy begins.

   a. The federal Terrorism Risk Insurance Program ("Program"), established by the Terrorism Risk Insurance Act, has terminated with respect to the type of insurance provided under this Coverage Part or Policy; or

   b. A renewal, extension or replacement of the Program has become effective without a requirement to make terrorism coverage available to you and with revisions that:

      (1) Increase our statutory percentage deductible under the Program for terrorism losses. (That deductible determines the amount of all certified terrorism losses we must pay in a calendar year, before the federal government shares in subsequent payment of certified terrorism losses.); or

      (2) Decrease the federal government's statutory percentage share in potential terrorism losses above such deductible; or

      (3) Redefine terrorism or make insurance coverage for terrorism subject to provisions or requirements that differ from those that apply to other types of events or occurrences under this policy.

2. If the provisions of this endorsement become applicable, such provisions:

   a. Supersede any terrorism endorsement already endorsed to this policy that addresses "certified acts of terrorism" and/or "other acts of terrorism", but only with respect to an incident(s) of terrorism (however defined) which results in injury or damage that occurs on or after the date when the provisions of this endorsement become applicable (for claims made policies, such an endorsement is superseded only with respect to an incident of terrorism (however defined) that results in a claim for injury or damage first being made on or after the date when the provisions of this endorsement become applicable); and

CG 21 88 01 15

© Insurance  Services  Office, Inc., 2015

Page 1 of 2

OSIC_LEE HO_000073

**b.** **Remain applicable unless we notify you of changes in these provisions, in response to federal law.**

**3.** **If the provisions of this endorsement do NOT become applicable, any terrorism endorsement already endorsed to this policy, that addresses "certified acts of terrorism" and/or "other acts of terrorism", will continue in effect unless we notify you of changes to that endorsement in response to federal law.**

**B.** The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury or damage, are enclosed in quotation marks:

**1.** "Terrorism" means activities against persons, organizations or property of any nature:

**a.** That involve the following or preparation for the following:

**(1)** Use or threat of force or violence; or

**(2)** Commission or threat of a dangerous act; or

**(3)** Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

**b.** When one or both of the following applies:

**(1)** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

**(2)** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

**2.** "Any injury or damage" means any injury or damage covered under any Coverage Part or Policy to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "injury" or "environmental damage" as may be defined in any applicable Coverage Part or Policy.

**C.** The following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for "any injury or damage" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury or damage" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury or damage. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

**1.** The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

**2.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

**3.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**4.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

© Insurance Services Office, Inc., 2015      **CG 21 88 01 15**

OSIC_LEE HO_000074

COMMERCIAL  GENERAL LIABILITY
CG 24 26 04 13

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT   OF INSURED  CONTRACT  DEFINITION

This endorsement  modifies insurance provided  under the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY  COVERAGE PART



The definition  of "insured  contract"  in the **Definitions** section  is replaced  by the following:

"Insured  contract"  means:

a. A contract  for a lease  of premises.  However, that portion  of the contract  for a lease  of premises  that indemnifies  any person or organization  for damage by fire to premises  while  rented to you or temporarily  occupied  by you with permission of the owner  is not an "insured  contract";

b. A sidetrack  agreement;

c. Any easement or license  agreement,  except in connection  with construction  or demolition  operations  on or within  50 feet of a railroad;

d. An obligation,  as required  by ordinance, to indemnify  a municipality,  except in connection  with work for a municipality;

e. An elevator  maintenance  agreement;

f. That part of any other contract  or agreement pertaining  to your business (including  an indemnification   of a municipality in connection  with work performed  for a municipality)   under which  you assume the tort liability  of another  party to pay for "bodily  injury"  or "property  damage" to a third  person  or organization,  provided  the "bodily  injury"  or "property damage"  is caused, in whole  or in part, by you or by those acting on your behalf. However,  such part of a contract  or agreement  shall only  be considered  an "insured  contract"  to the extent your assumption  of the tort liability  is permitted by law. Tort liability  means a liability  that would  be imposed  by law in the absence of any contract  or agreement.

Paragraph **f.** does not include  that part of any contract  or agreement:

(1) That indemnifies  a railroad for "bodily  injury"  or "property  damage" arising  out  of  construction  or demolition  operations,  within  50 feet of any railroad  property and affecting any railroad  bridge or trestle, tracks, road-beds,  tunnel,  underpass  or crossing;

(2) That indemnifies  an architect,  engineer or surveyor  for injury or damage arising  out of:

(a) Preparing,  approving,  or failing to prepare  or approve,  maps, shop  drawings,  opinions,  reports,  surveys,  field  orders, change  orders or drawings  and specifications;  or

(b) Giving  directions  or instructions, or failing  to give them, if that is the primary  cause of the injury or damage;  or

(3) Under which  the insured, if an architect, engineer  or surveyor,  assumes liability  for an injury  or damage arising out of the insured's rendering  or failure  to render professional  services,  including  those listed  in **(2)** above and supervisory,  inspection, architectural   or engineering  activities.

© Insurance  Services  Office, Inc., 2012                **Page 1 of 1**

OSIC_LEE HO_000075

COMMERCIAL  GENERAL LIABILITY
CG 26 39 12 07

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TEXAS CHANGES  - EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART

**A.** The following  exclusion  is added to Paragraph **2., Exclusions** of Section **I - Coverage A - Bodily Injury And Property Damage Liability:**

This insurance  does not apply to:

"Bodily  injury"  to:

**(1)** A person  arising  out of any:

  **(a)** Refusal to employ  that person;

  **(b)** Termination  of that person's employment; or

  **(c)** Employment-related  practices, policies, acts or omissions,  such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination  or malicious  prosecution directed  at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily  injury"  to that person  at whom any of the employment- related practices described  in Paragraphs **(a), (b)** or **(c)** above is directed.

This exclusion  applies:

**(1)** Whether  the injury-causing  event described  in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment  or after employment  of that person;

**(2)** Whether  the insured  may be liable  as an employer  or in any other capacity;  and

**(3)** To any obligation  to share damages  with or to repay someone  else who must pay damages  because of the injury.

**B.** The following  exclusion  is added to Paragraph **2., Exclusions** of Section **I - Coverage B - Personal And Advertising  Injury Liability:**

This insurance  does not apply to:

"Personal  and advertising  injury"  to:

**(1)** A person  arising  out of any:

  **(a)** Refusal to employ  that person;

  **(b)** Termination  of that person's employment; or

  **(c)** Employment-related  practices, policies, acts or omissions,  such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination  or malicious  prosecution directed  at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal  and advertising  injury"  to that person at whom any of the employment-related practices described  in Paragraphs **(a), (b)** or **(c)** above is directed.

© ISO Properties,  Inc., 2006

OSIC_LEE HO_000076

# PROFESSIONAL LIABILITY COVERAGE PART

## CONDOMINIUM ASSOCIATION DIRECTORS AND OFFICERS LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us" and "our" refer to the Company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** - Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** - Definitions.

### SECTION I - COVERAGE

1. **Insuring Agreement**

   We will pay those sums that the insured becomes legally obligated to pay because of a "loss" due to "wrongful acts" committed by the insured's "directors and officers" solely in the conduct of their management responsibilities for the condominium association. This insurance applies only to "wrongful acts" that occur during the policy period. In the event the same "wrongful act" is repeated multiple times or results in multiple "claims" or "suits", the coverage and limit applicable to the first occurrence of the" wrongful act" shall also apply to all resultant "losses". The "wrongful acts" must take place in the "coverage territory." We will have the right and duty to defend any "suit" seeking those damages. But:

   a. The amount we will pay for damages is limited as described in Section **III** - Limits Of Insurance;

   b. We may investigate and settle any "claim" or "suit" at our discretion; and

   c. Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of "losses" under coverage provided by this insurance.

2. **Exclusions**

   This insurance does not apply to:

   a. "Bodily Injury", "Property Damage" or "Personal and Advertising Injury".

   b. Any dishonest, fraudulent, criminal or malicious act or omission committed by or with the knowledge and consent of any "director and officer" of the insured.

   c. Breach of contract.

   d. Violation of any civil rights law whether Federal, State, or local ordinance, including but not limited to discrimination on account of race, religion, sex, or age.

   e. "Claims" or "suits" arising out of salaries, compensation, or bonuses of employees, directors, or officers.

   f. Profits or losses, including accounting thereof, resulting from the purchase or sale of any investments.

OSIC_LEE HO_000077

**g.** "Losses" based upon or attributable to the insured gaining any personal profit, remuneration or advantage which is not shared equitably by the condominium association or to which the insured is not legally entitled.

**h.** Failure to obtain or maintain insurance policy or bonds or to maintain acceptable amounts, forms, conditions or provisions of any insurance or bond.

**i.** "Losses" caused by or resulting from nuclear reaction, nuclear radiation or radioactive contamination, or to any act or condition incident to any of them.

**j.** Liability of fiduciary imposed by the Employee Retirement Income Security Act of 1974, Public Law 93-406 (the Pension Reform Act of 1974) and amendments thereto, or similar provisions of any Federal, State or local statutory or common law.

**k.** Pollution

    **(1)** "Loss" arising out of the actual, alleged or threatened discharge, dispersal, release or escape of pollutants:

        **(a)** At or from premises you own, rent or occupy;

        **(b)** At or from any site or location used by or for you or others for the handling, storage, disposal, processing or treatment of waste;

        **(c)** Which are at any time transported, handled, stored, treated, disposed of, or processed as waste by or for you or any person or organization for whom you may be legally responsible; or

        **(d)** At or from any site or location on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations:

            **(i)** if the pollutants are brought on or to the site or location in connection with such operations; or

            **(ii)** if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize the pollutants

    **(2)** Any loss, cost, or expense arising out of any governmental direction or request that you test for, monitor, clean up, remove, contain, treat, detoxify or neutralize pollutants.

    Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals, petroleum products including gasoline or gasoline additives, and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**l.** Damage caused by or resulting from operations (including construction, design, survey or engineering services) performed by or on behalf of the builder, sponsor or developer of the condominium owned, controlled or managed by the Named Insured.

**m.** Damage to condominium property, including all resulting use of that property.

**n.** The failure or inability of any insured to enforce your rights against the builder, sponsor or developer of the condominium owned, controlled or managed by the Named Insured.

**o.** Fines or penalties imposed by law.

**p.** Punitive damages.

**q.** Any "claim" or "suit" that is brought by or on behalf of any insured or any person or organization which is controlled by, controls, or is under common control with you.

OSIC_LEE HO_000078

**SUPPLEMENTARY PAYMENTS**

We will pay with respect to any "claim" or "suit" we defend:

1.  All expenses we incur.

2.  All reasonable expenses incurred by the insured at our request, including actual loss of earnings up to $100 a day because of time off from work.

3.  The cost of bonds to release attachments but only for bond amounts within the applicable limit of insurance. We do not have to furnish bonds.

4.  Prejudgment interest awarded against the insured on that part of the judgement we pay. If we make an offer to pay the applicable limit of insurance, we will not pay for any prejudgment interest incurred after the offer.

5.  All interest on the full amount of any judgement that accrues after entry of the judgement and before we have paid, offered to pay, or deposited in court the part of the judgement that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**SECTION II - WHO IS AN INSURED**

Each of the following is an insured:

1.  The condominium association named in the Declarations of this policy is an insured with respect to its liability because of "wrongful acts" committed by its "directors and officers."

2.  The "directors and officers" of the insured collectively, and each "director and officer" individually, are insureds while acting within the scope of their duties on behalf of the insured.

**SECTION III - LIMITS OF INSURANCE**

1.  The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

    a.  Insureds;

    b.  "Claims" presented or "suits" brought; or

    c.  Persons or organizations making "claims" or bringing "suits."

2.  The Aggregate Limit is the most we will pay for "losses" for all "claims" or "suits" to which this insurance applies.

3.  The "Each Wrongful Act" Limit is the most we will pay for all "losses" arising out of any "wrongful act".

4.  If this insurance is in effect for a period of more than one year, the limits apply separately to each consecutive annual period, and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations. But if the policy period is extended for less than 12 months, the extended period will be deemed to be part of the last preceding period for purposes of determining the Limits of Insurance.

**SECTION IV - CONDOMINIUM DIRECTORS AND OFFICERS LIABILITY COVERAGE CONDITIONS**

1.  **Bankruptcy**

    Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this coverage form.

OSIC_LEE HO_000079

**2. Duties In The Event Of Occurrence, Claim Or Suit.**

    **a.** The insured must see to it that we are notified promptly if you become aware of any act, error or omission which reasonably would be expected to be the basis of a "claim" or "suit" covered by this insurance.

    **b.** If a "claim" is made or "suit" is brought against any insured, you must see to it that we receive prompt written notice of the "claim" or "suit."

    **c.** You and any other involved insured must:

        **(1)** Immediately send us copies of any demands, notices, summonses, or legal papers received in connection with the "claim" or "suit";

        **(2)** Authorize us to obtain records and other information;

        **(3)** Cooperate with us in the investigation, settlement or defense of the "claim" or "suit"; and

        **(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of the "loss" to which this insurance may also apply.

    **d.** No insureds will, except at their own cost, voluntarily make a payment, assume any obligation, or incur any expense without our written consent.

**3. Legal Action Against Us**

No person or organization has a right under this coverage form:

    **a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

    **b.** To sue us under this insurance unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on final judgement against an insured obtained after an actual trial; but we will not be liable for damages that are not payable under the terms of this Coverage Form or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

The insurance shall be excess of any other valid and collectible insurance available to the insured, whether such other insurance is stated to be primary, contributory, contingent, pro-rata or other-wise, unless such other insurance is written as a specific excess insurance over the Limits of Insurance provided in the Coverage Form.

In addition, this insurance shall not cover any "loss" for which the insured is entitled to recovery under any other insurance in force previous to the effective date of the Coverage Form.

**5. Separation of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Form to the first Named Insured, this insurance applies:

    **a.** As if each Named Insured were the only Named Insured; and

    **b.** Separately to each insured against whom "claim" is made or "suit" is brought.

OSIC_LEE HO_000080

**6. Transfer Of Right Of Recover Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Form, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**SECTION V - DEFINITIONS**

1. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

2. "Claim" or "claims" means a demand received by an insured for money, including the service of a "suit".

3. "Coverage territory" means anywhere in the world, provided the original claim or "suit" is brought within the United States of America, its territories or possessions, Puerto Rico or Canada.

4. "Directors and officers" means those individuals who form the administrative body of the insured, provided that each individual is duly elected by the owners of the condominium to serve on the managing body of that entity.

5. "Loss" or "losses" means damages, settlements, and/or defense costs

6. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

   a. False arrest, detention or imprisonment;

   b. Malicious prosecution;

   c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

   d. Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

   e. Oral or written publication, in any manner, of material that violates a person's right of privacy;

   f. The use of another's advertising idea in your advertisement; or

   g. Infringing upon another's copyright, trade dress or slogan in your advertisement.

7. "Property damage" means:

   a. Physical injury to tangible property, including all resulting loss of use of that property., or

   b. Loss of use of tangible property that is not physically injured.

8. "Suit" or "suits" means a civil proceeding(s) in which "loss" because of "wrongful acts" to which this insurance applies are alleged. "Suit" includes an arbitration proceeding to which you must submit or submit with our consent.

9. "Wrongful acts" means any negligent act(s), error(s), or omission(s) directly related to the operations of the condominium property of the Named Insured..

**COMMERCIAL  GENERAL LIABILITY**
**CG 84 99 01 12**

**THIS  ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NON-CUMULATION    OF LIABILITY LIMITS
# (SAME  OCCURRENCE)

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART

The following   is added to Paragraph  **5.** under  **Section  III - Limits Of Insurance:**

Non-Cumulation   of Liability  - Same Occurrence  - If one "occurrence"   causes "bodily  injury"  or "property damage"  during  the policy  period  and during  the policy  period  of one or more prior, or future,  general liability  policies  issued  to you by us, then  this policy's  Each Occurrence  Limit  will be reduced  by the amount  of each payment  made by us under the other policies  because of such "occurrence."

"For  purposes  of this endorsement,  the term "us"  also includes  any other  company  that is or was part of the Liberty  Mutual  Agency  Corporation  division  of Liberty  Mutual  Group."

© 2011 Liberty Mutual Insurance. All rights reserved.
**CG 84 99 01 12**    Includes copyrighted material of Insurance Services Office, Inc., with its permission .    **Page 1 of 1**

OSIC_LEE HO_000082



COMMERCIAL  GENERAL LIABILITY
CG 85 87 07 18

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TEXAS CHANGES  - EMPLOYER'S LIABILITY EXCLUSION

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART

**A.**  Exclusion  **e.** of Paragraph  **2., Exclusions** under **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced  by the following:

This insurance  does not apply  to:

**e.  Employer's Liability**

"Bodily  injury"  to:

**(1)**  Any "employee"  arising  out of and in the course of:

**(a)**  Employment  by the insured;  or

**(b)**  Performing  duties  related  to the conduct  of the insured's  business;

**(2)**  Any other person hired  by the insured  to perform  work at the insured's  direction  and control and arising  out of and in the course of performing  duties  related  to the conduct  of the insured's business;  or

**(3)**  The spouse,  child,  parent,  brother,  or sister  of that "employee",   or other person  that the insured  hires to perform  work at the direction  and control  of any insured,  as a consequenc e of Paragraph  **(1)** or **(2)** above.

This exclusion  applies:

**(1)**  Whether  the insured  may be liable  as an employer  or in any other capacity;  and

**(2)**  To any obligation  to share damages  with or repay someone  else who must pay damages because  of the injury.

This exclusion  does not apply  to liability  assumed  by the insured  under an "insured  contract".

**B.**  Subparagraphs  **(1)(a)** and **(1)(b)** of Paragraph  **2.a** under **Section II - Who Is An Insured** are replaced  by the following:

**(1)**  "Bodily  injury"  or "personal  and advertising  injury":

**(a)**  To you, to your partners  or members  (if you are a partnership  or joint  venture),  to your members  (if you are a limited  liability  company),  to a co-"employee"   while  in the course of his or her employment  or performing  duties  related  to the conduct  of your business,  to any other person  who the insured  hires to perform  work at the direction  and control  of any insured  while performing  duties  related  to the conduct  of the insured's  business,  or to your "volunteer  workers"  while  performing  duties  related  to the conduct  of your business;

**(b)**  To the spouse,  child,  parent,  brother  or sister  of that co-"employee",   person  who the insured  hires to perform  work at the direction  and control  of any insured,  or "volunteer worker"  as a consequence  of Paragraph  **(1)(a)** above;

     ©  2018 Liberty Mutual Insurance
Includes copyrighted  material of Insurance Services Office, Inc., with  its permission.     **Page 1 of 2**

OSIC_LEE HO_000083

**C.** For the purposes of this endorsement, Paragraph **5.** of **Section V - Definitions** is replaced by the following:

"Employee" includes a "leased worker" or a "temporary worker".

All other terms and conditions of the policy remain unchanged.

© 2018 Liberty Mutual Insurance

OSIC_LEE HO_000084

COMMERCIAL  GENERAL LIABILITY
CG 88 10 04 13

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# COMMERCIAL  GENERAL  LIABILITY EXTENSION

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART

## INDEX



| SUBJECT | PAGE |
|---|---|
| NON-OWNED  AIRCRAFT | 2 |
| NON-OWNED  WATERCRAFT | 2 |
| PROPERTY DAMAGE LIABILITY - ELEVATORS | 2 |
| EXTENDED DAMAGE TO PROPERTY RENTED TO YOU (Tenant's  Property  Damage) | 2 |
| MEDICAL PAYMENTS  EXTENSION | 3 |
| EXTENSION  OF SUPPLEMENTARY  PAYMENTS  - COVERAGES A AND B | 3 |
| ADDITIONAL  INSUREDS - BY CONTRACT, AGREEMENT  OR PERMIT | 3 |
| PRIMARY  AND NON-CONTRIBUTORY-  ADDITIONAL  INSURED EXTENSION | 5 |
| ADDITIONAL  INSUREDS - EXTENDED PROTECTION OF YOUR "LIMITS  OF INSURANCE" | 6 |
| WHO IS AN INSURED - INCIDENTAL  MEDICAL  ERRORS/MALPRACTICE AND WHO IS AN INSURED - FELLOW EMPLOYEE EXTENSION - MANAGEMENT  EMPLOYEES | 6 |
| NEWLY FORMED OR ADDITIONALLY  ACQUIRED ENTITIES | 7 |
| FAILURE TO DISCLOSE HAZARDS AND PRIOR OCCURRENCES | 7 |
| KNOWLEDGE OF OCCURRENCE, OFFENSE, CLAIM OR SUIT | 7 |
| LIBERALIZATION CLAUSE | 7 |
| BODILY INJURY  REDEFINED | 7 |
| EXTENDED PROPERTY DAMAGE | 8 |
| WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US - WHEN REQUIRED IN A CONTRACT  OR AGREEMENT  WITH YOU | 8 |

© 2013 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

CG 88 10 04 13   **Page 1 of 8**

OSIC_LEE HO_000085

With respect to coverage afforded by this endorsement, the provisions of the policy apply unless modified by the endorsement.

**A.  NON-OWNED AIRCRAFT**

Under Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability,** exclusion **g. Aircraft, Auto Or Watercraft** does not apply to an aircraft provided:

1.  It is not owned by any insured;

2.  It is hired, chartered or loaned with a trained paid crew;

3.  The pilot in command holds a currently effective certificate, issued by the duly constituted authority of the United States of America or Canada, designating her or him a commercial or airline pilot; and

4.  It is not being used to carry persons or property for a charge.

However, the insurance afforded by this provision does not apply if there is available to the insured other valid and collectible insurance, whether primary, excess (other than insurance written to apply specifically in excess of this policy), contingent or on any other basis, that would also apply to the loss covered under this provision.

**B.  NON-OWNED WATERCRAFT**

Under Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability,** Subparagraph **(2)** of exclusion **g. Aircraft, Auto Or Watercraft** is replaced by the following:

This exclusion does not apply to:

**(2)**  A watercraft you do not own that is:

**(a)**  Less than 52 feet long; and

**(b)**  Not being used to carry persons or property for a charge.

**C.  PROPERTY DAMAGE LIABILITY - ELEVATORS**

1.  Under Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability,** Subparagraphs **(3), (4)** and **(6)** of exclusion **j. Damage To Property** do not apply if such "property damage" results from the use of elevators. For the purpose of this provision, elevators do not include vehicle lifts. Vehicle lifts are lifts or hoists used in automobile service or repair operations.

2.  The following is added to **Section IV - Commercial General Liability Conditions,** Condition **4. Other Insurance,** Paragraph **b. Excess Insurance:**

The insurance afforded by this provision of this endorsement is excess over any property insurance, whether primary, excess, contingent or on any other basis.

**D.  EXTENDED DAMAGE TO PROPERTY RENTED TO YOU (Tenant's Property Damage)**

If Damage To Premises Rented To You is not otherwise excluded from this Coverage Part:

1.  Under Paragraph **2. Exclusions of Section I - Coverage A - Bodily Injury and Property Damage Liability:**

a.  The fourth from the last paragraph of exclusion **j. Damage To Property** is replaced by the following:

Paragraphs **(1), (3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire, lightning, explosion, smoke, or leakage from an automatic fire protection system) to:

**(i)**  Premises rented to you for a period of 7 or fewer consecutive days; or

**(ii)**  Contents that you rent or lease as part of a premises rental or lease agreement for a period of more than 7 days.

Paragraphs **(1), (3)** and **(4)** of this exclusion do not apply to "property damage" to contents of premises rented to you for a period of 7 or fewer consecutive days.

A separate limit of insurance applies to this coverage as described in **Section III - Limits of Insurance.**

OSIC_LEE HO_000086

**b.** The last paragraph of subsection **2. Exclusions** is replaced by the following:

Exclusions **c.** through **n.** do not apply to damage by fire, lightning, explosion, smoke or leakage from automatic fire protection systems to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to Damage To Premises Rented To You as described in **Section III - Limits Of Insurance.**

**2.** Paragraph **6.** under **Section III - Limits Of Insurance** is replaced by the following:

**6.** Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to:

**a.** Any one premise:

**(1)** While rented to you; or

**(2)** While rented to you or temporarily occupied by you with permission of the owner for damage by fire, lightning, explosion, smoke or leakage from automatic protection systems; or

**b.** Contents that you rent or lease as part of a premises rental or lease agreement.

**3.** As regards coverage provided by this provision **D. EXTENDED DAMAGE TO PROPERTY RENTED TO YOU (Tenant's Property Damage) -** Paragraph **9.a.** of **Definitions** is replaced with the following:

**9.a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire, lightning, explosion, smoke, or leakage from automatic fire protection systems to premises while rented to you or temporarily occupied by you with the permission of the owner, or for damage to contents of such premises that are included in your premises rental or lease agreement, is not an "insured contract".

**E. MEDICAL PAYMENTS EXTENSION**

If **Coverage C Medical Payments** is not otherwise excluded, the Medical Payments provided by this policy are amended as follows:

Under Paragraph **1. Insuring Agreement** of **Section I - Coverage C - Medical Payments,** Subparagraph **(b)** of Paragraph **a.** is replaced by the following:

**(b)** The expenses are incurred and reported within three years of the date of the accident; and

**F. EXTENSION OF SUPPLEMENTARY PAYMENTS - COVERAGES A AND B**

**1.** Under **Supplementary Payments - Coverages A** and **B**, Paragraph **1.b.** is replaced by the following:

**b.** Up to **$3,000** for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**2.** Paragraph **1.d.** is replaced by the following:

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to **$500** a day because of time off from work.

**G. ADDITIONAL INSUREDS - BY CONTRACT, AGREEMENT OR PERMIT**

**1.** Paragraph **2.** under **Section II - Who Is An Insured** is amended to include as an insured any person or organization whom you have agreed to add as an additional insured in a written contract, written agreement or permit. Such person or organization is an additional insured but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused in whole or in part by:

**a.** Your acts or omissions, or the acts or omissions of those acting on your behalf, in the performance of your on going operations for the additional insured that are the subject of the written contract or written agreement provided that the "bodily injury" or "property damage" occurs, or the "personal and advertising injury" is committed, subsequent to the signing of such written contract or written agreement; or

© 2013 Liberty Mutual Insurance

CG 88 10 04 13    Includes copyrighted material of Insurance Services Office, Inc., with its permission.    **Page 3 of 8**

OSIC_LEE HO_000087



**b.** Premises or facilities rented by you or used by you; or

**c.** The maintenance, operation or use by you of equipment rented or leased to you by such person or organization; or

**d.** Operations performed by you or on your behalf for which the state or political subdivision has issued a permit subject to the following additional provisions:

**(1)** This insurance does not apply to "bodily injury", "property damage", or "personal and advertising injury" arising out of the operations performed for the state or political subdivision;

**(2)** This insurance does not apply to "bodily injury" or "property damage" included within the "completed operations hazard".

