# EXHIBIT B

**Liberty Mutual® INSURANCE**

Processing Center
P.O. Box 5014
Scranton, PA 18505-5014
Fax: 888-268-8840

July 11, 2024

LEE HO VILLAGE TOWNHOME ASSOCIATION
6918 Corporate Dr A5
HOUSTON, TX 77036

Claim Number: 24210427
Insured Name: LEE HO VILLAGE TOWNHOME ASSOCIATION
Date of Loss:   July 8, 2024
Policy Number: BKS662011092
Underwriting Company: Ohio Security Insurance Company

Dear LEE HO VILLAGE TOWNHOME ASSOCIATION:

At Liberty Mutual Insurance, we are committed to providing quality customer service.  I am sorry to learn of your recent loss, but please be assured that my goal is to handle your claim in an efficient and thorough manner.  If you have already spoken with me, please keep this letter for future reference.

If applicable, to evaluate your claim thoroughly and professionally, I *may* request the following information:

- A recorded statement detailing the facts of your loss
- A copy of the police report
- The name, address and telephone number(s) of all witnesses
- A copy of your repair estimate
- A list of property involved in the loss.  Please provide age of the item along with any original purchase receipts as well as the cost to repair or replace the item

I appreciate your prompt attention to these matters and look forward to assisting you.  Please note that the length of the investigation will vary depending on the complexity of the claim and/or the timeliness in which we receive the requested information. If you prefer we conduct an inspection of the damage to your building and/or contents, please contact me

If you have any questions regarding your insurance rights, you can contact the Texas Department of Insurance at:

Texas Department of Insurance
P.O. Box 149091
Austin, TX 78714-9091
Phone: 800-252-3439

OSIC_LEE HO_001021

LEE HO VILLAGE TOWNHOME ASSOCIATION
July 11, 2024
Page 2


Fax: 512-475-1771
Web: www.tdi.state.tx.us

We realize you have a choice in insurance carriers and we would like to thank you for choosing Liberty Mutual Insurance for your insurance needs. Providing high quality claims service is important to everyone at Liberty Mutual Insurance. If you have any questions, please do not hesitate to contact me.

Sincerely,

Quintaurus Williams
Sr Property Adjuster I
Tel: 818-269-5917
Email: Quintaurus.Williams@LibertyMutual.com