# EXHIBIT C



**<u>Liberty Mutual Insurance</u>**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

## Inspection Photos :

1



Damage to the 13 1/2 tall fence

2



Damage to the fence



## Liberty Mutual Insurance

PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

# Inspection Photos :



Damage to the fence



Damage to the fence



**Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

## Inspection Photos :



Damage to the fence



Sections of the fence that are damaged



**<u>Liberty Mutual Insurance</u>**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

## Inspection Photos :



Damage sections



Damage to the fence

OSIC_LEE HO_000518



**<u>Liberty Mutual Insurance</u>**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

## Inspection Photos :

9



Damage to the fence

10



Damage the fence



**Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

## Inspection Photos :



Missing pieces of defense



More damage



**Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

# Inspection Photos :



Fence continued



Damage to the fence



**<u>Liberty Mutual Insurance</u>**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

## Inspection Photos :



Damage sections of the fence



Post

 **Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

## Inspection Photos :

17



Post size

18

Damage to the fence



**<u>Liberty Mutual Insurance</u>**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

## Inspection Photos :



Fence damage



Fence damage



**<u>Liberty Mutual Insurance</u>**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

## Inspection Photos :



Collapsed section of the fence it measures 13 1/2 feet tall



More sections of the fence are damaged



**<u>Liberty Mutual Insurance</u>**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

## Inspection Photos :

23

Damage sections of the fence

24

Section that needs to be removed and reset



**Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

## Inspection Photos :

25



Unit 412

26



The attic in this unit is showing long-term seepage and leakage to the decking



**Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

## Inspection Photos :



==Long-term seepage and leakage to the decking==



Attic overview unit 412



**Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

## Inspection Photos :



Attic overview unit 412



This is the access to the attic



**Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

# Inspection Photos :

31



No visible damage in the room

32



There's a small stain on the ceiling next to the attic access ladder



**Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

# Inspection Photos :



This is unit 506



Unit 506



**Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

## Inspection Photos :



Stains on the ceiling in the room



Overview of the room



**Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

## Inspection Photos :



Stains on the ceiling



Stains on the ceiling



**<u>Liberty Mutual Insurance</u>**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

## Inspection Photos :

39

Stains on the ceiling



Second room



**<u>Liberty Mutual Insurance</u>**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

## Inspection Photos :



Stains on the ceiling next to the ceiling ceiling fan



Stains on the ceiling



**<u>Liberty Mutual Insurance</u>**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

## Inspection Photos :

43



Overview of the bedroom

44



Overview of the bedroom



**<u>Liberty Mutual Insurance</u>**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

## **Inspection Photos :**



Overview the other room



Stains on the ceiling



**Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

# Inspection Photos :



Stains on the ceiling



Stains on the ceiling



**Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

## Inspection Photos :



This is the garage

Is garage has been converted into a room and he has damage to the ceiling
that originated from washer and dryer



## Liberty Mutual Insurance
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

# Inspection Photos :



Unit 611



Starting unit 613



**Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

## Inspection Photos :



Overview



Overview of the bedroom

 **Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

## Inspection Photos :



Some water stains on the ceiling



Water stains on the ceiling



**Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

## Inspection Photos :

57

Overview of the soffit

58

Overview of the soffit where the tenant is telling us that water is dripping from

 **Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

## Inspection Photos :



Overview of the soffit



Not related to the storm



**Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

## Inspection Photos :

61



Unit 108

62



Second-floor bedroom with the damage to the ceiling



**Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

## Inspection Photos :



Damage to the ceiling



Damaged to the ceiling



## Liberty Mutual Insurance
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

## Inspection Photos :



Damage to the ceiling



Damage to the ceiling



## Liberty Mutual Insurance
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

## Inspection Photos :

67



Second bedroom

68



Some small damage to the ceiling



**<u>Liberty Mutual Insurance</u>**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

# Inspection Photos :



Damage to the ceiling



Unit 104



**<u>Liberty Mutual Insurance</u>**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

# Inspection Photos :



Bathroom overview



Damage to the bathroom ceiling



**<u>Liberty Mutual Insurance</u>**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

# **Inspection Photos :**



Damage to the bathroom ceiling



Damage to the bathroom ceiling



**Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

## Inspection Photos :



Hallway



Some small cracks in the paint around this light, probably not related to the storm

