# EXHIBIT D



# Seek Now Report
## Ladder Assist

**Claim:** 24210427

**Adjuster:** Daniel Krastev
**Carrier:** Liberty Mutual/Safeco Commercial Claims

**Policy Holder:** Anthony Campise
**Loss Location:** 9400 Bellaire Blvd
Houston, TX 77036



# SERVICE SUMMARY

**Arrival**

Arrived at location on July 29, 2024. The insured was present at the time of the service. A contractor was not present at the time of the service. A public adjuster was not present at the time of the service.

The Seek Now inspector met the adjuster at the loss location to perform the Ladder Assist service. After completing an overview, an inspection was performed to identify any damages. All inspection findings and damage counts were given to the adjuster onsite. All notes and photos taken during the inspection are provided in the report below.

| | |
|---|---|
| Service Date | July 29, 2024 |
| Structure 1: Apt Building | Roof, New Install Tarp (1), and Detached & Reset Tarp (1) |

| | |
|---|---|
| Claim Number | 24210427 |
| Policy Holder | Anthony Campise |
| Loss Location | 9400 Bellaire Blvd Houston, TX 77036 |
| Date of Loss | |
| Catastrophe Event | NO |

| | |
|---|---|
| Carrier | Liberty Mutual/Safeco Commercial Claims |
| Adjuster | Daniel Krastev |

| | |
|---|---|
| Inspector | Andres Garcia |
| Inspector Contacts | 8326293782 agarcia@laddernow.com |
| Seek Now Office | 866-801-1258 claims@seek-now.com (LA) solos@seek-now.com (Completed Solos) |

OSIC_LEE_HO_000684

# SCOPE SHEET - ROOF



# SERVICE IMAGES

**Address Photo**
July 29, 2024



**Risk Photo**
July 29, 2024



# SERVICE IMAGES

## APT BUILDING ELEVATION PHOTOS

**Elevation - Overview - Front**
July 29, 2024



**Elevation - Front - Gutter Size**
Size: 5 inch



# SERVICE IMAGES

**Elevation - Front - Gutter**
Size: 5 inch
Style: Standard Seamless
Material: Aluminum
Not Painted/Stained



# SERVICE IMAGES

## APT BUILDING ROOF CONSTRUCTION

1 Layer
30 year dimensional shingle
July 29, 2024



**Roofing Gauge**
Asphalt Shingle
July 29, 2024





# SERVICE IMAGES

**Shingle Exposure**
5 - 1/2 inch
July 29, 2024



**Full Shingle Width**
39 inch
July 29, 2024



# SERVICE IMAGES

Ice/Water Shield - None
Felt - 15 lb
Drip Edge - Painted - Eaves and Rakes
Gutter Apron - None
July 29, 2024



