# EXHIBIT E



# Seek Now Report
## Ladder Assist

**Claim:** 24210427

**Adjuster:** Daniel Krastev
**Carrier:** Liberty Mutual/Safeco Commercial Claims

**Policy Holder:** Anthony Campise
**Loss Location:** 9400 Bellaire Blvd
Houston, TX 77036



# SERVICE SUMMARY

**Arrival**

Arrived at location on July 29, 2024. The insured was present at the time of the service. A contractor was not present at the time of the service. A public adjuster was not present at the time of the service.

The Seek Now inspector met the adjuster at the loss location to perform the Ladder Assist service. After completing an overview, an inspection was performed to identify any damages. All inspection findings and damage counts were given to the adjuster onsite. All notes and photos taken during the inspection are provided in the report below.

| | |
|---|---|
| Service Date | July 29, 2024 |
| Structure 1: Apt Building | Roof and New Install Tarp (1) |
| | |
| Claim Number | 24210427 |
| Policy Holder | Anthony Campise |
| Loss Location | 9400 Bellaire Blvd<br>Houston, TX 77036 |
| Date of Loss | |
| Catastrophe Event | NO |
| | |
| Carrier | Liberty Mutual/Safeco Commercial Claims |
| Adjuster | Daniel Krastev |
| | |
| Inspector | Andres Garcia |
| Inspector Contacts | 8326293782<br>agarcia@laddernow.com |
| Seek Now Office | 866-801-1258<br>claims@seek-now.com (LA)<br>solos@seek-now.com (Completed Solos) |

OSIC_LEE_HO_000818

# SCOPE SHEET – ROOF

**SeekNow.**
(866) 801-1258

| Carrier: | Liberty Mutual |
|---|---|
| Claim #: | 24210427 |
| Homeowner: | anthony Campise |
| Address: | 9400 Bellaire |
| | Houston , TX 77036 |
| Adjuster: | Daniel Krastev |

Hail | Wind
F: 9
R:
B: 35
L: 8

Date: July 29, 2024
Ladder Now Andres
Inspector: Garcia
Phone: 832-629-3782
Email: agarcia@laddernow.com

**Shingle Type**

Eave: LF _____  Rake: LF _____  Aerial Measurements: Y / N

☐ 3 Tab ☐ 20 Y ☐ 40 Y
☒ Laminate ☐ 25 Y ☐ 50 Y
☑ 30 Y

Other: _____

**Ice/Water Shield** Y/N
☐ Valley ☐ Eave ☐ Rake

**Drip Edge** Y/N ☒ Rake
Painted? Y/N ☒ Eave
Gutter through Drip Edge? Y/N

**Valley Metal** Y/N
_____ LF

**Layers:** 1
**Pitch:** 4/12

| Box Vents: | Metal Plastic | Damaged Y/N |
|---|---|---|
| Ridge Vent: | Shingle Over Metal 124 | Y/N |
| Turbine: | 1 | Y/N |
| HVAC Vent: | ___ | Y/N |
| Exhaust vent: | 14 | Y/N |
| Power Vent: | ___ | Y/N |
| Skylight: | ___ | Y/N |
| SAT: | 7 | Y/N |
| Pipes: | Qty 1 Lead | Y/N |
| | Qty 15 Plastic | Y/N |
| Gutters: | LF 5" | Y/N |
| | LF 6" | Y/N |
| Downspouts: | 2x3 | Y/N |
| | 3x4 | Y/N |
| Fascia: | Size LF | Y/N |

Wood / Metal
Chimney Flashing: _____ Y/N
Other: _____

Calculations:
A _____  F _____  K _____
B _____  G _____  L _____
C _____  H _____  M _____
D _____  I _____  1 Story: _____
E _____  J _____  2 Story: _____
Total Squares: _____

