# EXHIBIT H



# Seek Now Report
## Ladder Assist

**Claim:** 24210427

**Adjuster:** Daniel Krastev
**Carrier:** Liberty Mutual/Safeco Commercial Claims

**Policy Holder:** Anthony Campise
**Loss Location:** 9400 Bellaire Blvd
Houston, TX 77036




OSIC_LEE HO_001438

# SERVICE SUMMARY

**Arrival**

Arrived at location on July 29, 2024. The insured was present at the time of the service. A contractor was not present at the time of the service. A public adjuster was not present at the time of the service.

The Seek Now inspector met the adjuster at the loss location to perform the Ladder Assist service. After completing an overview, an inspection was performed to identify any damages. All inspection findings and damage counts were given to the adjuster onsite. All notes and photos taken during the inspection are provided in the report below.

| | |
|---|---|
| Service Date | July 29, 2024 |
| Structure 1: House | Roof and New Install Tarp (1) |
| | |
| Claim Number | 24210427 |
| Policy Holder | Anthony Campise |
| Loss Location | 9400 Bellaire Blvd<br>Houston, TX 77036 |
| Date of Loss | |
| Catastrophe Event | NO |
| | |
| Carrier | Liberty Mutual/Safeco Commercial Claims |
| Adjuster | Daniel Krastev |
| | |
| Inspector | Andres Garcia |
| Inspector Contacts | 8326293782<br>agarcia@laddernow.com |
| Seek Now Office | 866-801-1258<br>claims@seek-now.com (LA)<br>solos@seek-now.com (Completed Solos) |

OSIC_LEE HO_001439

# SCOPE SHEET - ROOF



**SeekNow.**
(866) 801-1258

| Carrier: | Liberty Mutual | Hail | Wind | Date: | July 29, 2024 |
|---|---|---|---|---|---|
| Claim #: | 24210427 | | | | |
| Homeowner: | anthony Campise | | | Ladder Now Inspector: | Andres Garcia |
| Address: | 9400 Bellaire Houston , TX 77036 | | | Phone: | 832-629-3782 |
| Adjuster: | Daniel Krastev | | | Email: | agarcia@laddernow.com |

F: 0 — 15
R: 0 — 10
B: 0 — 11
L: 0 — 1

**Shingle Type**

□ 3 Tab   □ 20 Y   □ 40 Y
☒ Laminate   □ 25 Y   □ 50 Y
   ☒ 30 Y

Other:

**Ice/Water Shield** Y/N
□ Valley  □ Eave  □ Rake

**Drip Edge** Y/N  □ Rake
Painted? Y/N  ☒ Eave
Gutter through Drip Edge? Y/N

**Valley Metal** Y/N
_____ LF

**Layers:**
**Pitch:** 4/12

Box Vents: (Metal) 2 Damaged Y/N
Plastic 22  Y/N
Ridge Vent: Shingle Over  Metal 124  Y/N
Turbine: _____  Y/N
HVAC Vent: _____  Y/N
Exhaust vent: 12  Y/N
Power Vent: _____  Y/N
Skylight: _____  Y/N
SAT: 3  Y/N

Pipes: Qty _____ Lead  Y/N
Qty _____ Plastic  Y/N
Gutters: LF _____ 5"  Y/N
LF _____ 6"  Y/N
Downspouts: 2x3 _____ Y/N
3x4 _____ Y/N
Fascia: Size _____ LF _____ Y/N
Wood / Metal
Chimney Flashing: _____ Y/N
Other: _____

Eave: LF _____    Rake: LF _____    Aerial Measurements: Y / N

Calculations:
| | | F | | K | |
|---|---|---|---|---|---|
| A | | G | | L | |
| B | | H | | M | |
| C | | I | | 1 Story: | |
| D | | J | | 2 Story: | |
| E | | Total Squares: | | | |

**Key:** TS = Test Square    B = Blistering    M = Mechanical Damage    C = Chimney
T = Turbine    PV = Power Vent    TD = Tree Damage    Sat= Satellite Dish
B = Box Vent    = Solar Panels    = Downspouts    Ex= Exhaust vent
X = Wind Damage    P= Pipe Boot    Gutters    RD= Rain Diverter
H = Hvac

