# EXHIBIT J



Processing Center
P.O. Box 5014
Scranton, PA 18505-5014
Fax: 888-268-8840

July 31, 2024

LEE HO VILLAGE TOWNHOME ASSOCIATION
6918 Corporate Dr A5
HOUSTON, TX 77036

Claim Number: 24210427
Insured Name: LEE HO VILLAGE TOWNHOME ASSOCIATION
Date of Loss:   July 8, 2024
Policy Number: BKS662011092
Underwriting Company: Ohio Security Insurance Company

Re: Unable to pay claim - claim less than deductible

Dear LEE HO VILLAGE TOWNHOME ASSOCIATION:

We have evaluated your claim and have reviewed your policy, in which you selected a 5% Wind/Hail deductible of $81,037, which applies to each location.

Unfortunately, because your loss is less than the deductible amount, we are unable to make a payment on this claim.

Therefore, this notification is the last step in the claims process and your claim is now closed. If total damages to any location should exceed your Wind/Hail deductible of $81,037, please contact us immediately, so we can make the proper adjustments.

We realize you have a choice in insurance carriers and we would like to thank you for choosing Liberty Mutual Insurance for your insurance needs. Providing high quality claims service is important to everyone at Liberty Mutual Insurance. If you have any questions, please do not hesitate to contact me.

Sincerely,

Quintaurus Williams
Sr Property Adjuster I
Tel: 818-269-5917
Email: Quintaurus.Williams@LibertyMutual.com

JACOBSON & ASSOCIATES, LLC

OSIC_LEE HO_000379