# EXHIBIT L

**From:**"Williams, Quintaurus" <Quintaurus.Williams@libertymutual.com>
**Sent:**Fri, 31 Jan 2025 22:38:07 +0000
**To:**"ImagingEast" <sa-AM_CLMCLEast-prd@LibertyMutual.com>
**Subject:**FW: {EXTERNAL} Lee Ho's DTPA Notice Letter with Damage Estimate; Lee Ho Village Townhome Association; Claim Number: 24210427; Policy Number: BKS662011092; DOL: July 8, 2024 / Hurricane; Underwriting Co. Ohio Security Insurance Company; Loss Loc: 9400 Bell
**Attachments:**Lee Ho Damage Est by Restore Zone 1 30 25.pdf, Lee Ho Village Townhome Association DTPA Notice Letter.docx

Claim=24210427
Type=
Title=
Notify=
Comments=Attorney – Damage Estimate + Letter
Author=

**QUINTAURUS WILLIAMS**
*Sr. Property Adjuster I*
Small Commercial Property Claims

————
Liberty Mutual Insurance
Woodland Hills, CA-LEGAL
Office: 805-826-5961 Fax: 888-268-8840



The information contained in this email message and any attachments to this message are confidential and may be privileged or constitute attorney work product. If you are not the intended recipient, please (1) notify me immediately by replying to this message or calling 818-269-5917, (2) do not use, disseminate, distribute or reproduce any part of the message or any attachment, and (3) destroy all copies of this message and attachments. A copy of our privacy notice can be obtained at our Privacy Policy website.

---

**From:** Rick Carrasco <rick@nia.law>
**Sent:** Thursday, January 30, 2025 9:09 AM
**To:** Anthony Pastor <anthony@nia.law>; Deishaly Morales <deishaly@nia.law>; Giuliana Delgado <giuliana@nia.law>; Gonzalez, Tim <Timothy.Gonzalez01@libertymutual.com>; Williams, Quintaurus <Quintaurus.Williams@libertymutual.com>; Krastev, Daniel V <Daniel.Krastev@libertymutual.com>
**Subject:** {EXTERNAL} Lee Ho's DTPA Notice Letter with Damage Estimate; Lee Ho Village Townhome Association; Claim Number: 24210427; Policy Number: BKS662011092; DOL: July 8, 2024 / Hurricane; Underwriting Co. Ohio Security Insurance Company; Loss Loc: 9400 Bella...

1/30/2025

Quintaurus.Williams@libertymutual.com
Timothy.Gonzalez01@LibertyMutual.com

Quintaurus Williams                         Liberty Mutual Ins Co
Sr. Property Adjuster                        Timothy Gonzalez

OSIC_LEE HO_000259

Daniel.Krastev@libertymutual.com
Daniel Krastev

Re:    Insured:           Lee Ho Village Townhome Association
       Claim Number:   24210427
       Policy Number:    BKS662011092
       DOL:              July 8, 2024 / Hurricane
       Underwriting Co.  Ohio Security Insurance Company
       Loss Loc:         9400 Bellaire Blvd., Houston, TX 77036

Dear Gentlemen:

Attached hereto please find Lee Ho's DTPA Notice Letter with Damage Estimate.

Sincerely,
--
**Rick Carrasco, Esq.**
National Insurance Advocates, P.L.L.C.
Email: rick@nia.law
Mobile: (409) 893-7098

OSIC_LEE HO_000260

## Restore Zone

Restore Zone
700 N St Mary St
San Antonio TX 78205

Insured:     Apartment Complex
Property:     9400 Bellaire Boulevard
            Houston, TX 77036

**Claim Number:** TBD        **Policy Number:** TBD        **Type of Loss:** TBD

Date of Loss:                                   Date Received:
Date Inspected:                              Date Entered:     8/7/2024 11:11 AM

Price List:     TXHO8X_AUG24
                 Restoration/Service/Remodel
Estimate:     APARTMENT-COMPLEX-CI

OSIC_LEE HO_000261

## Restore Zone

Restore Zone
700 N St Mary St
San Antonio TX 78205

### APARTMENT-COMPLEX-CI

### Shingle Roof

### Shingle Roof1



|  | | |
|---|---|---|
| 11,154.89 Surface Area | | 111.55 Number of Squares |
| 510.67 Total Perimeter Length | | 183.33 Total Ridge Length |
| 363.71 Total Hip Length | | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 1. Remove Additional charge for high roof (2 stories or greater) | 111.55 SQ | 7.39 | 0.00 | 0.00 | 164.88 | 989.23 |
| 2. Additional charge for high roof (2 stories or greater) | 111.55 SQ | 0.00 | 29.26 | 0.00 | 652.80 | 3,916.75 |
| 3. Remove Laminated - Premium grd - comp. shingle rfg. - w/ felt | 111.55 SQ | 74.03 | 0.00 | 0.00 | 1,651.62 | 9,909.67 |
| 4. R&R Hip / Ridge cap - Standard profile - composition shingles | 547.05 LF | 3.69 | 7.11 | 113.28 | 1,204.28 | 7,225.70 |
| 5. R&R Continuous ridge vent - shingle-over style | 183.33 LF | 1.11 | 11.63 | 70.78 | 481.28 | 2,887.69 |
| 6. R&R Valley metal - (W) profile | 337.56 LF | 0.77 | 7.25 | 92.46 | 559.94 | 3,359.63 |
| 7. R&R Drip edge/gutter apron | 510.67 LF | 0.43 | 3.03 | 53.51 | 364.08 | 2,184.51 |
| 8. Re-nailing of roof sheathing - complete re-nail | 11,154.89 SF | 0.00 | 0.42 | 9.20 | 938.86 | 5,633.11 |
| 9. Roofing felt - synthetic und. - double coverage/low slope | 111.55 SQ | 0.00 | 119.78 | 331.49 | 2,738.60 | 16,431.55 |
| 10. Water barrier joint taping - Mod. bitumen - 4" seam tape | 11,154.89 SF | 0.00 | 0.46 | 64.42 | 1,039.14 | 6,234.81 |
| 11. Asphalt starter - universal starter course | 1,620.00 LF | 0.00 | 3.09 | 69.50 | 1,015.06 | 6,090.36 |
| 12. Apply roofing sealant/cement - per LF | 1,620.00 LF | 0.00 | 1.05 | 36.09 | 347.42 | 2,084.51 |
| 13. Laminated - Premium grd - comp. shingle rfg. - w/ felt | 111.75 SQ | 0.00 | 407.79 | 1,726.33 | 9,459.36 | 56,756.22 |
| 14. Digital satellite system - Detach & reset | 7.00 EA | 0.00 | 121.41 | 0.00 | 169.98 | 1,019.85 |
| 15. Digital satellite system - alignment and calibration only | 7.00 EA | 0.00 | 364.24 | 0.00 | 509.94 | 3,059.62 |
| 16. R&R Flashing - pipe jack - lead | 5.00 EA | 32.07 | 108.86 | 19.21 | 144.78 | 868.64 |
| 17. R&R Roof vent - turtle type - Metal | 8.00 EA | 11.87 | 78.19 | 15.81 | 147.26 | 883.55 |
| 18. R&R Exhaust cap - through roof - up to 4" | 8.00 EA | 11.87 | 106.00 | 26.27 | 193.86 | 1,163.09 |
| 19. Prime & paint roof jack | 5.00 EA | 0.00 | 46.90 | 3.21 | 47.54 | 285.25 |

