# EXHIBIT M
























OSIO_LEE_HO_000258