# EXHIBIT N

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **LEE HO VILLAGE TOWNHOME ASSOCIATION** | § § § | |
| *Plaintiff,* | § § | |
| | § | **CIVIL ACTION NO. 4:25-cv-4165** |
| **V.** | § | **JURY** |
| | § | |
| **OHIO SECURITY INSURANCE COMPANY,** | § § § | |
| | § | |
| *Defendant.* | § | |

**DECLARATION OF BRANDON MANN**

1.      I, Brandon Mann declare, and state as follows, in accordance with section 28 U.S.C. § 1746.

2.      I am a General Adjuster CL Complex Claims, for Liberty Mutual Insurance Company (" Liberty"). Liberty owns Defendant Ohio Security Insurance Company ("OSIC"). I have the authority to and have been authorized to make this Declaration on behalf of OSIC. I am of sound mind, over the age of 18, have never been convicted of a felony or crime of moral turpitude and am competent to make this Declaration. Further this Declaration is true and correct based on my personal knowledge of the matters set forth herein.

3.      The attached are records from the claim file for the claim reported by Lee Ho Village Property Owners Association bearing Policy No. BKS 662011092 and claim number 24210427 which is the subject of this lawsuit. *Exhibits A through J and M* attached to OSIC's Motion for Summary Judgment, are reproductions of the originals or exact duplicates of the originals and were kept by OSIC in the regular course of its business activities and it was a regular part of OSIC's business activities for employees or representatives acting for or on behalf of OSIC

with knowledge of the acts or events recorded to make such records. The records were either made by, or from information transmitted by, persons with knowledge of the events or conditions recorded therein, and the entries were made at or near the time of the events and conditions recorded.

**4.**    My name is Brandon Mann. My date of birth is June 8, 1983 and my business address is PO Box 5014, Scranton, PA 18505-5014. I declare under the penalty of perjury that the foregoing is true and correct.

Executed in Franklin County, in the State of Kentucky on June 30, 2026.

Brandon Mann