EXHIBIT "A"

RESTORE ZONE

| | | | |
|---|---|---|---|
| Client(s) Name(1&2): LEE HO VILLAGE TOWNHOME ASSOCIATION | | Date: 08/27/2024 | |
| Address: 9400 Bellaire Blvd | City: Houston | Zip: 77036 | |
| Home Phone: | Cell Phone: 713-988-1668 | Email: chucktilly@yahoo.com | |
| Insurance Company: Liberty Mutual | Date of Loss: 07/08/2024 | | |
| Policy #: BKS2566201109 | Claim #: | | |

**DIRECTION TO PAY, ASSIGNMENT AGREEMENT AND LETTER OF PROTECTION,**

**Agreement:** I, the Homeowner/Property Owner/Insured, and or its representative for the property located at the address listed above (hereinafter "Client"), authorize RESTORE ZONE LLC (hereinafter "Service Provider") to enter said property to perform services to protect, repair, restore, or replace a dwelling or structure and/or to mitigate against further damage to such property (the "Services"). Client agrees to fully cooperate with insurance company as required by the subject policy of insurance and comply with all pre and post-loss obligations required by same.

**Assignment and Direct Payment Authorization:** Client hereby assigns to Service Provider any and all post loss insurance rights, benefits, causes of action, attorney's fees, and proceeds under Client's property insurance policy up to the amount owed for the Services. Client also hereby instructs and directs Client's insurance carrier to make separate payments directly to Service Provider, or its representative(s). Client makes this assignment and authorization in consideration of Service Provider's agreement to perform services and supply materials and otherwise perform its obligations under this contract.

Client further instructs Client's insurance carrier to communicate directly with Service Provider without restriction regarding any matters in connection with Client's insurance claim (the "Claim"). Client hereby assigns all legal rights to recover any and all insurance proceeds owed by client's insurance company regarding this loss; including but not limited to the right to bring appropriate legal action up to the amount owed for the services rendered by Service Provider. Service Provider shall be entitled to all recovery of costs, penalties, bad faith, and attorney's fees associated with the collection of their invoice from Client's Insurance Company, if applicable. If the Client's insurance policy restricts the right to assign all post loss insurance benefits to Service Provider and the Courts of the subject state determine that such restriction is valid, then this assignment shall become null and void ab-initio, and will solely be an irrevocable direction to pay and a lien on insurance proceeds.

Service provider reserves the right to supplement and/or amend the estimate upon receipt of additional information, research, and documentation. An up-to-date copy of the estimate/invoice will be provided to the client. Notwithstanding anything herein, should this Assignment Agreement be found invalid, or should the carrier deny payment or should it be determined that the carrier is not liable. Notwithstanding anything herein, should this Assignment Agreement be found invalid, or should the carrier deny payment or should it be determined that the carrier is not liable For the services rendered by Service Provider,

Client acknowledges and accepts that Client shall be responsible and liable for any amounts due to Service Provider for services rendered and that the undersigned is authorized to bind Client to the obligations found herein. Service Provider shall have all remedies available at law to secure payment for services rendered at the subject property.

**Letter of Protection:** Client hereby agrees that this agreement also constitutes a Letter of Protection ("LOP") and a lien upon any and all Proceeds to be paid by the insurance company in connection with Client's insurance claim (the "Claim"), and any right that Client has to the payment of the Proceeds shall be subordinate to Service Provider's rights.

Client hereby agrees that Service Provider shall be paid the full amount of its invoice from the Proceeds, on a first priority basis to Client and any other contractor that has or will perform any services on the Property. If Client retains an attorney, Client hereby directs Client's attorney to make this LOP a part of the attorney's permanent legal file regarding the Claim, and to inform any other attorney that might become involved with the prosecution of the Claim, by reason of substitution of the Law Firm by another lawyer or law firm, of this LOP. Client understands and agrees that Client is fully responsible to Service Provider for payment for the Services for any amount not covered or paid by Client's insurance carrier..

**Payments, Terms, and Interest:** If for any reason payment is made to the Client by an insurer for the services provided by Service Provider under the instant contract, it shall be endorsed over to Service Provider within three (3) business days. Client agrees that any portion of work, deductibles, betterment, depreciation, or additional work requested by the undersigned, not covered by insurance, must be paid by the Client on or before its completion. Client hereby appoints Service Provider as attorney-in-fact, authorizing Service Provider to endorse Client's name and to deposit "insurance checks or drafts" on behalf of Service Provider. In the event that legal or collection agency proceedings must be instituted to recover any amount due, Service Provider shall be entitled to recover the cost of collections, including collection agencies, attorney's fee and court costs, plus a finance charge of 1.5% per month that applies to all amounts due.

**Severability:** Any provisions of this Agreement which are prohibited or unenforceable in any jurisdiction shall, as to such jurisdiction, be ineffective to the extent of such prohibition or unenforceability without invalidating the remaining provisions hereof, and any such prohibition or unenforceability in any jurisdiction shall not invalidate or render unenforceable such provision in any other jurisdiction.

