IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LEE HO VILLAGE TOWNHOME ASSOCIATION | § | |
| VS | § | CIVIL ACTION NO. 4:25-CV-4165 |
| OHIO SECURITY INSURANCE COMPANY | § | |

QUESTIONS TO BE PROPOUNDED TO THE WITNESS,
THE CUSTODIAN OF RECORDS FOR: STOPLOSS SPECIALISTS LLC

1. Please state your full name, occupation, and/or official title.

ANSWER John Lewis, CEO

2. Did you receive a Subpoena Duces Tecum for the production of: Complete copy of your file related to communications with the Lee Ho Village Townhome Association or any of its agents, representatives or anyone acting on its behalf, relating to your work or involvement at the property located at 9400 Bellaire Blvd., Houston, Harris County, Texas 77036, between July 8, 2024, through February 1, 2026. This request includes but is not limited to any communications, letters, emails, text messages, GroupMe, WeChat, Signal, Telegram or other messaging applications.

Complete copy of your file related to your work performed for Lee Ho Village Townhome Association or at the property located at 9400 Bellaire Blvd., Houston, Harris County, Texas 77036. This request includes but is not limited to and any estimates, proposals, bids, receipts, invoices, proof of payment, emails related to the work performed or requested to perform at the property between July 8, 2024, through February 1, 2026

pertaining to ALL ITEMS/DOCUMENTS AS REQUESTED?

ANSWER Yes.

3. Are you able to identify these records as the original or true and correct photostatic copies of the originals?

ANSWER Yes.

4. Does your file pertaining to this matter contain photographs? If yes, please hand these to the Officer taking your deposition. Have you done as requested? If not, why not?

ANSWER Yes; documents produced.

5. Does your file pertaining to this matter contain videotapes? If yes, please hand these to the Officer taking your deposition. Have you done as requested? If not, why not?

ANSWER No.

6. Does your file pertaining to this matter contain audiotapes? If yes, please hand these to the Officer taking your deposition. Have you done as requested? If not, why not?

ANSWER No.



EXHIBIT 1

7. Were these records made and kept in the regular course of your business? (Business means any kind of regularly organized activity, whether conducted for profit or not).

ANSWER Yes.

8. In the regular course of your business, did the person who signed or otherwise prepared these records either have personal knowledge of the entries on these records or obtain the information to make such records from sources who have such personal knowledge?

ANSWER Yes.

9. Are these records under your care, supervision, direction, custody or subject to your control?

ANSWER Yes.

10. Are these records made at or near the time of the act, event or condition recorded on the records, or reasonably soon thereafter pertaining to the incident in question?

ANSWER Yes.

11. Were these records kept as described above?

ANSWER Yes.

12. Have you been requested, directed, or has it ever been suggested by any person (whether doctor, lawyer or anyone else) that any part of the records subject to this deposition be withheld or protected from discovery for any reason? If so, please explain why the records are being withheld and state the name and address of the person who conveyed this information to you and when such event occurred.

ANSWER A few documents have been withheld under the protections of attorney client privilege and attorney work product.

13. Are you aware of any other person or business entity that may have possession of the video recordings requested herein? If yes, please identify the name, address and telephone number of each person or business entity, if known.).

ANSWER I am not aware of any other person or entity that has video recordings related to the property. On projects like this, it is not uncommon for subcontractors to have videos, but I have no knowledge of any subcontractors that have responsive videos.

14. Please hand exact duplicates of all such records as outlined in the Subpoena Duces Tecum to the Officer taking your deposition for inspection and photocopying. (These will be at no expense to you, and the Officer will return the originals of your records to you after they have been both inspected and copied). Have you done as requested? If not, why not?

ANSWER Documents have been produced through secure links by our attorneys at Martin Powers & Counsel.

15. Have any records of any kind been destroyed or are any records missing? If yes, why? Please describe those records that are missing or have been destroyed by STOPLOSS SPECIALISTS LLC.

ANSWER: No.



EXHIBIT 1

16. In the event that no records can be found, are there document archives (i.e. microfiche) or document retention policies which explain their absence? If yes, please explain your archiving and/or retention policy. Please identify who has knowledge of those archives and/or retention policies for STOPLOSS SPECIALISTS LLC.

ANSWER: Not applicable.

John Lewis
______________________________
WITNESS CUSTODIAN OF RECORDS

I, ______________________________, A Notary Public in and for the State of ______________ do hereby certify that the foregoing answers of the witness were made by the said witness and sworn to and subscribed before me. The records attached hereto are exact duplicates of the original records.
GIVEN UNDER MY HAND AND SEAL on this the ________ day of ____________________ 20____.

______________________________
Notary Public in and for the State of __________

I declare under penalty of perjury under the laws of the United States of America and the State of Texas that the foregoing is true, correct and within my personal knowledge.

Executed on 5/18/2026 (date) in Forsyth County, GA (state).

Signed by:
135694D6409048D...
______________________________
John Lewis