**(3)** Insurance applies to premises you own, rent, or control but only with respect to the following hazards:

**(a)** The existence, maintenance, repair, construction, erection, or removal of advertising signs, awnings, canopies, cellar entrances, coal holes, driveways, manholes, marquees, hoist away openings, sidewalk vaults, street banners, or decorations and similar exposures; or

**(b)** The construction, erection, or removal of elevators; or

**(c)** The ownership, maintenance, or use of any elevators covered by this insurance.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

With respect to Paragraph **1.a.** above, a person's or organization's status as an additional insured under this endorsement ends when:

**(1)** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

**(2)** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

With respect to Paragraph **1.b.** above, a person's or organization's status as an additional insured under this endorsement ends when their written contract or written agreement with you for such premises or facilities ends.

With respects to Paragraph **1.c.** above, this insurance does not apply to any "occurrence" which takes place after the equipment rental or lease agreement has expired or you have returned such equipment to the lessor.

The insurance provided by this endorsement applies only if the written contract or written agreement is signed prior to the "bodily injury" or "property damage".

We have no duty to defend an additional insured under this endorsement until we receive written notice of a "suit" by the additional insured as required in Paragraph **b.** of Condition **2. Duties In the Event Of Occurrence, Offense, Claim Or Suit** under **Section IV - Commercial General Liability Conditions.**

© 2013 Liberty Mutual Insurance

CG 88 10 04 13    Includes copyrighted material of Insurance Services Office, Inc., with its permission.    **Page 4 of 8**

OSIC_LEE HO_000088

2. With respect to the insurance provided by this endorsement, the following are added to Paragraph **2. Exclusions** under **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

a. "Bodily injury" or "property damage" arising from the sole negligence of the additional insured.

b. "Bodily injury" or "property damage" that occurs prior to you commencing operations at the location where such "bodily injury" or "property damage" occurs.

c. "Bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of, or the failure to render, any professional architectural, engineering or surveying services, including:

(1) The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

(2) Supervisory, inspection, architectural or engineering activities.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of, or the failure to render, any professional architectural, engineering or surveying services.

d. "Bodily injury" or "property damage" occurring after:

(1) All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

(2) That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

e. Any person or organization specifically designated as an additional insured for ongoing operations by a separate **ADDITIONAL INSURED -OWNERS, LESSEES OR CONTRACTORS** endorsement issued by us and made a part of this policy.

3. With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

a. Required by the contract or agreement; or

b. Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declaratio ns.

**H. PRIMARY AND NON-CONTRIBUTORY ADDITIONAL INSURED EXTENSION**

This provision applies to any person or organization who qualifies as an additional insured under any form or endorsement under this policy.

Condition **4. Other Insurance of SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS** is amended as follows:

a. The following is added to Paragraph **a. Primary Insurance:**

If an additional insured's policy has an Other Insurance provision making its policy excess, and you have agreed in a written contract or written agreement to provide the additional insured coverage on a primary and noncontributory basis, this policy shall be primary and we will not seek contribution from the additional insured's policy for damages we cover.

© 2013 Liberty Mutual Insurance

**CG 88 10 04 13**    Includes copyrighted material of Insurance Services Office, Inc., with its permission.    **Page 5 of 8**

OSIC_LEE HO_000089

**b.** The following is added to Paragraph **b. Excess Insurance:**

When a written contract or written agreement, other than a premises lease, facilities rental contract or agreement, an equipment rental or lease contract or agreement, or permit issued by a state or political subdivision between you and an additional insured does not require this insurance to be primary or primary and non-contributory, this insurance is excess over any other insurance for which the additional insured is designated as a Named Insured.

Regardless of the written agreement between you and an additional insured, this insurance is excess over any other insurance whether primary, excess, contingent or on any other basis for which the additional insured has been added as an additional insured on other policies.

**I.   ADDITIONAL INSUREDS - EXTENDED PROTECTION OF YOUR "LIMITS OF INSURANCE"**

This provision applies to any person or organization who qualifies as an additional insured under any form or endorsement under this policy.

**1.** The following is added to Condition **2. Duties In The Event Of Occurrence, Offense, Claim or Suit:**

An additional insured under this endorsement will as soon as practicable:

**a.** Give written notice of an "occurrence" or an offense that may result in a claim or "suit" under this insurance to us;

**b.** Tender the defense and indemnity of any claim or "suit" to all insurers whom also have insurance available to the additional insured; and

**c.** Agree to make available any other insurance which the additional insured has for a loss we cover under this Coverage Part.

**d.** We have no duty to defend or indemnify an additional insured under this endorsement until we receive written notice of a "suit" by the additional insured.

**2.** The limits of insurance applicable to the additional insured are those specified in a written contract or written agreement or the limits of insurance as stated in the Declarations of this policy and defined in **Section III - Limits of Insurance** of this policy, whichever are less. These limits are inclusive of and not in addition to the limits of insurance available under this policy.

**J.   WHO IS AN INSURED - INCIDENTAL MEDICAL ERRORS / MALPRACTICE**
**WHO IS AN INSURED - FELLOW EMPLOYEE EXTENSION - MANAGEMENT EMPLOYEES**

Paragraph **2.a.(1)** of **Section II - Who Is An Insured** is replaced with the following:

**(1)** "Bodily injury" or "personal and advertising injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1) (a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **(1) (a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services. However, if you are not in the business of providing professional health care services or providing professional health care personnel to others, or if coverage for providing professional health care services is not otherwise excluded by separate endorsement, this provision (Paragraph **(d)**) does not apply.

Paragraphs **(a)** and **(b)** above do not apply to "bodily injury" or "personal and advertising injury" caused by an "employee" who is acting in a supervisory capacity for you. Supervisory capacity as used herein means the "employee's" job responsibilities assigned by you, includes the direct supervision of other "employees" of yours. However, none of these "employees" are insureds for "bodily injury" or "personal and

©  2013 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

OSIC_LEE HO_000090

advertising injury" arising out of their willful conduct, which is defined as the purposeful or willful intent to cause "bodily injury" or "personal and advertising injury", or caused in whole or in part by their intoxication by liquor or controlled substances.

The coverage provided by provision **J.** is excess over any other valid and collectable insurance available to your "employee".

## K. NEWLY FORMED OR ADDITIONALLY ACQUIRED ENTITIES

Paragraph **3.** of **Section II - Who Is An Insured** is replaced by the following:

3.  Any organization you newly acquire or form and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:



   a.  Coverage under this provision is afforded only until the expiration of the policy period in which the entity was acquired or formed by you;

   b.  Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

   c.  Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

   d.  Records and descriptions of operations must be maintained by the first Named Insured.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations or qualifies as an insured under this provision.

## L. FAILURE TO DISCLOSE HAZARDS AND PRIOR OCCURRENCES

Under **Section IV - Commercial General Liability Conditions,** the following is added to Condition **6. Representations:**

Your failure to disclose all hazards or prior "occurrences" existing as of the inception date of the policy shall not prejudice the coverage afforded by this policy provided such failure to disclose all hazards or prior "occurrences" is not intentional.

## M. KNOWLEDGE OF OCCURRENCE, OFFENSE, CLAIM OR SUIT

Under **Section IV - Commercial General Liability Conditions,** the following is added to Condition **2. Duties In The Event of Occurrence, Offense, Claim Or Suit:**

Knowledge of an "occurrence", offense, claim or "suit" by an agent, servant or "employee" of any insured shall not in itself constitute knowledge of the insured unless an insured listed under Paragraph **1.** of **Section II - Who Is An Insured** or a person who has been designated by them to receive reports of "occurrences", offenses, claims or "suits" shall have received such notice from the agent, servant or "employee".

## N. LIBERALIZATION CLAUSE

If we revise this Commercial General Liability Extension Endorsement to provide more coverage without additional premium charge, your policy will automatically provide the coverage as of the day the revision is effective in your state.

## O. BODILY INJURY REDEFINED

Under **Section V - Definitions,** Definition **3.** is replaced by the following:

3.  "Bodily Injury" means physical injury, sickness or disease sustained by a person. This includes mental anguish, mental injury, shock, fright or death that results from such physical injury, sickness or disease.

©  2013 Liberty Mutual Insurance
**CG 88 10 04 13**     Includes copyrighted material of Insurance Services Office, Inc., with its permission.     **Page 7 of 8**

OSIC_LEE HO_000091

**P.   EXTENDED PROPERTY DAMAGE**

**Exclusion a.** of **COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY** is replaced by the following:

**a.   Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force to protect persons or property.

**Q.   WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US - WHEN REQUIRED IN A CONTRACT OR AGREEMENT WITH YOU**

Under **Section IV - Commercial General Liability Conditions,** the following is added to Condition **8. Transfer Of Rights Of Recovery Against Others To Us:**

We waive any right of recovery we may have against a person or organization because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard" provided:

**1.**   You and that person or organization have agreed in writing in a contract or agreement that you waive such rights against that person or organization; and

**2.**   The injury or damage occurs subsequent to the execution of the written contract or written agreement.

© 2013 Liberty Mutual Insurance

**CG 88 10 04 13**      Includes copyrighted material of Insurance Services Office, Inc., with its permission.      **Page 8 of 8**

OSIC_LEE HO_000092

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EACH LOCATION  GENERAL AGGREGATE  LIMIT

This endorsement  modifies  insurance  provided  under  the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART



**A.** For all sums which  the insured  becomes  legally  obligated  to pay as damages caused by "occurrences" under **Section I - Coverage  A - Bodily Injury And Property Damage Liability,** and for all medical  expenses  caused  by accidents  under **Section I - Coverage C Medical  Payments,** which  can be attributed only to operations  at a single "location"   owned  by or rented  to you:

    **1.** A separate Each Location General Aggregate Limit applies to each "location",   and that limit  is equal to the amount  of the General Aggregate  Limit  shown  in the Declarations.

    **2.** The Each Location  General  Aggregate  Limit  is the most we will  pay for the sum of all damages under Coverage **A,** except damages because of "bodily  injury"  or "property  damage" included  in the "products-completed   operations  hazard",  and for medical  expenses under Coverage **C** regardless of the number  of:

        **a.** Insureds;

        **b.** Claims made or "suits"  brought;  or

        **c.** Persons or organizations  making claims or bringing  "suits".

    **3.** Any payments  made under Coverage **A** for damages or under Coverage **C** for medical  expenses shall reduce the Each Location General Aggregate Limit for that "location".  Such payments shall not reduce the General Aggregate  Limit  shown  in the Declarations  nor shall they reduce any other Each Location  General  Aggregate  Limit  for any other "location".

    **4.** The limits  shown  in the Declarations  for Each Occurrence, Fire Damage and Medical  Expense continue  to apply. However,  instead of being subject  to the General Aggregate  Limit  shown  in the Declarations,  such limits  will  be subject  to the applicable  Each Location General Aggregate  Limit.

**B.** For all sums which  the insured  becomes  legally  obligated  to pay as damages caused by "occurrences" under **Section I - Coverage  A - Bodily Injury And Property Damage Liability,** and for all medical  expenses  caused  by accidents  under **Section I - Coverage C Medical  Payments,** which  cannot be attributed only to operations  at a single "location"   owned  by or rented  to you:

    **1.** Any payments  made under Coverage **A** for damages or under Coverage **C** for medical  expenses shall reduce the amount  available  under the General Aggregate  Limit  or the Products-Completed Operations Aggregate  Limit,  whichever  is applicable;  and

    **2.** Such payments  shall not reduce any Each Location General Aggregate  Limit.

**C.** When coverage for liability  arising  out of the "products-completed   operations  hazard" is provided,  any payments  for damages because of "bodily  injury"  or "property  damage" included  in the "products-completed  operations hazard" will reduce the Products-Completed  Operations Aggregate  Limit, and not reduce the General Aggregate  Limit  nor the Each Location  General  Aggregate  Limit.

**D.** For the purposes  of this endorsement,  the following  definition  is added to **Sectio n V - Definitions:**

"Location"   means premises involving  the same or connecting  lots, or premises whose connection  is interrupted  only by a street, roadway, waterway  or right-of-way  of a railroad.

**E.** The provisions  of **Section III - Limits Of Insurance** not otherwise  modified  by this endorsement  shall continue  to apply  as stipulated.

**CG 88 60 12 08**         Includes copyrighted material of ISO Properties, Inc., with  its permission.         **Page 1 of 1**

OSIC_LEE HO_000093

COMMERCIAL  GENERAL LIABILITY
CG 88 61 12 08

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PROPERTY DAMAGE  - CUSTOMERS'  GOODS

This endorsement  modifies  insurance provided  under the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART

**A.**  Under **Section I - Coverages, Coverage A - Bodily Injury And Property Damage Liability, 2. Exclusions, j. Damage To Property,** items **(3), (4)** and **(6)** do not apply to "property  damage" to "customers'  goods" while  on your premises.

**B.**  Under **Section IV - Commercial  General Liability Conditions, 4. Other Insurance, b. Excess Insurance,** the following  is added:

The insurance afforded  by this endorsement  is excess over any of the other insurance,  whether primary,  excess, contingent  or on any other basis, that is property  insurance.

**C.**  Under **Section V - Definitions,** the following  definition  is added:

"Customers'  goods" means property  of your customer  on your premises for the purpose of being worked  on or used in your manufacturing   process.

Nothing  contained  in this endorsement  shall be held to vary, alter, waive,  or extend  any of the terms, conditions,  provisions,  agreements  or limitations  of the policy,  other than as stated above.

---

**CG 88 61 12 08**          Includes copyrighted  material of ISO Properties, Inc., with  its permission.          **Page 1 of 1**

OSIC_LEE HO_000094

**COMMERCIAL  GENERAL LIABILITY**
**CG 88 66 12 08**

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PROPERTY DAMAGE  - BORROWED  EQUIPMENT



This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART

**A.** Under **Section I - Coverages, Coverage A - Bodily Injury And Property Damage Liability, 2. Exclusions, j. Damage To Property,** item **(4)** does not apply to "property  damage" to borrowed  equipment  while that equipment  is not being used to perform  operations  at a job site.

**B.** Under **Section IV - Commercial General Liability Conditions, 4. Other Insurance, b. Excess Insurance,** the following   is added:

The insurance  afforded  by this endorsement  is excess over any of the other insurance,  whether  primary, excess, contingent  or on any other basis, that is property  insurance.

Nothing  contained  in this endorsement  shall be held to vary, alter, waive, or extend any of the terms, conditions,  provisions,  agreements or limitations   of the policy, other  than as stated above.

OSIC_LEE HO_000095

**COMMERCIAL  GENERAL LIABILITY**
**CG 88 77 12 08**

**THIS  ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MEDICAL  EXPENSE  AT  YOUR  REQUEST  ENDORSEMENT

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART

The following   is added  to **Section  I - Coverage  C - Medical  Payments:**

If **Medical  Payments** or **Medical  Expenses** are not otherwise  excluded  from  the policy,  medical  expenses will  be paid  only  if an insured  has requested  that  we pay  such  expenses.

**CG 88 77 12 08**        Includes Copyrighted Material of ISO Properties, Inc., with  its permission.        **Page 1 of 1**

OSIC_LEE HO_000096

COMMERCIAL  GENERAL LIABILITY
CG 88 86 12 08

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION  - ASBESTOS  LIABILITY

This endorsement  modifies  insurance  provided  under  the following:



COMMERCIAL  GENERAL LIABILITY  COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY  COVERAGE PART
POLLUTION  LIABILITY  COVERAGE PART
PRODUCTS AND COMPLETED OPERATIONS COVERAGE PART
RAILROAD PROTECTIVE LIABILITY  COVERAGE PART

This insurance  does not apply  to:

**1.** "Bodily  injury",  "property  damage"  or "personal  and advertising  injury"  arising,  in whole  or in part, either  directly  or indirectly  out of the manufacture,  storage,  processing,  mining,  use, sale, installation, removal, disposal, distribution,  handling,  inhalation,  ingestion,  absorption,  or existence  of, exposure  to or contact  with  asbestos,  asbestos  contained  in goods,  products  or materials,  asbestos  fibers  or asbes- tos dust;  or

**2.** Any loss, cost or expense arising  out of any:

**a.** Request, demand, order,  or statutory  or regulatory  requirement  that any insured or others test for, monitor,  clean up, remove,  contain,  treat, detoxify  or neutralize,  or in any way respond  to, or assess the effects  of asbestos,  asbestos  contained  in goods,  products  or materials,  asbestos  fibers  or asbestos dust; or

**b.** Claim or "suit"  by or on behalf  of a governmental  authority  for damages because of testing  for, monitoring,  cleaning  up, removing,  containing,  treating,  detoxifying  or neutralizing,  or in any way responding  to, or assessing  the effects  of asbestos,  asbestos  contained  in goods,  products  or materials,  asbestos  fibers  or asbestos dust.

**CG 88 86 12 08**        Includes copyrighted  material of ISO Properties, Inc., with  its permission.        **Page 1 of 1**

OSIC_LEE HO_000097

**COMMERCIAL  GENERAL LIABILITY**
**CG 88 87 12 08**

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION  - LEAD LIABILITY

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY  COVERAGE PART
PRODUCTS AND COMPLETED OPERATIONS COVERAGE PART
RAILROAD PROTECTIVE LIABILITY  COVERAGE PART

This insurance  does not apply  to:

1.  "Bodily  injury",  "property  damage"  or "personal  and advertising  injury"  arising,  in whole  or in part, either  directly  or indirectly  out of the mining,  processing,  manufacture,  storage,  distribution,  sale, installation,  removal,  disposal,  handling,  inhalation,  ingestion,  absorption,  use or existence  of, expo- sure to, or contact  with  lead or lead contained  in goods, products  or materials;  or

2.  Any loss, cost or expense  arising  out of any:

    a.  Request, demand,  order or statutory  or regulatory  requirement  that any insured  or others test for, monitor,  clean up, remove,  contain,  treat, detoxify  or neutralize,  or in any way respond  to, or assess the effects  of lead or lead contained  in goods, products  or materials;  or

    b.  Claim or "suit"  by or on behalf  of a governmental  authority  for damages  because  of testing  for, monitoring,  cleaning  up, removing,  containing,  treating,  detoxifying  or neutralizing,  or in any way responding  to, or assessing  the effects  of lead or lead contained  in goods, products  or materials.

**CG 88 87 12 08**          Includes copyrighted  material of ISO Properties, Inc., with  its permission.          **Page 1 of 1**

OSIC_LEE HO_000098

**COMMERCIAL  GENERAL LIABILITY**
**CG 89 01 12 08**

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# HIRED AUTO AND NON-OWNED  AUTO LIABILITY

This endorsement  modifies  insurance  provided  under  the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART



|  | **Coverage** |
|---|---|
| ☒ | **A. Hired Auto Liability** |
| ☒ | **B. Non-Ownership Liability** |

**A.** Insurance is provided  only for those  coverages  when an "X" is shown  in the Declarations  or in the Schedule.

**1. Hired Auto Liability**

The insurance  provided  under **Section I - Coverage A - Bodily Injury And Property Damage Liability,** applies  to "bodily  injury"  or "property  damage"  arising  out of the maintenance  or use of a "hired  auto"  by you or your "employees"   in the course of your business.

**2. Non-Owned  Auto Liability**

The insurance  provided  under **Section I - Coverage A - Bodily Injury And Property Damage Liability,** applies  to "bodily  injury"  or "property  damage"  arising  out of the use of any "non-owned  auto" in your business  by any person.

**B.** For insurance  provided  by this endorsement  only:

**1.** The exclusions,  under Paragraph  **2. Exclusion** of **Section 1 - Coverage A - Bodily Injury and Property Damage Liability,** other  than  exclusions  **a., b., d., f.,** and **i.** and the Nuclear Energy Liability Exclusion,  are deleted  and replaced  by the following:

**a.** "Bodily  injury"  to:

**(1)** An "employee"   of the insured  arising  out of and in the course of:

**(a)** Employment   by the insured;  or

**(b)** Performing   duties  related  to the conduct  of the insured's  business;  or

**(2)** The spouse, child, parent,  brother  or sister of that "employee"   as a consequence  of Paragraph **(1)** above.

This exclusion  applies:

**(1)** Whether  the insured  may be liable  as an employer  or in any other  capacity;  and

**(2)** To any obligation   to share damages  with  or repay  someone  else who must  pay the damages because of the injury.

This exclusion  does not apply to:

**(1)** Liability  assumed  by the insured  under an "insured  contract";  or

**(2)** "Bodily  Injury"  arising  out of and in the course of domestic  employment   by the insured unless  benefits  for such  injury  are in whole  or in part either  payable  or required  to be provided  under any workers  compensation  law.

**b.** "Property  damage"  to:

OSIC_LEE HO_000099

**(1)** Property owned or being transported by, or rented or loaned to the insured; or

**(2)** Property in the care, custody or control of the insured.

**2.** Section II, **Who Is An Insured,** is replaced by the following:

**1.** Each of the following is an insured under this endorsement to the extent set forth below:

**a.** You;

**b.** Any other person using a "hired auto" with your permission;

**c.** For a "non-owned auto":

**(1)** any partner or "executive officer" of yours; or

**(2)** any "employee" of yours

but only while such "non-owned auto" is being used in your business; and

**d.** Any other person or organization, but only for their liability because of acts or omissions of an insured under **a., b.** or **c.** above.

**2.** None of the following is an insured:

**a.** Any person engaged in the business of his or her employer for "bodily injury" to any co-"employee" of such person injured in the course of employment, or to the spouse, child, parent, brother or sister of that co-"employee" as a consequence of such "bodily injury", or for any obligation to share damages with or repay someone else who must pay damages because of the injury.

**b.** Any partner or "executive officer" for any "auto" owned by such partner or officer or a member of his or her household;

**c.** Any person while employed in or otherwise engaged in duties in connection with an "auto business", other than an "auto business" you operate;

**d.** The owner or lessee (of whom you are a sublessee) of a "hired auto" or the owner of a "non-owned auto" or any agent or "employee" of any such owner or lessee;

**e.** Any person or organization for the conduct of any current or past partnership or joint venture that is not shown as a Named Insured in the Declarations.

**C.** **Section III - Limits of Insurance,** Paragraph **2.,** The General Aggregate Limit, does not apply.

**D.** The following additional definitions apply:

**1.** "Business" means the business or occupation of selling, repairing, servicing, storing or parking "autos".

**2.** "Hired Auto" means any "auto" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent or borrow from any of your "employees", your partners or you "executive Officers" or members of their households.

**3.** "Non-Owned Auto" means any "auto" you do not own, lease, hire, rent or borrow which is used in connection with your business. This includes "autos" owned by your "employees", your partners or "executive officers", or members of their households, but only while used in your business or your personal affairs.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

OSIC_LEE HO_000100

**COMMERCIAL  GENERAL LIABILITY**
**CG 92 86 08 17**

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# HOMEOWNERS  ASSOCIATION  AND  TOWNHOUSE  ASSOCIATION AMENDATORY  ENDORSEMENT

This endorsement  modifies  insurance  provided  under the following:

CONDOMINIUM  ASSOCIATION  DIRECTORS AND OFFICERS LIABILITY  COVERAGE PART

The following  is added  as the third  and fourth  paragraphs  on page 1 of the Coverage  Part:

The words "condominium    association"  are replaced  by the word  "association"   throughout  this Coverage Part.

The word "association"   means the condominium   association,  homeowners  association  or townhouse association  shown  in the Named  Insured Section  of the policy Declarations.



© 2017 Liberty Mutual Insurance

**CG 92 86 08 17**      Includes copyrighted  material of Insurance Services Office, Inc., with its permission.      **Page 1 of 1**

OSIC_LEE HO_000101

COMMERCIAL  GENERAL LIABILITY
**CG 93 74 03 22**

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION  - PFC/PFAS

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART

**A.** The following   exclusion  is added to Paragraph  **2. Exclusions** of **Section I - Coverage  A - Bodily Injury And Property Damage Liability** and Paragraph  **2. Exclusions** of **Section I - Coverage  B - Personal And Advertising  Injury Liability** :

**Perfluorinated  Compounds Or Per- And Polyfluoroalkyl  Substances**

This insurance  does not apply to:

**1.** Any liability  arising  out of the actual, alleged, threatened  or suspected  inhalation  of, ingestion of, contact  with, exposure  to, existence  of, or presence  of "PFC/PFAS";  or

**2.** Any loss, cost, or expense  arising  out of any:

　**a.** Request, demand,  order,  or statutory  or regulatory  requirement   that any insured  or others test for, monitor,  clean up, remove, contain, treat, detoxify, neutralize,  remediate,  dispose  of, or in any way respond  to or assess the effects of "PFC/PFAS"  by any insured  or on behalf of any person, entity,  or governmental   authority.

　**b.** Claim or suit by or on behalf of a governmental   authority  for damages because  of testing for, monitoring,   cleaning  up, removing,  containing,  treating,  detoxifying  or neutralizing,  remediating, disposing  of, or in any way assessing  the effects of "PFC/PFAS".

This exclusion  applies  whether  the substances  listed above are alone or combined   with any other substances  or factors, whether  included  as a component   part of a product  or otherwise.

This exclusion  applies  regardless  whether  such exposure  occurs within  or outside  a building.

**B.** For the purposes  of this endorsement,   the following   definition  is added to the **Definitions** section:

"PFC/PFAS"  means perfluorinated   compounds   (PFC) or per- and polyfluoroalkyl   substances  (PFAS) including,  but not limited  to, perfluorooctanoic   acid (PFOA), perfluorooctane   sulfonic  acid (PFOS), perfluorononanoic   acid (PFNA), perfluorobutyric   acid (PFBA), perfluorobutane   sulfonic  acid (PFBS), perfluoropentanoic   acid (PFPeA), perfluorohexane   sulfonic  acid (PFHxS), GenX, C8 (perfluorinated carboxylic  acid),  ADONA,  perfluorohexanoic   acid (PFHxA),perfluoroheptanoic   acid  (PFHpA), perfluorooctane   sulfonamide  (PFSOA), perfluorodecanoic   acid, (PFDA), perfluorodecane   sulfonate (PFDS), perfluoroundecanoic   acid (PFUnA), perfluorododecanoic   acid (PFDoA), perfluorotridecanoic acid (PFTrDA), perfluorotetradecanoic   acid (PFTeDA), or 6:2 fluorotelomer  sulfonate  (6:2 FTS) or any associated  salts, acids, alcohols, precursor  chemicals  or related higher homologue  chemicals.

The addition  of this endorsement  does not imply  that other policy provisions,  including  but not limited  to any pollution  exclusion,  do not exclude  coverage for PFC-related  or PFAS-related damages, expense, loss, demand,  claim, liability  or legal obligation.