 **<u>Liberty Mutual Insurance</u>**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

## Inspection Photos :



Another bedroom with damage to the ceiling



Second bedroom with damage to the ceiling



**<u>Liberty Mutual Insurance</u>**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

## Inspection Photos :

79



This section was previously repaired, but with the storm it got damaged again

80



Damage to the ceiling

 **Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

## Inspection Photos :

81

Damage to the ceiling

82



Damage to the ceiling



## Liberty Mutual Insurance

PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

## Inspection Photos :



Starting unit unit 310



Damage to the bathroom ceiling



## Liberty Mutual Insurance
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

# Inspection Photos :



Damage to the bathroom ceiling



Damage to the bathroom ceiling



**<u>Liberty Mutual Insurance</u>**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

# Inspection Photos :

87


Damage to the bathroom ceiling and unit unit 310

88


Damage



**Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

## Inspection Photos :



Damage



Small spot in the second bedroom ceiling



**<u>Liberty Mutual Insurance</u>**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

## Inspection Photos :

91



Small Water stain

92



Overview of this bedroom



## Liberty Mutual Insurance
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

# Inspection Photos :



A small section has been repaired in the corner



Starting unit 505



**<u>Liberty Mutual Insurance</u>**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

# Inspection Photos :



Overview of the window, according to insured the water penetrating through the window



Overview of the window, where the water is penetrating



**<u>Liberty Mutual Insurance</u>**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

## Inspection Photos :



Overview of the window



Starting unit 401



**Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

## Inspection Photos :



Overview of the bathroom



Stains on the bathroom ceiling

 **Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

## Inspection Photos :



Stains on the bathroom ceiling



Stains on the bathroom ceiling



**Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

# Inspection Photos :



Overview of the office room

Stains on the ceiling



**<u>Liberty Mutual Insurance</u>**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

# Inspection Photos :



Office room



Stains visible in the hallway next to the AC vent



**<u>Liberty Mutual Insurance</u>**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

## Inspection Photos :



Starting unit 403



Heavy damage around this window



**<u>Liberty Mutual Insurance</u>**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

## Inspection Photos :



Heavy damage to the drywall around the window



Heavy damage to the drywall around the window

OSIC_LEE HO_000569



**Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

## Inspection Photos :



Damage to the drywall around the window it is a wind driven rain



Damage to the drywall around the window



**Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

# Inspection Photos :



Overview bedroom



Some stains on the bedroom ceiling



**Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

## Inspection Photos :



Stains on the bedroom ceiling



Stains on the bedroom ceiling



**Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

## Inspection Photos :



Stains in the hallway around the AC vent



Starting unit 311



**<u>Liberty Mutual Insurance</u>**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

# Inspection Photos :



Overview downstairs



Overview downstairs



**<u>Liberty Mutual Insurance</u>**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

## Inspection Photos :

121



122



Small stain on the ceiling on the first floor in unit 311 it is not related to the roof

OSIC_LEE HO_000575



**Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

## Inspection Photos :



Small stain, most likely wind driven rain, not related to the roof



Second floor, small stain around the AC unit not related to the roof

OSIC_LEE HO_000576



**<u>Liberty Mutual Insurance</u>**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

## Inspection Photos :



Small stain



Small stains in the bedroom ceiling



**<u>Liberty Mutual Insurance</u>**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

## Inspection Photos :



Stains on the bedroom ceiling



Starting unit 614



## Liberty Mutual Insurance
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

# Inspection Photos :



Overview



Stain on the ceiling



**<u>Liberty Mutual Insurance</u>**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

## Inspection Photos :



Small stain on the ceiling



Overview



**Liberty Mutual Insurance**
PO Box 5014
Scranton, PA 18505-5014
Fax: (888) 268-8840

## Inspection Photos :

133



Some black molds in the corner visible. This is in the hallway.

OSIC_LEE HO_000581