Pitch Gauge - 4/12
July 29, 2024



# SERVICE IMAGES

**Front Slope**
Pitch Gauge - 4/12
July 29, 2024



**Right Slope**
Pitch Gauge - 4/12
July 29, 2024



# SERVICE IMAGES

**Back Slope**
Pitch Gauge - 4/12
July 29, 2024



**Left Slope**
Pitch Gauge - 4/12
July 29, 2024



# SERVICE IMAGES

## APT BUILDING VALLEYS

**Closed Valley**
  - Closed Cut
Back
Has Metal
  - Smooth
  - Not Painted
  - Galvanized
No Damage
July 29, 2024



# SERVICE IMAGES

## APT BUILDING SLOPES OVERVIEWS

**Front - Roof Overview**
July 29, 2024



**Front - Roof Overview**
July 29, 2024



# SERVICE IMAGES

**Front - Roof Overview**
July 29, 2024



**Right - Roof Overview**
July 29, 2024



# SERVICE IMAGES

**Right - Roof Overview**
July 29, 2024



**Back - Roof Overview**
July 29, 2024



# SERVICE IMAGES

**Back - Roof Overview**
July 29, 2024



**Back - Roof Overview**
July 29, 2024



# SERVICE IMAGES

**Left - Roof Overview**
July 29, 2024



**Left - Roof Overview**
July 29, 2024



# SERVICE IMAGES

## APT BUILDING TARPS

## TARP - DETACHED & RESET - BACK - 2ND STORY

**Tarp - 2nd Story - Existing Tarp**
Elevation - Back
Size - 10' × 11'
July 29, 2024
Note:



**Tarp - 2nd Story - Tarp Pitch**
Pitch - 4/12
July 29, 2024
Note:



# SERVICE IMAGES

**Tarp - 2nd Story - Tarp Story**
Story - 2 Story
July 29, 2024
Note:



**Tarp - 2nd Story - Detached Tarp**
Elevation - Back
Size - 10' × 11'
July 29, 2024
Note:



# SERVICE IMAGES

**Tarp - 2nd Story - Under Tarp Photo**
Elevation – Back
Size – 10' × 11'
July 29, 2024
Note:



**Tarp - 2nd Story - Under Tarp Photo**
Elevation – Back
Size – 10' × 11'
July 29, 2024
Note:



# SERVICE IMAGES

**Tarp - 2nd Story - Under Tarp Photo**
Elevation - Back
Size - 10' × 11'
July 29, 2024
Note:



**Tarp - 2nd Story - After Reset**
Elevation - Back
Size - 10' × 11'
July 29, 2024
Note:



# SERVICE IMAGES

## TARP - NEW INSTALL - FRONT AND LEFT - 2ND STORY

**Tarp - 2nd Story - Before Install**
Install
Elevation - Front and Left
Type - Shingles
Damaged Shingles - 5
Size - 3' × 2'
July 29, 2024
Note:



**Tarp - 2nd Story - After Install**
Install
Elevation - Front and Left
Size - 3' × 2'
July 29, 2024
Note:



# SERVICE IMAGES

**Tarp - 2nd Story - Tarp Pitch**
Pitch - 4/12
July 29, 2024
Note:



**Tarp - 2nd Story - Tarp Story**
Story - 2 Story
July 29, 2024
Note:



# SERVICE IMAGES

## BACK HIP & RIDGE PHOTOS

**Hip & Ridge Run Overview**
Back
3 Tab
No Damage
July 29, 2024



**Hip & Ridge Run Condition**
Back
3 Tab
July 29, 2024



# SERVICE IMAGES

**Hip & Ridge Run Condition**
Back
3 Tab
July 29, 2024



OSIC_LEE_HO_000707

# SERVICE IMAGES

## APT BUILDING SLOPES

## FRONT SLOPE

**Front Slope - Damage Assessment**
July 29, 2024



**Front Slope - Damage**
Damage
July 29, 2024



# SERVICE IMAGES

**Front Slope - Damage**
Damage
July 29, 2024



**Front Slope - Damage**
Damage
July 29, 2024



# SERVICE IMAGES

**Front Slope - Damage**
Damage
July 29, 2024



**Front Slope - Roof Condition**
Granule Loss
July 29, 2024



# SERVICE IMAGES

**Front Slope - Roof Condition**
Granule Loss
July 29, 2024



**Front Slope - Roof Condition**
Previous Repairs
July 29, 2024



# SERVICE IMAGES

**Front Slope - Roof Condition**
Previous Repairs
July 29, 2024



**Front Slope - Roof Condition**
Deterioration
July 29, 2024



# SERVICE IMAGES

**Accessory - Front Slope**
Exhaust Vent
Galvanized
No Damage
Size: 4.0"
July 29, 2024



**Accessory - Front Slope**
Exhaust Vent
Galvanized
No Damage
Size: 4.0"
July 29, 2024



# SERVICE IMAGES

**Accessory - Front Slope**
Exhaust Vent
Galvanized
No Damage
Size: 4.0"
July 29, 2024



**Accessory - Front Slope**
Box Vent
Plastic
No Damage
July 29, 2024



# SERVICE IMAGES

**Accessory – Front Slope**
Box Vent
Plastic
No Damage
July 29, 2024



**Accessory – Front Slope**
Box Vent
Plastic
No Damage
July 29, 2024



# SERVICE IMAGES

**Accessory - Front Slope**
Box Vent
Plastic
No Damage
July 29, 2024



**Accessory - Front Slope**
Box Vent
Plastic
No Damage
July 29, 2024



# SERVICE IMAGES

**Accessory - Front Slope**
Pipe Boot
Plastic
No Damage
Size: 2.0"
Painted
July 29, 2024



**Accessory - Front Slope**
Pipe Boot
Plastic
No Damage
Size: 2.0"
Painted
July 29, 2024



# SERVICE IMAGES

**Accessory – Front Slope**
Pipe Boot
Plastic
No Damage
Size: 2.0"
Painted
July 29, 2024



**Accessory – Front Slope**
Pipe Boot
Plastic
No Damage
Size: 2.0"
Painted
July 29, 2024



# SERVICE IMAGES

## RIGHT SLOPE

**Right Slope - Damage Assessment**
July 29, 2024



**Right Slope - Damage**
Damage
July 29, 2024



# SERVICE IMAGES

**Right Slope - Damage**
Damage
July 29, 2024



**Right Slope - Damage**
Damage
July 29, 2024



# SERVICE IMAGES

**Right Slope - Damage**
Damage
July 29, 2024



**Right Slope - Damage**
Damage
July 29, 2024



# SERVICE IMAGES

**Right Slope - Roof Condition**
Improper Installation
July 29, 2024



**Right Slope - Roof Condition**
Improper Installation
July 29, 2024



# SERVICE IMAGES

**Right Slope - Roof Condition**
Granule Loss
July 29, 2024



**Right Slope - Roof Condition**
Granule Loss
July 29, 2024



# SERVICE IMAGES

**Right Slope - Roof Condition**
Granule Loss
July 29, 2024



**Accessory - Right Slope**
Exhaust Vent
Galvanized
No Damage
Size: 4.0"
July 29, 2024



# SERVICE IMAGES

**Accessory – Right Slope**
Box Vent
Plastic
No Damage
July 29, 2024



**Accessory – Right Slope**
Box Vent
Plastic
No Damage
July 29, 2024



# SERVICE IMAGES

## BACK SLOPE

**Back Slope - Damage Assessment**
July 29, 2024



**Back Slope - Damage**
Damage
July 29, 2024



# SERVICE IMAGES

**Back Slope – Damage**
Damage
July 29, 2024



**Back Slope – Damage**
Damage
July 29, 2024



# SERVICE IMAGES

**Back Slope - Damage**
Damage
July 29, 2024



**Back Slope - Damage**
Damage
July 29, 2024



# SERVICE IMAGES

**Back Slope – Damage**
Damage
July 29, 2024



**Back Slope – Damage**
Damage
July 29, 2024



# SERVICE IMAGES

**Back Slope – Damage**
Damage
July 29, 2024



**Back Slope – Damage**
Damage
July 29, 2024



# SERVICE IMAGES

**Back Slope - Damage**
Damage
July 29, 2024



**Back Slope - Damage**
Damage
July 29, 2024



# SERVICE IMAGES

**Back Slope - Damage**
Damage
July 29, 2024



**Back Slope - Damage**
Damage
July 29, 2024



# SERVICE IMAGES

**Back Slope - Damage**
Damage
July 29, 2024



**Back Slope - Damage**
Damage
July 29, 2024



# SERVICE IMAGES

**Back Slope - Damage**
Damage
July 29, 2024



**Back Slope - Roof Condition**
Previous Repairs
July 29, 2024



# SERVICE IMAGES

**Back Slope - Roof Condition**
Previous Repairs
July 29, 2024



**Back Slope - Roof Condition**
Previous Repairs
July 29, 2024



# SERVICE IMAGES

**Back Slope - Roof Condition**
Previous Repairs
July 29, 2024



**Back Slope - Roof Condition**
Previous Repairs
July 29, 2024



# SERVICE IMAGES

**Accessory - Back Slope**
Satellite Dish
No Damage
Roof mounted
July 29, 2024



**Accessory - Back Slope**
Satellite Dish
No Damage
Roof mounted
July 29, 2024



# SERVICE IMAGES

**Accessory – Back Slope**
Exhaust Vent
Galvanized
No Damage
Size: 4.0"
July 29, 2024



**Accessory – Back Slope**
Exhaust Vent
Galvanized
No Damage
Size: 4.0"
July 29, 2024



OSIC_LEE_HO_000738

# SERVICE IMAGES

**Accessory – Back Slope**
Box Vent
Aluminum
No Damage
July 29, 2024



**Accessory – Back Slope**
Box Vent
Plastic
No Damage
July 29, 2024



# SERVICE IMAGES

**Accessory – Back Slope**
Box Vent
Plastic
No Damage
July 29, 2024



**Accessory – Back Slope**
Box Vent
Plastic
No Damage
July 29, 2024



# SERVICE IMAGES

**Accessory – Back Slope**
Box Vent
Plastic
No Damage
July 29, 2024



**Accessory – Back Slope**
Pipe Boot
Lead
No Damage
Size: 2.0"
July 29, 2024



# SERVICE IMAGES

**Accessory – Back Slope**
Pipe Boot
Lead
No Damage
Size: 2.0"
July 29, 2024



**Accessory – Back Slope**
Pipe Boot
Plastic
No Damage
Size: 2.0"
July 29, 2024



# SERVICE IMAGES

**Accessory – Back Slope**
Pipe Boot
Plastic
No Damage
Size: 2.0"
July 29, 2024



**Accessory – Back Slope**
Pipe Boot
Plastic
No Damage
Size: 2.0"
July 29, 2024



# SERVICE IMAGES

## LEFT SLOPE

**Left Slope - Damage Assessment**
July 29, 2024



**Left Slope - Damage**
Damage
July 29, 2024



OSIC_LEE_HO_000744

# SERVICE IMAGES

**Left Slope - Roof Condition**
Granule Loss
July 29, 2024



**Left Slope - Roof Condition**
Granule Loss
July 29, 2024



# SERVICE IMAGES

**Left Slope - Roof Condition**
Granule Loss
July 29, 2024



**Left Slope - Roof Condition**
Improper Installation
July 29, 2024



# SERVICE IMAGES

**Left Slope - Roof Condition**
Improper Installation
July 29, 2024



**Accessory - Left Slope**
Box Vent
Plastic
No Damage
July 29, 2024



# SERVICE IMAGES

**Accessory - Left Slope**
Box Vent
Plastic
No Damage
July 29, 2024