**Key:** TS = Test Square   B = Blistering   M = Mechanical Damage   C = Chimney
T = Turbine   PV = Power Vent   TD = Tree Damage   Sat = Satellite Dish
B = Box Vent   = Solar Panels   ↑ = Downspouts   Ex = Exhaust vent
X = Wind Damage   P = Pipe Boot   **Gutters**   RD = Rain Diverter
H = Hvac

Building 2

Max Hail Diameter: _____
Storm Direction: _____
Collateral Damage: Y / N

Notes: _____

# SERVICE IMAGES

**Address Photo**
July 29, 2024



**Risk Photo**
July 29, 2024



# SERVICE IMAGES

## APT BUILDING ELEVATION PHOTOS

**Elevation - Overview - Front**
July 29, 2024



**Elevation - Front - Gutter Size**
Size: 5 inch



# SERVICE IMAGES

**Elevation - Front - Gutter**
Size: 5 inch
Style: Standard Seamless
Material: Aluminum
Not Painted/Stained



# SERVICE IMAGES

## APT BUILDING ROOF CONSTRUCTION

1 Layer
30 year dimensional shingle
July 29, 2024



**Roofing Gauge**
Asphalt Shingle
July 29, 2024





# SERVICE IMAGES

**Full Shingle Width**
39 inch
July 29, 2024



**Shingle Exposure**
5 - 1/2 inch
July 29, 2024



OSIC_LEE_HO_000824

# SERVICE IMAGES

Ice/Water Shield - None
Felt - 15 lb
Drip Edge - Painted - Eaves and Rakes
Gutter Apron - None
July 29, 2024



Pitch Gauge - 4/12
July 29, 2024



OSIC_LEE_HO_000825

# SERVICE IMAGES

**Front Slope**
Pitch Gauge – 4/12
July 29, 2024



**Right Slope**
Pitch Gauge – 4/12
July 29, 2024



# SERVICE IMAGES

**Back Slope**
Pitch Gauge – 4/12
July 29, 2024



**Left Slope**
Pitch Gauge – 4/12
July 29, 2024



# SERVICE IMAGES

## APT BUILDING VALLEYS

**Closed Valley**
    - Closed Cut
Front
Has Metal
    - Smooth
    - Not Painted
    - Galvanized
No Damage
July 29, 2024



# SERVICE IMAGES

## APT BUILDING SLOPES OVERVIEWS

**Front - Roof Overview**
July 29, 2024



**Front - Roof Overview**
July 29, 2024



# SERVICE IMAGES

**Front - Roof Overview**
July 29, 2024



**Front - Roof Overview**
July 29, 2024



# SERVICE IMAGES

**Right - Roof Overview**
July 29, 2024



**Right - Roof Overview**
July 29, 2024



# SERVICE IMAGES

**Back - Roof Overview**
July 29, 2024



**Back - Roof Overview**
July 29, 2024



# SERVICE IMAGES

**Left - Roof Overview**
July 29, 2024



**Left - Roof Overview**
July 29, 2024



# SERVICE IMAGES

## APT BUILDING TARPS

## TARP - NEW INSTALL - FRONT AND RIGHT - 2ND STORY

**Tarp - 2nd Story - Before Install**
Install
Elevation - Front and Right
Type - Shingles
Damaged Shingles - 3
Size - 2' × 3'
July 29, 2024
Note:



**Tarp - 2nd Story - After Install**
Install
Elevation - Front and Right
Size - 2' × 3'
July 29, 2024
Note:



OSIC_LEE_HO_000834

# SERVICE IMAGES

**Tarp - 2nd Story - Tarp Pitch**
Pitch - 4/12
July 29, 2024
Note:



**Tarp - 2nd Story - Tarp Story**
Story - 2 Story
July 29, 2024
Note:



# SERVICE IMAGES

## FRONT HIP & RIDGE PHOTOS

**Hip & Ridge Run Overview**
Front
3 Tab
Entire Run Damaged
July 29, 2024



**Hip & Ridge Run Damage**
Front
3 Tab
Damage
July 29, 2024



# SERVICE IMAGES

**Hip & Ridge Run Condition**
Front
3 Tab
July 29, 2024



# SERVICE IMAGES

## APT BUILDING SLOPES

## FRONT SLOPE

**Front Slope - Damage Assessment**
July 29, 2024



**Front Slope - Damage**
Damage
July 29, 2024



OSIC_LEE_HO_000838

# SERVICE IMAGES

**Front Slope - Damage**
Damage
July 29, 2024



**Front Slope - Damage**
Damage
July 29, 2024





# SERVICE IMAGES

**Front Slope - Roof Condition**
Deterioration
July 29, 2024



**Front Slope - Roof Condition**
Granule Loss
July 29, 2024



# SERVICE IMAGES

**Front Slope - Roof Condition**
Granule Loss
July 29, 2024



**Front Slope - Roof Condition**
Previous Repairs
July 29, 2024



# SERVICE IMAGES

**Front Slope - Roof Condition**
Previous Repairs
July 29, 2024



**Accessory - Front Slope**
Satellite Dish
No Damage
Roof mounted
July 29, 2024



# SERVICE IMAGES

### Accessory - Front Slope
Satellite Dish
No Damage
Roof mounted
July 29, 2024



### Accessory - Front Slope
Exhaust Vent
Copper
No Damage
Size: 4.0"
July 29, 2024



# SERVICE IMAGES

**Accessory - Front Slope**
Exhaust Vent
Copper
No Damage
Size: 4.0"
July 29, 2024



**Accessory - Front Slope**
Pipe Boot
Plastic
No Damage
Size: 2.0"
Painted
July 29, 2024



OSIC_LEE_HO_000844

# SERVICE IMAGES

**Accessory - Front Slope**
Pipe Boot
Plastic
No Damage
Size: 2.0"
Painted
July 29, 2024



**Accessory - Front Slope**
Pipe Boot
Plastic
No Damage
Size: 2.0"
Painted
July 29, 2024



# SERVICE IMAGES

**Accessory - Front Slope**
Box Vent
Plastic
No Damage
July 29, 2024



**Accessory - Front Slope**
Box Vent
Plastic
No Damage
July 29, 2024



# SERVICE IMAGES

**Accessory - Front Slope**

Box Vent
Plastic
No Damage
July 29, 2024



**Accessory - Front Slope**

Box Vent
Plastic
No Damage
July 29, 2024



# SERVICE IMAGES

**Accessory - Front Slope**
Box Vent
Plastic
No Damage
July 29, 2024



**Accessory - Front Slope**
Box Vent
Plastic
No Damage
July 29, 2024



# SERVICE IMAGES

**Accessory - Front Slope**

Box Vent
Plastic
No Damage
July 29, 2024



**Accessory - Front Slope**

Box Vent
Plastic
No Damage
July 29, 2024



# SERVICE IMAGES

## RIGHT SLOPE

**Right Slope - Damage Assessment**
July 29, 2024



**Right Slope - Roof Condition**
July 29, 2024



# SERVICE IMAGES

**Right Slope - Roof Condition**
July 29, 2024



**Right Slope - Roof Condition**
July 29, 2024



# SERVICE IMAGES

**Right Slope - Roof Condition**
Previous Repairs
July 29, 2024



**Accessory - Right Slope**
Box Vent
Plastic
No Damage
July 29, 2024



# SERVICE IMAGES

**Accessory - Right Slope**
Box Vent
Plastic
No Damage
July 29, 2024



**Accessory - Right Slope**
Pipe Boot