Building 5

Max Hail Diameter: _____
Storm Direction: _____
Collateral Damage: Y/N

Notes:

OSIC_LEE HO_001440

# SERVICE IMAGES

**Address Photo**
July 29, 2024



**Risk Photo**
July 29, 2024



OSIC_LEE HO_001441

# SERVICE IMAGES

## HOUSE ELEVATION PHOTOS

**Elevation - Overview - Front**
July 29, 2024



**Elevation - Front - Gutter Size**
Size: 5 inch



OSIC_LEE HO_001442

# SERVICE IMAGES

**Elevation – Front – Gutter**
Size: 5 inch
Style: Standard Seamless
Material: Aluminum
Not Painted/Stained



OSIC_LEE HO_001443

# SERVICE IMAGES

## HOUSE ROOF CONSTRUCTION

1 Layer
30 year dimensional shingle
July 29, 2024



**Roofing Gauge**
Asphalt Shingle
July 29, 2024



OSIC_LEE HO_001444

# SERVICE IMAGES

**Shingle Exposure**
5 - 1/2 inch
July 29, 2024



**Full Shingle Width**
39 inch
July 29, 2024





Claim: 24210427

**8**

OSIC_LEE HO_001445

# SERVICE IMAGES

Ice/Water Shield - None
Felt - 15 lb
Drip Edge - Painted - Eaves and Rakes
Gutter Apron - None
July 29, 2024



Pitch Gauge - 4/12
July 29, 2024



OSIC_LEE HO_001446

# SERVICE IMAGES

**Front Slope**
Pitch Gauge - 4/12
July 29, 2024



**Right Slope**
Pitch Gauge - 4/12
July 29, 2024



OSIC_LEE HO_001447

# SERVICE IMAGES

**Back Slope**
Pitch Gauge - 4/12
July 29, 2024



**Left Slope**
Pitch Gauge - 4/12
July 29, 2024



OSIC_LEE HO_001448

# SERVICE IMAGES

## HOUSE VALLEYS

**Closed Valley**
      - Closed Cut
Front
No Metal
No Damage
July 29, 2024



OSIC_LEE HO_001449

# SERVICE IMAGES

## HOUSE SLOPES OVERVIEWS

**Front – Roof Overview**
July 29, 2024



**Front – Roof Overview**
July 29, 2024



OSIC_LEE HO_001450

# SERVICE IMAGES

**Front - Roof Overview**
July 29, 2024



**Right - Roof Overview**
July 29, 2024



OSIC_LEE HO_001451

# SERVICE IMAGES

**Right - Roof Overview**
July 29, 2024



**Right - Roof Overview**
July 29, 2024



OSIC_LEE HO_001452

# SERVICE IMAGES

**Back - Roof Overview**
July 29, 2024



**Back - Roof Overview**
July 29, 2024



OSIC_LEE HO_001453

# SERVICE IMAGES

**Back - Roof Overview**
July 29, 2024



**Left - Roof Overview**
July 29, 2024



OSIC_LEE HO_001454

# SERVICE IMAGES

**Left - Roof Overview**
July 29, 2024



**Left - Roof Overview**
July 29, 2024



OSIC_LEE HO_001455

# SERVICE IMAGES

## HOUSE TARPS

## TARP - NEW INSTALL - BACK AND RIGHT - 2ND STORY

**Tarp - 2nd Story - Before Install**
Install
Elevation - Back and Right
Type - Shingles
Damaged Shingles - 10
Size - 6' × 2'
July 29, 2024
Note:



**Tarp - 2nd Story - After Install**
Install
Elevation - Back and Right
Size - 6' × 2'
July 29, 2024
Note:



OSIC_LEE HO_001456

# SERVICE IMAGES

**Tarp - 2nd Story - Tarp Pitch**
Pitch - 4/12
July 29, 2024
Note:



**Tarp - 2nd Story - Tarp Story**
Story - 2 Story
July 29, 2024
Note:



OSIC_LEE HO_001457

# SERVICE IMAGES

## LEFT HIP & RIDGE PHOTOS

**Hip & Ridge Run Overview**
Left
3 Tab
No Damage
July 29, 2024



**Hip & Ridge Run Condition**
Left
3 Tab
July 29, 2024



OSIC_LEE HO_001458

# SERVICE IMAGES

## HOUSE SLOPES

## FRONT SLOPE

**Front Slope - Damage Assessment**
July 29, 2024



**Front Slope - Damage**
Damage
July 29, 2024



OSIC_LEE HO_001459

# SERVICE IMAGES

**Front Slope - Damage**
Damage
July 29, 2024



**Front Slope - Damage**
Damage
July 29, 2024





Claim: 24210427

23

OSIC_LEE HO_001460

# SERVICE IMAGES

**Front Slope - Damage**
Damage
July 29, 2024



**Front Slope - Damage**
Damage
July 29, 2024



OSIC_LEE HO_001461

# SERVICE IMAGES

**Front Slope - Damage**
Damage
July 29, 2024



**Front Slope - Damage**
Damage
July 29, 2024



OSIC_LEE HO_001462

# SERVICE IMAGES

**Front Slope - Damage**
Damage
July 29, 2024



**Front Slope - Damage**
Damage
July 29, 2024



OSIC_LEE HO_001463

# SERVICE IMAGES

**Front Slope - Damage**
Damage
July 29, 2024



**Front Slope - Damage**
Damage
July 29, 2024



OSIC_LEE HO_001464

# SERVICE IMAGES

**Front Slope - Roof Condition**
Previous Repairs
July 29, 2024



**Front Slope - Roof Condition**
Previous Repairs
July 29, 2024



OSIC_LEE HO_001465

# SERVICE IMAGES

**Front Slope – Roof Condition**
Granule Loss
July 29, 2024



**Front Slope – Roof Condition**
Granule Loss
July 29, 2024




OSIC_LEE HO_001466

# SERVICE IMAGES

**Front Slope - Roof Condition**
Previous Repairs
July 29, 2024



**Front Slope - Roof Condition**
Previous Repairs
July 29, 2024




OSIC_LEE HO_001467

# SERVICE IMAGES

**Accessory - Front Slope**
Exhaust Vent
Galvanized
No Damage
Size: 4.0"
July 29, 2024



**Accessory - Front Slope**
Exhaust Vent
Galvanized
No Damage
Size: 4.0"
July 29, 2024



OSIC_LEE HO_001468

# SERVICE IMAGES

**Accessory - Front Slope**
Box Vent
Plastic
No Damage
July 29, 2024



**Accessory - Front Slope**
Box Vent
Plastic
No Damage
July 29, 2024



OSIC_LEE HO_001469

# SERVICE IMAGES

**Accessory - Front Slope**
Box Vent
Plastic
No Damage
July 29, 2024



**Accessory - Front Slope**
Box Vent
Plastic
No Damage
July 29, 2024



OSIC_LEE HO_001470

# SERVICE IMAGES

**Accessory - Front Slope**
Box Vent
Plastic
No Damage
July 29, 2024



**Accessory - Front Slope**
Box Vent
Galvanized
No Damage
July 29, 2024



OSIC_LEE HO_001471

# SERVICE IMAGES

## RIGHT SLOPE

**Right Slope - Damage Assessment**
July 29, 2024



**Right Slope - Damage**
Damage
July 29, 2024



OSIC_LEE HO_001472

# SERVICE IMAGES

**Right Slope - Damage**
Damage
July 29, 2024



**Right Slope - Roof Condition**
July 29, 2024



OSIC_LEE HO_001473

# SERVICE IMAGES

**Right Slope - Roof Condition**
July 29, 2024



**Right Slope - Roof Condition**
July 29, 2024



OSIC_LEE HO_001474

# SERVICE IMAGES

**Accessory - Right Slope**
Box Vent