OSIC_LEE HO_000262

## Restore Zone

Restore Zone
700 N St Mary St
San Antonio TX 78205

**CONTINUED - Shingle Roof1**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 20.  Apply mastic around vent pipes to repair leakage | 21.00 EA | 0.00 | 47.04 | 1.49 | 197.86 | 1,187.19 |
| 21.  Step flashing | 60.00 LF | 0.00 | 16.74 | 9.75 | 202.84 | 1,216.99 |
| 22.  R&R Flashing, 20" wide | 90.00 LF | 2.67 | 7.16 | 17.15 | 180.38 | 1,082.23 |
| *Roof General* | | | | | | |
| 23.  Commercial Supervision / Project Management - per hour | 2,500.00 HR | 0.00 | 92.68 | 0.00 | 46,340.00 | 278,040.00 |
| *Includes but not limited to: Administrative/ labor hours for supervisor on site to meet City inspector for the following. Tear-off &sheathing, Roof decking nail, Dry-in Inspection, In progress Inspection and Final Roof Inspection* | | | | | | |
| 24.  Dumpster load - Approx. 40 yards, 7-8 tons of debris | 15.00 EA | 1,211.00 | 0.00 | 0.00 | 3,633.00 | 21,798.00 |
| 25.  Taxes, insurance, permits & fees (Bid Item) | 1.00 EA | 0.00 | 650.00 | 0.00 | 130.00 | 780.00 |
| *Permits runner and processing expediter.* | | | | | | |
| 26.  Material Only Sheathing - plywood - 1/2" CDX | 3,840.00 SF | 0.00 | 1.12 | 323.14 | 924.78 | 5,548.72 |
| *Four sheets installed beneath each dumpster to prevent damage to the driveway.* | | | | | | |
| 27.  Permits & Fees (Agreed Price) | 1.00 EA | 0.00 | 1,650.00 | 0.00 | 330.00 | 1,980.00 |
| *To cover the costs of permits, permit expeditors, labor to be on site for multiple inspections by the building department, etc.* | | | | | | |
| 28.  General clean - up | 4,500.00 HR | 0.00 | 61.17 | 27,255.31 | 55,053.74 | 357,574.05 |
| 29.  Boom truck and operator - 20 ton | 1,600.00 HR | 0.00 | 116.60 | 0.00 | 37,312.00 | 223,872.00 |
| 30.  Dump truck and operator - 10 ton | 1,500.00 HR | 0.00 | 121.01 | 0.00 | 36,303.00 | 217,818.00 |
| 31.  Equipment Operator - per hour | 3,005.00 HR | 0.00 | 92.80 | 0.00 | 55,772.80 | 334,636.80 |
| 32.  Delivery charge (Bid Item) | 6.00 EA | 0.00 | 550.00 | 0.00 | 660.00 | 3,960.00 |
| *Delivery fee for each trade* | | | | | | |
| Totals:  Shingle Roof1 | | | | 30,238.40 | 258,871.08 | 1,580,477.72 |

## Shingle Roof 2



| | | |
|---|---|---|
| 11,154.88  Surface Area | | 111.55  Number of Squares |
| 510.67  Total Perimeter Length | | 183.33  Total Ridge Length |
| 363.71  Total Hip Length | | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 33.  Remove Additional charge for high roof (2 stories or greater) | 111.55 SQ | 7.39 | 0.00 | 0.00 | 164.88 | 989.23 |

APARTMENT-COMPLEX-CI

8/7/2024          Page: 3

OSIC_LEE HO_000263

## Restore Zone

Restore Zone
700 N St Mary St
San Antonio TX 78205

### CONTINUED - Shingle Roof 2

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 34. Additional charge for high roof (2 stories or greater) | 111.55 SQ | 0.00 | 29.26 | 0.00 | 652.80 | 3,916.75 |
| 35. Remove Laminated - Premium grd - comp. shingle rfg. - w/ felt | 111.55 SQ | 74.03 | 0.00 | 0.00 | 1,651.62 | 9,909.67 |
| 36. R&R Hip / Ridge cap - Standard profile - composition shingles | 547.05 LF | 3.69 | 7.11 | 113.28 | 1,204.28 | 7,225.70 |
| 37. R&R Continuous ridge vent - shingle-over style | 183.33 LF | 1.11 | 11.63 | 70.78 | 481.28 | 2,887.69 |
| 38. R&R Valley metal - (W) profile | 337.56 LF | 0.77 | 7.25 | 92.46 | 559.94 | 3,359.63 |
| 39. R&R Drip edge/gutter apron | 510.67 LF | 0.43 | 3.03 | 53.51 | 364.08 | 2,184.51 |
| 40. Re-nailing of roof sheathing - complete re-nail | 11,154.88 SF | 0.00 | 0.42 | 9.20 | 938.86 | 5,633.11 |

*Florida Building Code Section R905.2.1 Sheathing Requirements:*
*Asphalt shingles shall be fastened to solidly sheathed decks.*

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 41. Roofing felt - synthetic und. - double coverage/low slope | 111.55 SQ | 0.00 | 119.78 | 331.49 | 2,738.60 | 16,431.55 |
| 42. Water barrier joint taping - Mod. bitumen - 4" seam tape | 11,154.88 SF | 0.00 | 0.46 | 64.42 | 1,039.12 | 6,234.78 |
| 43. Asphalt starter - universal starter course | 1,620.00 LF | 0.00 | 3.09 | 69.50 | 1,015.06 | 6,090.36 |
| 44. Apply roofing sealant/cement - per LF | 1,620.00 LF | 0.00 | 1.05 | 36.09 | 347.42 | 2,084.51 |
| 45. Laminated - Premium grd - comp. shingle rfg. - w/ felt | 111.75 SQ | 0.00 | 407.79 | 1,726.33 | 9,459.36 | 56,756.22 |
| 46. Digital satellite system - Detach & reset | 7.00 EA | 0.00 | 121.41 | 0.00 | 169.98 | 1,019.85 |
| 47. Digital satellite system - alignment and calibration only | 7.00 EA | 0.00 | 364.24 | 0.00 | 509.94 | 3,059.62 |
| 48. R&R Flashing - pipe jack - lead | 5.00 EA | 32.07 | 108.86 | 19.21 | 144.78 | 868.64 |
| 49. R&R Roof vent - turtle type - Metal | 8.00 EA | 11.87 | 78.19 | 15.81 | 147.26 | 883.55 |
| 50. R&R Exhaust cap - through roof - up to 4" | 8.00 EA | 11.87 | 106.00 | 26.27 | 193.86 | 1,163.09 |
| 51. Prime & paint roof jack | 5.00 EA | 0.00 | 46.90 | 3.21 | 47.54 | 285.25 |
| 52. Apply mastic around vent pipes to repair leakage | 21.00 EA | 0.00 | 47.04 | 1.49 | 197.86 | 1,187.19 |
| 53. Step flashing | 60.00 LF | 0.00 | 16.74 | 9.75 | 202.84 | 1,216.99 |
| 54. R&R Flashing, 20" wide | 90.00 LF | 2.67 | 7.16 | 17.15 | 180.38 | 1,082.23 |
| 55. Commercial Supervision / Project Management - per hour | 2,500.00 HR | 0.00 | 92.68 | 0.00 | 46,340.00 | 278,040.00 |

*Includes but not limited to: Administrative/ labor hours for supervisor on site to meet City inspector for the following. Tear-off &sheathing, Roof decking nail, Dry-in Inspection, In progress Inspection and Final Roof Inspection*

*Roof General*

APARTMENT-COMPLEX-CI                                      8/7/2024        Page: 4

OSIC_LEE HO_000264

## Restore Zone

Restore Zone
700 N St Mary St
San Antonio TX 78205

### CONTINUED - Shingle Roof 2

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 56. Dumpster load - Approx. 40 yards, 7-8 tons of debris | 15.00 EA | 1,211.00 | 0.00 | 0.00 | 3,633.00 | 21,798.00 |
| 57. Taxes, insurance, permits & fees (Bid Item) | 1.00 EA | 0.00 | 650.00 | 0.00 | 130.00 | 780.00 |
| *Permits runner and processing expediter.* | | | | | | |
| 58. Material Only Sheathing - plywood - 1/2" CDX | 3,840.00 SF | 0.00 | 1.12 | 323.14 | 924.78 | 5,548.72 |
| *Four sheets installed beneath each dumpster to prevent damage to the driveway.* | | | | | | |
| 59. Permits & Fees (Agreed Price) | 1.00 EA | 0.00 | 1,650.00 | 0.00 | 330.00 | 1,980.00 |
| *To cover the costs of permits, permit expeditors, labor to be on site for multiple inspections by the building department, etc.* | | | | | | |
| 60. General clean - up | 4,500.00 HR | 0.00 | 61.17 | 27,255.31 | 55,053.74 | 357,574.05 |
| 61. Boom truck and operator - 20 ton | 1,600.00 HR | 0.00 | 116.60 | 0.00 | 37,312.00 | 223,872.00 |
| 62. Dump truck and operator - 10 ton | 1,500.00 HR | 0.00 | 121.01 | 0.00 | 36,303.00 | 217,818.00 |
| 63. Equipment Operator - per hour | 3,005.00 HR | 0.00 | 92.80 | 0.00 | 55,772.80 | 334,636.80 |
| 64. Delivery charge (Bid Item) | 6.00 EA | 0.00 | 550.00 | 0.00 | 660.00 | 3,960.00 |
| *Delivery fee for each trade* | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Totals: Shingle Roof 2 | | | | 30,238.40 | 258,871.06 | 1,580,477.69 |