EXHIBIT A

Copy from re:SearchTX

RESTORE ZONE

*Client has received a copy of the estimate for the services rendered or to be rendered and agrees with the charges for the same.*

Client 1 Signature: Charles (Chuck) Tilly Print Name: Chuck Tilly Date: 08/27/2024

Client 2 Signature: ______________ Print Name: ______________ Date: ________

Service Provider Representative: Hrant Vardanyan Print Name: Hrant Vardanyan Date: 08/27/2024

Liquidated Damages:
THE PARTIES HAVE DISCUSSED AND NEGOITATED IN GOOD FAITH THE QUESTION OF DAMAGES THAT WOULD BE SUFFERED BY CONTRACTOR IF THE CONTRACT IS BREACHED BY THE CLIENT BY TERMINATING THE CONTRACT BEFORE THE WORK BEGINS. BOTH PARTIES HEREBY AGREE THAT THIS WOULD BE A BREACH OF CONTRACT AND HAVE ENDEAVORED TO REASONABLY ESTIMATE SUCH DAMAGES HEREIN. They agree that (1) such damages are and will be impracticable or extremely difficult to fix, (2) liquidated damages in the amount of the anticipated 20% profit are and would be reasonable as a measure of such damages, (3) in the event of such breach, contractor shall be entitled to be paid by client said 20%, and (4) in consideration of the payment of such liquidated damages, contractor shall be deemed to have waived all other claims for damages or relief at law or in equity on account of the client terminating or cancelling parties construction contract, except for: (a) claims for the return or other delivery of documents in connection with this agreement; (b) actions to expunge a lis pendens or other clouds on title caused by the client; (c) claims on account of client's indemnity obligations under this agreement, and (d) attorneys' fees and costs incurred by contractor. Notwithstanding the foregoing, in the event client objects to, fails to cooperate with and pay said agreed upon 20% then contractor shall have all of the remedies otherwise available to contractor at law or in equity. CLIENT'S INITIALS C.T.
CONTRACTOR'S INITIALS H.V.



EXHIBIT A

Copy from re:SearchTX

RESTORE ZONE

| | |
|---|---|
| Property Owner Name(s): LEE HO VILLAGE TOWNHOME ASSOCIATION | |
| Property Address: 9400 Bellaire Blvd | |
| City: Houston | State: TX Zip: 77036 |
| Phone: Cell: | Email: chucktilly@yahoo.com |
| Insurance Company: Liberty Mutual | Policy #: BKS2566201109 |
| Claim #: | DOL: 07/08/2024 |

## Assignment of Proceeds

**Assignment of Proceeds and Direct Payment Authorization:** Client hereby assigns a first priority security interest in all insurance proceeds ("Proceeds") received under Client's insurance policy up to the amount of the services provided by the Service Provider on Client's property ("Services"). Client also hereby agrees to instruct and direct Client's mortgage company to make a separate and individual payment in connection with the Services directly to Service Provider or its representatives ("Representatives"). Client makes this assignment and direct payment authorization in consideration for the Services. Client authorizes Services Provider or its attorney, successors, agents or assignees to provide this agreement to Client's mortgage company as definitive evidence of the instructions and directions above. Client further authorizes Service Provider to communicate directly with Client's mortgage company for purposes of receiving information and obtaining direct payment for the Services.

**Payments, Terms and Interest:** If for any reason payment is made to Client by an insurer or mortgage company for the services provided by Service Provider under the work authorization executed between Client and Service Provider, it shall be endorsed over to Service Provider or to Representatives within three (3) business days. Client agrees that any portion of work, deductibles, betterment, depreciation or additional work requested by the undersigned, not relating to the subject claim, must be paid by the undersigned on or before its completion. Client hereby appoints Service Provider and its successors, agents and/or assignees, as attorney in-fact, authorizing Service Provider and its successors, agents and/or assignees, to endorse Client's name on any check that includes Client's name, and to deposit insurance checks or drafts paid for the Services into Service Provider's, or its successors, agents and/or assignees, bank account. Payments to Service Provider are due within 30 days.

**Collection For Services:** Client hereby agrees that in the event that Client's insurance carrier fails to pay the full invoiced amount of the Services, at Service Provider's discretion Client will hire and retain an attorney of Service Provider's choosing (hereinafter "Attorney") in order to collect payment for the Services, and attorney shall be compensated directly from Client's insurance carrier pursuant to all applicable laws.

**Severability:** If any term, provision, covenant or restriction of this Agreement is held by a court of competent jurisdiction to be invalid, illegal, void or unenforceable, the remainder of the terms, provisions, covenants and restrictions set forth herein shall remain in full force and effect and shall in no way be affected, impaired or invalidated, and the parties hereto shall use their commercially reasonable efforts to find and employ an alternative means to achieve the same or substantially the same result as that contemplated by such term, provision, covenant or restriction. It is hereby stipulated and declared to be the intention of the parties that they would have executed the remaining terms, provisions, covenants and restrictions without including any of such that may be hereafter declared invalid, illegal, void or unenforceable.

***Client has read and understand the information above and have received a copy for Client's records. This contract is intended to be legally binding and contains all of the terms and conditions between the parties.***

*Signature Page to Follow*

EXHIBIT A

Copy from re:SearchTX

Client Signature: Charles Tilly

Client Name: Chuck Tilly

Phone: ______________________

Job Site Address: 9400 Bellaire Blvd Houston TX 77036

Date of Loss: 07/08/2024

Email: chucktilly@yahoo.com

Signature: Hraut Vardanyan

On Behalf of Service Provider

Insurance Carrier: Liberty Mutual

Policy No.: BKS2566201109

Claim No.: ______________________

Date: 08/27/2024



EXHIBIT A

Copy from re:SearchTX