All other terms and conditions  of the Policy remain  unchanged.

© 2021 Liberty Mutual Insurance

OSIC_LEE HO_000102

COMMERCIAL GENERAL LIABILITY
CG 93 81 11 22

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - BIOMETRIC INFORMATION PRIVACY CLAIM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYMENT PRACTICES LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability** under the Commercial General Liability Coverage Form:

This insurance does not apply to:

**Biometric Information Privacy Claim**

"Bodily injury", "property damage" or "personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate any federal, state, local, province, Native American tribe or tribal nation law, or other governmental division or subdivision law that regulates or restricts the collection, storage, use, conversion, retention, sharing and/or publication in any manner, and/or disposal of "biometric information", including, but not limited to, violations of any notifications, disclosures, sale, or authorizations related to such "biometric information".

**B.** The following exclusion is added to Paragraph **C. Exclusions** of **Section I - Coverage** under the Employment Practices Liability Coverage Form:

This insurance does not apply to:

**Biometric Information Privacy Claim**

"Employment practices" or "damages" arising directly or indirectly out of any action or omission that violates or is alleged to violate any federal, state, local, province, Native American tribe or tribal nation law, or other governmental division or subdivision law that regulates or restricts the collection, storage, use, conversion, retention, sharing and/or publication in any manner, and/or disposal of "biometric information", including, but not limited to, violations of any notifications, disclosures, sale, or authorizations related to such "biometric information".

**C.** The following definition is added to the **Definitions** section:

"Biometric information" means any:

**a.** Biometric identifier including, but not limited to, a retina or iris scan, fingerprint , handprint, voiceprint, scan of hand, finger, ear, or face geometry, eye or finger vein verification, handwriting or signature, deoxyribonucleic acid (DNA), or any other personally identifiable measurable biological, physiological, behavioral, or immutable characteristic of an individual or individuals; or

**b.** "Biometric information", including any information, regardless of how captured, converted, stored or shared, which is based on biometric identifiers used to identify an individual.

© 2022 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

OSIC_LEE HO_000103

**COMMERCIAL  GENERAL LIABILITY**
**CG 94 38 05 24**

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TEXAS AMENDMENT   OF REPRESENTATIONS CONDITION

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART

Paragraph  **6. Representations**  in **Section IV - Conditions**  is replaced  by the following:

**6.  Concealment,  Misrepresentation  Or Fraud**

To the extent  permitted  by Texas Insurance  Codes 705.003 and 705.004, we may void this policy  and/or deny a claim  if, before  or after a loss, you or any insured  intentionally:

**a.**  Concealed  or misrepresented  any material  fact or circumstance;  or

**b.**  Made incorrect  statements  or representations  with regard to any material  fact or circumstance;  or

**c.**  Engaged in any fraudulent  conduct;

at the time  of application,  or any time during  the policy  period.

**CG 94 38 05 24**                         © 2023 Liberty Mutual  Insurance                         **Page 1 of 1**
Includes  copyrighted  material  of Insurance  Services Office, Inc., with  its permission.

OSIC_LEE HO_000104

# CONDOMINIUM   ASSOCIATION   COVERAGE FORM



Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **H.** Definitions.

## A.  Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

**1.  Covered Property**

Covered Property, as used in this Coverage Part, means the type of property described in this section, **A.1.,** and limited in **A.2.** Property Not Covered, if a Limit Of Insurance is shown in the Declarations for that type of property.

**a.  Building,** meaning the building or structure described in the Declarations, including:

**(1)** Completed additions;

**(2)** Fixtures, outside of individual units, including outdoor fixtures;

**(3)** Permanently installed:

**(a)** Machinery; and

**(b)** Equipment;

**(4)** Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

**(a)** Fire-extinguishing equipment;

**(b)** Outdoor furniture;

**(c)** Floor coverings; and

**(d)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering that are not contained within individual units;

**(5)** If not covered by other insurance:

**(a)** Additions under construction, alterations and repairs to the building or structure;

**(b)** Materials, equipment, supplies, and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure; and

**(6)** Any of the following types of property contained within a unit, regardless of ownership, if your Condominium Association Agreement requires you to insure it:

**(a)** Fixtures, improvements and alterations that are a part of the building or structure; and

**(b)** Appliances, such as those used for refrigerating, ventilating, cooking, dishwashing, laundering, security or housekeeping.

But Building does not include personal property owned by, used by or in the care, custody or control of a unit-owner except for personal property listed in Paragraph **A.1.a.(6)** above.

**b.  Your Business Personal Property** located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises, consisting of the following:

**(1)** Personal property owned by you or owned indivisibly by all unit-owners;

**(2)** Your interest in the labor, materials or services furnished or arranged by you on personal property of others; and

© Insurance Services Office, Inc., 2011

OSIC_LEE HO_000105

**(3)** Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property Of Others.

But Your Business Personal Property does not include personal property owned only by a unit- owner.

**c.** **Personal Property Of Others** that is:

**(1)** In your care, custody or control; and

**(2)** Located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**2.** **Property Not Covered**

Covered Property does not include:

**a.** Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

**b.** Animals, unless owned by others and boarded by you;

**c.** Automobiles held for sale;

**d.** Bridges, roadways, walks, patios or other paved surfaces;

**e.** Contraband, or property in the course of illegal transportation or trade;

**f.** The cost of excavations, grading, backfilling or filling;

**g.** Foundations of buildings, structures, machinery or boilers if their foundations are below:

**(1)** The lowest basement floor; or

**(2)** The surface of the ground if there is no basement;

**h.** Land (including land on which the property is located), water, growing crops or lawns (other than lawns which are part of a vegetated roof);

**i.** Personal property while airborne or waterborne;

**j.** Bulkheads, pilings, piers, wharves or docks;

**k.** Property that is covered under this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

**l.** Retaining walls that are not part of a building;

**m.** Underground pipes, flues or drains;

**n.** Electronic data, except as provided under the Additional Coverage, Electronic Data. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD- ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data. This paragraph, **n.,** does not apply to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system;

**o.** The cost to replace or restore the information on valuable papers and records, including those which exist as electronic data. Valuable papers and records include but are not limited to proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those which exist as electronic data;

**p.** Vehicles or self-propelled machines (including aircraft or watercraft) that:

**(1)** Are licensed for use on public roads; or

**(2)** Are operated principally away from the described premises.

© Insurance Services Office, Inc., 2011    **CP 00 17 10 12**

OSIC_LEE HO_000106



This paragraph does not apply to:

**(a)** Vehicles or self-propelled machines or autos you manufacture or warehouse;

**(b)** Vehicles or self-propelled machines, other than autos, you hold for sale;

**(c)** Rowboats or canoes out of water at the described premises; or

**(d)** Trailers, but only to the extent provided for in the Coverage Extension for Non-owned Detached Trailers; or

**q.** The following property while outside of buildings:

**(1)** Grain, hay, straw or other crops; or

**(2)** Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, trees, shrubs or plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), all except as provided in the Coverage Extensions.

**3. Covered Causes Of Loss**

See applicable Causes Of Loss form as shown in the Declarations.

**4. Additional Coverages**

**a. Debris Removal**

**(1)** Subject to Paragraphs **(2), (3)** and **(4),** we will pay your expense to remove debris of Covered Property and other debris that is on the described premises, when such debris is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

**(2)** Debris Removal does not apply to costs to:

**(a)** Remove debris of property of yours that is not insured under this policy, or property in your possession that is not Covered Property;

**(b)** Remove any property that is Property Not Covered, including property addressed under the Outdoor Property Coverage Extension;

**(c)** Remove property of others of a type that would not be Covered Property under this Coverage Form;

**(d)** Remove deposits of mud or earth from the grounds of the described premises;

**(e)** Extract "pollutants" from land or water; or

**(f)** Remove, restore or replace polluted land or water.

**(3)** Subject to the exceptions in Paragraph **(4),** the following provisions apply:

**(a)** The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

**(b)** Subject to **(a)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage. However, if no Covered Property has sustained direct physical loss or damage, the most we will pay for removal of debris of other property (if such removal is covered under this Additional Coverage) is $5,000 at each location.

**(4)** We will pay up to an additional $25,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

OSIC_LEE HO_000107

**(a)** The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

**(b)** The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if **(4)(a)** and/or **(4)(b)** applies, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $25,000.

**(5) Examples**

The following examples assume that there is no Coinsurance penalty.

**Example 1**

| | |
|---|---|
| Limit of Insurance: | $ 90,000 |
| Amount of Deductible: | $   500 |
| Amount of Loss: | $ 50,000 |
| Amount of Loss Payable: | $ 49,500 |
| | ($50,000 - $500) |
| Debris Removal Expense: | $ 10,000 |
| Debris Removal Expense Payable: | $ 10,000 |
| ($10,000 is 20% of $50,000) | |

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore, the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3).**

**Example 2**

| | |
|---|---|
| Limit of Insurance: | $ 90,000 |
| Amount of Deductible: | $   500 |
| Amount of Loss: | $ 80,000 |
| Amount of Loss Payable: | $ 79,500 |
| | ($80,000 - $500) |
| Debris Removal Expense: | $ 40,000 |
| Debris Removal Expense Payable | |
| Basic Amount: | $ 10,500 |
| Additional Amount: | $ 25,000 |

The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000, capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4),** because the debris removal expense ($40,000) exceeds 25% of the loss payable plus the deductible ($40,000 = 50% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $40,000 = $119,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $25,000, the maximum payable under Paragraph **(4).** Thus, the total payable for debris removal expense in this example is $35,500; $4,500 of the debris removal expense is not covered.

**b.** **Preservation Of Property**

If it is necessary for you to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**c.** **Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for service at each premises described in the Declarations unless a higher limit is shown in the Declarations. Such limit is the most we will pay regardless of the number of responding fire departments or fire units, and regardless of the number or type of services performed.

This Additional Coverage applies to your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

No Deductible applies to this Additional Coverage.

OSIC_LEE HO_000108



**d. Pollutant Clean-up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

**e. Increased Cost Of Construction**

**(1)** This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

**(2)** In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with the minimum standards of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in **e.(3)** through **e.(9)** of this Additional Coverage.

**(3)** The ordinance or law referred to in **e.(2)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises and is in force at the time of loss.

**(4)** Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

**(a)** You were required to comply with before the loss, even when the building was undamaged; and

**(b)** You failed to comply with.

**(5)** Under this Additional Coverage, we will not pay for:

**(a)** The enforcement of or compliance with any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

**(b)** Any costs associated with the enforcement of or compliance with an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

**(6)** The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $10,000 or 5% of the Limit of Insurance applicable to that building, whichever is less. If a damaged building is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for that damaged building, is the lesser of $10,000 or 5% times the value of the damaged building as of the time of loss times the applicable Coinsurance percentage.

The amount payable under this Additional Coverage is additional insurance.

© Insurance Services Office, Inc., 2011

OSIC_LEE HO_000109

**(7)** With respect to this Additional Coverage:

    **(a)** We will not pay for the Increased Cost of Construction:

        **(i)** Until the property is actually repaired or replaced, at the same or another premises; and

        **(ii)** Unless the repair or replacement is made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

    **(b)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the same premises.

    **(c)** If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the new premises.

**(8)** This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

**(9)** The costs addressed in the Loss Payment and Valuation Conditions and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of or compliance with an ordinance or law. The amount payable under this Additional Coverage, as stated in **e.(6)** of this Additional Coverage, is not subject to such limitation.

**f.** **Electronic Data**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Property Not Covered, Electronic Data. This Additional Coverage does not apply to electronic data which is integrated in and operates or controls the building's elevator, lighting, heating, ventilation, air conditioning or security system.

**(2)** Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

**(3)** The Covered Causes of Loss applicable to Your Business Personal Property apply to this Additional Coverage, Electronic Data, subject to the following:

    **(a)** If the Causes Of Loss - Special Form applies, coverage under this Additional Coverage, Electronic Data, is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

    **(b)** If the Causes Of Loss - Broad Form applies, coverage under this Additional Coverage, Electronic Data, includes Collapse as set forth in that form.

    **(c)** If the Causes Of Loss form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Electronic Data.

© Insurance Services Office, Inc., 2011 **CP 00 17 10 12**

OSIC_LEE HO_000110



**(d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

**(4)** The most we will pay under this Additional Coverage, Electronic Data, is $2,500 (unless a higher limit is shown in the Declarations) for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

**5.    Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**a.    Newly Acquired Or Constructed Property**

**(1)    Buildings**

You may extend the insurance that applies to Building to apply to:

**(a)** Your new buildings while being built on the described premises; and

**(b)** Buildings you acquire at locations, other than the described premises, intended for:

**(i)** Similar use as the building described in the Declarations; or

**(ii)** Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

**(2)    Your Business Personal Property**

**(a)** If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

**(i)** Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions; or

**(ii)** Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

**(b)** This Extension does not apply to:

**(i)** Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

OSIC_LEE HO_000111

**(ii)** Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

**(3) Period Of Coverage**

With respect to insurance provided under this Coverage Extension for Newly Acquired Or Constructed Property, coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

**b. Personal Effects And Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

**(1)** Personal effects owned by you, your officers, your partners or members, your managers or your employees. This Extension does not apply to loss or damage by theft.

**(2)** Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**c. Valuable Papers And Records (Other Than Electronic Data)**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered, Electronic Data.

**(2)** If the Causes Of Loss - Special Form applies, coverage under this Extension is limited to the "specified causes of loss" as defined in that form and Collapse as set forth in that form.

**(3)** If the Causes Of Loss - Broad Form applies, coverage under this Extension includes Collapse as set forth in that form.

**(4)** Under this Extension, the most we will pay to replace or restore the lost information is $2,500 at each described premises, unless a higher limit is shown in the Declarations. Such amount is additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist) and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and, therefore, coverage of such costs is not additional insurance.

**d. Property Off-premises**

**(1)** You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

**(a)** Temporarily at a location you do not own, lease or operate;

OSIC_LEE HO_000112



**(b)** In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

**(c)** At any fair, trade show or exhibition.

**(2)** This Extension does not apply to property:

**(a)** In or on a vehicle; or

**(b)** In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

**(3)** The most we will pay for loss or damage under this Extension is $10,000.

**e.    Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), trees, shrubs and plants (other than trees, shrubs or plants which are "stock" or are part of a vegetated roof), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

**(1)** Fire;

**(2)** Lightning;

**(3)** Explosion;

**(4)** Riot or Civil Commotion; or

**(5)** Aircraft.

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

Subject to all aforementioned terms and limitations of coverage, this Coverage Extension includes the expense of removing from the described premises the debris of trees, shrubs and plants which are the property of others.

**f.    Non-owned Detached Trailers**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

**(a)** The trailer is used in your business;

**(b)** The trailer is in your care, custody or control at the premises described in the Declarations; and

**(c)** You have a contractual responsibility to pay for loss or damage to the trailer.

**(2)** We will not pay for any loss or damage that occurs:

**(a)** While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

**(b)** During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

**(3)** The most we will pay for loss or damage under this Extension is $5,000, unless a higher limit is shown in the Declarations.

**(4)** This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

**g.    Business Personal Property Temporarily In Portable Storage Units**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to such property while temporarily stored in a portable storage unit (including a detached trailer) located within 100 feet of the described premises.

**(2)** If the applicable Covered Causes of Loss form or endorsement contains a limitation or exclusion concerning loss or damage from sand, dust, sleet, snow, ice or rain to property in a structure, such limitation or exclusion also applies to property in a portable storage unit.

OSIC_LEE HO_000113

**(3)** Coverage under this Extension:

**(a)** Will end 90 days after the business personal property has been placed in the storage unit;

**(b)** Does not apply if the storage unit itself has been in use at the described premises for more than 90 consecutive days, even if the business personal property has been stored there for 90 or fewer days as of the time of loss or damage.

**(4)** Under this Extension, the most we will pay for the total of all loss or damage to business personal property is $10,000 (unless a higher limit is indicated in the Declarations for such Extension) regardless of the number of storage units. Such limit is part of, not in addition to, the applicable Limit of Insurance on Your Business Personal Property. Therefore, payment under this Extension will not increase the applicable Limit of Insurance on Your Business Personal Property.

**(5)** This Extension does not apply to loss or damage otherwise covered under this Coverage Form or any endorsement to this Coverage Form or policy, and does not apply to loss or damage to the storage unit itself.

Each of these Extensions is additional insurance unless otherwise indicated. The Additional Condition, Coinsurance, does not apply to these Extensions.

**B.  Exclusions And Limitations**

See applicable Causes Of Loss form as shown in the Declarations.

**C.  Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit Of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs, whether or not the sign is attached to a building, is $2,500 per sign in any one occurrence.

The amounts of insurance stated in the following Additional Coverages apply in accordance with the terms of such coverages and are separate from the Limit(s) Of Insurance shown in the Declarations for any other coverage:

**1.** Fire Department Service Charge;

**2.** Pollutant Clean-up And Removal;

**3.** Increased Cost Of Construction; and

**4.** Electronic Data.

Payments under the Preservation Of Property Additional Coverage will not increase the applicable Limit of Insurance.

**D.  Deductible**

In any one occurrence of loss or damage (hereinafter referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

**Example 1:**

(This example assumes there is no Coinsurance penalty.)

| | |
|---|---:|
| Deductible: | $  250 |
| Limit of Insurance - Building 1: | $  60,000 |
| Limit of Insurance - Building 2: | $  80,000 |
| Loss to Building 1: | $  60,100 |
| Loss to Building 2: | $  90,000 |

The amount of loss to Building 1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Building 1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Building 1:

$60,100
- 250
$59,850    Loss Payable - Building 1

OSIC_LEE HO_000114

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Building 2. Loss payable for Building 2 is the Limit of Insurance of $80,000.

Total amount of loss payable:

$59,850 + $80,000 = $139,850

**Example 2**

(This example, too, assumes there is no Coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example 1.

| | |
|---|---|
| Loss to Building 1: | $ 70,000 |
| (Exceeds Limit of Insurance plus Deductible) | |
| Loss to Building 2: | $ 90,000 |
| (Exceeds Limit of Insurance plus Deductible) | |
| Loss Payable - Building 1: | $ 60,000 |
| (Limit of Insurance) | |
| Loss Payable - Building 2: | $ $80,000 |
| (Limit of Insurance) | |
| Total amount of loss payable: | $ 140,000 |

**E. Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

**1. Abandonment**

There can be no abandonment of any property to us.

**2. Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**3. Duties In The Event Of Loss Or Damage**

**a.** You must see that the following are done in the event of loss or damage to Covered Property:

**(1)** Notify the police if a law may have been broken.

**(2)** Give us prompt notice of the loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when and where the loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

**(6)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also, permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(7)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(8)** Cooperate with us in the investigation or settlement of the claim.



**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4.    Loss Payment**

**a.** In the event of loss or damage covered by this Coverage Form, at our option, we will either:

**(1)** Pay the value of lost or damaged property;

**(2)** Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

**(3)** Take all or any part of the property at an agreed or appraised value; or

**(4)** Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

**b.** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

**c.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**d.** We will not pay you more than your financial interest in the Covered Property.

**e.** We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g.** We will pay for covered loss or damage to Covered Property within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part, and:

**(1)** We have reached agreement with you on the amount of loss; or

**(2)** An appraisal award has been made.

If you name an insurance trustee, we will adjust losses with you, but we will pay the insurance trustee. If we pay the trustee, the payments will satisfy your claims against us.

**h.** A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance, the Valuation and Coinsurance Conditions and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

OSIC_LEE HO_000116

**5. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**6. Unit-owner's Insurance**

A unit-owner may have other insurance covering the same property as this insurance. This insurance is intended to be primary and not to contribute with such other insurance.

**7. Vacancy**

**a. Description Of Terms**

**(1)** As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **(1)(a)** and **(1)(b)** below:

**(a)** When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

**(b)** When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

**(i)** Rented to a lessee or sublessee and used by the lessee or sublessee to conduct its customary operations; and/or

**(ii)** Used by the building owner to conduct customary operations.

**(2)** Buildings under construction or renovation are not considered vacant.

**b. Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

**(1)** We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

**(a)** Vandalism;

**(b)** Sprinkler leakage, unless you have protected the system against freezing;

**(c)** Building glass breakage;

**(d)** Water damage;

**(e)** Theft; or

**(f)** Attempted theft.

**(2)** With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

**8. Valuation**

We will determine the value of Covered Property in the event of loss or damage as follows:

**a.** At actual cash value as of the time of loss or damage, except as provided in **b.** and **c.** below.

**b.** If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property. However, the following property will be valued at the actual cash value, even when attached to the building:

**(1)** Awnings or floor coverings;

**(2)** Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

**(3)** Outdoor equipment or furniture.

**c.** Glass at the cost of replacement with safety-glazing material if required by law.

OSIC_LEE HO_000117



**9. Waiver Of Rights Of Recovery**

We waive our rights to recover payment from any unit-owner of the condominium that is shown in the Declarations.

**F. Additional Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions:

**1. Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies:

a. We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

(1) Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

(2) Divide the Limit of Insurance of the property by the figure determined in Step **(1)**;

(3) Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step **(2)**; and

(4) Subtract the deductible from the figure determined in Step **(3)**.

We will pay the amount determined in Step **(4)** or the Limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**Example 1 (Underinsurance):**

When:  The value of the property is:    $ 250,000
       The Coinsurance percentage
       for it is:                              80%
       The Limit of Insurance for it is:  $ 100,000
       The Deductible is:                $      250
       The amount of loss is:            $   40,000

Step **(1):** $250,000 x 80% = $200,000
         (the minimum amount of insurance to meet your Coinsurance requirements)

Step **(2):** $100,000 ÷ $200,000 = .50

Step **(3):** $40,000 x .50 = $20,000

Step **(4):** $20,000 - $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

**Example 2 (Adequate Insurance):**

When:  The value of the property is:    $ 250,000
       The Coinsurance percentage
       for it is:                              80%
       The Limit of Insurance for it is:  $ 200,000
       The Deductible is:                $      250
       The amount of loss is:            $   40,000

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this example is adequate and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

b. If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**Example 3:**

When:  The value of property is:
       Building at Location 1:            $  75,000
       Building at Location 2:            $ 100,000
       Personal Property at
       Location 2:                        $  75,000
                                          $ 250,000

       The Coinsurance
       percentage for it is:                   90%
       The Limit of Insurance
       for Buildings and
       Personal Property at
       Locations 1 and 2 is:              $ 180,000
       The Deductible is:                 $   1,000
       The amount of loss is:
       Building at Location 2:            $  30,000
       Personal Property at
       Location 2:                        $  20,000
                                          $50,000

Step **(1):** $250,000 x 90% = $225,000
         (the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

Step **(2):** $180,000 ÷ $225,000 = .80

Step **(3):** $50,000 x .80 = $40,000.

Step **(4):** $40,000 - $1,000 = $39,000.

We will pay no more than $39,000. The remaining $11,000 is not covered.

**2. Mortgageholders**

a. The term mortgageholder includes trustee.

b. We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

OSIC_LEE HO_000118



c.  The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

d.  If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

(1)  Pays any premium due under this Coverage Part at our request if you have failed to do so;

(2)  Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

(3)  Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

e.  If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

(1)  The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

(2)  The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

f.  If we cancel this policy, we will give written notice to the mortgageholder at least:

(1)  10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

(2)  30 days before the effective date of cancellation if we cancel for any other reason.

g.  If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

G.  **Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item:

1.  **Agreed Value**

a.  The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

b.  If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

c.  The terms of this Optional Coverage apply only to loss or damage that occurs:

(1)  On or after the effective date of this Optional Coverage; and

(2)  Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

2.  **Inflation Guard**

a.  The Limit of Insurance for property to which this Optional Coverage applies will automatically increase by the annual percentage shown in the Declarations.

b.  The amount of increase will be:

(1)  The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

(2)  The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

(3)  The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

OSIC_LEE HO_000119

**Example**

If:

| | |
|---|---|
| The applicable Limit of Insurance is: | $ 100,000 |
| The annual percentage increase is: | 8% |
| The number of days since the beginning of the policy year (or last policy change) is: | 146 |
| The amount of increase is $100,000 x .08 x 146 ÷ 365= | $ 3,200 |

**3. Replacement Cost**

a. Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Loss Condition, Valuation, of this Coverage Form.

b. This Optional Coverage does not apply to:

(1) Personal property of others;

(2) Contents of a residence; or

(3) Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac.

Under the terms of this Replacement Cost Optional Coverage, personal property owned indivisibly by all unit-owners, and the property covered under Paragraph **A.1.a.(6)** of this Coverage Form, are not considered to be the personal property of others.

c. You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

d. We will not pay on a replacement cost basis for any loss or damage:

(1) Until the lost or damaged property is actually repaired or replaced; and

(2) Unless the repair or replacement is made as soon as reasonably possible after the loss or damage.

e. We will not pay more for loss or damage on a replacement cost basis than the least of **(1)**, **(2)** or **(3)**, subject to **f.** below:

(1) The Limit of Insurance applicable to the lost or damaged property;

(2) The cost to replace the lost or damaged property with other property:

(a) Of comparable material and quality; and

(b) Used for the same purpose; or

(3) The amount actually spent that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost described in **e.(2)** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

f. The cost of repair or replacement does not include the increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property.

**4. Extension Of Replacement Cost To Personal Property Of Others**

a. If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this Extension may also be shown as applicable. If the Declarations show this Extension as applicable, then Paragraph **3.b.(1)** of the Replacement Cost Optional Coverage is deleted and all other provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

b. With respect to replacement cost on the personal property of others, the following limitation applies:

If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

© Insurance Services Office, Inc., 2011   **CP 00 17 10 12**

OSIC_LEE HO_000120

**H. Definitions**

1.  "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

2.  "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

3.  "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.



**CP 00 17 10 12**        © Insurance Services Office, Inc., 2011        **Page 17 of 17**

OSIC_LEE HO_000121

# COMMERCIAL  PROPERTY CONDITIONS

This Coverage Part is subject to the following  conditions,  the Common  Policy Conditions  and applicable  Loss Conditions  and Additional  Conditions  in Commercial  Property Coverage Forms.

## A.  CONCEALMENT,  MISREPRESENTATION  OR FRAUD

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally  conceal or misrepresent  a material  fact concerning:

1.  This Coverage Part;

2.  The Covered  Property;

3.  Your interest in the Covered  Property;  or

4.  A claim  under this Coverage Part.

## B.  CONTROL OF PROPERTY

Any act or neglect of any person other than you beyond your direction  or control will not affect this insurance.

The breach of any condition  of this Coverage Part at any one or more locations  will not affect coverage at any location  where, at the time of loss or damage, the breach of condition  does not exist.