Plastic
No Damage
Size: 2.0"
July 29, 2024



# SERVICE IMAGES

**Accessory - Right Slope**
Pipe Boot
Plastic
No Damage
Size: 2.0"
July 29, 2024



**Accessory - Right Slope**
Exhaust Vent
Galvanized
No Damage
Size: 4.0"
July 29, 2024



# SERVICE IMAGES

### Accessory - Right Slope
Exhaust Vent
Galvanized
No Damage
Size: 4.0"
July 29, 2024



# BACK SLOPE

### Back Slope - Damage Assessment
July 29, 2024



# SERVICE IMAGES

**Back Slope - Damage**
Damage
July 29, 2024



**Back Slope - Damage**
Damage
July 29, 2024



OSIC_LEE_HO_000856

# SERVICE IMAGES

**Back Slope - Damage**
Damage
July 29, 2024



**Back Slope - Damage**
Damage
July 29, 2024



# SERVICE IMAGES

**Back Slope - Damage**
Damage
July 29, 2024



**Back Slope - Damage**
Damage
July 29, 2024



# SERVICE IMAGES

**Back Slope - Damage**
Damage
July 29, 2024



**Back Slope - Damage**
Damage
July 29, 2024



# SERVICE IMAGES

**Back Slope - Damage**
Damage
July 29, 2024



**Back Slope - Damage**
Damage
July 29, 2024



# SERVICE IMAGES

**Back Slope - Damage**
Damage
July 29, 2024



**Back Slope - Damage**
Damage
July 29, 2024



 

# SERVICE IMAGES

**Back Slope - Damage**
Damage
July 29, 2024



**Back Slope - Damage**
Damage
July 29, 2024



# SERVICE IMAGES

**Back Slope - Roof Condition**
Previous Repairs
July 29, 2024



**Back Slope - Roof Condition**
Previous Repairs
July 29, 2024



# SERVICE IMAGES

**Accessory - Back Slope**
Satellite Dish
No Damage
Roof mounted
July 29, 2024



**Accessory - Back Slope**
Box Vent
Plastic
No Damage
July 29, 2024



# SERVICE IMAGES

**Accessory - Back Slope**
Box Vent
Plastic
No Damage
July 29, 2024



**Accessory - Back Slope**
Box Vent
Plastic
No Damage
July 29, 2024



# SERVICE IMAGES

**Accessory - Back Slope**
Exhaust Vent
Galvanized
No Damage
Size: 4.0"
July 29, 2024



**Accessory - Back Slope**
Exhaust Vent
Galvanized
No Damage
Size: 4.0"
July 29, 2024



# SERVICE IMAGES

**Accessory - Back Slope**
Pipe Boot
Plastic
No Damage
Size: 2.0"
July 29, 2024



**Accessory - Back Slope**
Pipe Boot
Plastic
No Damage
Size: 2.0"
July 29, 2024



# SERVICE IMAGES

**Accessory - Back Slope**
Pipe Boot
Plastic
No Damage
Size: 2.0"
July 29, 2024



**Accessory - Back Slope**
Pipe Boot
Lead
No Damage
Size: 2.0"
July 29, 2024



# SERVICE IMAGES

**Accessory - Back Slope**
Turbine
Galvanized
No Damage
Size: 12"
July 29, 2024



# LEFT SLOPE

**Left Slope - Damage Assessment**
July 29, 2024



# SERVICE IMAGES

**Left Slope - Damage**
Damage
July 29, 2024



**Left Slope - Damage**
Damage
July 29, 2024



# SERVICE IMAGES

**Left Slope - Damage**
Damage
July 29, 2024



**Left Slope - Damage**
Damage
July 29, 2024



# SERVICE IMAGES

**Left Slope - Roof Condition**
July 29, 2024



**Left Slope - Roof Condition**
July 29, 2024



# SERVICE IMAGES

**Left Slope - Roof Condition**
July 29, 2024



**Accessory - Left Slope**
Pipe Boot
Plastic
No Damage
Size: 2.0"
Painted
July 29, 2024



# SERVICE IMAGES

**Accessory - Left Slope**
Box Vent
Plastic
No Damage
July 29, 2024



**Accessory - Left Slope**
Box Vent
Plastic
No Damage
July 29, 2024