Plastic
No Damage
July 29, 2024



**Accessory - Right Slope**
Box Vent
Plastic
No Damage
July 29, 2024



OSIC_LEE HO_001475

# SERVICE IMAGES

**Accessory – Right Slope**
Exhaust Vent
Galvanized
No Damage
Size: 4.0"
July 29, 2024



**Accessory – Right Slope**
Exhaust Vent
Galvanized
No Damage
Size: 4.0"
July 29, 2024



OSIC_LEE HO_001476

# SERVICE IMAGES

**Accessory - Right Slope**
Pipe Boot
Galvanized with Rubber Collar
No Damage
Size: 4.0"
July 29, 2024



# BACK SLOPE

**Back Slope - Damage Assessment**
July 29, 2024



OSIC_LEE HO_001477

# SERVICE IMAGES

**Back Slope – Damage**
Damage
July 29, 2024



**Back Slope – Damage**
Damage
July 29, 2024



Claim: 24210427

41

# SERVICE IMAGES

**Back Slope - Roof Condition**
Previous Repairs
July 29, 2024



**Back Slope - Roof Condition**
Previous Repairs
July 29, 2024



OSIC_LEE HO_001479

# SERVICE IMAGES

**Back Slope – Roof Condition**
Previous Repairs
July 29, 2024



**Back Slope – Roof Condition**
Previous Repairs
July 29, 2024



OSIC_LEE HO_001480

# SERVICE IMAGES

**Accessory – Back Slope**
Satellite Dish
No Damage
Roof mounted
July 29, 2024



**Accessory – Back Slope**
Satellite Dish
No Damage
Roof mounted
July 29, 2024



OSIC_LEE HO_001481

# SERVICE IMAGES

**Accessory - Back Slope**
Box Vent
Plastic
No Damage
July 29, 2024



**Accessory - Back Slope**
Box Vent
Plastic
No Damage
July 29, 2024



OSIC_LEE HO_001482

# SERVICE IMAGES

**Accessory – Back Slope**
Box Vent
Plastic
No Damage
July 29, 2024



**Accessory – Back Slope**
Box Vent
Plastic
No Damage
July 29, 2024



# SERVICE IMAGES

**Accessory – Back Slope**
Box Vent
Plastic
No Damage
July 29, 2024



**Accessory – Back Slope**
Box Vent
Aluminum
No Damage
July 29, 2024



OSIC_LEE HO_001484

# SERVICE IMAGES

**Accessory - Back Slope**
Exhaust Vent
Galvanized
No Damage
Size: 4.0"
July 29, 2024



**Accessory - Back Slope**
Exhaust Vent
Galvanized
No Damage
Size: 4.0"
July 29, 2024



OSIC_LEE HO_001485

# SERVICE IMAGES

## LEFT SLOPE

**Left Slope - Damage Assessment**
July 29, 2024



**Left Slope - Damage**
Damage
July 29, 2024



 

OSIC_LEE HO_001486

# SERVICE IMAGES

**Left Slope - Roof Condition**
July 29, 2024



**Left Slope - Roof Condition**
July 29, 2024



OSIC_LEE HO_001487

# SERVICE IMAGES

**Left Slope - Roof Condition**
Previous Repairs
July 29, 2024



**Accessory - Left Slope**
Box Vent
Plastic
No Damage
July 29, 2024



OSIC_LEE HO_001488

# SERVICE IMAGES

**Accessory - Left Slope**
Box Vent
Plastic
No Damage
July 29, 2024



OSIC_LEE HO_001489



*Want to get the **most updated status** on your inspection, with just a few clicks?*

# Visit the My Inspections section inside of the Scheduling Portal.

## Step 1

Log in to the Scheduling Portal.

## Step 2

Click on the "My Inspections" button in the top navigation bar.



## Step 3

Click on your inspection cards for more detailed information including the most up-to-date status of the inspection, contact attempts, results, and more.



## Still need help?

Call us at **(866) 801-1258** and we will solve the problem.

Claim: 24210427

**53**

OSIC_LEE HO_001490