### Shingle Roof3



| | | | |
|---|---|---|---|
| 11,154.88 | Surface Area | 111.55 | Number of Squares |
| 510.67 | Total Perimeter Length | 183.33 | Total Ridge Length |
| 363.71 | Total Hip Length | | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 65. Remove Additional charge for high roof (2 stories or greater) | 111.55 SQ | 7.39 | 0.00 | 0.00 | 164.88 | 989.23 |
| 66. Additional charge for high roof (2 stories or greater) | 111.55 SQ | 0.00 | 29.26 | 0.00 | 652.80 | 3,916.75 |
| 67. Remove Laminated - Premium grd - comp. shingle rfg. - w/ felt | 111.55 SQ | 74.03 | 0.00 | 0.00 | 1,651.62 | 9,909.67 |
| 68. R&R Hip / Ridge cap - Standard profile - composition shingles | 547.05 LF | 3.69 | 7.11 | 113.28 | 1,204.28 | 7,225.70 |
| 69. R&R Continuous ridge vent - shingle-over style | 183.33 LF | 1.11 | 11.63 | 70.78 | 481.28 | 2,887.69 |
| 70. R&R Valley metal - (W) profile | 337.56 LF | 0.77 | 7.25 | 92.46 | 559.94 | 3,359.63 |
| 71. R&R Drip edge/gutter apron | 510.67 LF | 0.43 | 3.03 | 53.51 | 364.08 | 2,184.51 |

APARTMENT-COMPLEX-CI

OSIC_LEE HO_000265

## Restore Zone

Restore Zone
700 N St Mary St
San Antonio TX 78205

**CONTINUED - Shingle Roof3**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 72.  Re-nailing of roof sheathing - complete re-nail | 11,154. SF 88 | 0.00 | 0.42 | 9.20 | 938.86 | 5,633.11 |

*Florida Building Code Section R905.2.1 Sheathing Requirements:*
*Asphalt shingles shall be fastened to solidly sheathed decks.*

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 73.  Roofing felt - synthetic und. - double coverage/low slope | 111.55 SQ | 0.00 | 119.78 | 331.49 | 2,738.60 | 16,431.55 |
| 74.  Water barrier joint taping - Mod. bitumen - 4" seam tape | 11,154. SF 88 | 0.00 | 0.46 | 64.42 | 1,039.12 | 6,234.78 |
| 75.  Asphalt starter - universal starter course | 1,620.00 LF | 0.00 | 3.09 | 69.50 | 1,015.06 | 6,090.36 |
| 76.  Apply roofing sealant/cement - per LF | 1,620.00 LF | 0.00 | 1.05 | 36.09 | 347.42 | 2,084.51 |
| 77.  Laminated - Premium grd - comp. shingle rfg. - w/ felt | 111.75 SQ | 0.00 | 407.79 | 1,726.33 | 9,459.36 | 56,756.22 |
| 78.  Digital satellite system - Detach & reset | 7.00 EA | 0.00 | 121.41 | 0.00 | 169.98 | 1,019.85 |
| 79.  Digital satellite system - alignment and calibration only | 7.00 EA | 0.00 | 364.24 | 0.00 | 509.94 | 3,059.62 |
| 80.  R&R Flashing - pipe jack - lead | 5.00 EA | 32.07 | 108.86 | 19.21 | 144.78 | 868.64 |
| 81.  R&R Roof vent - turtle type - Metal | 8.00 EA | 11.87 | 78.19 | 15.81 | 147.26 | 883.55 |
| 82.  R&R Exhaust cap - through roof - up to 4" | 8.00 EA | 11.87 | 106.00 | 26.27 | 193.86 | 1,163.09 |
| 83.  Prime & paint roof jack | 5.00 EA | 0.00 | 46.90 | 3.21 | 47.54 | 285.25 |
| 84.  Apply mastic around vent pipes to repair leakage | 21.00 EA | 0.00 | 47.04 | 1.49 | 197.86 | 1,187.19 |
| 85.  Step flashing | 60.00 LF | 0.00 | 16.74 | 9.75 | 202.84 | 1,216.99 |
| 86.  R&R Flashing, 20" wide | 90.00 LF | 2.67 | 7.16 | 17.15 | 180.38 | 1,082.23 |

*Roof General*

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 87.  Commercial Supervision / Project Management - per hour | 2,500.00 HR | 0.00 | 92.68 | 0.00 | 46,340.00 | 278,040.00 |

*Includes but not limited to: Administrative/ labor hours for supervisor on site to meet City inspector for the following. Tear-off &sheathing, Roof decking nail, Dry-in Inspection, In progress Inspection and Final Roof Inspection*

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 88.  Dumpster load - Approx. 40 yards, 7-8 tons of debris | 15.00 EA | 1,211.00 | 0.00 | 0.00 | 3,633.00 | 21,798.00 |
| 89.  Taxes, insurance, permits & fees (Bid Item) | 1.00 EA | 0.00 | 650.00 | 0.00 | 130.00 | 780.00 |

*Permits runner and processing expediter.*

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 90.  Material Only Sheathing - plywood - 1/2" CDX | 3,840.00 SF | 0.00 | 1.12 | 323.14 | 924.78 | 5,548.72 |

*Four sheets installed beneath each dumpster to prevent damage to the driveway.*

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 91.  Permits & Fees (Agreed Price) | 1.00 EA | 0.00 | 1,650.00 | 0.00 | 330.00 | 1,980.00 |

*To cover the costs of permits, permit expeditors, labor to be on site for multiple inspections by the building department, etc.*

APARTMENT-COMPLEX-CI

8/7/2024          Page: 6

OSIC_LEE HO_000266

## Restore Zone

Restore Zone
700 N St Mary St
San Antonio TX 78205

### CONTINUED - Shingle Roof3

| DESCRIPTION | QTY | | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 92.  General clean - up | 4,500.00 | HR | 0.00 | 61.17 | 27,255.31 | 55,053.74 | 357,574.05 |
| 93.  Boom truck and operator - 20 ton | 1,600.00 | HR | 0.00 | 116.60 | 0.00 | 37,312.00 | 223,872.00 |
| 94.  Dump truck and operator - 10 ton | 1,500.00 | HR | 0.00 | 121.01 | 0.00 | 36,303.00 | 217,818.00 |
| 95.  Equipment Operator - per hour | 3,005.00 | HR | 0.00 | 92.80 | 0.00 | 55,772.80 | 334,636.80 |
| 96.  Delivery charge (Bid Item) | 6.00 | EA | 0.00 | 550.00 | 0.00 | 660.00 | 3,960.00 |

*Delivery fee for each trade*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Totals:  Shingle Roof3 | | | | | 30,238.40 | 258,871.06 | 1,580,477.69 |