## C.  INSURANCE UNDER TWO OR MORE COVERAGES

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

## D.  LEGAL ACTION AGAINST US

No one may bring a legal action against us under this Coverage Part unless:

1.  There has been full compliance  with all of the terms of this Coverage Part; and

2.  The action is brought  within  2 years after the date on which the direct physical loss or damage occurred.

## E.  LIBERALIZATION

If we adopt any revision that would broaden the coverage under this Coverage Part without additional  premium  within  45 days prior to or during the policy period, the broadened coverage will immediately  apply to this Coverage Part.

## F.  NO BENEFIT TO BAILEE

No person or organization,  other than you, having custody of Covered Property will benefit from this insurance.

## G.  OTHER INSURANCE

1.  You may have other insurance subject to the same plan, terms, conditions  and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion  that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering  on the same basis.

2.  If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether  you can collect on it or not. But we will not pay more than the applicable  Limit of Insurance.

## H.  POLICY PERIOD, COVERAGE TERRITORY

Under this Coverage Part:

1.  We cover loss or damage  commencing:

a.  During the policy period shown in the Declarations;  and

b.  Within  the coverage  territory.

OSIC_LEE HO_000122

**2.** The coverage territory is:

    **a.** The United States of America (including its territories and possessions);

    **b.** Puerto Rico; and

    **c.** Canada.

**I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to se-cure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

**1.** Prior to a loss to your Covered Property or Covered Income.

**2.** After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

    **a.** Someone insured by this insurance;

    **b.** A business firm:

        **(1)** Owned or controlled by you; or

        **(2)** That owns or controls you; or

    **c.** Your tenant.

This will not restrict your insurance.

CP 00 90 07 88          Copyright, ISO Commercial Risk Services, Inc., 1983, 1987          Page 2 of 2

OSIC_LEE HO_000123

**COMMERCIAL PROPERTY**
**CP 01 40 07 06**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The exclusion set forth in Paragraph **B.** applies to all coverage under all forms and endorsements that comprise this Coverage Part or Policy, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

**B.** We will not pay for loss or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

However, this exclusion does not apply to loss or damage caused by or resulting from "fungus", wet rot or dry rot. Such loss or damage is addressed in a separate exclusion in this Coverage Part or Policy.

**C.** With respect to any loss or damage subject to the exclusion in Paragraph B., such exclusion supersedes any exclusion relating to "pollutants".

**D.** The following provisions in this Coverage Part or Policy are hereby amended to remove reference to bacteria:

**1.** Exclusion of "Fungus", Wet Rot, Dry Rot And Bacteria; and

**2.** Additional Coverage - Limited Coverage for "Fungus", Wet Rot, Dry Rot And Bacteria, including any endorsement increasing the scope or amount of coverage.

**E.** The terms of the exclusion in Paragraph **B.,** or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Coverage Part or Policy.

©ISO Properties, Inc., 2006

OSIC_LEE HO_000124

COMMERCIAL PROPERTY
CP 01 42 03 12

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TEXAS CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99,** the term Coverage Part is replaced by the term Policy.

**B. Legal Action Against Us**

1. The **Legal Action Against Us** Commercial Property Condition is replaced by the following, except as provided in **B.2.** below:

   **Legal Action Against Us**

   a. Except as provided in Paragraph **b.,** no one may bring a legal action against us under this Coverage Part unless:

      **(1)** There has been full compliance with all of the terms of this Coverage Part; and

      **(2)** The action is brought within two years and one day from the date the cause of action first accrues. A cause of action accrues on the date of the initial breach of our contractual duties as alleged in the action.

   b. With respect to loss or damage in the State of Texas caused by windstorm or hail in the catastrophe area as defined by the Texas Insurance Code, no one may bring a legal action against us under this Coverage Part unless:

      **(1)** There has been full compliance with all the terms of this Coverage Part; and

      **(2)** The action is brought within the earlier of the following:

         **(a)** Two years and one day from the date we accept or reject the claim; or

         **(b)** Three years and one day from the date of the loss or damage that is the subject of the claim.

2. Paragraph **B.1.** above does not apply to the Legal Action Against Us Loss Condition in the Legal Liability Coverage Form **CP 00 40.**

**C. Appraisal**

1. Except as provided in **C.2.** below, the **Appraisal** Loss Condition in the:

   BUILDING AND PERSONAL PROPERTY COVERAGE FORM;
   BUILDERS RISK COVERAGE FORM;
   CONDOMINIUM ASSOCIATION COVERAGE FORM;
   CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM;
   EXTRA EXPENSE COVERAGE FORM;
   LEASEHOLD INTEREST COVERAGE FORM;
   TOBACCO SALES WAREHOUSES COVERAGE FORM; and
   STANDARD PROPERTY POLICY

   is replaced by the following:

   **Appraisal**

   If we and you disagree on the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser and notify the other of the appraiser selected within 20 days of such demand. The two appraisers will select an umpire. If they cannot agree within 15 days upon such umpire, either may request that selection be made by a judge of a court having jurisdiction. Each appraiser will state the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding as to the amount of loss. Each party will:

   a. Pay its chosen appraiser; and

   b. Bear the other expenses of the appraisal and umpire equally.

© Insurance Services Office, Inc., 2011        **Page 1 of 4**

OSIC_LEE HO_000125

If there is an appraisal:

a. You will still retain your right to bring a legal action against us, subject to the provisions of the Legal Action Against Us Commercial Property Condition; and

b. We will still retain our right to deny the claim.

2. The **Appraisal** Condition in the:

BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM; and
BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM

is replaced by the following:

**Appraisal**

If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser and notify the other of the appraiser selected within 20 days of such demand. The two appraisers will select an umpire. If they cannot agree within 15 days upon such umpire, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense and the amount of loss.

If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding as to the amount of loss. Each party will:

a. Pay its chosen appraiser; and

b. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal:

a. You will still retain your right to bring a legal action against us, subject to the provisions of the Legal Action Against Us Commercial Property Condition; and

b. We will still retain our right to deny the claim.

D. Under the **Duties In The Event Of Loss Or Damage** Loss Condition:

a. Paragraph **a.(2)** is replaced by the following:

(2) Give us prompt notice of the loss or damage. Include a description of the property involved. However, with respect to loss or damage in the State of Texas caused by windstorm or hail in the catastrophe area as defined by the Texas Insurance Code, any claim must be filed with us not later than one year after the date of the loss or damage that is the subject of the claim, except that a claim may be filed after the first anniversary of the date of the loss or damage for good cause shown by the person filing the claim.

b. The provision requiring signed, sworn proof of loss is replaced by the following:

Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 91 days after our request. We will supply you with the necessary forms.

E. Under the Loss Payment Condition, the provisions pertaining to notice of our intentions and the time period for payment of claims are deleted and replaced by the following:

1. **Claims Handling**

a. Within 15 days after we receive written notice of claim, we will:

(1) Acknowledge receipt of the claim. If we do not acknowledge receipt of the claim in writing, we will keep a record of the date, method and content of the acknowledgment;

(2) Begin any investigation of the claim; and

(3) Request a signed, sworn proof of loss, specify the information you must provide and supply you with the necessary forms. We may request more information at a later date, if during the investigation of the claim such additional information is necessary.

OSIC_LEE HO_000126



**b.** We will notify you in writing as to whether:

**(1)** The claim or part of the claim will be paid;

**(2)** The claim or part of the claim has been denied, and inform you of the reasons for denial;

**(3)** More information is necessary; or

**(4)** We need additional time to reach a decision. If we need additional time, we will inform you of the reasons for such need.

We will provide notification, as described in **b.(1)** through **b.(4)** above, within:

**(1)** 15 business days after we receive the signed, sworn proof of loss and all information we requested; or

**(2)** 30 days after we receive the signed, sworn proof of loss and all information we requested, if we have reason to believe the loss resulted from arson.

If we have notified you that we need additional time to reach a decision, we must then either approve or deny the claim within 45 days of such notice.

**2.** We will pay for covered loss or damage within five business days after:

**a.** We have notified you that payment of the claim or part of the claim will be made and have reached agreement with you on the amount of loss; or

**b.** An appraisal award has been made.

However, if payment of the claim or part of the claim is conditioned on your compliance with any of the terms of this Coverage Part, we will make payment within five business days after the date you have complied with such terms.

The following paragraphs are added:

**3.** **Catastrophe Claims**

If a claim results from a weather related catastrophe or a major natural disaster, the claim handling and claim payment deadlines described in **E.1.** and **E.2.** above are extended for an additional 15 days.

Catastrophe or Major Natural Disaster means a weather related event which:

**a.** Is declared a disaster under the Texas Disaster Act of 1975; or

**b.** Is determined to be a catastrophe by the State Board of Insurance.

**4.** The term "business day", as used in the Loss Payment Condition, means a day other than Saturday, Sunday or a holiday recognized by the state of Texas.

**F.** The following is added to the **Valuation** Loss Condition:

**Chapter 862 - Subsection 862.053. Policy A Liquidated Demand.** A fire insurance policy, in case of total loss by fire of property insured, shall be held and considered to be a liquidated demand against the Company for the full amount of such policy. This subsection does not apply to personal property.

**G.** Paragraphs **d.** and **f.** of the **Mortgageholders** Additional Condition are replaced by the following:

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

**(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

**(2)** Submits a signed, sworn proof of loss within 91 days after receiving notice from us of your failure to do so; and

**(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

**f.** If this policy is cancelled, we will give the mortgageholder named in the Declarations written notice of cancellation.

If we cancel this policy, we will give written notice to the mortgageholder at least:

**(1)** 14 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

OSIC_LEE HO_000127

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

If you cancel the policy, we will give the mortgageholder notice of cancellation to be effective on the date stated in the notice. The date of cancellation cannot be before the 10th day after the date we mail the notice.

**H.** The following is added to Paragraph **D.1.** in the **Duties In The Event Of Accident, Claim Or Suit** Loss Condition in the Legal Liability Coverage Form:

We will notify the first Named Insured in writing of:

**1.** An initial offer to settle a claim made or "suit" brought against the insured under this coverage. The notice will be given not later than the 10th day after the date on which the offer is made.

**2.** Any settlement of a claim made or "suit" brought against the insured under this coverage. The notice will be given not later than the 30th day after the date of the settlement.

OSIC_LEE HO_000128

POLICY NUMBER:                                          **COMMERCIAL PROPERTY**
                                                        **CP 03 21 10 12**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WINDSTORM OR HAIL PERCENTAGE DEDUCTIBLE

This endorsement modifies insurance provided under the following:

BUILDERS RISK COVERAGE FORM
BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY
TOBACCO SALES WAREHOUSES COVERAGE FORM

**SCHEDULE**

| Premises Number | Building Number | Windstorm Or Hail Deductible Percentage - Enter 1%, 2% Or 5% |
|---|---|---|
|  |  | % |
|  |  | % |
|  |  | % |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The Windstorm or Hail Deductible, as shown in the Schedule and set forth in this endorsement, applies to covered loss or damage caused directly or indirectly by Windstorm or Hail. This Deductible applies to each occurrence of Windstorm or Hail.

Nothing in this endorsement implies or affords coverage for any loss or damage that is excluded under the terms of the Water Exclusion or any other exclusion in this policy. If this policy is endorsed to cover Flood under the Flood Coverage Endorsement (or if you have a flood insurance policy), a separate Flood Deductible applies to loss or damage attributable to Flood, in accordance with the terms of that endorsement or policy.

As used in this endorsement, the terms "specific insurance" and "blanket insurance" have the following meanings: Specific insurance covers each item of insurance (for example, each building or personal property in a building) under a separate Limit of Insurance. Blanket insurance covers two or more items of insurance (for example, a building and personal property in that building, or two buildings) under a single Limit of Insurance. Items of insurance and corresponding Limit(s) Of Insurance are shown in the Declarations.

**WINDSTORM OR HAIL DEDUCTIBLE CALCULATIONS**

**A. Calculation Of The Deductible - All Policies**

1. A Deductible is calculated separately for, and applies separately to:

   **a.** Each building that sustains loss or damage;

   **b.** The personal property at each building at which there is loss or damage to personal property; and

   **c.** Personal property in the open.

   If there is damage to both a building and personal property in that building, separate deductibles apply to the building and to the personal property.

2. We will not pay for loss or damage until the amount of loss or damage exceeds the applicable Deductible. We will then pay the amount of loss or damage in excess of that Deductible, up to the applicable Limit of Insurance, after any reduction required by any of the following: Coinsurance Condition; Agreed Value Optional Coverage; or any provision in a Value Reporting Form relating to full reporting or failure to submit reports.

**CP 03 21 10 12**          © Insurance Services Office, Inc., 2011          **Page 1 of 3**

OSIC_LEE HO_000129

3. When property is covered under the Coverage Extension for Newly Acquired Or Constructed Property: In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage of the value(s) of the property at time of loss. The applicable percentage for Newly Acquired Or Constructed Property is the highest percentage shown in the Schedule for any described premises.

**B. Calculation Of The Deductible - Specific Insurance Other than Builders' Risk**

1. **Property Not Subject To Value Reporting Forms**

   In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the Limit(s) of Insurance applicable to the property that has sustained loss or damage.

2. **Property Subject To Value Reporting Forms**

   In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the value(s) of the property that has sustained loss or damage. The value(s) to be used is the latest value(s) shown in the most recent Report of Values on file with us.

   However:

   a. If the most recent Report of Values shows less than the full value(s) of the property on the report dates, we will determine the deductible amount as a percentage of the full value(s) as of the report dates.

   b. If the first Report of Values is not filed with us prior to loss or damage, we will determine the deductible amount as a percentage of the applicable Limit(s) of Insurance.

**C. Calculation Of The Deductible - Blanket Insurance Other Than Builders' Risk**

1. **Property Not Subject To Value Reporting Forms**

   In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the value(s) of the property that has sustained loss or damage. The value(s) to be used is that shown in the most recent Statement of Values on file with us.

2. **Property Subject To Value Reporting Forms**

   In determining the amount, if any, that we will pay for property that has sustained loss or damage, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the value(s) of that property as of the time of loss or damage.

**D. Calculation Of The Deductible - Builders' Risk Insurance**

1. **Builders' Risk Other Than Reporting Form**

   In determining the amount, if any, that we will pay for property that has sustained loss or damage, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the actual cash value(s) of that property as of the time of loss or damage.

2. **Builders' Risk Reporting Form**

   In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Schedule) of the value(s) of the property that has sustained loss or damage. The value(s) to be used is the actual cash value(s) shown in the most recent Report of Values on file with us.

   However:

   a. If the most recent Report of Values shows less than the actual cash value(s) of the property on the report date, we will determine the deductible amount as a percentage of the actual cash value(s) as of the report date.

   b. If the first Report of Values is not filed with us prior to loss or damage, we will determine the deductible amount as a percentage of the actual cash value(s) of the property as of the time of loss or damage.

**Examples - Application Of Deductible**

**Example 1 - Specific Insurance (B.1.)**

The amount of loss to the damaged building is $60,000.

The value of the damaged building at time of loss is $100,000. The Coinsurance percentage shown in the Declarations is 80%; the minimum Limit of Insurance needed to meet the Coinsurance requirement is $80,000 (80% of $100,000).

© Insurance Services Office, Inc., 2011    **CP 03 21 10 12**

OSIC_LEE HO_000130

The actual Limit of Insurance on the damaged building is $70,000.

The Deductible is 1%.

Step **(1):** $70,000 ÷ $80,000 = .875

Step **(2):** $60,000 x .875 = $52,500

Step **(3):** $70,000 x 1% = $700

Step **(4):** $52,500 - $700 = $51,800

The most we will pay is $51,800. The remainder of the loss, $8,200, is not covered due to the Coinsurance penalty for inadequate insurance (Steps **(1)** and **(2)**) and the application of the Deductible (Steps **(3)** and **(4)**).

**Example 2 - Specific Insurance (B.1.)**

The amounts of loss to the damaged property are $60,000 (Building) and $40,000 (Personal Property in building).

The value of the damaged building at time of loss is $100,000. The value of the personal property in that building is $80,000. The Coinsurance percentage shown in the Declarations is 80%; the minimum Limits of Insurance needed to meet the Coinsurance requirement are $80,000 (80% of $100,000) for the building and $64,000 (80% of $80,000) for the personal property.

The actual Limits of Insurance on the damaged property are $80,000 on the building and $64,000 on the personal property (therefore, no Coinsurance penalty).

The Deductible is 2%.

**Building**

Step **(1):** $80,000 x 2% = $1,600

Step **(2):** $60,000 - $1,600 = $58,400

**Personal Property**

Step **(1):** $64,000 x 2% = $1,280

Step **(2):** $40,000 - $1,280 = $38,720

The most we will pay is $97,120. The portion of the total loss not covered due to application of the Deductible is $2,880.

**Example 3 - Blanket Insurance (C.1.)**

The sum of the values of Building 1 ($500,000), Building 2 ($500,000) and Building 3 ($1,000,000), as shown in the most recent Statement of Values on file with us, is $2,000,000.

The Coinsurance percentage shown in the Declarations is 90%; the minimum Blanket Limit of Insurance needed to meet the Coinsurance requirement is $1,800,000 (90% of $2,000,000).

The actual Blanket Limit Of Insurance covering Buildings 1, 2, and 3, shown in the Declarations, is $1,800,000 (therefore, no Coinsurance penalty).

Buildings 1 and 2 have sustained damage; the amounts of loss to these buildings are $40,000 (Building 1) and $20,000 (Building 2).

The Deductible is 2%.

**Building 1**

Step **(1):** $500,000 x 2% = $10,000

Step **(2):** $40,000 - $10,000 = $30,000

**Building 2**

Step **(1):** $500,000 x 2% = $10,000

Step **(2):** $20,000 - $10,000 = $10,000

The most we will pay is $40,000. The portion of the total loss not covered due to application of the Deductible is $20,000.

**Example 4 - Blanket Insurance (C.1.)**

The sum of the values of Building 1 ($500,000), Building 2 ($500,000), Personal Property at Building 1 ($250,000) and Personal Property at Building 2 ($250,000), as shown in the most recent Statement of Values on file with us, is $1,500,000.

The Coinsurance percentage shown in the Declarations is 90%; the minimum Blanket Limit of Insurance needed to meet the Coinsurance requirement is $1,350,000 (90% of $1,500,000).

The actual Blanket Limit Of Insurance covering Buildings 1 and 2 and Personal Property at Buildings 1 and 2, shown in the Declarations, is $1,350,000. Therefore, there is no Coinsurance penalty.

Building 1 and Personal Property at Building 1 have sustained damage; the amounts of loss are $95,000 (Building) and $5,000 (Personal Property).

The Deductible is 5%.

**Building**

Step **(1):** $500,000 x 5% = $25,000

Step **(2):** $95,000 - $25,000 = $70,000

**Personal Property**

Step **(1):** $250,000 x 5% = $12,500

The loss, $5,000, does not exceed the Deductible.

The most we will pay is $70,000. The remainder of the building loss, $25,000, is not covered due to application of the Deductible. There is no loss payment for the personal property.

OSIC_LEE HO_000131

# CAUSES OF LOSS - SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning.  Refer to Section **G.** Definitions.

**A.  Covered Causes Of Loss**

When Special is shown in the Declarations, Covered Causes of Loss means direct physical loss unless the loss is excluded or limited in this policy.

**B.  Exclusions**

**1.**  We will not pay for loss or damage caused directly or indirectly by any of the following.  Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**a.  Ordinance Or Law**

The enforcement of or compliance with any ordinance or law:

**(1)**  Regulating the construction, use or repair of any property; or

**(2)**  Requiring the tearing down of any property, including the cost of removing its debris.

This exclusion, Ordinance Or Law, applies whether the loss results from:

**(a)**  An ordinance or law that is enforced even if the property has not been damaged; or

**(b)**  The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

**b.  Earth Movement**

**(1)**  Earthquake, including tremors and aftershocks and any earth sinking, rising or shifting related to such event;

**(2)**  Landslide, including any earth sinking, rising or shifting related to such event;

**(3)**  Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

**(4)**  Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

But if Earth Movement, as described in **b.(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

**(5)**  Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

Volcanic Action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

**(a)**  Airborne volcanic blast or airborne shock waves;

**(b)**  Ash, dust or particulate matter; or

**(c)**  Lava flow.

With respect to coverage for Volcanic Action as set forth in **(5)(a), (5)(b)** and **(5)(c),** all volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

Volcanic Action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

© Insurance Services Office, Inc., 2011

OSIC_LEE HO_000132



This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5),** is caused by an act of nature or is otherwise caused.

**c.** **Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

**d.** **Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**e.** **Utility Services**

The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:

**(1)** Originates away from the described premises; or

**(2)** Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

**f.** **War And Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g.** **Water**

**(1)** Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

**(2)** Mudslide or mudflow;

**(3)** Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

**(4)** Water under the ground surface pressing on, or flowing or seeping through:

**(a)** Foundations, walls, floors or paved surfaces;

**(b)** Basements, whether paved or not; or

**(c)** Doors, windows or other openings; or

**(5)** Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **(1), (3)** or **(4),** or material carried or otherwise moved by mudslide or mudflow.

 © Insurance Services Office, Inc., 2011 CP 10 30 10 12

OSIC_LEE HO_000133

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5),** is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, in Paragraphs **(1)** through **(5),** results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage (if sprinkler leakage is a Covered Cause of Loss).

**h.** **"Fungus", Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

But if "fungus", wet or dry rot or bacteria result in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

**(1)** When "fungus", wet or dry rot or bacteria result from fire or lightning; or

**(2)** To the extent that coverage is provided in the Additional Coverage, Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria, with respect to loss or damage by a cause of loss other than fire or lightning.

Exclusions **B.1.a.** through **B.1.h.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

**(1)** Electrical or electronic wire, device, appliance, system or network; or

**(2)** Device, appliance, system or network utilizing cellular or satellite technology.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

**(a)** Electrical current, including arcing;

**(b)** Electrical charge produced or conducted by a magnetic or electromagnetic field;

**(c)** Pulse of electromagnetic energy; or

**(d)** Electromagnetic waves or microwaves.

But if fire results, we will pay for the loss or damage caused by that fire.

**b.** Delay, loss of use or loss of market.

**c.** Smoke, vapor or gas from agricultural smudging or industrial operations.

**d.** **(1)** Wear and tear;

**(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**(3)** Smog;

**(4)** Settling, cracking, shrinking or expansion;

**(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

**(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

**(7)** The following causes of loss to personal property:

**(a)** Dampness or dryness of atmosphere;

**(b)** Changes in or extremes of temperature; or

**(c)** Marring or scratching.

OSIC_LEE HO_000134



But if an excluded cause of loss that is listed in **2.d.(1)** through **(7)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

e.  Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

f.  Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

g.  Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

(1)  You do your best to maintain heat in the building or structure; or

(2)  You drain the equipment and shut off the supply if the heat is not maintained.

h.  Dishonest or criminal act (including theft) by you, any of your partners, members, officers, managers, employees (including temporary employees and leased workers), directors, trustees or authorized representatives, whether acting alone or in collusion with each other or with any other party; or theft by any person to whom you entrust the property for any purpose, whether acting alone or in collusion with any other party.

This exclusion:

(1)  Applies whether or not an act occurs during your normal hours of operation;

(2)  Does not apply to acts of destruction by your employees (including temporary employees and leased workers) or authorized representatives; but theft by your employees (including temporary employees and leased workers) or authorized representatives is not covered.

i.  Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

j.  Rain, snow, ice or sleet to personal property in the open.

k.  Collapse, including any of the following conditions of property or any part of the property:

(1)  An abrupt falling down or caving in;

(2)  Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

(3)  Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to **(1)** or **(2)** above.

But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion, **k.,** does not apply:

(a)  To the extent that coverage is provided under the Additional Coverage, Collapse; or

(b)  To collapse caused by one or more of the following:

(i)  The "specified causes of loss";

(ii)  Breakage of building glass;

  © Insurance Services Office, Inc., 2011  **CP 10 30 10 12**

OSIC_LEE HO_000135

**(iii)** Weight of rain that collects on a roof; or

**(iv)** Weight of people or personal property.

**l.** Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion, **l.,** does not apply to damage to glass caused by chemicals applied to the glass.

**m.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**3.** We will not pay for loss or damage caused by or resulting from any of the following, **3.a.** through **3.c.** But if an excluded cause of loss that is listed in **3.a.** through **3.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **1.** above to produce the loss or damage.

**b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.** Faulty, inadequate or defective:

**(1)** Planning, zoning, development, surveying, siting;

**(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**(3)** Materials used in repair, construction, renovation or remodeling; or

**(4)** Maintenance;

of part or all of any property on or off the described premises.

**4. Special Exclusions**

The following provisions apply only to the specified Coverage Forms:

**a. Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, Or Extra Expense Coverage Form**

We will not pay for:

**(1)** Any loss caused by or resulting from:

**(a)** Damage or destruction of "finished stock"; or

**(b)** The time required to reproduce "finished stock".

This exclusion does not apply to Extra Expense.

**(2)** Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

**(3)** Any increase of loss caused by or resulting from:

**(a)** Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

**(b)** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage and the Extended Period Of Indemnity Optional Coverage or any variation of these.

OSIC_LEE HO_000136

**(4)** Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

**(5)** Any other consequential loss.

**b.   Leasehold Interest Coverage Form**

**(1)** Paragraph **B.1.a.,** Ordinance Or Law, does not apply to insurance under this Coverage Form.

**(2)** We will not pay for any loss caused by:

**(a)** Your cancelling the lease;

**(b)** The suspension, lapse or cancellation of any license; or

**(c)** Any other consequential loss.

**c.   Legal Liability Coverage Form**

**(1)** The following exclusions do not apply to insurance under this Coverage Form:

**(a)** Paragraph **B.1.a.** Ordinance Or Law;

**(b)** Paragraph **B.1.c.** Governmental Action;

**(c)** Paragraph **B.1.d.** Nuclear Hazard;

**(d)** Paragraph **B.1.e.** Utility Services; and

**(e)** Paragraph **B.1.f.** War And Military Action.

**(2)** The following additional exclusions apply to insurance under this Coverage Form:

**(a)  Contractual Liability**

We will not defend any claim or "suit", or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

**(i)** Your assumption of liability was executed prior to the accident; and

**(ii)** The building is Covered Property under this Coverage Form.

**(b)  Nuclear Hazard**

We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

**5.   Additional Exclusion**

The following provisions apply only to the specified property:

**Loss Or Damage To Products**

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**C.   Limitations**

The following limitations apply to all policy forms and endorsements, unless otherwise stated:

**1.** We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

**a.** Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

OSIC_LEE HO_000137



**b.** Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

**c.** The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

**(1)** The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

**(2)** The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

**d.** Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

However, this limitation does not apply to:

**(1)** Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

**(2)** Business Income Coverage or Extra Expense Coverage.

**e.** Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

**f.** Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

**g.** Lawns, trees, shrubs or plants which are part of a vegetated roof, caused by or resulting from:

**(1)** Dampness or dryness of atmosphere or of soil supporting the vegetation;

**(2)** Changes in or extremes of temperature;

**(3)** Disease;

**(4)** Frost or hail; or

**(5)** Rain, snow, ice or sleet.

**2.** We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

**a.** Animals, and then only if they are killed or their destruction is made necessary.

**b.** Fragile articles such as statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

**(1)** Glass; or

**(2)** Containers of property held for sale.

**c.** Builders' machinery, tools and equipment owned by you or entrusted to you, provided such property is Covered Property.