### Shingle Roof4



| | | | |
|---|---|---|---|
| 11,154.88 | Surface Area | 111.55 | Number of Squares |
| 510.67 | Total Perimeter Length | 183.33 | Total Ridge Length |
| 363.71 | Total Hip Length | | |

| DESCRIPTION | QTY | | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 97.  Remove Additional charge for high roof (2 stories or greater) | 111.55 | SQ | 7.39 | 0.00 | 0.00 | 164.88 | 989.23 |
| 98.  Additional charge for high roof (2 stories or greater) | 111.55 | SQ | 0.00 | 29.26 | 0.00 | 652.80 | 3,916.75 |
| 99.  Remove Laminated - Premium grd - comp. shingle rfg. - w/ felt | 111.55 | SQ | 74.03 | 0.00 | 0.00 | 1,651.62 | 9,909.67 |
| 100.  R&R Hip / Ridge cap - Standard profile - composition shingles | 547.05 | LF | 3.69 | 7.11 | 113.28 | 1,204.28 | 7,225.70 |
| 101.  R&R Continuous ridge vent - shingle-over style | 183.33 | LF | 1.11 | 11.63 | 70.78 | 481.28 | 2,887.69 |
| 102.  R&R Valley metal - (W) profile | 337.56 | LF | 0.77 | 7.25 | 92.46 | 559.94 | 3,359.63 |
| 103.  R&R Drip edge/gutter apron | 510.67 | LF | 0.43 | 3.03 | 53.51 | 364.08 | 2,184.51 |
| 104.  Re-nailing of roof sheathing - complete re-nail | 11,154.88 | SF | 0.00 | 0.42 | 9.20 | 938.86 | 5,633.11 |

*Florida Building Code Section R905.2.1 Sheathing Requirements:*
*Asphalt shingles shall be fastened to solidly sheathed decks.*

| DESCRIPTION | QTY | | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|---|
| 105.  Roofing felt - synthetic und. - double coverage/low slope | 111.55 | SQ | 0.00 | 119.78 | 331.49 | 2,738.60 | 16,431.55 |
| 106.  Water barrier joint taping - Mod. bitumen - 4" seam tape | 11,154.88 | SF | 0.00 | 0.46 | 64.42 | 1,039.12 | 6,234.78 |
| 107.  Asphalt starter - universal starter course | 1,620.00 | LF | 0.00 | 3.09 | 69.50 | 1,015.06 | 6,090.36 |
| 108.  Apply roofing sealant/cement - per LF | 1,620.00 | LF | 0.00 | 1.05 | 36.09 | 347.42 | 2,084.51 |

APARTMENT-COMPLEX-CI

8/7/2024       Page: 7

OSIC_LEE HO_000267

## Restore Zone

Restore Zone
700 N St Mary St
San Antonio TX 78205

**CONTINUED - Shingle Roof4**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 109. Laminated - Premium grd - comp. shingle rfg. - w/ felt | 111.75 SQ | 0.00 | 407.79 | 1,726.33 | 9,459.36 | 56,756.22 |
| 110. Digital satellite system - Detach & reset | 7.00 EA | 0.00 | 121.41 | 0.00 | 169.98 | 1,019.85 |
| 111. Digital satellite system - alignment and calibration only | 7.00 EA | 0.00 | 364.24 | 0.00 | 509.94 | 3,059.62 |
| 112. R&R Flashing - pipe jack - lead | 5.00 EA | 32.07 | 108.86 | 19.21 | 144.78 | 868.64 |
| 113. R&R Roof vent - turtle type - Metal | 8.00 EA | 11.87 | 78.19 | 15.81 | 147.26 | 883.55 |
| 114. R&R Exhaust cap - through roof - up to 4" | 8.00 EA | 11.87 | 106.00 | 26.27 | 193.86 | 1,163.09 |
| 115. Prime & paint roof jack | 5.00 EA | 0.00 | 46.90 | 3.21 | 47.54 | 285.25 |
| 116. Apply mastic around vent pipes to repair leakage | 21.00 EA | 0.00 | 47.04 | 1.49 | 197.86 | 1,187.19 |
| 117. Step flashing | 60.00 LF | 0.00 | 16.74 | 9.75 | 202.84 | 1,216.99 |
| 118. R&R Flashing, 20" wide | 90.00 LF | 2.67 | 7.16 | 17.15 | 180.38 | 1,082.23 |

*Roof General*

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 119. Commercial Supervision / Project Management - per hour | 2,500.00 HR | 0.00 | 92.68 | 0.00 | 46,340.00 | 278,040.00 |

*Includes but not limited to: Administrative/ labor hours for supervisor on site to meet City inspector for the following. Tear-off &sheathing, Roof decking nail, Dry-in Inspection, In progress Inspection and Final Roof Inspection*

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 120. Dumpster load - Approx. 40 yards, 7-8 tons of debris | 15.00 EA | 1,211.00 | 0.00 | 0.00 | 3,633.00 | 21,798.00 |
| 121. Taxes, insurance, permits & fees (Bid Item) | 1.00 EA | 0.00 | 650.00 | 0.00 | 130.00 | 780.00 |

*Permits runner and processing expediter.*

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 122. Material Only Sheathing - plywood - 1/2" CDX | 3,840.00 SF | 0.00 | 1.12 | 323.14 | 924.78 | 5,548.72 |

*Four sheets installed beneath each dumpster to prevent damage to the driveway.*

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 123. Permits & Fees (Agreed Price) | 1.00 EA | 0.00 | 1,650.00 | 0.00 | 330.00 | 1,980.00 |

*To cover the costs of permits, permit expeditors, labor to be on site for multiple inspections by the building department, etc.*

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 124. General clean - up | 4,500.00 HR | 0.00 | 61.17 | 27,255.31 | 55,053.74 | 357,574.05 |
| 125. Boom truck and operator - 20 ton | 1,600.00 HR | 0.00 | 116.60 | 0.00 | 37,312.00 | 223,872.00 |
| 126. Dump truck and operator - 10 ton | 1,500.00 HR | 0.00 | 121.01 | 0.00 | 36,303.00 | 217,818.00 |
| 127. Equipment Operator - per hour | 3,005.00 HR | 0.00 | 92.80 | 0.00 | 55,772.80 | 334,636.80 |
| 128. Delivery charge (Bid Item) | 6.00 EA | 0.00 | 550.00 | 0.00 | 660.00 | 3,960.00 |

*Delivery fee for each trade*

| | | | | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| Totals: Shingle Roof4 | | | | 30,238.40 | 258,871.06 | 1,580,477.69 |

APARTMENT-COMPLEX-CI

8/7/2024    Page: 8

OSIC_LEE HO_000268

## Restore Zone

Restore Zone
700 N St Mary St
San Antonio TX 78205



### Shingle Roof5

| | |
|---|---|
| 9,536.99 Surface Area | 95.37 Number of Squares |
| 442.29 Total Perimeter Length | 145.88 Total Ridge Length |
| 341.86 Total Hip Length | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 129. Remove Additional charge for high roof (2 stories or greater) | 95.37 SQ | 7.39 | 0.00 | 0.00 | 140.96 | 845.74 |
| 130. Additional charge for high roof (2 stories or greater) | 95.37 SQ | 0.00 | 29.26 | 0.00 | 558.10 | 3,348.63 |
| 131. Remove Laminated - Premium grd - comp. shingle rfg. - w/ felt | 95.37 SQ | 74.03 | 0.00 | 0.00 | 1,412.04 | 8,472.28 |
| 132. R&R Hip / Ridge cap - Standard profile - composition shingles | 487.74 LF | 3.69 | 7.11 | 101.00 | 1,073.72 | 6,442.31 |
| 133. R&R Continuous ridge vent - shingle-over style | 145.88 LF | 1.11 | 11.63 | 56.32 | 382.96 | 2,297.79 |
| 134. R&R Valley metal - (W) profile | 304.45 LF | 0.77 | 7.25 | 83.39 | 505.02 | 3,030.10 |
| 135. R&R Drip edge/gutter apron | 442.29 LF | 0.43 | 3.03 | 46.34 | 315.32 | 1,891.98 |
| 136. Re-nailing of roof sheathing - complete re-nail | 9,536.99 SF | 0.00 | 0.42 | 7.87 | 802.68 | 4,816.09 |

*Florida Building Code Section R905.2.1 Sheathing Requirements:*
*Asphalt shingles shall be fastened to solidly sheathed decks.*