However, this limitation does not apply:

**(1)** If the property is located on or within 100 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

**(2)** To Business Income Coverage or to Extra Expense Coverage.

**3.** The special limit shown for each category, **a.** through **d.,** is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are (unless a higher limit is shown in the Declarations):

**a.** $2,500 for furs, fur garments and garments trimmed with fur.

**b.** $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

**c.** $2,500 for patterns, dies, molds and forms.

**d.** $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

**CP 10 30 10 12**            © Insurance Services Office, Inc., 2011            **Page 7 of 11**

OSIC_LEE HO_000138

These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

This limitation, **C.3.,** does not apply to Business Income Coverage or to Extra Expense Coverage.

**4.** We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire- extinguishing equipment if the damage:

**a.** Results in discharge of any substance from an automatic fire protection system; or

**b.** Is directly caused by freezing.

However, this limitation does not apply to Business Income Coverage or to Extra Expense Coverage.

**D. Additional Coverage - Collapse**

The coverage provided under this Additional Coverage, Collapse, applies only to an abrupt collapse as described and limited in **D.1.** through **D.7.**

**1.** For the purpose of this Additional Coverage, Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

**2.** We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if such collapse is caused by one or more of the following:

**a.** Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

**b.** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

**c.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation.

**d.** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

**(1)** A cause of loss listed in **2.a.** or **2.b.;**

**(2)** One or more of the "specified causes of loss";

**(3)** Breakage of building glass;

**(4)** Weight of people or personal property; or

**(5)** Weight of rain that collects on a roof.

**3.** This **Additional Coverage - Collapse** does **not** apply to:

**a.** A building or any part of a building that is in danger of falling down or caving in;

**b.** A part of a building that is standing, even if it has separated from another part of the building; or

**c.** A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**4.** With respect to the following property:

**a.** Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

**b.** Awnings, gutters and downspouts;

**c.** Yard fixtures;

**d.** Outdoor swimming pools;

**e.** Fences;

**f.** Piers, wharves and docks;

**g.** Beach or diving platforms or appurtenances;

**h.** Retaining walls; and

**i.** Walks, roadways and other paved surfaces;

if an abrupt collapse is caused by a cause of loss listed in **2.a.** through **2.d.,** we will pay for loss or damage to that property only if:

**(1)** Such loss or damage is a direct result of the abrupt collapse of a building insured under this Coverage Form; and



OSIC_LEE HO_000139

**(2)** The property is Covered Property under this Coverage Form.

5. If personal property abruptly falls down or caves in and such collapse is **not** the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

   **a.** The collapse of personal property was caused by a cause of loss listed in **2.a.** through **2.d.;**

   **b.** The personal property which collapses is inside a building;  and

   **c.** The property which collapses is not of a kind listed in **4.,** regardless of whether that kind of property is considered to be personal property or real property.

   The coverage stated in this Paragraph **5.** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

6. This Additional Coverage, Collapse, does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

7. This Additional Coverage, Collapse, will not increase the Limits of Insurance provided in this Coverage Part.

8. The term Covered Cause of Loss includes the Additional Coverage, Collapse, as described and limited in **D.1.** through **D.7.**

**E. Additional Coverage - Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria**

1. The coverage described in **E.2.** and **E.6.** only applies when the "fungus",  wet or dry rot or bacteria are the result of one or more of the following  causes that occur during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence:

   **a.** A "specified  cause of loss"  other than fire or lightning;  or

   **b.** Flood, if the Flood Coverage Endorsement applies to the affected premises.

This Additional  Coverage does not apply to lawns, trees, shrubs or plants which are part of a vegetated  roof.

2. We will  pay for loss or damage by "fungus", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

   **a.** Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including  the cost of removal of the "fungus",  wet or dry rot or bacteria;

   **b.** The cost to tear out and replace any part of the building  or other property as needed to gain access to the "fungus",  wet or dry rot or bacteria; and

   **c.** The cost of testing performed  after removal, repair, replacement  or restoration  of the damaged property is completed,  provided  there is a reason to believe that "fungus",  wet or dry rot or bacteria  are present.

3. The coverage described  under **E.2.** of this Limited Coverage is limited   to $15,000. Regardless of the number  of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences  of "specified causes of loss" (other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular  occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will  not pay more than a total of $15,000 even if the "fungus",  wet or dry rot or bacteria continue  to be present or active, or recur, in a later policy  period.

4. The coverage  provided  under this Limited Coverage does not increase the applicable  Limit  of Insurance  on any Covered Property. If a particular  occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total  of all loss or damage, than the applicable  Limit of Insurance on the affected Covered Property.

OSIC_LEE HO_000140



If there is covered loss or damage to Covered Property, not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot or bacteria cause an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

**5.** The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph **F.2.** (Water Damage, Other Liquids, Powder Or Molten Material Damage) of this Causes Of Loss form or under the Additional Coverage, Collapse.

**6.** The following, **6.a.** or **6.b.,** applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense Coverage Form:

**a.** If the loss which resulted in "fungus", wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungus", wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

**b.** If a covered "suspension" of "operations" was caused by loss or damage other than "fungus", wet or dry rot or bacteria but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

**F.** **Additional Coverage Extensions**

**1.** **Property In Transit**

This Extension applies only to your personal property to which this form applies.

**a.** You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

**b.** Loss or damage must be caused by or result from one of the following causes of loss:

**(1)** Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

**(2)** Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the roadbed.

**(3)** Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

**c.** The most we will pay for loss or damage under this Extension is $5,000.

This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

**2.** **Water Damage, Other Liquids, Powder Or Molten Material Damage**

If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes. This Coverage Extension does not increase the Limit of Insurance.

OSIC_LEE HO_000141

**3. Glass**

    **a.** We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

    **b.** We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

This Coverage Extension **F.3.** does not increase the Limit of Insurance.

**G. Definitions**

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Specified causes of loss" means the following: fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire-extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

    **a.** Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

      **(1)** The cost of filling sinkholes; or

      **(2)** Sinking or collapse of land into man-made underground cavities.

    **b.** Falling objects does not include loss or damage to:

      **(1)** Personal property in the open; or

      **(2)** The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

**c.** Water damage means:

    **(1)** Accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the described premises and contains water or steam; and

    **(2)** Accidental discharge or leakage of water or waterborne material as the direct result of the breaking apart or cracking of a water or sewer pipe that is located off the described premises and is part of a municipal potable water supply system or municipal sanitary sewer system, if the breakage or cracking is caused by wear and tear.

But water damage does not include loss or damage otherwise excluded under the terms of the Water Exclusion. Therefore, for example, there is no coverage under this policy in the situation in which discharge or leakage of water results from the breaking apart or cracking of a pipe which was caused by or related to weather-induced flooding, even if wear and tear contributed to the breakage or cracking. As another example, and also in accordance with the terms of the Water Exclusion, there is no coverage for loss or damage caused by or related to weather-induced flooding which follows or is exacerbated by pipe breakage or cracking attributable to wear and tear.

To the extent that accidental discharge or leakage of water falls within the criteria set forth in **c.(1)** or **c.(2)** of this definition of "specified causes of loss," such water is not subject to the provisions of the Water Exclusion which preclude coverage for surface water or water under the surface of the ground.

**CP 10 30 10 12** © Insurance Services Office, Inc., 2011 **Page 11 of 11**

OSIC_LEE HO_000142

POLICY NUMBER:                                                      **COMMERCIAL PROPERTY**
                                                                   **CP 10 34 10 12**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF LOSS DUE TO BY-PRODUCTS OF PRODUCTION OR PROCESSING OPERATIONS (RENTAL PROPERTIES)

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM
EXTRA EXPENSE COVERAGE FORM
STANDARD PROPERTY POLICY

## SCHEDULE

| Premises Number | Building Number | Description Of Rental Unit |
|---|---|---|
| | | "All areas of the premises (including any covered buildings and structures) that are leased or rented to others, regardless of the number of renters or lessees, or any subdivisions between areas." |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** The terms of this endorsement apply to the rental unit(s) described in the Schedule, and to the building(s) in which such unit(s) is located, including any contents of such unit(s) and building(s), all of which constitute the described premises for the purpose of this endorsement.

**B.** We will not pay for loss or damage to the described premises, caused by or resulting from smoke, vapor, gas or any substance released in the course of production operations or processing operations performed at the rental unit(s) described in the Schedule. This exclusion applies regardless of whether such operations are:

**1.** Legally permitted or prohibited;

**2.** Permitted or prohibited under the terms of the lease; or

**3.** Usual to the intended occupancy of the premises.

This exclusion does not apply to loss or damage by fire or explosion that results from the release of a by-product of the production or processing operation.

**C.** If the loss or damage described in Paragraph **B.** results in Business Income loss or Extra Expense, there is no coverage for such loss or expense under the business income and/or extra expense forms listed in this endorsement, or under any other business interruption insurance if provided under this policy.

**D.** The conduct of a tenant's production or processing operations will not be considered to be vandalism of the rental premises regardless of whether such operations are:

**1.** Legally permitted or prohibited;

**2.** Permitted or prohibited under the terms of the lease; or

**3.** Usual to the intended occupancy of the premises.

**CP 10 34 10 12**             © Insurance Services Office, Inc., 2011             **Page 1 of 1**

OSIC_LEE HO_000143

COMMERCIAL  PROPERTY
CP 88 04 03 10

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## REMOVAL  PERMIT

This endorsement  modifies  insurance  provided  under  the following:

COMMERCIAL  PROPERTY COVERAGE PART

If Covered Property  is removed  to a new  location  that is added  by endorsement  to the policy  subsequent  to its original  issue, you may extend this insurance  to include  that Covered Property at each location  during  the removal.  Coverage  at each location  will  apply  in the proportion  that the value at each location  bears to the value of all Covered Property  being  removed. This permit  applies  up to 10 days after the effective  date of the endorsement  adding  the new location;  after that, this insurance  does not apply at the previous  location.

©2010 Liberty Mutual Insurance Company. All rights reserved.

CP 88 04 03 10    Includes copyrighted  material of Insurance Services Office, Inc., with its permission .    **Page 1 of 1**

OSIC_LEE HO_000144

**COMMERCIAL PROPERTY**
**CP 88 44 02 15**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## EQUIPMENT BREAKDOWN COVERAGE ENDORSEMENT

This endorsement modifies the insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
CAUSES OF LOSS - BASIC FORM
CAUSES OF LOSS - BROAD FORM
CAUSES OF LOSS - SPECIAL FORM
BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM
BUSINESS INCOME (WITHOUT EXTRA EXPENSE) COVERAGE FORM
EXTRA EXPENSE COVERAGE FORM
COMMON POLICY CONDITIONS

**A.** The following is added as an Additional Coverage to the CAUSES OF LOSS - BASIC FORM, CAUSES OF LOSS - BROAD FORM, and CAUSES OF LOSS - SPECIAL FORM:

**Additional Coverage - Equipment Breakdown**

**1.** We will pay for direct physical damage to Covered Property that is caused by an "accident" to "covered equipment".

**2.** The most we will pay for loss, damage or expense under this endorsement arising from any "one accident" is the applicable Limit of Insurance in the Declarations unless otherwise shown in the Equipment Breakdown Coverage Schedule. Coverage provided under this endorsement does not increase and is not in addition to any other Limit of Insurance.

**3.** The following coverages also apply to covered losses caused by an "accident". These coverages do not provide additional limits of insurance.

**a. Expediting Expenses**

With respect to your damaged Covered Property, we will pay the reasonable extra cost to:

**(1)** Make temporary repairs; and

**(2)** Expedite permanent repairs or replacement.

Reasonable extra cost shall mean the extra cost of temporary repair and of expediting the repair of such damaged equipment of the insured, including overtime and the extra cost of express or other rapid means of transportation.

The most we will pay for under this coverage is $100,000 unless otherwise provided in this policy.

**b. Hazardous Substances**

We will pay for the additional cost to repair or replace Covered Property because of contamination by a "hazardous substance". This includes the additional expense to clean up or dispose of such property.

This does not include contamination of "perishable goods" by a refrigerant, including ammonia, which is addressed in **3.d.** below. As used in this coverage, additional costs mean those beyond what would have been payable under this Equipment Breakdown Coverage had no "hazardous substance" been involved.

The most we will pay for under this coverage, including any actual loss of Business Income you sustain and necessary Extra Expense you incur, is $100,000 unless otherwise provided in this policy.

© 2015 Liberty Mutual Insurance

OSIC_LEE HO_000145

**c. Spoilage**

**(1)** We will pay for physical damage to "perishable goods" due to spoilage. The spoilage damage must be due to the lack of or excess of power, light, heat, steam or refrigeratio n caused by an "accident" to "covered equipment".

**(2)** You must own the "perishable goods" or they must be in your care, custody or control and you must be legally liable for them.

**(3)** We will also pay any necessary expense you incur to reduce the amount of loss under this coverage. We will pay such expenses to the extent that they do not exceed the amount of loss that otherwise would have been payable under this coverage.

**(4)** If you are unable to replace the "perishable goods" before their anticipated sale date, the amount of our payment will be determined on the basis of the sales price of the "perishable goods" at the time of the "accident" less discounts and expense you otherwise would have had. Otherwise, our payment will be determined in accordance with the Valuation condition.

The most we will pay for loss, damage or expense under this coverage is $100,000 unless otherwise provided in this policy.

**d. Refrigerant Contamination**

We will pay for physical damage to Covered Property due to contamination from the release of a refrigerant, including any related salvage expense.

The most we will pay for loss or damage under this coverage is $100,000 unless otherwise provided in this policy.

**e. Data Restoration**

We will pay for your reasonable and necessary cost to research, replace and restore lost "data". The most we will pay for loss or expense under this coverage, including any actual loss of Business Income you sustain and necessary Extra Expense you incur, is $100,000 unless otherwise provided in this policy.

**f. Utility Services**

**(1)** Insurance provided for Business Income, Extra Expense and Spoilage is extended to apply to your loss, damage or expense caused by an "accident" to equipment that is owned, managed, or controlled by your landlord or landlord's utility, or utility or other supplier with whom you have a contract, that directly supplies you with any of the following services: electrical power, waste disposal, air conditioning, refrigeration, heating, natural gas, compressed air, water, steam, internet access, telecommunications services, wide area networks or data transmission. The equipment must meet the definition of "covered equipment" except that it is not Covered Property.

**(2)** Unless otherwise provided in this policy, Utility Services coverage will not apply unless the loss of or disruption of service exceeds 24 hours immediately following the "accident".

**(3)** The most we will pay for loss, damage or expense under this coverage is the limit that applies to Business Income, Extra Expense or Spoilage, respectively.

**g. Business Income and Extra Expense**

Any insurance provided under this Policy for Business Income or Extra Expense is extended to the coverage provided by this endorsement. However, if a separate Equipment Breakdown deductible is shown in the Policy, then as respects Equipment Breakdown coverage, the "period of restoration" will begin immediately after the "accident", and the separate Equipment Breakdown deductible shown in the Policy will apply. The most we will pay for loss of Business Income you sustain, and necessary Extra Expense you incur is the limit that applies to Business Income or Extra Expense unless otherwise provided in this policy.

**CP 88 44 02 15**    Includes copyrighted material of Insurance Services Office, Inc., with its permission.    **Page 2 of 6**

OSIC_LEE HO_000146

**4. Exclusions**

For the purposes of this endorsement, all exclusions in the CAUSES OF LOSS - BASIC FORM, CAUSES OF LOSS - BROAD FORM, and CAUSES OF LOSS - SPECIAL FORM apply except as modified below.

**a.** The exclusions are modified as follows:

**(1)** The following is added to Paragraph **B.1.g Water:**

However, if electrical "covered equipment" requires drying out because of Water as described in **g.(1)** through **g.(3)** above, we will pay for the direct expense of such drying out subject to the applicable Limit of Insurance and deductible for Building or Business Personal Property, whichever applies.

**(2)** If CAUSES OF LOSS - BASIC FORM or CAUSES OF LOSS - BROAD FORM applies, the following is added to **Exclusions B.2:**

Depletion, deterioration, corrosion, erosion, wear and tear, or other gradually developing conditions. But if an "accident" results, we will pay for the resulting loss, damage or expense.

**(3)** If CAUSES OF LOSS - SPECIAL FORM applies, the last paragraph of **B.2.d. Exclusions** is deleted and replaced with the following:

But if an excluded cause of loss that is listed in **B.2.d. (1)** through **(7)** results in an "accident", we will pay for the loss, damage or expense caused by that "accident".

**b.** We will not pay under this endorsement for loss, damage or expense caused by or resulting from:

**(1)** Your failure to use all reasonable means to protect Covered Property from damage following an "accident".

**(2)** Any defect, programming error, programming limitation, computer virus, malicious code, loss of "data", loss of access, loss of use, loss of functionality or other condition within or involving "data" or "media" of any kind. But if an "accident" results, we will pay for the resulting loss, damage or expense; or

**(3)** Any of the following tests:

**(a)** Hydrostatic, pneumatic, or gas pressure test of any boiler or pressure vessel; or

**(b)** Electrical insulation breakdown test of any type on electrical equipment.

**c.** With respect to Utility Services coverage, we will also not pay for an "accident" caused by or resulting from: fire; lightning; windstorm or hail; explosion (except as specifically provided in paragraph **5.a.(3)** of this endorsement); smoke; aircraft; or vehicles; riot or civil commotion; vandalism; sprinkler leakage; falling objects; weight of snow, ice or sleet; freezing; collapse; flood or earth movement.

**d.** With respect to Business Income, Extra Expense and Utility Services coverages, we will also not pay for:

**(1)** Loss caused by your failure to use due diligence and all reasonable means to resume business; or

**(2)** Any increase in loss resulting from an agreement between you and your customer or supplier.

**e.** We will not pay for loss, damage or expense caused directly or indirectly by the following, whether or not caused by or resulting from an "accident":

Any mold, fungus, mildew or yeast, including any spores or toxins produced by or emanating from such mold, fungus, mildew or yeast. This includes, but is not limited to, costs arising from clean up, removal, or abatement of such mold, fungus, mildew or yeast, spores or toxins. However, this exclusion does not apply to spoilage of personal property that is "perishable goods", to the extent that spoilage is covered under Spoilage coverage.

**f.** We will not pay under this endorsement for any loss or damage to animals.

© 2015 Liberty Mutual Insurance

**CP 88 44 02 15**    Includes copyrighted material of Insurance Services Office, Inc., with its permission.    **Page 3 of 6**

OSIC_LEE HO_000147

**5. Definitions**

The following  are added to **H. Definitions**

**a.** "Accident"  means a fortuitous  event that causes direct  physical  damage to "covered  equipment"  that requires  repair  or replacement.  The event  must  be one of the following:

**(1)** Mechanical  breakdown,  including  rupture  or bursting  caused by centrifugal  force;

**(2)** Artificially  generated electrical  current,  including  electric  arcing,  that damages electrical  devices,  appliances  or wires;

**(3)** Explosion  of steam  boilers,  steam  pipes,  steam  engines  or steam  turbines  owned or leased  by you, or operated  under  your control;

An "accident"  does not include the functioning  of any safety  or protective  device,  or any other condition,  which can be corrected  by resetting,  tightening,  adjusting,  cleaning,  or the performance  of maintenance.

**b.** "Covered  equipment"

**(1)** means, unless otherwise  provided  in this policy, Covered Property:

**(a)** That generates,  transmits  or utilizes  energy, including  electronic  communications  and data processing  equipment;  or

**(b)** Which, during  normal  usage, operates  under  vacuum  or pressure,  other  than the weight  of its contents.

**(2)** None of the following  is "covered  equipment":

**(a)** Structure,  foundation,  cabinet,  compartment  or air supported  structure  or building;

**(b)** Insulating  or refractory  material;

**(c)** Sewer  piping,  underground  vessels or piping,  or piping  forming  part  of a sprinkler  system;

**(d)** Water  piping  other  than boiler  feedwater  piping,  boiler  condensate  return  piping  or water  piping  forming  a part  of a refrigerating  or air conditioning   system;

**(e)** "Vehicle"  or any equipment  mounted  on a "vehicle";

**(f)** Satellite,  spacecraft  or any equipment  mounted  on a satellite  or spacecraft;

**(g)** Dragline,  excavation  or construction  equipment;  or

**(h)** Equipment  manufactured  by you for sale.

**c.** "Data" means information  or instructions  stored in digital  code capable of being processed  by machinery.

**d.** "Hazardous  substance"  means any substance  that has been declared  to be hazardous  to health  by any governmental   agency.

**e.** "Media"  means material  on which "data"  is recorded,  such as magnetic  tapes, hard disks, optical  disks or floppy  disks.

**f.** "One accident"  means if an initial  "accident"  causes other "accidents",  all will  be considered  "one accident".  All "accidents"  at any one premises  that manifest  themselves  at the same time and are the direct  result  of the same cause will  be considered  one "accident".

**g.** "Perishable  goods" means personal  property  maintained  under controlled  conditions  for its preservation  and susceptible  to loss or damage if the controlled  conditions  change.

**h.** For the purposes  of this endorsement,  "vehicle"  means any machine  or apparatus  that is used for transportation  or moves under its own power. "Vehicle"  includes  a car, truck, bus, trailer,  train, aircraft,  watercraft,  forklift,  bulldozer,  or harvester.

However,  any property  that is permanently  installed  at a covered  location  and that receives electrical  power  from an external  power  source will  not be considered  a "vehicle".

© 2015 Liberty Mutual Insurance

**CP 88 44 02 15**     Includes copyrighted material of Insurance Services Office, Inc., with its permission.     **Page 4 of 6**

OSIC_LEE HO_000148

**B.** The BUILDING AND PERSONAL PROPERTY COVERAGE FORM, CONDOMINIUM ASSOCIATION COVERAGE FORM and CONDOMINUIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM are modified as follows:

The definitions stated above in Paragraph **A.5.** also apply to section **B.** of this endorsement.

**1. Deductible**

The deductible in the Declarations applies unless a separate Equipment Breakdown deductible is shown in the Policy. If a separate Equipment Breakdown deductible is shown, the following applies.

Regarding Equipment Breakdown Coverage only, section **D. Deductible** is deleted and replaced with the following:

**a.** Deductible for Each Coverage

**(1)** Unless the Declarations or Schedule indicates that your deductible is combined for all coverages, multiple deductibles may apply to any "one accident".

**(2)** We will not pay for loss, damage or expense under any coverage until the amount of the covered loss, damage or expense exceeds the deductible amount indicated for that coverage in the Policy. We will then pay the amount of loss, damage or expense in excess of the applicable deductible amount, subject to the applicable limit.

**(3)** If deductibles vary by type of "covered equipment" and more than one type of "covered equipment" is involved in any "one accident", only the highest deductible for each coverage will apply.

**b.** Application of Deductibles

**(1)** Dollar Deductibles

We will not pay for loss, damage or expense resulting from any "one accident" until the amount of loss, damage, or expense exceeds the applicable Deductible shown in the Policy. We will then pay the amount of loss, damage or expense in excess of the applicable Deductible or Deductibles, up to the applicable Limit of Insurance.

**(2)** Time Deductible

If a time deductible is shown in the Policy, we will not be liable for any loss occurring during the specified number of hours or days immediately following the "accident". If a time deductible is expressed in days, each day shall mean twenty-four consecutive hours.

**(3)** Multiple of Average Daily Value (ADV)

If a deductible is expressed as a number times ADV, that amount will be calculated as follows:

The ADV (Average Daily Value) will be the Business Income (as defined in any Business Income Coverage that is part of this policy) that would have been earned during the period of interruption of business had no "accident" occurred, divided by the number of working days in that period. No reduction shall be made for the Business Income not being earned, or in the number of working days, because of the "accident" or any other scheduled or unscheduled shutdowns during the period of interruption. The ADV applies to the Business Income value of the entire location, whether or not the loss affects the entire location. If more than one location is included in the valuation of the loss, the ADV will be the combined value of all affected locations. For purposes of this calculation, the period of interruption may not extend beyond the "period of restoration".

The number indicated in the Policy will be multiplied by the ADV as determined above. The result shall be used as the applicable deductible.



**(4)** Percentage of Loss Deductibles

If a deductible is expressed as a percentage of loss, we will not be liable for the indicated percentage of the gross amount of loss, damage or expense (prior to any applicable deductible or coinsurance) insured under the applicable coverage. If the dollar amount of such percentage is less than the indicated minimum deductible, the minimum deductible will be the applicable deductible.

**2.  Conditions**

The following conditions are added to the **Conditions** in the COMMON POLICY CONDITIONS and to section **F. Additional Conditions** in the BUILDING AND PERSONAL PROPERTY COVERAGE FORM, CONDOMINIUM ASSOCIATION COVERAGE FORM, CONDOMINUIUM COMMERCIAL UNIT -OWNERS COVERAGE FORM:

**a.**  Suspension

Whenever "covered equipment" is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend coverage under this endorsement for that "covered equipment". This can be done by mailing or delivering a written notice of suspension to:

**(1)** Your last known address; or

**(2)** The address where the "covered equipment" is located.

Once suspended, your insurance can only be reinstated by an endorsement for that "covered equipment". If we suspend your insurance, you will get a pro rata refund of premium for that "covered equipment" for the period of suspension. But the suspension will be effective on the date in which our notice is mailed or delivered to you, even if we have not yet made or offered a refund.

**b.**  Jurisdictional Inspections

If any property that is "covered equipment" under this endorsement requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf.

**c.**  Environmental, Safety and Efficiency Improvements

If "covered equipment" requires replacement due to an "accident", we will pay your additional cost to replace it with equipment that is better for the environment, safer or more efficient than the equipment being replaced. However, we will not pay more than 125% of what the cost would have been to repair or replace with like kind and quality. This condition does not increase any of the applicable limits. This condition does not apply to any property to which Actual Cash Value applies.

© 2015 Liberty Mutual Insurance

OSIC_LEE HO_000150

COMMERCIAL PROPERTY
CP 90 00 01 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CUSTOM PROTECTOR™ ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CAUSES OF LOSS - SPECIAL FORM



The following is a summary of increased limits of insurance and additional coverages provided by this endorsement. This endorsement is subject to the provisions of your policy which means that it is subject to all limitations and conditions applicable to this Coverage Part, Coverage Form or Causes of Loss Form unless specifically deleted, replaced, or modified herein. This endorsement is applicable only to those locations described in the Declarations.