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 137. Roofing felt - synthetic und. - double coverage/low slope | 95.37 SQ | 0.00 | 119.78 | 283.41 | 2,341.36 | 14,048.19 |
| 138. Water barrier joint taping - Mod. bitumen - 4" seam tape | 9,536.99 SF | 0.00 | 0.46 | 55.08 | 888.42 | 5,330.52 |
| 139. Asphalt starter - universal starter course | 1,620.00 LF | 0.00 | 3.09 | 69.50 | 1,015.06 | 6,090.36 |
| 140. Apply roofing sealant/cement - per LF | 1,620.00 LF | 0.00 | 1.05 | 36.09 | 347.42 | 2,084.51 |
| 141. Laminated - Premium grd - comp. shingle rfg. - w/ felt | 95.50 SQ | 0.00 | 407.79 | 1,475.30 | 8,083.86 | 48,503.11 |
| 142. Digital satellite system - Detach & reset | 7.00 EA | 0.00 | 121.41 | 0.00 | 169.98 | 1,019.85 |
| 143. Digital satellite system - alignment and calibration only | 7.00 EA | 0.00 | 364.24 | 0.00 | 509.94 | 3,059.62 |
| 144. R&R Flashing - pipe jack - lead | 5.00 EA | 32.07 | 108.86 | 19.21 | 144.78 | 868.64 |
| 145. R&R Roof vent - turtle type - Metal | 8.00 EA | 11.87 | 78.19 | 15.81 | 147.26 | 883.55 |
| 146. R&R Exhaust cap - through roof - up to 4" | 8.00 EA | 11.87 | 106.00 | 26.27 | 193.86 | 1,163.09 |
| 147. Prime & paint roof jack | 5.00 EA | 0.00 | 46.90 | 3.21 | 47.54 | 285.25 |
| 148. Apply mastic around vent pipes to repair leakage | 21.00 EA | 0.00 | 47.04 | 1.49 | 197.86 | 1,187.19 |

OSIC_LEE HO_000269

## Restore Zone

Restore Zone
700 N St Mary St
San Antonio TX 78205

### CONTINUED - Shingle Roof5

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 149.  Step flashing | 50.00 LF | 0.00 | 16.74 | 8.13 | 169.02 | 1,014.15 |
| 150.  R&R Flashing, 20" wide | 80.00 LF | 2.67 | 7.16 | 15.25 | 160.34 | 961.99 |

*Roof General*

| | | | | | | |
|---|---|---|---|---|---|---|
| 151.  Commercial Supervision / Project Management - per hour | 2,300.00 HR | 0.00 | 92.68 | 0.00 | 42,632.80 | 255,796.80 |

*Includes but not limited to: Administrative/ labor hours for supervisor on site to meet City inspector for the following. Tear-off &sheathing, Roof decking nail, Dry-in Inspection, In progress Inspection and Final Roof Inspection*

| | | | | | | |
|---|---|---|---|---|---|---|
| 152.  Dumpster load - Approx. 40 yards, 7-8 tons of debris | 15.00 EA | 1,211.00 | 0.00 | 0.00 | 3,633.00 | 21,798.00 |
| 153.  Taxes, insurance, permits & fees (Bid Item) | 1.00 EA | 0.00 | 650.00 | 0.00 | 130.00 | 780.00 |

*Permits runner and processing expediter.*

| | | | | | | |
|---|---|---|---|---|---|---|
| 154.  Material Only Sheathing - plywood - 1/2" CDX | 3,840.00 SF | 0.00 | 1.12 | 323.14 | 924.78 | 5,548.72 |

*Four sheets installed beneath each dumpster to prevent damage to the driveway.*

| | | | | | | |
|---|---|---|---|---|---|---|
| 155.  Permits & Fees (Agreed Price) | 1.00 EA | 0.00 | 1,650.00 | 0.00 | 330.00 | 1,980.00 |

*To cover the costs of permits, permit expeditors, labor to be on site for multiple inspections by the building department, etc.*

| | | | | | | |
|---|---|---|---|---|---|---|
| 156.  General clean - up | 4,500.00 HR | 0.00 | 61.17 | 27,255.31 | 55,053.74 | 357,574.05 |
| 157.  Boom truck and operator - 20 ton | 1,600.00 HR | 0.00 | 116.60 | 0.00 | 37,312.00 | 223,872.00 |
| 158.  Dump truck and operator - 10 ton | 1,500.00 HR | 0.00 | 121.01 | 0.00 | 36,303.00 | 217,818.00 |
| 159.  Equipment Operator - per hour | 3,005.00 HR | 0.00 | 92.80 | 0.00 | 55,772.80 | 334,636.80 |
| 160.  Delivery charge (Bid Item) | 6.00 EA | 0.00 | 550.00 | 0.00 | 660.00 | 3,960.00 |

*Delivery fee for each trade*

| | | | | | | |
|---|---|---|---|---|---|---|
| Totals:  Shingle Roof5 | | | | 29,882.12 | 252,359.62 | 1,541,409.31 |

### Shingle Roof6



| | | | |
|---|---|---|---|
| 9,719.30 | Surface Area | 97.19 | Number of Squares |
| 478.83 | Total Perimeter Length | 154.92 | Total Ridge Length |
| 371.22 | Total Hip Length | | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 161.  Remove Additional charge for high roof (2 stories or greater) | 97.19 SQ | 7.39 | 0.00 | 0.00 | 143.64 | 861.87 |
| 162.  Additional charge for high roof (2 stories or greater) | 97.19 SQ | 0.00 | 29.26 | 0.00 | 568.76 | 3,412.54 |

APARTMENT-COMPLEX-CI

8/7/2024        Page: 10

OSIC_LEE HO_000270

## Restore Zone

Restore Zone
700 N St Mary St
San Antonio TX 78205

**CONTINUED - Shingle Roof6**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 163. Remove Laminated - Premium grd - comp. shingle rfg. - w/ felt | 97.19 SQ | 74.03 | 0.00 | 0.00 | 1,439.00 | 8,633.98 |
| 164. R&R Hip / Ridge cap - Standard profile - composition shingles | 526.14 LF | 3.69 | 7.11 | 108.95 | 1,158.28 | 6,949.55 |
| 165. R&R Continuous ridge vent - shingle-over style | 154.92 LF | 1.11 | 11.63 | 59.81 | 406.70 | 2,440.19 |
| 166. R&R Valley metal - (W) profile | 329.08 LF | 0.77 | 7.25 | 90.14 | 545.86 | 3,275.22 |
| 167. R&R Drip edge/gutter apron | 478.83 LF | 0.43 | 3.03 | 50.17 | 341.40 | 2,048.32 |
| 168. Re-nailing of roof sheathing - complete re-nail | 9,719.30 SF | 0.00 | 0.42 | 8.02 | 818.02 | 4,908.15 |

*Florida Building Code Section R905.2.1 Sheathing Requirements: Asphalt shingles shall be fastened to solidly sheathed decks.*

| | | | | | | |
|---|---|---|---|---|---|---|
| 169. Roofing felt - synthetic und. - double coverage/low slope | 97.19 SQ | 0.00 | 119.78 | 288.81 | 2,386.04 | 14,316.27 |
| 170. Water barrier joint taping - Mod. bitumen - 4" seam tape | 9,719.30 SF | 0.00 | 0.46 | 56.13 | 905.40 | 5,432.41 |
| 171. Asphalt starter - universal starter course | 1,620.00 LF | 0.00 | 3.09 | 69.50 | 1,015.06 | 6,090.36 |
| 172. Apply roofing sealant/cement - per LF | 1,620.00 LF | 0.00 | 1.05 | 36.09 | 347.42 | 2,084.51 |
| 173. Laminated - Premium grd - comp. shingle rfg. - w/ felt | 97.25 SQ | 0.00 | 407.79 | 1,502.33 | 8,231.98 | 49,391.89 |
| 174. Digital satellite system - Detach & reset | 4.00 EA | 0.00 | 121.41 | 0.00 | 97.12 | 582.76 |
| 175. Digital satellite system - alignment and calibration only | 4.00 EA | 0.00 | 364.24 | 0.00 | 291.40 | 1,748.36 |
| 176. R&R Flashing - pipe jack - lead | 5.00 EA | 32.07 | 108.86 | 19.21 | 144.78 | 868.64 |
| 177. R&R Roof vent - turtle type - Metal | 8.00 EA | 11.87 | 78.19 | 15.81 | 147.26 | 883.55 |
| 178. R&R Exhaust cap - through roof - up to 4" | 8.00 EA | 11.87 | 106.00 | 26.27 | 193.86 | 1,163.09 |
| 179. Prime & paint roof jack | 5.00 EA | 0.00 | 46.90 | 3.21 | 47.54 | 285.25 |
| 180. Apply mastic around vent pipes to repair leakage | 21.00 EA | 0.00 | 47.04 | 1.49 | 197.86 | 1,187.19 |
| 181. Step flashing | 50.00 LF | 0.00 | 16.74 | 8.13 | 169.02 | 1,014.15 |
| 182. R&R Flashing, 20" wide | 80.00 LF | 2.67 | 7.16 | 15.25 | 160.34 | 961.99 |