**Coverage for loss of Business Income or Extra Expense, whether provided by this endorsement or elsewhere, does not apply if a loss is covered only as a result of this endorsement.**

**If coverage is provided elsewhere in this policy for the same loss or damage as the coverage provided under this endorsement, the coverage under this endorsement will apply excess over that other coverage unless otherwise stated. We will not pay more than the actual amount of the covered loss or damage.**

| Coverage Description | Limit of Insurance | Section |
|---|---|---|
| Accounts Receivable, Valuable Papers and Electronic Data | | |
| Blanket Limit of Insurance - On Premises | $  200,000  Blanket | **A.10.** |
| Off Premises: | | |
| Valuable Papers | $  10,000 | **A.10.** |
| Accounts Receivable | $  10,000 | **A.10.** |
| Electronic Data | $  10,000 | **A.10.** |
| Additional Covered Property | Included | **A.2.** |
| Appurtenant Structures | | |
| Buildings | $  50,000 | **A.16.u.** |
| Business Personal Property | $  5,000 | **A.16.u.** |
| Back-up of Sewers or Drains | $  25,000 | **F.** |
| Broadened Premises | Included | **A.1.** |
| Business Income | $  25,000 | **A.16.s.** |
| Business Income - Newly Acquired Locations | $  250,000 | **A.16.s.** |
| Business Income - Utility Services - Time Element | $  25,000 | **A.16.t.** |
| Business Personal Property - Seasonal Increase | 33% | **A.16.v.** |
| "Cellular Phones" - Coverage | $  1,000 | **A.16.i.** |
| Computer Equipment | $  50,000 | **A.16.n.** |
| Consequential Loss | Included | **A.16.r.** |
| Debris Removal | $  25,000 | **A.6.** |
| Employee Dishonesty | $  50,000 | **A.11.h.** |
| Employee Tools Coverage | $  25,000 | **A.16.w.** |
| Extra Expense | $  25,000 | **A.16.j.** |
| Fine Arts | $  25,000 | **A.16.k.** |
| Fire Department Service Charge | $  25,000 | **A.8.** |
| Fire Protective Devices | $  25,000 | **A.16.l.** |
| Forgery or Alteration | $  50,000 | **A.11.k.** |
| Foundations | Included | **A.5.** |
| Inventory and Appraisal Expense Coverage | $  10,000 | **A.11.g.** |
| Lock Replacement | $  10,000 | **A.16.o.** |
| Loss of Refrigeration | $  25,000 | **A.16.m.** |
| Lost Key Coverage | $  10,000 | **A.11.j.** |

| Coverage Description | Limit of Insurance | Section |
|---|---|---|
| Money and Securities | | |
|     Inside the Premises | $ 25,000 | **A.16.p.** |
|     Outside the Premises | $ 25,000 | **A.16.p.** |
| Money Orders and Counterfeit Money | $ 25,000 | **A.11.i.** |
| Newly Acquired or Constructed Property | 180 days | **A.12.** |
|     Buildings | $ 1,000,000 | **A.12.** |
|     Business Personal Property | $ 500,000 | **A.12.** |
| Off-Premises Services Interruption | $ 25,000 | **A.16.q.** |
| Ordinance or Law | A - Incl. in Building Limit<br>B & C - 25% of the Building Limit subject to $100,000 | **A.11.l.** |
| Outdoor Property | $ 10,000 | **A.15.** |
| Personal Effects and Property of Others | $ 15,000 | **A.13.** |
| Pollutant Clean Up and Removal | $ 50,000 | **A.9.** |
| Preservation of Property | 90 days | **A.7.** |
| Property Off-Premises (Including while in Transit) | $ 50,000 | **A.14.** |
| Real Property of Others Required by Contract | $ 25,000 | **A.4.** |
| Reward **(Not available in New York)** | $ 25,000 | **A.16.h.** |
| Signs | $ 10,000 | **B.** |
| Special Deductible Provision | Included | **C.** |
| Undamaged Improvements & Betterments | Included | **A.3. & D.1.** |
| Waiver of Coinsurance on losses $10,000 or less | Included | **E.** |

**A.** The following changes apply to Section **A. COVERAGE** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM and the CONDOMINIUM ASSOCIATION COVERAGE FORM:

    **1. Broadened Premises**

        The **within 100 feet of the described premises** description stated in Paragraph **A.1.a.(5)(b), Building,** Paragraph **A.1.b., Your Business Personal Property,** Paragraph **A.1.c.(2), Personal Property of Others** and Paragraph **A.5., Coverage Extensions** is deleted and replaced by **within 1000 feet of the described location.**

    **2. Additional Covered Property**

        The following are added to item **a. Building** of Paragraph **1. Covered Property:**

        Bridges, roadways, walks, patios or other paved surfaces;

        Retaining walls (except retaining walls used to contain water) that are not part of a building.

        Item **d.** is deleted from paragraph **2. Property Not Covered.**

        Item **l.** of paragraph **2.,** Property Not Covered is deleted and replaced by the following:

        **l.** Retaining walls used to contain water.

    **3. Undamaged Improvements And Betterments**

        (This coverage does not apply to the CONDOMINIUM ASSOCIATION COVERAGE FORM.)

        The following is added to paragraph **A.1.b Your Business Personal Property:**

        **(8)** Undamaged Improvements and Betterments;

            **(a)** Improvements and betterments coverage includes the portion of improvements and betterments not damaged in a covered loss.

            **(b)** We will pay for the portion of undamaged improvements and betterments only if a minimum of six months is required to repair or rebuild the building for your occupancy, and only when your lease is cancelled:

                **(i)** By the lessor;

                **(ii)** By a valid condition of your lease; and

© 2015 Liberty Mutual Insurance
**CP 90 00 01 15**    Includes copyrighted material of Insurance Services Office, Inc., with its permission.    **Page 2 of 17**



**(iii)** Due to direct physical loss or damage by a Covered Cause of Loss to property at the location(s) stated in the Declarations.

**4.  Real Property Of Others Required By Contract**

The following is added to item **b. Your Business Personal Property** of Paragraph **1. Covered Property** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM as subparagraph **(9)** and to the CONDOMINIUM ASSOCIATION COVERAGE FORM as subparagraph **(4):**

Real Property including but not limited to building, doors and windows which are your responsibility to insure under any contract.

The most we will pay for loss or damage to covered property is $25,000 in any one occurrence.

**5.  Foundations**

Item **g.** is deleted in its entirety from Paragraph **2. Property Not Covered.**

**6.  Debris Removal**

Paragraph **A.4.a.(4)** is deleted and replaced by the following:

**(4)** We will pay up to an additional $25,000 for debris removal expense, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

**(a)** The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

**(b)** The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if **(4)(a)** and/or **(4)(b)** apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $25,000.

**7.** Paragraph **A.4. Additional Coverage** is amended as follows:

**b.  Preservation of Property**

The 30 day limitation in paragraph **A.4.b.(2)** is increased to 90 days.

**8.  Fire Department Service Charge**

Item **c. Fire Department Service Charge** of Paragraph **4. Additional Coverages** is deleted and replaced by the following:

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $25,000 in any one occurrence for your liability for fire department service charges. Such limit is the most we will pay regardless of the number of responding fire departments or fire units, regardless of the number or type of services performed.

This Additional coverage applies to your fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

No deductible applies to this Additional Coverage.

**9.  Pollutant Clean Up And Removal**

Item **d. Pollutant Clean Up And Removal** of Paragraph **4. Additional Coverages,** the last paragraph is amended as follows:

The most we will pay under this Additional Coverage is $50,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

© 2015 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**10. Accounts Receivable**

We will pay:

**(1)** All amounts due from your customers that you are unable to collect;

**(2)** Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;

**(3)** Collection expenses in excess of your normal collection expenses that are made necessary by the loss or damage; and

**(4)** Other reasonable expenses that you incur to re-establish your records of accounts receivable;

that result from a Covered Cause of Loss to your records of accounts receivable.

The limits of insurance as respects the following Additional Coverages and Coverage Extensions:

Electronic Data;

Valuable Papers and Records (Other Than Electronic Data);

are deleted and included in the following blanket limit:

**Accounts Receivable, Valuable Papers And Electronic Data Blanket Limit Of Insurance:**

The most we will pay for loss or damage as respects the following Additional Coverages or Coverage Extensions is $200,000 in total for each described location in any one occurrence:

Accounts Receivable;

Valuable Papers and Records;

Electronic Data;

However, as respects to Valuable Papers and Records or Accounts Receivable at a location not described in the Declarations the most we will pay is $10,000 respectively in any one occurrence.

The most we will pay for Electronic Data at a premise not described in the Declarations or in transit is $10,000 in any one policy year, regardless of the number of occurrences of loss or damage or computer systems involved. Under this Extension, electronic data has the meaning described in the BUILDING AND PERSONAL PROPERTY COVERAGE FORM and the CONDOMINIUM ASSOCI-ATION COVERAGE FORM under Property Not Covered - Electronic Data.

**11.** The following are added to paragraph **A.4. Additional Coverages:**

**f.    Inventory And Appraisal Expense Coverage**

We will pay up to $10,000 in any one occurrence for incurred inventory and appraisal costs, and expenses for preparation of loss data, due to loss or damage as a result of a Covered Cause of Loss to covered property. We will only pay if the costs are incurred and are reasonable and necessary to establish the amount of the loss. Attorney or public adjuster fees are not covered costs under this section.

**g.    Employee Dishonesty**

**(1)** We will pay for direct loss of or damage to business personal property, including money and securities, resulting from dishonest acts committed by any of your employees acting alone, or in collusion with other persons (except you or your partner) with the manifest intent to:

**(a)** Cause you to sustain loss or damage; and

**(b)** Obtain financial benefit (other than salaries, commissions, fees, bonuses, promotions, awards, profit sharing, pensions or other employee benefits earned in the normal course of employment) for:

**(i)** Any employee; or

**(ii)** Any other person or organization.

© 2015 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

OSIC_LEE HO_000154



**(2)** We will  not pay for loss or damage:

    **(a)** Resulting  from  any  dishonest  or criminal  act that  you  or any of your  partners  commit whether  acting  alone or in collusion  with  other persons;  or

    **(b)** The only  proof  of which  as to its existence  or amount  is dependent  upon:

        **(i)** An inventory  computation;   or

        **(ii)** A profit  and loss computation.

**(3)** The most we will  pay for loss or damage  in any one occurrence  is $50,000.

**(4)** All loss or damage:

    **(a)** Caused  by one or more  persons;  or

    **(b)** Involving  a single  act or series of related  acts;

    is considered  one occurrence.

**(5)** If any loss is covered:

    **(a)** Partly  by this insurance;  and

    **(b)** Partly  by any prior cancelled  or terminated  insurance  that  we or any affiliate  had issued  to you or any predecessor  in interest,

    the most  we will  pay is the larger  amount  recoverable  under this insurance  or the prior insurance.

**(6)** We will  pay for loss or damage  you sustain  through  acts committed  or events occurring during  the Policy  Period. Regardless  of the number  of years this policy  remains  in force or the  number  of premiums  paid, no Limit  of Insurance  cumulates  from  year to year or period  to period.

**(7)** This Additional  Coverage  does not apply  to the dishonest  act of any employee  that occurs after the discovery  by:

    **(a)** You; or

    **(b)** Any of your  partners,  officers,  directors  or trustees  not in collusion  with  the employee

    of any dishonest  act committed  by that  employee  whether  before  or after becoming employed  by you.

**(8)** Will  pay only  for covered  loss or damage  discovered  no later than  one year from  the end of the Policy  Period.

**(9)** If you (or any predecessor  in interest)  sustained  loss or damage  during  the period  of any prior  insurance  that  you could  have recovered  under  that  insurance  except that  the time within  which  to discover  loss or damage  had expired,  we will  pay for it under this Additional  Coverage,  provided:

    **(a)** This Additional  Coverage  became  effective  at the time  of cancellation  or termination of the prior  insurance;  and

    **(b)** The loss or damage  would  have been  covered  by this Additional  Coverage  had it been in effect  when  the acts or events  causing  the loss or damage  were committed  or occurred.

**(10)** The insurance  under  paragraph  **(9)** above is part of, not in addition  to, the Limit  of Insurance  applying  to this Additional  Coverage  and is limited  to the lesser  of the amount recoverable  under:

    **(a)** This Additional  Coverage  as of its effective  date; or

    **(b)** The prior  insurance  had it remained  in effect.

Coverage  provided  under this Additional  Coverage  is subject  to a Deductible  equal to the Property  Deductible  shown  in the Declarations.

© 2015 Liberty Mutual Insurance

OSIC_LEE HO_000155

"Employee"  means:

**(1)** Any natural person:

    **(a)** While in your service and for 30 days after termination  of service; and

    **(b)** Whom you compensate  directly by salary, wages or commissions;   and

    **(c)** Whom you have the right to direct and control  while performing  services for you; or

**(2)** Any natural  person employed  by an employment   contractor  while that person is subject to your direction  and control  and performing   services for you excluding,  however,  any such person while  having care and custody  of property  outside  the premises.

But "employee"   does not mean any:

**(1)** Agent, broker, factor, commission  merchant,  consignee, independent  contractor  or repre- sentative of the same general character;  or

**(2)** Director  or trustee except while  performing   acts coming  within  the scope of the usual duties  of an employee.

**h.  Money  Orders And Counterfeit  Money**

We will  pay for your loss when you accept in good faith:

**(1)** Any money  order in exchange  for goods or services if the money  order is not paid when presented  to the issuer;  or

**(2)** Counterfeit  U.S. or Canadian paper money  in the regular  course of business.

The most  we will  pay under this additional   coverage  is $25,000 in any one occurrence.

**i.  Lost Key Coverage**

We will  pay for consequential  loss to keys and locks if a master  key or grand master  key is lost or damaged  resulting  from a Covered Cause of Loss. We will  pay for the actual cost to replace keys, adjustment   of locks to accept new keys, or if required,  new locks, including  the cost of their  installation.

The most  we will  pay for loss or damage  under this coverage  is $10,000 in any one occurrence.

**j.  Forgery Or Alteration**

**(1)** We will  pay for loss resulting  directly  from forgery  or alteration  of, any check, draft, promissory  note, bill of exchange  or similar  written  promise  of payment in "money",   that you or your agent has issued,  or that was issued  by someone  who impersonates  you or your agent. We will  pay for loss you sustain  through  acts committed   or events occurring during  the policy  period. Regardless of the number  of years this policy  remains  in force or the number  of premiums   paid, no limit  of insurance  cumulates  from year to year or period to period.

**(2)** If you are sued for refusing  to pay the check, draft, promissory  note, bill of exchange  or similar  written  promise  of payment in "money",   on the basis that it has been forged  or altered, and you have our written  consent  to defend  against  the suit, we will  pay for any reasonable  legal expenses that you incur in that defense.

**(3)** For the purpose  of this coverage,  check includes  a substitute  check as defined  in the Check Clearing  for the 21st Century Act, and will  be treated  the same as the original  it replaced.

**(4)** We will  not pay for loss resulting  from any dishonest  or criminal  acts committed   by you or any of your partners,  employees,  managers,  members, officers, directors  or trustees whether  acting  alone or in collusion  with  others.

**(5)** The most  we will  pay for all loss, including  legal expenses, under this Additional  Cov- erage is $50,000.

"Money"  means:

**(1)** Currency,  coins and bank notes in current  use and having  a face value; and

**(2)** Travelers  checks, register  checks and money  orders held for sale to the public.

©  2015 Liberty Mutual Insurance

**CP 90 00 01 15**    Includes copyrighted material of Insurance Services Office, Inc., with its permission.    **Page 6 of 17**

OSIC_LEE HO_000156



**I.    Ordinance Or Law**

**(1)**    If a Covered Cause of Loss occurs to covered Building property, we will pay:

**(a)    Coverage For Loss to the Undamaged Portion of the Building -** For the loss in value of the undamaged portion of the building as a consequence of enforcement of any ordinance or law that:

**(i)**    Requires the demolition of parts of the same property not damaged by a Covered Cause of Loss;

**(ii)**    Regulates the construction or repair of buildings, or establishes zoning or land use requirements at a described location; and

**(iii)**    Is in force at the time of loss.

**(b)    Demolition Cost Coverage -** The cost to demolish and clear the site of undamaged parts of the property caused by the enforcement of building, zoning or land use ordinance or law.

The COINSURANCE Additional Condition does not apply to this demolition cost coverage.

**(c)    Increased Cost of Construction Coverage -** The increased cost to:

**(i)**    Repair or reconstruct damaged portions of that Building property; and/or

**(ii)**    Reconstruct or remodel undamaged portions of that Building property, whether or not demolition is required;

When the increased cost is a consequence of enforcement of building, zoning or land use ordinance or law.

However:

**(i)**    This coverage applies only if the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.

**(ii)**    We will not pay for the increased cost of construction if the building is not repaired, reconstructed or remodeled.

The COINSURANCE Additional Condition does not apply to this increased cost of construction coverage.

**(2)**    We will not pay the increased costs of construction under this coverage:

**(a)**    Until the property is actually repaired or replaced, at the same or another location; and

**(b)**    Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

**(3)**    We will not pay under this coverage for the costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

**(4)**    The most we will pay under this coverage in any one occurrence:

**(a)**    Coverage **I.(1.)(a.)** above is included within the Limit of Insurance shown in the Declarations as applicable to the covered building. The loss in value of the undamaged portion of the building does not increase the Limit of Insurance.

**(b)**    For coverages **I.(1.)(b.)** and **(c.)** above the lesser of:

**(i)**    25% of the Limit of Insurance shown in the Declarations for Building Coverage; or

**(ii)**    $100,000.

**(5)**    We will not pay for loss due to any ordinance or law that:

**(a)**    You were required to comply with before the loss, even if the building was undamaged, and

**(b)**    You failed to comply with.

© 2015 Liberty Mutual Insurance

**CP 90 00 01 15**    Includes copyrighted material of Insurance Services Office, Inc., with its permission.    **Page 7 of 17**

OSIC_LEE HO_000157

**12. Newly Acquired Or Constructed Property**

Item **a. Newly Acquired or Constructed Property** of Paragraph **5. Coverage Extensions** is deleted and replaced by the following:

**(1) Buildings**

If this policy covers Building, you may extend that insurance to apply to:

**(a)** Your new buildings while being built at the described location; and

**(b)** Buildings you acquire away from the described locations, intended for:

**(i)** Similar use as the building described in the Declarations; or

**(ii)** Use as a warehouse.

The most we will pay for loss or damage under this Extension is $1,000,000 at any one location.

**(2) Your Business Personal Property**

**(a)** If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

**(i)** Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions; or

**(ii)** Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations.

The most we will pay for loss or damage under this Extension is $500,000 at any one location.

**(b)** This Extension does not apply to:

**(i)** Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

**(ii)** Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

**(3) Period Of Coverage**

With respect to insurance provided under Coverage Extension for Newly Acquired or Constructed Property, coverage will end when any of the following occurs:

**(a)** This policy expires;

**(b)** 180 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

**13. Personal Effects And Property Of Others**

Item **b. Personal Effects and Property of Others** of Paragraph **5. Coverage Extensions,** the last paragraph is amended as follows:

The most we will pay for loss or damage under this Extension is $15,000 in any one occurrence. Our payment for loss of or damage to personal property of others (including property of others held by you on consignment) will only be for the account of the owner of the property.

**14. Property Off-Premises**

Item **d. Property Off-Premises** of Paragraph **5. Coverage Extensions** is deleted and replaced by the following:

**(1)** You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described location(s) if it is:

**(a)** Temporarily at a location you do not own, lease or operate;

© 2015 Liberty Mutual Insurance

OSIC_LEE HO_000158



**(b)** In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

**(c)** At any fair, trade show or exhibition

This Extension applies only if loss or damage is caused by a Covered Cause of Loss. This extension does **not** apply to loss to property covered under the Wholesalers Custom Protector Endorsement, Manufacturers Custom Protector Endorsement, or Food Processors Custom Protector Endorsement.

**(2)** You may extend the insurance provided by this Coverage Form to apply to your personal property in a vehicle or in transit more than 1,000 feet from the described location(s) while:

**(a)** In or on a vehicle you own, rent or lease;

**(b)** In the custody of a carrier for hire; or

**(c)** In the custody of an air or rail carrier

within the coverage territory.

The reference to **Property Not Covered** in **A.2.i.** for Property while airborne or waterborne does not apply to this Coverage Extension. However, there is no coverage under this Extension for shipments of any exported or imported property that originate or terminate outside of the United States of America, its territories and possessions, Canada, and Puerto Rico.

There is no coverage under this Extension for:

**(a)** Fine arts, antiques, fur garments, jewelry, precious or semiprecious stones, gold, silver, platinum, or other precious metals or alloys; or

**(b)** Mail shipments in the custody of the U.S. Postal Service.

**(3)** The most we will pay for loss or damage under this Extension is $50,000.

**15. Outdoor Property**

Item **e. Outdoor Property** of Paragraph **5. Coverage Extensions** is deleted and replaced by the following:

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, lighting, lighting standards, radio and television antennas, satellite dish, signs (other than signs attached to buildings), playground equipment, scoreboards, trees, shrubs and plants (other than "stock" of trees, shrubs or plants or part of a vegetated roof) including debris removal expense, caused by or resulting from any of the Covered Causes of Loss.

The most we will pay for loss or damage under this Extension is $10,000, but not more than $1,000 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or numbers of items lost or damaged in that occurrence.

Subject to all aforementioned terms and limitations of coverage, this Coverage Extension includes the expense of removing from the described location the debris of trees, shrubs and plants which are property of others, except in the situation in which you are a tenant and such property is owned by the landlord of the described location.

**16.** The following are added to Paragraph **5. Coverage Extensions:**

**h. Reward (Not available in New York)**

We will pay on behalf of the insured up to $25,000 for information which leads to an arson or theft conviction in connection with a fire loss covered under this Coverage Form. Regardless of the number of persons involved in providing information, our liability under this Coverage Extension will not be increased.

**i. Cellular Phones**

The most we will pay for loss or damage to "Cellular Phones" is $1,000 in any one calendar year.

With regard to this provision: "Cellular Phone" is defined as any cellular phone that is:

**(1)** Permanently installed in a vehicle by other than the manufacturer of the vehicle; or

**(2)** Not permanently installed in a vehicle.

© 2015 Liberty Mutual Insurance

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**CP 90 00 01 15**    **Page 9 of 17**

OSIC_LEE HO_000159

**j.  Extra Expense**

We will pay the actual and necessary Extra Expense you incur due to direct physical loss of or damage to the property at the location(s) described in the Declarations, including personal property in the open or in a vehicle, within 1,000 feet of the location(s), caused by or resulting from any Covered Cause of Loss.

If you are a tenant, your location is the portion of the building which you rent, lease or occupy, including:

**(1)** All routes within the building to gain access to the described location; and

**(2)** Your personal property in the open (or in a vehicle) within 1000 feet of the described location.

The following definitions are added as respects this Coverage Extension:

**(1)** Extra Expense means necessary expenses you incur during the period of restoration that you would not have incurred if there had been no direct physical loss or damage to property. Coverage pertains to expenses which are incurred to:

**(a)** Avoid or minimize the suspension of business and to continue operations:

**(i)** At the described location(s); or

**(ii)** At replacement location(s) or at temporary locations, including:

Including relocation expenses or costs to equip and operate the replacement or temporary locations.

**(b)** Minimize the suspension of business if you cannot continue operations.

**(c)** To repair or replace any property; or

**(d)** To research, replace or restore the lost information on damaged valuable papers and records;

to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage Extension .

**(2)** Operations means the type of your business activities occurring at the described location(s).

**(3)** Period of Restoration means the period of time that:

**(a)** Begins with the date of direct physical loss or damage caused by or resulting from a Covered Cause of Loss at the described location(s); and

**(b)** Ends on the earlier of:

**(i)** The date when the property at the described location(s) should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

**(ii)** The date when business is resumed at a new permanent location.

Period of Restoration does not include any increased period required due to the enforcement of any ordinance or law that

**(a)** Regulates the construction, use or repair, or requires the tearing down of any property; or

**(b)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not cut short the period of restoration.

The most we will pay for loss under this Extension is $25,000 in any one occurrence.

**k.  Fine Arts**

You may extend the insurance that applies to your Business Personal Property to apply to your fine arts and fine arts owned by others that are in your care, custody or control.

This Extension does not apply to loss or damage caused by or resulting from:

**(1)** While fine arts are at any fair or on exhibition;

**(2)** Any repairing, restoration or retouching process;



**(3)** Insects, birds, rodents or other animals;

**(4)** Wear and tear;

**(5)** Rust, corrosion, fungus, decay, deterioration, hidden or latent defect or any quality in the property that causes it to damage or destroy itself;

**(6)** Breakage of art glass windows, statuary, marbles, glassware, bric-a-brac, porcelains and similar fragile articles. But we will pay for loss or damage caused directly by fire, lightning, aircraft, theft or attempted theft, cyclone, tornado, windstorm, explosion, vandalism, or by accident to the vehicle carrying the property.

The most we will pay for loss or damage under this Extension is $25,000 in any one occurrence.

**l.** **Fire Protective Devices**

You may extend the insurance provided by this Coverage Form to apply to recharging or refilling of your fire protective devices that are permanently installed in buildings at the described location(s) when such devices have been discharged by accident or after being used in fighting a fire. This Extension does not apply to periodic recharge or refilling.

The most we will pay under this Extension is $25,000 for each separate 12-month period of this policy.

**m.** **Loss Of Refrigeration**

You may extend the insurance provided by this Coverage Form to apply to direct physical loss of or damage to property owned by you and used in your business or owned by others and in your care, custody or control, contained in any refrigeration or cooling apparatus or equipment resulting from:

**(1)** The fluctuation or total interruption of electrical power, either at or away from the described location, due to conditions beyond your control; or

**(2)** Mechanical failure of any refrigeration or cooling apparatus or equipment at the described location(s).

The most we will pay for loss or damage under this Extension is $25,000 in any one occurrence.

**n.** **Computer Equipment**

You may extend the insurance that applies to your Business Personal Property to apply to loss or damage to "computer equipment" owned by you or similar property of others in your care, custody or control for which you are legally liable, caused by a Covered Cause of Loss.

You may extend the insurance that applies to your Business Personal Property to apply to loss or damage to "laptop/portable computers" owned by you and in your care, custody and control or in the care, custody or control of your employee.