*Roof General*

| | | | | | | |
|---|---|---|---|---|---|---|
| 183. Commercial Supervision / Project Management - per hour | 2,300.00 HR | 0.00 | 92.68 | 0.00 | 42,632.80 | 255,796.80 |

*Includes but not limited to: Administrative/ labor hours for supervisor on site to meet City inspector for the following. Tear-off &sheathing, Roof decking nail, Dry-in Inspection, In progress Inspection and Final Roof Inspection*

| | | | | | | |
|---|---|---|---|---|---|---|
| 184. Dumpster load - Approx. 40 yards, 7-8 tons of debris | 15.00 EA | 1,211.00 | 0.00 | 0.00 | 3,633.00 | 21,798.00 |

APARTMENT-COMPLEX-CI

8/7/2024    Page: 11

OSIC_LEE HO_000271

## Restore Zone

Restore Zone
700 N St Mary St
San Antonio TX 78205

**CONTINUED - Shingle Roof6**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 185. Taxes, insurance, permits & fees (Bid Item) | 1.00 EA | 0.00 | 650.00 | 0.00 | 130.00 | 780.00 |

*Permits runner and processing expediter.*

| | | | | | | |
|---|---|---|---|---|---|---|
| 186. Material Only Sheathing - plywood - 1/2" CDX | 3,840.00 SF | 0.00 | 1.12 | 323.14 | 924.78 | 5,548.72 |

*Four sheets installed beneath each dumpster to prevent damage to the driveway.*

| | | | | | | |
|---|---|---|---|---|---|---|
| 187. Permits & Fees (Agreed Price) | 1.00 EA | 0.00 | 1,650.00 | 0.00 | 330.00 | 1,980.00 |

*To cover the costs of permits, permit expeditors, labor to be on site for multiple inspections by the building department, etc.*

| | | | | | | |
|---|---|---|---|---|---|---|
| 188. General clean - up | 4,500.00 HR | 0.00 | 61.17 | 27,255.31 | 55,053.74 | 357,574.05 |
| 189. Boom truck and operator - 20 ton | 1,600.00 HR | 0.00 | 116.60 | 0.00 | 37,312.00 | 223,872.00 |
| 190. Dump truck and operator - 10 ton | 1,500.00 HR | 0.00 | 121.01 | 0.00 | 36,303.00 | 217,818.00 |
| 191. Equipment Operator - per hour | 3,005.00 HR | 0.00 | 92.80 | 0.00 | 55,772.80 | 334,636.80 |
| 192. Delivery charge (Bid Item) | 6.00 EA | 0.00 | 550.00 | 0.00 | 660.00 | 3,960.00 |

*Delivery fee for each trade*

| | | | | | | |
|---|---|---|---|---|---|---|
| Totals: Shingle Roof6 | | | | 29,937.77 | 252,508.86 | 1,542,304.61 |
| Total: Shingle Roof | | | | **180,773.49** | **1,540,352.74** | **9,405,624.71** |

**Exterior SFG**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 193. Labor to set up and take down scaffold - per section | 35.00 EA | 0.00 | 39.49 | 0.00 | 276.44 | 1,658.59 |
| 194. Fall protection harness and lanyard (per week) | 35.00 WK | 0.00 | 24.20 | 0.00 | 169.40 | 1,016.40 |
| 195. Scaffold - per section (per week) | 30.00 WK | 0.00 | 66.47 | 0.00 | 398.82 | 2,392.92 |
| 196. Two ladders with jacks and plank (per week) | 30.00 WK | 0.00 | 439.89 | 0.00 | 2,639.34 | 15,836.04 |
| 197. R&R Soffit - fiber cement panel | 5,848.00 SF | 0.41 | 7.32 | 940.80 | 9,229.18 | 55,375.02 |
| 198. Prime & paint exterior soffit - wood | 5,848.00 SF | 0.00 | 2.81 | 246.05 | 3,335.80 | 20,014.73 |
| 199. R&R Fascia - 1" x 8" - #3 cedar | 2,924.00 LF | 0.44 | 11.50 | 943.21 | 7,171.16 | 43,026.93 |
| 200. Prime & paint exterior fascia - wood, 4"- 6" wide | 2,924.00 LF | 0.00 | 2.10 | 45.83 | 1,237.24 | 7,423.47 |
| 201. R&R Gutter / downspout - aluminum - 6" | 2,924.00 LF | 0.70 | 12.82 | 2,016.68 | 8,309.84 | 49,859.00 |
| 202. Prime & paint gutter / downspout | 2,924.00 LF | 0.00 | 2.04 | 69.96 | 1,207.00 | 7,241.92 |
| 203. R&R Flashing - kick-out diverter | 60.00 EA | 6.17 | 36.14 | 63.86 | 520.50 | 3,122.96 |

OSIC_LEE HO_000272

**Restore Zone**

Restore Zone
700 N St Mary St
San Antonio TX 78205

**CONTINUED - Exterior SFG**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| Totals: Exterior SFG | | | | 4,326.39 | 34,494.72 | 206,967.98 |

### Tarp

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 204.  Emergency service call - during business hours | 1.00 EA | 0.00 | 270.95 | 0.00 | 54.20 | 325.15 |
| 205.  Roofer - per hour | 30.00 HR | 0.00 | 263.21 | 0.00 | 1,579.26 | 9,475.56 |

Site Evaluation, Inspection, Preparation, and safety maintenance(min 2 roofer per roof to adhere to safety standards per CFR 1926.21

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 206.  Additional driving charge - per mile | 50.00 EA | 0.00 | 0.67 | 0.00 | 6.70 | 40.20 |
| 207.  Install Tarp - all-purpose poly - per sq ft (labor and material) | 63,688.00 SF | 0.00 | 0.79 | 0.00 | 10,062.70 | 60,376.22 |
| Totals: Tarp | | | | 0.00 | 11,702.86 | 70,217.13 |

### Shrink Wrap

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 208.  Install Shrink Wrap | 63,688.00 SF | 0.00 | 5.00 | 0.00 | 63,688.00 | 382,128.00 |
| Totals: Shrink Wrap | | | | 0.00 | 63,688.00 | 382,128.00 |

### Fencing

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 209.  R&R Wood gate 7'- 8' high - cedar or equal | 2,168.00 LF | 8.26 | 72.32 | 8,515.52 | 36,642.60 | 219,855.56 |
| 210.  Dumpster load - Approx. 40 yards, 7-8 tons of debris | 4.00 EA | 1,211.00 | 0.00 | 0.00 | 968.80 | 5,812.80 |
| Totals: Fencing | | | | 8,515.52 | 37,611.40 | 225,668.36 |
| **Line Item Totals: APARTMENT-COMPLEX-CI** | | | | **193,615.40** | **1,687,849.72** | **10,290,606.18** |