**(1)** Property Not Covered

We will not cover the following kinds of property under this Extension:

**(a)** Property which you rent or lease to others;

**(b)** Software or other electronic data ;

**(c)** Accounts, bills, evidences of debt, valuable papers, records, abstracts, deeds, manuscripts, program documentation or other documents.

**(d)** "Computer equipment" held for sale by you;

**(e)** "Computer equipment" of others on which you are performing repairs or work;

**(f)** "Computer equipment" or that is part of any:

   **(i)** Production or processing equipment (such as CAD, CAM or CNC machines);

   **(ii)** Equipment used to maintain or service your building (such as heating, ventilating, cooling or alarm systems); or

   **(iii)** Communication equipment (such as telephone systems).

© 2015 Liberty Mutual Insurance

**CP 90 00 01 15**    Includes copyrighted material of Insurance Services Office, Inc., with its permission.    **Page 11 of 17**

OSIC_LEE HO_000161

**(g)** Property that is covered under another coverage form of this or any other policy in which such property is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance.

**(2)** Property In Transit

We will pay for your "computer equipment", or "laptop/portable computer" while in transit.

**(3)** Loss Payment will be determined as follows:

"Computer equipment" or "laptop/portable computers"

We will pay the lesser of the following amounts:

**(a)** The cost of reasonably restoring that property to its condition immediately before the loss or damage; or

**(b)** The cost of replacing that property with identical property of like kind and quality and used for the same purpose.

However, when repair or replacement with identical property is not possible, we will pay the cost to replace that property with property of like kind and quality capable of performing the same functions.

If not repaired or replaced, the property will be valued at its actual cash value.

"Computer equipment" means a network of electronic machine components capable of accepting information, processing it according to instructions and producing the results in a desired form.

"Laptop/portable computers" means "computer equipment" and accessories that are designed to function with it that can easily be carried and is designed to be used at more than one location.

The most we will pay for loss or damage to "computer equipment" and "laptop/portable computers" under this Extension is $50,000 in any one occurrence.

**o. Lock Replacement**

You may extend the insurance provided by this Coverage Form to apply to replacement of locks necessitated by theft of Covered Property or theft of keys from the described location.

The most we will pay for loss under this Coverage Extension is $10,000 in any one occurrence.

**p. Money And Securities**

**(1)** You may extend the insurance that applies to Business Personal Property to apply to loss of "money" and "securities" used in your business while at a bank or savings institution, within your living quarters or the living quarters of your partners or any employee having use and custody of the property, at the described premises, or in transit between any of these places, resulting directly from:

**(a)** Theft, meaning any act of stealing;

**(b)** Disappearance; or

**(c)** Destruction.

**(2)** In addition to the Limitations and Exclusions applicable to property coverage, we will not pay for loss:

**(a)** Resulting from accounting or arithmetical errors or omissions;

**(b)** Due to the giving or surrendering of property in any exchange or purchase; or

**(c)** Of property contained in any money-operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

**(3)** The most we will pay for loss in any one occurrence is:

**(a)** $25,000 for Inside the Premises for "money" and "securities" while:

**(i)** In or on the described premises; or

**(ii)** Within a bank or savings institution; and

**(b)** $25,000 for Outside the Premises for "money" and "securities" while anywhere else.

© 2015 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

OSIC_LEE HO_000162



**(4)** All loss:

   **(a)** Caused by one or more persons; or

   **(b)** Involving a single act or series of related acts;

   is considered one occurrence.

**(5)** You must keep records of all "money" and "securities" so we can verify the amount of any loss or damage.

**(6)** **"Money"** means:

   **(a)** Currency, coins and bank notes in current use and having a face value; and

   **(b)** Travelers checks, register checks and money orders held for sale to the public.

**(7)** **"Securities"** means negotiable and non- negotiable instruments or contracts representing either "money" or other property and includes:

   **(a)** Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

   **(b)** Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

   but does not include "money".

**q.** **Off-Premises Services Interruption**

You may extend the insurance provided by this Coverage Form to apply to loss of or damage to Covered Property caused by an interruption in utility service to the described location. The interruption in utility service must result from direct physical loss or damage by a Covered Cause of Loss to the following property away from the described location:

**(1)** **Water Supply Services,** meaning the following types of property supplying water to the described location:

   **(a)** Pumping stations; and

   **(b)** Water mains.

**(2)** **Communication Supply Services,** meaning property supplying communication services, including telephone, radio, microwave or television services to the described location, such as:

   **(a)** Communication transmission lines, including optic fiber transmission lines;

   **(b)** Coaxial cables; and

   **(c)** Microwave radio relays except satellites.

   Coverage does not include above ground communication lines.

**(3)** **Power Supply Services,** meaning the following types of property supplying electricity, steam or gas to the described location:

   **(a)** Utility generating plants;

   **(b)** Switching stations;

   **(c)** Substations;

   **(d)** Transformers; and

   **(e)** Transmission lines.

   **Coverage does not include above ground transmission or distribution lines.**

This Extension does not apply to loss of or damage to property owned by you and used in your business or owned by others and in your care, custody or control, contained in any refrigeration or cooling apparatus or equipment, resulting from:

   **(a)** The fluctuation or total interruption of electrical power, either on or off the described location, due to conditions beyond your control; or

   **(b)** Mechanical failure of any refrigeration or cooling apparatus or equipment.

The most we will pay under this Extension is $25,000 in any one occurrence.

© 2015 Liberty Mutual Insurance

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**CP 90 00 01 15**     **Page 13 of 17**

OSIC_LEE HO_000163

r.  **Consequential Loss And Personal Property Of Others**

The following is added to the Loss Payment provisions of Part **E.** Property Loss Conditions:

If a Covered Cause of Loss occurs to covered stock and/or Personal Property of Others, we will pay any reduction in value of the remaining undamaged parts of covered stock including loss or damage resulting from confusion of personal property of others caused by a Covered Cause of Loss.

Payment for any reduced value in stock is included within the applicable Limit of Insurance.

s.  **Business Income**

We will pay up to $25,000 in any one occurrence for the actual loss of "Business Income" you sustain due to the necessary suspension of your "operations" during the "period of restoration." The suspension must be caused by direct physical loss or damage to your covered Building or Business Personal Property at locations that are described in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss.

If you are a tenant, your location is the portion of the building which you rent, lease or occupy, including:

(1) All routes within the building to gain access to the described location; and

(2) Your personal property in the open (or in a vehicle) within 100 feet of the described location.

The COINSURANCE Additional Condition does not apply as respects this Coverage Extension.

We will also pay up to $250,000 in any one occurrence for the actual loss of Business Income you sustain due to the necessary suspension of your operations during the period of restoration caused by direct physical loss or damage to any location you acquire, other than fairs or exhibitions. Insurance under this Coverage Extension for each newly acquired location will end when any of the following first occurs:

(1) This policy expires;

(2) 180 days expire after you acquire or begin to construct the property; or

(3) You report values to us.

The following definitions are added as respects this Coverage Extension:

(1) "Business Income" means the:

(a) Net income (net profit or loss before income taxes) that would have been earned or incurred; and

(b) Continuing normal operating expenses incurred, including payroll.

(2) "Operations" means the type of your business activities occurring at the described location(s).

(3) "Period of Restoration" means the period of time that:

(a) Begins 72 hours after the time of direct physical loss or damage for Business Income coverage caused by or resulting from a Covered Cause of Loss at the described locations; and

(b) Ends on the earlier of:

(i) The date when the property at the described locations should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

(ii) The date when business is resumed at a new permanent location.

Period of Restoration does not include any increased period required due to the enforcement of any ordinance or law that:

(a) Regulates the construction, use or repair, or requires the tearing down of any property; or

(b) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not cut short the period of restoration.

© 2015 Liberty Mutual Insurance

CP 90 00 01 15     Includes copyrighted material of Insurance Services Office, Inc., with its permission.     **Page 14 of 17**



**t. Business Income - Utility Services - Time Element**

We will pay up to $25,000 in any one occurrence for the actual loss of Business Income you sustain at the described location caused by an interruption in utility service to the described location. The interruption in utility service must result from direct physical loss or damage by a Covered Cause of Loss to the following types of property located outside of a covered building described in the Declarations. This Coverage Extension begins 72 hours after such direct physical loss or damage.

**(1) Water Supply Services,** meaning the following types of property supplying water to the described location:

**(a)** Pumping stations; and

**(b)** Water mains.

**(2) Communication Supply Services,** meaning property supplying communication services, including telephone, radio, microwave or television services to the described location such as:

**(a)** Communication transmission lines, including optic fiber transmission lines;

**(b)** Coaxial cables; and

**(c)** Microwave radio relays except satellites.

Coverage does not include above ground communication lines.

**(3) Power Supply Services,** meaning the following types of property supplying electricity, steam or gas to the described location:

**(a)** Utility generating plants;

**(b)** Switching stations;

**(c)** Substations;

**(d)** Transformers; and

**(e)** Transmission lines.

**Coverage does not include above ground transmission or distribution lines.**

**u. Appurtenant Structures**

You may extend the insurance that applies to Building to apply to your storage buildings, your garages and your other appurtenant structures, except outdoor fixtures, at the described locations. The most we will pay for Building loss or damage under this Extension is $50,000 in any one occurrence.

You may extend the insurance that applies to Business Personal Property to apply to such property in your storage buildings, your garages and your other appurtenant structures at the described location(s). The most we will pay for Business Personal Property loss or damage under this Extension is $5,000 in any one occurrence.

**v. Business Personal Property Limit Seasonal Increase**

The Limit of Insurance for Business Personal Property will automatically increase by 33% to provide for seasonal variations. This increase will apply only if the Limit of Insurance shown for Business Personal Property in the Declarations is at least 90% of your average monthly value during the lesser of:

**(1)** The 12-month period immediately preceding the date the loss or damage occurs; or

**(2)** The period of time you have been in business as of the date loss occurs.

**w. Employee Tools Coverage**

You may extend the insurance that applies to your Business Personal Property to apply to loss or damage by a Covered Cause of Loss to tools owned by your employees while used in your business or when in your building.

However, we will not pay for a loss that is caused by or results from theft or attempted theft of employee tools unless such loss occurs:

**(1)** In a building and there is visible evidence of forcible entry to or exit from that building; or

© 2015 Liberty Mutual Insurance

OSIC_LEE HO_000165

**(2)** From a locked vehicle and there is visible evidence of forcible entry.

The value of Employee Tools will be determined at actual cash value as of the time of loss or damage.

The most we will pay with respect to employee tools is $25,000 in any one occurrence.

Coverage provided under this Coverage Extension is subject to a Deductible equal to the Property Deductible shown in the Declarations.

**B.** The second paragraph of Section **C. LIMITS OF INSURANCE** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM and the CONDOMINIUM ASSOCIATION COVERAGE FORM is deleted and replaced by the following:

**Signs**

The most we will pay for loss or damage to outdoor signs is $10,000 per sign in any one occurrence.

**C.** The following is added to Section **D. DEDUCTIBLE,** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM and the CONDOMINIUM ASSOCIATION COVERAGE FORM:

**Special Deductible Provision**

We will deduct from any loss or damage under the Coverage Extensions in any one occurrence the Deductible shown in the Declarations or $500, whichever is less.

This deductible applies to all Coverage Extensions, except for:

**a.** Newly Acquired or Constructed Property; and

**e.** Outdoor Property

**i.** "Cellular Phone" coverage has a $50 per occurrence deductible.

This deductible will be used to satisfy the requirements of the deductible in the Declaratio ns, but it will not increase the deductible shown in the Declarations.

**D.** The following changes apply to Section **E. Loss Conditions** of the **BUILDING AND PERSONAL PROPERTY COVERAGE FORM:**

**1.** The following is added to Paragraph **E. 7. Valuation**

Undamaged Tenants Improvements and Betterments

We will determine the value for Undamaged Tenants Improvements and Betterments as included in section **A.3.** of this endorsement as follows:

**(a)** The cost to repair or replace on the same or another site if you make repairs promptly;

**(b)** A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

**(i)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

**(ii)** Divide the amount determined in **(i)** above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

**E.** **Coinsurance**

Section **F. ADDITIONAL CONDITIONS,** Paragraph **1. Coinsurance** of the BUILDING AND PERSONAL PROPERTY COVERAGE FORM and the CONDOMINIUM ASSOCIATION COVERAGE FORM applies only when the total loss or damage to all Covered Property in any one occurrence is greater than $10,000.

**F.** **Back-Up Of Sewers Or Drains**

Paragraph **B.1.g.3. Water** of the CAUSES OF LOSS - SPECIAL FORM is deleted and replaced by the following:

**3.** Except as provided under the Back-Up of Sewers or Drains Additional Coverage Extension, water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

The following is added to Section **F. Additional Coverage Extensions** of the CAUSES OF LOSS - SPECIAL FORM:

© 2015 Liberty Mutual Insurance

**CP 90 00 01 15**    Includes copyrighted material of Insurance Services Office, Inc., with its permission.    **Page 16 of 17**

**4.** **Back-Up Of Sewers Or Drains**

We cover direct physical loss or damage caused by water:

**a.** Which backs up into a building or structure through sewers or drains which are directly connected to a sanitary sewer or septic system; or

**b.** Which enters into and overflows from within a sump pump, sump pump well or other type of system designed to remove subsurface water which is drained from the foundation area.

This coverage does not apply if the loss or damage is caused by your negligence.

The most we will pay for loss or damage under this Coverage Extension is $25,000 in any one occurrence.

If the DISCHARGE FROM SEWER, DRAIN, OR SUMP (NOT FLOOD-RELATED) endorsement is attached to and made a part of this policy, the provisions of this Coverage Extension are superseded for any location to which the aforementioned endorsement applies.

**All other terms and conditions remain unchanged.**



© 2015 Liberty Mutual Insurance

**CP 90 00 01 15**    Includes copyrighted material of Insurance Services Office, Inc., with its permission.    **Page 17 of 17**

OSIC_LEE HO_000167

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CONDOMINIUM   CUSTOM  PROTECTOR™ ENDORSEMENT

This endorsement  modifies  insurance provided  under the following:

BUILDING  AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM   ASSOCIATION  COVERAGE FORM
CONDOMINIUM   COMMERCIAL  UNIT-OWNERS  COVERAGE FORM
CAUSES OF LOSS - SPECIAL FORM
CUSTOM PROTECTOR™  ENDORSEMENT

The following  is a summary of increased limits of insurance and additional  coverages provided  by this endorsement.  This endorsement  is subject to the provisions  of your policy which means that it is subject to all limitations  and conditions  applicable  to this Coverage Part, Coverage Form or Causes of Loss Form unless specifically  deleted, replaced, or modified  herein. This endorsement  is applicable  only to those locations  described  in the Declarations.

**Coverage for loss of Business Income or Extra Expense, whether  provided  by this endorsement  or else-where,  does not apply if a loss is covered  only as a result of this endorsement.**

**If coverage  is provided  elsewhere  in this policy for the same loss or damage as the coverage provided under this endorsement,  the coverage  under this endorsement  will apply excess over that other coverage unless otherwise  stated. We will not pay more than the actual amount of the covered  loss or damage.**

| Coverage Description | Limit of Insurance |
|---|---|
| Computer  Fraud | $    25,000 |
| Lost Lease Coverage  - Lessors Interest | $    25,000 |
| Tenant Move  Back Coverage | $    25,000 |
| Loss to Pair or Set | Included |
| Personal Effects and Property  of Others | $    25,000 |
| Ordinance  or Law - Increased  Period of Restoration | 60 days |

**A.**   The following   changes apply to Section **A. COVERAGE** of the BUILDING  AND PERSONAL PROPERTY COVERAGE FORM, CONDOMINIUM  ASSOCIATION  COVERAGE FORM and the CONDOMINIUM  COM-MERCIAL UNIT- OWNERS COVERAGE FORM.

**1.**   The following   are added to paragraph  **A.4. Additional  Coverages:**

**Computer  Fraud**

We will  pay for loss of or damage to your "money",  "securities"  and other property  resulting directly  from the use of any "computer"  to fraudulently  cause a transfer  of that property  from inside a building  at the described  premises or from any bank or similar  safe depository:

**(1)**  To a person outside  those premises;  or

**(2)**  To a place outside  those premises.

The most  we will  pay under this Additional  Coverage for loss or damage  in any one occur-rence is $25,000.

For the purposes  of this provision:

"Computer"   means:

© 2015 Liberty Mutual Insurance

OSIC_LEE HO_000168



Your programmable electronic equipment that is used to store, retrieve and process electronic data. It includes their component parts and dedicated air conditioning, fire suppression equipment and electrical equipment used exclusively in your "computer" operations; and associated peripheral equipment that provides communication, including input and output functions such as printing or auxiliary functions such as electronic data transmission.

"Money" means:

Currency, coins and bank notes in current use and having a face value; and travelers checks, register checks and money orders held for sale to the public.

"Securities" means negotiable and non-negotiable instruments or contracts representing either "money" or other property and includes:

Redeemed coupons, tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and evidences of debt issued in connection with credit or charge cards, which cards are not issued by you; but does not include "money".

**Lost Lease Coverage - Lessors Interest**

If the Declarations show you have Business Income Coverage, the form is amended to include the following:

**(1)** We will pay for loss you sustain due to the cancellation of lease contracts by your tenants when the reason for cancellation of the lease is direct physical loss or damage to the leased location(s) caused by or resulting from a Covered Cause of Loss during the policy period.

**(2)** We will not pay for any loss caused by:

    **(a)** Your canceling the lease;

    **(b)** The suspension, lapse or cancellation of any license; or

    **(c)** Any other consequential loss.

**(3)** The most we will pay under this coverage is:

    **(a)** The difference between the rent actually paid at the described location and the anticipated rental value of the described location that you lease for:

        **(i)** 12 months immediately following the period of restoration; or

        **(ii)** for the period beginning with the end of the period of restoration and ending with the normal expiration date of each canceled lease; or

    **(iii)** $25,000 in any one occurrence,

    whichever is less.

**Tenant Move Back Coverage**

We will pay expenses incurred by you for "Covered Move Back Costs" of tenants who temporarily vacate a portion of a covered building property at the location(s) described in the Declarations. The vacancy must have occurred while the portion of the covered building property rented by the tenant could not be occupied due to direct physical loss or damage to your Covered Property caused by or resulting from any Covered Cause of Loss during the policy period. The move back must take place within 60 days after the portion of the covered building property rented by the tenant has been repaired or rebuilt and is ready for occupancy.

© 2015 Liberty Mutual Insurance

**CP 90 10 01 15**    Includes copyrighted material of Insurance Services Office, Inc., with its permission.    **Page 2 of 4**

OSIC_LEE HO_000169

We will pay for "Covered Move Back Costs" whether or not the tenant(s) move back before the expiration date of this policy.

"Covered Move Back Costs" under this endorsement means documented, reasonable and necessary:

**(1)** Costs of packing, insuring and carting business personal property;

**(2)** Costs of re-establishing electric utility services, less refunds from discontinued services;

**(3)** Costs of assembling and setting up fixtures and equipment; and

**(4)** Costs to unpack and re-shelve stock and supplies.

**(5)** "Covered Move Back Costs" does not include:

**(a)** Loss caused by the termination of a lease or other agreement; or

**(b)** Security deposits or other payments, forfeitures or penalties made to the landlord or lessor of other locations.

The most we will pay for "Covered Move Back Costs" is $25,000 resulting from any one occurrence.

**2.** The following is added to Paragraph **5. Coverage Extensions:**

**Loss To Pair Or Set**

If there is a loss or damage by a Covered Cause of Loss to covered property which is a part of a pair or set, we will pay; at our option, for:

**(1)** The cost to repair or replace any part to restore the pair or set to its value before the loss; or

**(2)** The difference between the value of the pair or set before and after the loss; or

**(3)** The full actual cash value for the pair or set at the time of loss, and you will give us the remainder of the pair or set.

**B.** The following changes apply to the **CUSTOM PROTECTOR™ ENDORSEMENT:**

**Personal Effects And Property Of Others** under section **A.** is deleted and replaced by the following:

The most we will pay for loss or damage under this Extension is $25,000 in any one occurrence. Our payment for loss of or damage to personal property of others (including property of others held by you on consignment) will only be for the account of the owner of the property. Except as provided by Employee Tools Additional Coverage extension, this coverage does not apply to tools or equipment used in your business.

**C.** If Business Income or Extra Expense coverage is provided on this policy, the definition of "Period of Restoration" is deleted and replaced by the following:

"Period of Restoration" means the period of time that:

**a.** Begins:

**(1)** 72 hours after the time of direct physical loss or damage for Business Income coverage; or

**(2)** Immediately after the time of direct physical loss or damage for Extra Expense coverage; caused by or resulting from any Covered Cause of Loss at the described location; and

© 2015 Liberty Mutual Insurance
**CP 90 10 01 15**    Includes copyrighted material of Insurance Services Office, Inc., with its permission.    **Page 3 of 4**

OSIC_LEE HO_000170

**b.** Ends on the earlier of:

**(1)** The date when the property at the described location should be repaired rebuilt or replaced with reasonable speed and similar quality; or

**(2)** The date when business is resumed at a new permanent location.

"Period of restoration" includes any increased period required to repair or reconstruct the property to comply with the minimum standards of any ordinance or law, in force at the time of loss that regulates the construction or repair, or requires the tearing down of any property. The increased period of time will be extended up to sixty (60) days from the date when the property at the described locations should have been repaired, rebuilt or replaced using reasonable speed and similar quality, had there been no ordinance or law imposed on such construction or repair. However, coverage is not extended under this endorsement to include loss caused by or resulting from the enforcement of any ordinance or law which requires:

**1.** The demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

**2.** Any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

"Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

Payment under this enhancement does not increase the limit of Business Income Coverage.

**All other terms and conditions remain unchanged.**



© 2015 Liberty Mutual Insurance

**CP 90 10 01 15**    Includes copyrighted material of Insurance Services Office, Inc., with its permission.    **Page 4 of 4**

OSIC_LEE HO_000171

**COMMERCIAL PROPERTY**
**CP 90 59 12 12**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# IDENTITY THEFT ADMINISTRATIVE SERVICES AND EXPENSE COVERAGE

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM

The following is added to paragraph **A.4. Additional Coverages:**

**IDENTITY THEFT ADMINISTRATIVE SERVICES AND EXPENSE COVERAGE**

We will provide "Identity Theft Administrative Services" and will reimburse up to $25,000 for "Identity Theft Expenses" incurred by an "identity theft insured" as a direct result of any one "identity theft" in the "coverage territory" if all of the following requirements are met:

1.  The personal identity of an "identity theft insured" under this policy was the subject of an "identity theft"; and

2.  Such "identity theft" is first discovered by the "identity theft insured" during the policy period for which this Identity Theft Expense Coverage is applicable; and

3.  Such "identity theft" is reported to us as soon as practicable but in no event later than 60 days after it is first discovered by the "identity theft insured"; and

4.  The "identity theft insured" reports the "identity theft" in writing to the appropriate law enforcement agency.

Any act or series of acts committed by one or more persons, or in which such person or persons are aiding or abetting others, against an "identity theft insured" is considered to be one "identity theft", even if a series of acts continues into a subsequent policy period.

**LIMITS**

Regardless of the number of claims or "Identity Theft Insureds", the most we will pay in the aggregate for all "identity theft expenses" resulting from "identity theft" discovered during the policy period is $25,000.

1.  The $25,000 Identity Theft Expense Limit shall be reduced by the amount of any payment made by us under the terms of this insurance. If the Identity Theft Expense Limit of Insurance is exhausted, we will have no further liability to pay for loss which may be discovered during the remainder of the policy period.

2.  Any recovery made by us after settlement of a loss covered by this insurance shall not be used to increase or reinstate the Limit of Insurance.

3.  "Identity Theft Incident Administrative Services" is provided up to 12 consecutive months after service begins.

4.  "Identity Theft Administrative Services "do not reduce the "Identity Theft" limit.

This "Identity Theft Administrative Service" and "Identity Theft Expense" Coverage is additional insurance.

**EXCLUSIONS**

The following exclusions are added to the applicable Cause of Loss Form shown on the Declarations.

We do not provide "Identity Theft Administrative Services" or cover "identity theft expenses":

1.  Incurred as the result of "identity theft" due to any fraudulent, dishonest, or criminal act by you, your partners, employees, members, "executive officers", managers, directors, or trustees or by any authorized representative of yours, whether acting alone or in collusion with others.

    In the event of any such act, no "identity theft insured" is entitled to "identity theft expenses", even an "identity theft insured" who did not commit or conspire to commit the act causing the "identity theft".

© 2012 Liberty Mutual Insurance

OSIC_LEE HO_000172



2. Arising out of "identity theft" committed by or with knowledge of any relative or former relative of the "identity theft insured".

3. Arising out of an "identity theft" first discovered by the "identity theft insured "prior to the policy period or after the policy period, even if the "identity theft" began or continued during the policy period.

4. Arising out of an "identity theft" that is not reported to us within 60 days after it is first discovered by the "identity theft insured".

**DEDUCTIBLE**

1. There is no deductible applicable to the "Identity Theft Administrative Services".

2. We will not pay for "identity theft expenses" resulting from an "identity theft" unless the amount exceeds $250. We will then pay the amount of "identity theft expense" in excess of the Deductible Amount, up to the Limit of Insurance. Each "identity theft insured" shall be subject to only one deductible during any one policy period.

**CONDITIONS**

The following additional conditions are added for "Identity Theft Administrative Services" and Expense Coverage:

1. The coverage provided under this endorsement will be excess over any other insurance covering the same loss or damage, whether you can collect on it or not. But we will not pay any more than the Identity Theft Expense Limits of Insurance applicable to this coverage.

2. Reimbursement for "Identity Theft Expense" will be made to the "Identity Theft Insured."

3. "Identity Theft Administrative Services" will provide instructions on:

   a. How to respond to a potential "Identity Theft";

   b. How to submit a request for "Identity Theft Administrative Services"; and

   c. Information needed for reimbursement of "Identity Theft Expenses".

   We may provide "Identity Theft Administrative Services" prior to a final determination of "Identity Theft." However, if we determine there was not an "Identity Theft" these services will end and we will not have a right or duty to continue these services. Offering "Identity Theft Administrative Service" does not indicate an admission of liability under this policy.

4. Identify Theft Administrative Services. The following apply with respect to "Identity Theft Administrative Services":

   a. Services will depend on the cooperation, permissions, and assistance provided by the "Identity Theft Insured";

   b. There is no warranty or guarantee that "Identity Theft" issues will end and it will not prevent future "Identity Theft" incidences; and

   c. All services may not be offered or applicable to all "Identity Theft Insureds." For example, minors may not have credit reports available to be monitored.

**DEFINITIONS**

1. "Coverage Territory" means:

   a. The United States of America (including its territories and possessions);

   b. Puerto Rico; and

   c. Canada.