OSIC_LEE HO_000273

## Restore Zone

Restore Zone
700 N St Mary St
San Antonio TX 78205

**Grand Total Areas:**

| | | | | | |
|---|---|---|---|---|---|
| 0.00 | SF Walls | 0.00 | SF Ceiling | 0.00 | SF Walls and Ceiling |
| 0.00 | SF Floor | 0.00 | SY Flooring | 0.00 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 0.00 | LF Ceil. Perimeter |
| 0.00 | Floor Area | 0.00 | Total Area | 0.00 | Interior Wall Area |
| 0.00 | Exterior Wall Area | 0.00 | Exterior Perimeter of Walls | | |
| 63,875.84 | Surface Area | 638.76 | Number of Squares | 2,963.79 | Total Perimeter Length |
| 1,034.12 | Total Ridge Length | 2,167.94 | Total Hip Length | | |

| Coverage | Item Total | % | ACV Total | % |
|---|---|---|---|---|
| Dwelling | 10,070,750.62 | 97.86% | 10,070,750.62 | 97.86% |
| Other Structures | 219,855.56 | 2.14% | 219,855.56 | 2.14% |
| Contents | 0.00 | 0.00% | 0.00 | 0.00% |
| Total | 10,290,606.18 | 100.00% | 10,290,606.18 | 100.00% |

OSIC_LEE HO_000274

**Restore Zone**

Restore Zone
700 N St Mary St
San Antonio TX 78205

### Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 8,234,443.62 |
| Material Sales Tax | 21,568.02 |
| Cleaning Mtl Tax | 22.26 |
| Subtotal | 8,256,033.90 |
| Overhead | 825,603.56 |
| Profit | 825,603.56 |
| Cleaning Sales Tax | 163,509.60 |
| **Replacement Cost Value** | **$10,070,750.62** |
| **Net Claim** | **$10,070,750.62** |

APARTMENT-COMPLEX-CI                                    8/7/2024        Page: 15

OSIC_LEE HO_000275

**Restore Zone**

Restore Zone
700 N St Mary St
San Antonio TX 78205

## Summary for Other Structures

| | |
|---|---:|
| Line Item Total | 174,697.44 |
| Material Sales Tax | 8,515.52 |
| Subtotal | 183,212.96 |
| Overhead | 18,321.30 |
| Profit | 18,321.30 |
| **Replacement Cost Value** | **$219,855.56** |
| **Net Claim** | **$219,855.56** |

APARTMENT-COMPLEX-CI

OSIC_LEE HO_000276

## Restore Zone

Restore Zone
700 N St Mary St
San Antonio TX 78205

### Recap of Taxes, Overhead and Profit

| | Overhead (10%) | Profit (10%) | Material Sales Tax (8.25%) | Cleaning Mtl Tax (8.25%) | Cleaning Sales Tax (8.25%) | Manuf. Home Tax (5%) | Storage Rental Tax (8.25%) | Total Tax (8.25%) |
|---|---|---|---|---|---|---|---|---|
| **Line Items** | | | | | | | | |
| | 843,924.86 | 843,924.86 | 30,083.54 | 22.26 | 163,509.60 | 0.00 | 0.00 | 0.00 |
| **Total** | | | | | | | | |
| | **843,924.86** | **843,924.86** | **30,083.54** | **22.26** | **163,509.60** | **0.00** | **0.00** | **0.00** |

APARTMENT-COMPLEX-CI                                                    8/7/2024        Page: 17

OSIC_LEE HO_000277

**Restore Zone**

Restore Zone
700 N St Mary St
San Antonio TX 78205

## Recap by Room

**Estimate: APARTMENT-COMPLEX-CI**

**Area: Shingle Roof**

| | | | | |
|---|---|---|---|---|
| **Shingle Roof1** | | | **1,291,368.24** | **15.36%** |
| Coverage: Dwelling | 100.00% | = | 1,291,368.24 | |
| **Shingle Roof 2** | | | **1,291,368.23** | **15.36%** |
| Coverage: Dwelling | 100.00% | = | 1,291,368.23 | |
| **Shingle Roof3** | | | **1,291,368.23** | **15.36%** |
| Coverage: Dwelling | 100.00% | = | 1,291,368.23 | |
| **Shingle Roof4** | | | **1,291,368.23** | **15.36%** |
| Coverage: Dwelling | 100.00% | = | 1,291,368.23 | |
| **Shingle Roof5** | | | **1,259,167.57** | **14.97%** |
| Coverage: Dwelling | 100.00% | = | 1,259,167.57 | |
| **Shingle Roof6** | | | **1,259,857.98** | **14.98%** |
| Coverage: Dwelling | 100.00% | = | 1,259,857.98 | |
| **Area Subtotal:  Shingle Roof** | | | **7,684,498.48** | **91.38%** |
| Coverage: Dwelling | 100.00% | = | 7,684,498.48 | |
| **Exterior SFG** | | | **168,146.87** | **2.00%** |
| Coverage: Dwelling | 100.00% | = | 168,146.87 | |
| **Tarp** | | | **58,514.27** | **0.70%** |
| Coverage: Dwelling | 100.00% | = | 58,514.27 | |
| **Shrink Wrap** | | | **318,440.00** | **3.79%** |
| Coverage: Dwelling | 100.00% | = | 318,440.00 | |
| **Fencing** | | | **179,541.44** | **2.14%** |
| Coverage: Dwelling | 2.70% | = | 4,844.00 | |
| Coverage: Other Structures | 97.30% | = | 174,697.44 | |
| **Subtotal of Areas** | | | **8,409,141.06** | **100.00%** |
| Coverage: Dwelling | 97.92% | = | 8,234,443.62 | |
| Coverage: Other Structures | 2.08% | = | 174,697.44 | |
| **Total** | | | **8,409,141.06** | **100.00%** |

OSIC_LEE HO_000278

**Restore Zone**

Restore Zone
700 N St Mary St
San Antonio TX 78205

## Recap by Category

| O&P Items | | | | Total | % |
|---|---|---|---|---:|---:|
| **CLEANING** | | | | **1,651,590.00** | **16.05%** |
| Coverage: Dwelling | @ | 100.00% | = | 1,651,590.00 | |
| **GENERAL DEMOLITION** | | | | **209,106.26** | **2.03%** |
| Coverage: Dwelling | @ | 91.44% | = | 191,198.58 | |
| Coverage: Other Structures | @ | 8.56% | = | 17,907.68 | |
| **ELECTRICAL - SPECIAL SYSTEMS** | | | | **18,940.35** | **0.18%** |
| Coverage: Dwelling | @ | 100.00% | = | 18,940.35 | |
| **HEAVY EQUIPMENT** | | | | **3,881,634.00** | **37.72%** |
| Coverage: Dwelling | @ | 100.00% | = | 3,881,634.00 | |
| **PERMITS AND FEES** | | | | **33,633.50** | **0.33%** |
| Coverage: Dwelling | @ | 100.00% | = | 33,633.50 | |
| **FENCING** | | | | **156,789.76** | **1.52%** |
| Coverage: Other Structures | @ | 100.00% | = | 156,789.76 | |
| **LABOR ONLY** | | | | **1,353,128.00** | **13.15%** |
| Coverage: Dwelling | @ | 100.00% | = | 1,353,128.00 | |
| **PAINTING** | | | | **29,945.24** | **0.29%** |
| Coverage: Dwelling | @ | 100.00% | = | 29,945.24 | |
| **ROOFING** | | | | **574,010.49** | **5.58%** |
| Coverage: Dwelling | @ | 100.00% | = | 574,010.49 | |
| **SCAFFOLDING** | | | | **17,419.95** | **0.17%** |
| Coverage: Dwelling | @ | 100.00% | = | 17,419.95 | |
| **SOFFIT, FASCIA, & GUTTER** | | | | **113,919.04** | **1.11%** |
| Coverage: Dwelling | @ | 100.00% | = | 113,919.04 | |
| **TEMPORARY REPAIRS** | | | | **369,024.47** | **3.59%** |
| Coverage: Dwelling | @ | 100.00% | = | 369,024.47 | |
| **O&P Items Subtotal** | | | | **8,409,141.06** | **81.72%** |
| **Material Sales Tax** | | | | **30,083.54** | **0.29%** |
| Coverage: Dwelling | @ | 71.69% | = | 21,568.02 | |
| Coverage: Other Structures | @ | 28.31% | = | 8,515.52 | |
| **Cleaning Mtl Tax** | | | | **22.26** | **0.00%** |
| Coverage: Dwelling | @ | 100.00% | = | 22.26 | |
| **Overhead** | | | | **843,924.86** | **8.20%** |
| Coverage: Dwelling | @ | 97.83% | = | 825,603.56 | |
| Coverage: Other Structures | @ | 2.17% | = | 18,321.30 | |
| **Profit** | | | | **843,924.86** | **8.20%** |
| Coverage: Dwelling | @ | 97.83% | = | 825,603.56 | |
| Coverage: Other Structures | @ | 2.17% | = | 18,321.30 | |
| **Cleaning Sales Tax** | | | | **163,509.60** | **1.59%** |
| Coverage: Dwelling | @ | 100.00% | = | 163,509.60 | |
| **Total** | | | | **10,290,606.18** | **100.00%** |