2. "Executive officers" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

3. "Identity theft" means the act of knowingly transferring or using, without lawful authority, a means of identification of an "identity theft insured' with the intent to commit, or to aid or abet another to commit, any unlawful activity that constitutes a violation of federal law or a felony under any applicable state or local law. "Identity theft" does not include the fraudulent use of a business name, d/b/a or any other method of identifying a business activity.

© 2012 Liberty Mutual Insurance
CP 90 59 12 12    Includes copyrighted material of Insurance Services Office, Inc., with its permission.    **Page 2 of 3**

OSIC_LEE HO_000173

4. "Identity Theft Expenses" means the following reasonable and necessary items incurred as a result of "identity theft":

    **a.** Costs for notarizing affidavits or similar documents attesting to fraud required by financial institutions or similar credit grantors or credit agencies.

    **b.** Costs for certified mail to law enforcement agencies, credit agencies, financial institutions or similar credit grantors.

    **c.** Costs for obtaining credit reports.

    **d.** Charges incurred for long distance telephone calls to merchants, vendors, suppliers, customers, law enforcement agencies, financial institutions or similar credit grantors, or credit agencies to report or discuss an actual "identity theft".

    **e.** Application fees for re-applying for a loan, or loans when the original application is rejected solely because the lender received incorrect credit information as a result of a covered "identity theft."

    **f.** Lost income resulting from time taken off from work to complete fraud affidavits, meet with or talk to law enforcement agencies, credit agencies and/or legal counsel, up to a maximum of $250 per day. Total payment for loss of income is not to exceed $5,000 per "identity theft insured" and is included within the "identity theft expense" and aggregate limits.

    **g.** Attorney fees to:

        **i.** Defend lawsuits brought against an "identity theft insured" by merchants, vendors, suppliers, financial institutions, or their collection agencies.

        **ii.** Remove any criminal or civil judgments wrongly entered against an "identity theft insured"; and

        **iii.** Challenge the accuracy or completeness of any information in a consumer credit report.

    **h.** Advertising expenses to restore the reputation of your business after an "identity theft insured" has been the victim of "identity theft". Total payment for advertising expenses is not to exceed $5,000 per "identity theft insured" and is included within the "identity theft expense" and aggregate limits.

5. "Identity Theft Administrative Services" means one or more individuals assigned by us to the "identity theft insured" to assist with the communication needed to re-establish the integrity of the "identity theft insured's" identity, including with the "identity's theft insured's" permission and cooperation, written and telephone communication with law enforcement authorities, government agencies, credit agencies, and individual creditors and businesses.

6. "Identity Theft Insured" means the following if you are designated in the Declarations as:

    **a.** An individual or sole proprietorship, you and your spouse are insureds.

    **b.** A partnership or joint venture, your members, your partners, and their spouses are insured's.

    **c.** A limited liability company, your members are insured's.

    **d.** An organization other than a partnership, joint venture, or limited liability company, your "executive officers" and directors are insureds. Your stockholders are not "identity theft insureds."

© 2012 Liberty Mutual Insurance

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CYBER INCIDENT EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

**A.** The exclusion set forth in Paragraph **B.** applies to all coverage under all forms and endorsements that comprise this Coverage Part or Policy, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

**B.** We will not pay for loss or damage caused directly or indirectly by the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**Cyber Incident** , meaning:

**1.** Unauthorized access to or use of any computer system or computer software (including electronic data).

**2.** Malicious code, virus or any other harmful code that is directed at, enacted upon or introduced into any computer system or computer software (including electronic data) and is designed to access, alter, corrupt, damage, delete, destroy, disrupt, encrypt, exploit, use or prevent or restrict access to or the use of any part of any computer system or computer software (including electronic data) or otherwise disrupt their normal functioning or operation.

**3.** Denial of service attack which disrupts, prevents or restricts access to or use of any computer system or computer software (including electronic data), or otherwise disrupts their normal functioning or operation.

**C. Exceptions And Limitations**

   **1. Fire Or Explosion**

   If a cyber incident as described in Paragraphs **B.1.** through **B.3.** of this exclusion results in fire or explosion, we will pay for the direct physical loss or damage caused by that fire or explosion.

   **2. Additional Coverages and Coverage Extension**

   The exclusion in Paragraph **B.** does not apply to the Additional Coverages and Coverage Extension listed below, when a part of this policy:

   **a.** Additional Coverage - Electronic Data;

   **b.** Additional Coverage - Interruption Of Computer Operations;

   **c.** Additional Coverage - Computer Fraud; or

   **d.** Coverage Extension - Computer Virus And Hacking Coverage

**D. Vandalism**

   The following is added to Vandalism, if Vandalism coverage is not otherwise excluded under the Causes of Loss - Basic, Broad or Special Forms and if applicable to the premises described in the Declarations:

   Vandalism does not include a cyber incident as described in Paragraph **B.**

© 2020 Liberty Mutual Insurance

OSIC_LEE HO_000175

**E.** The terms of the exclusion in Paragraph **B.** or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Coverage Part or Policy.

© 2020 Liberty Mutual Insurance

**CP 92 12 12 20**    Includes copyrighted material of Insurance Services Office, Inc., with its permission.    **Page 2 of 2**

OSIC_LEE HO_000176

**COMMERCIAL PROPERTY**
**CP 92 24 09 23**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TEXAS - AMENDMENT OF CONCEALMENT, MISREPRESENTATION OR FRAUD CONDITION

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY CONDITIONS



The **Concealment, Misrepresentation Or Fraud** Condition is replaced by the following:

**Concealment, Misrepresentation Or Fraud**

To the extent permitted by Texas Insurance Codes 705.003 and 705.004, we may void this policy and/or deny a claim if, before or after a loss, you or any insured intentionally:

**1.** Concealed or misrepresented any material fact or circumstance; or

**2.** Made incorrect statements or representations with regard to any material fact or circumstance; or

**3.** Engaged in any fraudulent conduct;

at the time of application, or any time during the policy period.

OSIC_LEE HO_000177

**IL 00 17 11 98**

# COMMON  POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. CANCELLATION

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. CHANGES

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. EXAMINATION  OF  YOUR  BOOKS  AND RECORDS

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. INSPECTIONS AND SURVEYS

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. PREMIUMS

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

---

IL 00 17 11 98    Copyright, Insurance Services Office, Inc., 1998    Page 1 of 2

OSIC_LEE HO_000178

If you die, your rights and duties under this policy will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

IL 00 17 11 98          Copyright, Insurance Services Office, Inc., 1998          Page 2 of 2

OSIC_LEE HO_000179

IL 00 21 09 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT

**(Broad Form)**

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage":

      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

      (1) The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

      (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

IL 00 21 09 08                    © ISO Properties, Inc., 2007                    **Page 1 of 2**

OSIC_LEE HO_000180

**(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

**2.** As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "special nuclear material" or "by-product material".

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

OSIC_LEE HO_000181

IL 01 68 03 12

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TEXAS CHANGES - DUTIES

This endorsement  modifies  insurance  provided  under  the  following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART
FARM  COVERAGE PART
LIQUOR  LIABILITY  COVERAGE PART
MEDICAL  PROFESSIONAL LIABILITY  COVERAGE PART
OWNERS AND  CONTRACTORS PROTECTIVE LIABILITY  COVERAGE PART
POLLUTION  LIABILITY  COVERAGE PART
PRODUCTS/COMPLETED  OPERATIONS LIABILITY  COVERAGE PART
RAILROAD  PROTECTIVE LIABILITY  COVERAGE PART

The following  is added to the **Duties** Condition:
We will  notify  the first Named  Insured  in writing of:

1. An initial  offer  to settle a claim  made  or "suit"  brought  against  any insured ("insured")  under  this coverage. The notice will  be given  not later  than  the 10th day after  the  date  on which  the  offer  is made.

2. Any settlement  of a claim  made  or "suit"  brought  against the insured ("insured")  under  this coverage. The notice will  be given  not later  than  the 30th day after  the date  of the  settlement.

**IL 01 68 03 12**                    © Insurance  Services  Office, Inc., 2011                    **Page 1 of 1**

OSIC_LEE HO_000182

**IL 02 75 11 13**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TEXAS CHANGES - CANCELLATION AND NONRENEWAL PROVISIONS FOR CASUALTY LINES AND COMMERCIAL PACKAGE POLICIES

This endorsement modifies insurance provided under the following:



COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY
FARM COVERAGE PART - FARM LIABILITY COVERAGE FORM
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

This endorsement modifies insurance provided under the following when written as part of a Commercial Package Policy:

CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following:

**2.** We may cancel this policy:

**a.** By mailing or delivering to the first Named Insured written notice of cancellation, stating the reason for cancellation, at least 10 days before the effective date of cancellation.

However, if this policy covers a condominium association, and the condominium property contains at least one residence or the condominium declarations conform with the Texas Uniform Condominium Act, then the notice of cancellation, as described above, will be provided to the first Named Insured 30 days before the effective date of cancellation. We will also provide 30 days' written notice to each unit-owner to whom we issued a certificate or memorandum of insurance, by mailing or delivering the notice to each last mailing address known to us.

**b.** For the following reasons, if this policy does not provide coverage to a governmental unit, as defined under 28 TEX. ADMIN. CODE, Section 5.7001 or on one- and two- family dwellings:

**(1)** If this policy has been in effect for 60 days or less, we may cancel for any reason except that, under the provisions of the Texas Insurance Code, we may not cancel this policy solely because the policyholder is an elected official.

**(2)** If this policy has been in effect for more than 60 days, or if it is a renewal or continuation of a policy issued by us, we may cancel only for one or more of the following reasons:

**(a)** Fraud in obtaining coverage;

**(b)** Failure to pay premiums when due;

**IL 02 75 11 13** © Insurance Services Office, Inc., 2013 **Page 1 of 2**

OSIC_LEE HO_000183

**(c)** An increase in hazard within the control of the insured which would produce an increase in rate;

**(d)** Loss of our reinsurance covering all or part of the risk covered by the policy; or

**(e)** If we have been placed in supervision, conservatorship or receivership and the cancellation is approved or directed by the supervisor, conservator or receiver.

**c.** For the following reasons, if this policy provides coverage to a governmental unit, as defined under 28 TEX. ADMIN. CODE, Section 5.7001 or on one- and two- family dwellings:

**(1)** If this policy has been in effect for less than 90 days, we may cancel coverage for any reason.

**(2)** If this policy has been in effect for 90 days or more, or if it is a renewal or continuation of a policy issued by us, we may cancel coverage, only for the following reasons:

**(a)** If the first Named Insured does not pay the premium or any portion of the premium when due;

**(b)** If the Texas Department of Insurance determines that continuation of this policy would result in violation of the Texas Insurance Code or any other law governing the business of insurance in Texas;

**(c)** If the Named Insured submits a fraudulent claim; or

**(d)** If there is an increase in the hazard within the control of the Named Insured which would produce an increase in rate.

**B.** The following condition is added and supersedes any provision to the contrary:

**Nonrenewal**

**1.** We may elect not to renew this policy except that, under the provisions of the Texas Insurance Code, we may not refuse to renew this policy solely because the policyholder is an elected official.

**2.** This paragraph, **2.,** applies unless the policy qualifies under Paragraph **3.** below.

If we elect not to renew this policy, we may do so by mailing or delivering to the first Named Insured, at the last mailing address known to us, written notice of nonrenewal, stating the reason for nonrenewal, at least 60 days before the expiration date. If notice is mailed or delivered less than 60 days before the expiration date, this policy will remain in effect until the 61st day after the date on which the notice is mailed or delivered. Earned premium for any period of coverage that extends beyond the expiration date will be computed pro rata based on the previous year's premium.

**3.** If this policy covers a condominium association, and the condominium property contains at least one residence or the condominium declarations conform with the Texas Uniform Condominium Act, then we will mail or deliver written notice of nonrenewal, at least 30 days before the expiration or anniversary date of the policy, to:

**a.** The first Named Insured; and

**b.** Each unit-owner to whom we issued a certificate or memorandum of insurance.

We will mail or deliver such notice to each last mailing address known to us.

**4.** If notice is mailed, proof of mailing will be sufficient proof of notice.

**5.** The transfer of a policyholder between admitted companies within the same insurance group is not considered a refusal to renew.

OSIC_LEE HO_000184

IL 09 52 01 15

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON  LOSSES FROM  CERTIFIED ACTS OF TERRORISM

This endorsement  modifies  insurance  provided  under the following:

BOILER AND MACHINERY  COVERAGE PART
COMMERCIAL  INLAND  MARINE  COVERAGE PART
COMMERCIAL  PROPERTY COVERAGE PART
EQUIPMENT  BREAKDOWN  COVERAGE PART
FARM COVERAGE PART
STANDARD  PROPERTY POLICY



**A. Cap On Certified  Terrorism  Losses**

"Certified  act of terrorism"  means an act that is certified  by the Secretary  of the Treasury, in accordance  with the provisions  of the federal Terrorism  Risk Insurance  Act, to be an act of terrorism  pursuant  to such Act. The criteria contained  in the Terrorism  Risk Insurance Act for a "certified  act of terrorism"  include the following:

1. The act resulted  in insured  losses in excess of $5 million  in the aggregate, attributable  to all types of insurance  subject to the Terrorism  Risk Insurance Act; and

2. The act is a violent  act or an act that is dangerous  to human  life, property  or infrastructure  and is committed  by an individual  or individuals  as part of an effort to coerce the civilian  population  of the United  States or to influence the policy or affect the conduct  of the United  States Government  by coercion.

If aggregate  insured  losses attributable  to terrorist  acts certified  under the Terrorism  Risk Insurance  Act exceed $100 billion  in a calendar year and we have met our insurer deductible  under the Terrorism  Risk Insurance Act, we shall not be liable for the payment  of any portion  of the amount  of such losses that exceeds $100 billion,  and in such case insured losses up to that amount  are subject to pro rata allocation  in accordance  with procedures established  by the Secretary  of the Treasury.

**B. Application  Of Exclusions**

The terms and limitations  of any terrorism  exclusion,  or the inapplicability  or omission of a terrorism  exclusion,  do not serve to create coverage for any loss which  would otherwise be excluded  under this Coverage Part or Policy, such as losses excluded  by the Nuclear Hazard Exclusion  or the War And Military  Action  Exclusion.

**IL 09 52 01 15**      © Insurance  Services  Office, Inc., 2015      **Page 1 of 1**

OSIC_LEE HO_000185

IL 09 96 01 07

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CONDITIONAL  EXCLUSION  OF TERRORISM  INVOLVING NUCLEAR, BIOLOGICAL OR CHEMICAL  TERRORISM (RELATING  TO DISPOSITION  OF FEDERAL TERRORISM RISK INSURANCE  ACT)

This endorsement  modifies  insurance  provided  under the following:

BOILER AND MACHINERY  COVERAGE PART
COMMERCIAL  INLAND MARINE  COVERAGE PART
COMMERCIAL  PROPERTY COVERAGE PART
EQUIPMENT  BREAKDOWN  PROTECTION COVERAGE FORM
FARM COVERAGE PART
STANDARD  PROPERTY POLICY

## SCHEDULE

The **Exception Covering Certain Fire Losses** (Paragraph **D)** applies to property  located in the following state(s), if covered  under the indicated  Coverage Form, Coverage Part or Policy:

| **State(s)** | **Coverage Form, Coverage Part or Policy** |
|---|---|
| California, Connecticut, Georgia, Illinois, Iowa, Maine, Massachusetts, Missouri, New Jersey, New York, North Carolina, Oregon, Rhode Island, Virginia, Washington, West Virginia, Wisconsin | Commercial  Property Coverage Part |
| California, Connecticut, Georgia, Illinois, Iowa, Maine, Massachusetts, Missouri, New Jersey, New York, North Carolina, Oregon, Rhode Island, Virginia, Washington, West Virginia, Wisconsin | Commercial  Inland Marine  Coverage Part |

Information  required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Applicability Of The Provisions Of This Endorsement**

1.  The provisions of this endorsement become applicable commencing on the date when any one or more of the following first occurs. But if your policy (meaning the policy period in which this endorsement applies) begins after such date, then the provisions of this endorsement become applicable on the date your policy begins.

a.  The federal Terrorism Risk Insurance Program ("Program"), established by the Terrorism Risk Insurance Act, has terminated with respect to the type of insurance provided under this Coverage Form, Coverage Part or Policy; or

b.  A renewal, extension or replacement of the Program has become effective without a requirement to make terrorism coverage available to you and with revisions that:

(1) Increase our statutory percentage deductible under the Program for terrorism losses. (That deductible determines the amount of all certified terrorism losses we must pay in a calendar year, before the federal government shares in subsequent payment of certified terrorism losses.); or

(2) Decrease the federal government's statutory percentage share in potential terrorism losses above such deductible; or

IL 09 96 01 07    ©ISO Properties,  Inc., 2005    **Page 1 of 3**

OSIC_LEE HO_000186

**(3) Redefine terrorism or make insurance coverage for terrorism subject to provisions or requirements that differ from those that apply to other types of events or occurrences under this policy.**

**2. If the provisions of this endorsement become applicable, such provisions:**

**a. Supersede any terrorism endorsement already endorsed to this policy that addresses "certified acts of terrorism" and/or "other acts of terrorism", but only with respect to loss or damage from an incident(s) of terrorism (however defined) that occurs on or after the date when the provisions of this endorsement become applicable; and**

**b. Remain applicable unless we notify you of changes in these provisions, in response to federal law.**

**3. If the provisions of this endorsement do NOT become applicable, any terrorism endorsement already endorsed to this policy, that addresses "certified acts of terrorism" and/or "other acts of terrorism", will continue in effect unless we notify you of changes to that endorsement in response to federal law.**

**B.** The following definition is added and applies under this endorsement wherever the term terrorism is enclosed in quotation marks.

"Terrorism" means activities against persons, organizations or property of any nature:

**1.** That involve the following or preparation for the following:

**a.** Use or threat of force or violence; or

**b.** Commission or threat of a dangerous act; or

**c.** Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

**2.** When one or both of the following applies:

**a.** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

**b.** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

**C.** The following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for loss or damage caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

**1.** The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

**2.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

**3.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**4.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

**D. Exception Covering Certain Fire Losses**

The following exception to the Exclusion Of Terrorism applies only if indicated and as indicated in the Schedule of this endorsement.

**IL 09 96 01 07**                    ©ISO Properties, Inc., 2005                    **Page 2 of 3**

If "terrorism" results in fire, we will pay for the loss or damage caused by that fire, subject to all applicable policy provisions including the Limit of Insurance on the affected property. Such coverage for fire applies only to direct loss or damage by fire to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverage forms or endorsements that apply to those coverage forms, or to the Legal Liability Coverage Form or the Leasehold Interest Coverage Form.

**E. Application Of Other Exclusions**

1. When the Exclusion Of Terrorism applies in accordance with the terms of **C.1.** or **C.2.,** such exclusion applies without regard to the Nuclear Hazard Exclusion in this Coverage Form, Coverage Part or Policy.

2. The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss or damage which would otherwise be excluded under this Coverage Form, Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

**IL 09 96 01 07** ©ISO Properties, Inc., 2005 **Page 3 of 3**

IL 88 15 07 12

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CONDITIONAL EXCLUSION OF TERRORISM INVOLVING NUCLEAR, BIOLOGICAL OR CHEMICAL TERRORISM (RELATING TO DISPOSITION OF FEDERAL TERRORISM RISK INSURANCE ACT)



This endorsement modifies insurance provided under the following:

EMPLOYEE BENEFITS LIABILITY COVERAGE PART
EMPLOYMENT PRACTICES LIABILITY COVERAGE PART
PASTORAL PROFESSIONAL LIABILITY COVERAGE PART
PRINTERS ERRORS AND OMISSIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART

**A. Applicability Of The Provisions Of This Endorsement**

1. **The provisions of this endorsement become applicable commencing on the date when any one or more of the following first occurs. But if your policy (meaning the policy period in which this endorsement applies) begins after such date, then the provisions of this endorsement become applicable on the date your policy begins.**

    a. **The federal Terrorism Risk Insurance Program ("Program"), established by the Terrorism Risk Insurance Act, has terminated with respect to the type of insurance provided under this Coverage Part; or**

    b. **A renewal, extension or replacement of the Program has become effective without a requirement to make terrorism coverage available to you and with revisions that:**

        (1) **Increase our statutory percentage deductible under the Program for terrorism losses. (That deductible determines the amount of all certified terrorism losses we must pay in a calendar year, before the federal government shares in subsequent payment of certified terrorism losses.); or**

        (2) **Decrease the federal government's statutory percentage share in potential terrorism losses above such deductible; or**

        (3) **Redefine terrorism or make insurance coverage for terrorism subject to provisions or requirements that differ from those that apply to other types of events or occurrences under this policy.**

2. **If the provisions of this endorsement become applicable, such provisions:**

    a. **Supersede any terrorism endorsement already endorsed to this policy that addresses "certified acts of terrorism" and/or "other acts of terrorism", but only with respect to an incident(s) of terrorism (however defined) which results in injury or damage that occurs on or after the date when the provisions of this endorsement become applicable (for claims made policies, such an endorsement is superseded only with respect to an incident of terrorism (however defined) that results in a claim for injury or damage first being made on or after the date when the provisions of this endorsement become applicable); and**

    b. **Remain applicable unless we notify you of changes in these provisions, in response to federal law.**

3. **If the provisions of this endorsement do NOT become applicable, any terrorism endorsement already endorsed to this policy, that addresses "certified acts of terrorism" and/or "other acts of terrorism", will continue in effect unless we notify you of changes to that endorsement in response to federal law.**

© 2012 Liberty Mutual Insurance

IL 88 15 07 12    Includes copyrighted material of Insurance Services Office, Inc., with its permission.    **Page 1 of 2**

**B.** The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury or damage, are enclosed in quotation marks:

**1.** "Terrorism" means activities against persons, organizations or property of any nature:

   **a.** That involve the following or preparation for the following:

   **(1)** Use or threat of force or violence; or

   **(2)** Commission or threat of a dangerous act; or

   **(3)** Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

   **b.** When one or both of the following applies:

   **(1)** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

   **(2)** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

**2.** "Any injury or damage" means any claim, "claim" (if defined) injury or damage covered under any Coverage Part to which this endorsement is applicable, and may include but is not limited to bodily injury, property damage, personal and advertising injury, injury, damages, suit, wrongful acts, loss or employment practices as may be defined or used in any applicable Coverage Part.

**C.** The following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for "any injury or damage" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury or damage" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury or damage. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

**1.** The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

**2.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

**3.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**4.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

In the event of any incident of "terrorism" that is not subject to this Exclusion, coverage does not apply to "any injury or damage" that is otherwise excluded under this Coverage Part.

© 2012 Liberty Mutual Insurance

OSIC_LEE HO_000190

IL 88 36 01 15

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON  LOSSES FROM  CERTIFIED ACTS OF TERRORISM

This endorsement  modifies  insurance  provided  under the following:

EMPLOYEE BENEFITS LIABILITY  COVERAGE PART
EMPLOYMENT  PRACTICES LIABILITY  COVERAGE PART
PASTORAL PROFESSIONAL LIABILITY  COVERAGE PART
PRINTERS ERRORS AND OMISSIONS  LIABILITY  COVERAGE PART
PROFESSIONAL LIABILITY  COVERAGE PART

**A.** If aggregate  insured  losses attributable  to terrorist  acts certified  under the federal Terrorism  Risk Insurance Act exceed  $100 billion  in a calendar  year and we have met our insurer  deductible  under the Terrorism  Risk Insurance Act, we shall  not be liable  for the payment  of any portion  of the amount  of such losses that exceeds $100 billion,  and in such case insured  losses up to that amount  are subject to a pro rata allocation  in accordance  with procedures  established  by the Secretary of the Treasury.

"Certified  act of terrorism"  means an act that is certified  by the Secretary of the Treasury,  in accordance with the provisions  of the federal Terrorism  Risk Insurance  Act, to be an act of terrorism  pursuant  to such Act. The criteria  contained  in the Terrorism  Risk Insurance  Act for a "certified  act of terrorism" include  the following:

  **1.** The act resulted  in insured  losses in excess of $5 million  in the aggregate,  attributable  to all types of insurance  subject  to the Terrorism  Risk Insurance  Act; and

  **2.** The act is a violent  act or an act that is dangerous  to human  life, property  or infrastructure  and is committed  by an individual  or individuals  as part of an effort to coerce the civilian  population  of the United  States or to influence  the policy  or affect the conduct  of the United  States Government  by coercion.

**B.** The terms and limitations  of any terrorism  exclusion,  or the inapplicability  or omission  of a terrorism exclusion,  do not serve to create coverage  for any injury,  damage, damages, claims, suits, wrongful acts, losses or employment  practices  that are otherwise  excluded  under this Coverage Part.

© 2015 Liberty Mutual Insurance
IL 88 36 01 15    Includes copyrighted material of Insurance Services Office, Inc., with its permission.    **Page 1 of 1**

OSIC_LEE HO_000191

IL 88 38 01 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF PUNITIVE DAMAGES RELATED TO
# A CERTIFIED ACT OF TERRORISM

This endorsement modifies insurance provided under the following:

EMPLOYEE BENEFITS LIABILITY COVERAGE PART
EMPLOYMENT PRACTICES LIABILITY COVERAGE PART
PASTORAL PROFESSIONAL LIABILITY COVERAGE PART
PRINTERS ERRORS AND OMISSIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM PUNITIVE DAMAGES**

Damages arising, directly or indirectly, out of a "certified act of terrorism" that are awarded as punitive damages.

**B.** The following definition is added:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any injury, damage, damages, claims, suits, wrongful acts, losses or employment practices that are otherwise excluded under this Coverage Part.

OSIC_LEE HO_000192

**IL 88 53 11 20**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ACTUAL CASH VALUE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
FARM COVERAGE PART



The following is added to any provision which uses the term actual cash value as it pertains to direct loss or damage to covered property by a Covered Cause of Loss or covered peril:

Actual Cash Value is the amount it would cost to repair or replace, on the date of loss, with material of like kind and quality, with reasonable deduction for physical depreciation and obsolescence, but in no event more than the fair market value.

Unless otherwise provided by this policy, we may deduct expense depreciation. Expense depreciati on is defined as depreciation, including but not limited to the cost of goods, materials, overhead and profit, labor and services necessary to replace, repair or rebuild damaged property. If expense depreciation is applied to loss for damaged property, we shall provide a written explanation as to how the expense depreciation was calculated.

© 2020 Liberty Mutual Insurance

**IL 88 53 11 20**    Includes copyrighted material of Insurance Services Office, Inc., with its permission.    **Page 1 of 1**

OSIC_LEE HO_000193