APARTMENT-COMPLEX-CI                                     8/7/2024          Page: 19

OSIC_LEE HO_000279



Shingle Roof



January 31, 2025


Quintaurus.Williams@libertymutual.com          Timothy.Gonzalez01@LibertyMutual.com
Quintaurus Williams                             Liberty Mutual Ins Co
Sr. Property Adjuster                           Timothy Gonzalez


Daniel.Krastev@libertymutual.com
Daniel Krastev


Re:    Insured:          Lee Ho Village Townhome Association
       Claim Number:     24210427
       Policy Number:    BKS662011092
       DOL:          July 8, 2024   / Hurricane
       Underwriting Co.  Ohio Security Insurance Company
       Loss Loc:         9400 Bellaire Blvd., Houston, TX 77036


Dear Gentlemen:


Kindly take Notice that Lee Ho Vi9llage Townhome Association, (the "Client") has retained our firm to represent them as to matters identified herein.  This correspondence is sent to comply with the pre-suit notice requirements of Texas Insurance Code Ch. 541, 542 and 542A, the Texas Deceptive Trade Practices Act, and Texas Bus. and Com. Code Ch. 38, as well as any other statute requiring that pre-suit notice be provided. In doing so, we are informing you that, through your handling of our Clients' claim under the insurance policy, you committed several acts and/or omissions that were unfair, deceptive, and in violation of Texas Insurance Code Title 5 Subtitle C and the Texas Deceptive Trade Practices Act. This notice concerns the above listed Claim number, address, and Policy.

Florida - Texas - Colorado - Illinois -        **National Insurance Advocates, PLLC**          Nebraska - New Mexico - North
Iowa - Michigan - Minnesota -                   **Main Office**                                 Dakota - South Dakota -
Missouri -                                      5900 Balcones Drive #15930 Austin, TX 78731     Wisconsin
                                                PH: (786) 703-8810


                                                Service of Pleadings by Email:
                                                Service@nia.law

OSIC_LEE HO_000281



As you know from our Clients having previously notified you of the facts giving rise to the loss and from the claim having been properly and timely submitted to you, the insureds' premises suffered windstorm/hail damage as a result of the storm that went through the area of Houston, Texas during the policy period. You assigned this claim a date of loss of July 8, 2024.

To this date you have refused to pay the proper value of this claim and have failed to conduct a reasonable investigation of the claim. The insured property has extensive, open and obvious windstorm damage including, but not limited to, the roofs, vents, flashings, and interior damage. *See damage estimate attached.* Despite these damages being obvious to a trained professional handling the claim in good faith, your investigation failed to provide coverage for these damages either negligently or knowingly, with intent. As such, you failed to attempt in good faith to effectuate a prompt, fair, and equitable settlement of the claim when liability was clear, as required by Texas law.

Further, it was obvious that the property was damaged by severe weather conditions, but you failed to properly investigate the date of the occurrence and the weather conditions at and surrounding the property. Finally, although you have not tendered the amounts owed for proper repairs to the property, you failed to provide a detailed explanation of any conclusions found through your investigation, as to how and when the covered or non-covered damage was caused.

We request that you preserve all documents, correspondence, recordings, etc., that relate to this matter. Please do not dispose of any of this material, as we expect that it will be both discoverable and admissible in any litigation that may arise. Failure to preserve this material will result in a request for a spoliation instruction at any trial in this matter and may ultimately be considered by a court as an attempt to destroy evidence.

---

Florida - Texas - Colorado - Illinois -
Iowa - Michigan - Minnesota -
Missouri -

**National Insurance Advocates, PLLC**

**Main Office**

5900 Balcones Drive #15930 Austin, TX 78731

PH: (786) 703-8810

Nebraska - New Mexico - North
Dakota - South Dakota -
Wisconsin

Service of Pleadings by Email:

Service@nia.law

OSIC_LEE HO_000282



Your conduct and your refusal to honor your obligations under the policy of insurance and the laws of this state have caused my client to suffer damages. Based on the information currently available to us, and as required by Texas law, including Tex. Ins. Code sec. 542A.003, we contend that the amount shown in our attached damage estimate is the amount of damage for the replacement cost for the damages or loss to the covered property. The specific amount owed by you would be the total of the replacement cost amount shown in the estimate less any deductibles, prior or any subsequent payments, and applicable depreciation, as well as any other limitations which may apply per the terms of the policy. We hereby make demand for payment of the covered damages in the amount of the damage estimate attached.

Additionally, your delay in paying this amount subjects you to the payment of accrued interest that applies to this loss as per Texas Insurance Code Ch. 542. Texas law also affords our clients the ability to recover their attorney's fees for this action. In addition to this, based upon your conduct, we are also seeking, as provided by Texas law, for the conduct that was committed knowingly as the term is defined by Texas Insurance Code, Ch. 542, treble damages as a penalty for your conduct in this matter.

Our investigation is in its infancy, and we have not yet been provided with your claim file for analysis. We therefore reserve the right to adjust these amounts to conform to the information and evidence that may be available to us at the time of trial if litigation becomes necessary. If we are required to file a suit in this matter, please take notice that we intend to include as party defendants in the lawsuit the following persons defined in Texas Insurance Code Sections 541.002 or 542A.001(1): Ohio Security Insurance Company.

At this time, we trust that this matter can be resolved in a prompt, fair, and equitable manner, without the need for further legal action. We intend to refrain from serving you with a lawsuit for the statutory notice period unless otherwise directed by you. We invite

---

Florida - Texas - Colorado - Illinois - Iowa - Michigan - Minnesota - Missouri -

**National Insurance Advocates, PLLC**

**Main Office**

5900 Balcones Drive #15930 Austin, TX 78731

PH: (786) 703-8810

Nebraska - New Mexico - North Dakota - South Dakota - Wisconsin

Service of Pleadings by Email:

Service@nia.law

OSIC_LEE HO_000283



you to use this 60-day pre-suit notice period, a copy of which has been provided to our clients, for its intended purpose, to make an offer of settlement to resolve this claim before the need to file a lawsuit. However, if you fail to respond with an acceptable offer of settlement, we will have no alternative but to serve the lawsuit for all actual damages and for all expenses and fees to which our client is entitled, together with any and all other damages and penalties for which you may be liable.

Your prompt attention to this matter is requested.  Please direct your response or any other communications concerning this matter to me.  I look forward to discussing this matter with you soon.

With kindest personal regards,

<u>Anthony Pastor, Esq.</u>
Anthony Pastor, Esq.
(833) 701-4110
Intake@NIA.Law

<u>/s/ Rick Carrasco</u>
Rick Carrasco, Esq.
Rick@NIA.Law

cc: Charles Tilly

---

Florida - Texas - Colorado - Illinois - Iowa - Michigan - Minnesota - Missouri -

**National Insurance Advocates, PLLC**

**Main Office**

5900 Balcones Drive #15930 Austin, TX 78731

PH: (786) 703-8810

Nebraska - New Mexico - North Dakota - South Dakota - Wisconsin

Service of Pleadings by Email:

Service@nia.law

OSIC_LEE HO_000284