**StopLoss Specialists, LLC**
315 Curie Drive, Alpharetta, GA 30005
1048 Forum Drive, Broussard, LA 70518
(877) 427 - 5151

# WORK AGREEMENT

This WORK AGREEMENT ("Agreement") is made this 19 day of September, 2024, by and between **STOPLOSS SPECIALISTS, LLC** ("**StopLoss**") and Restore Zone LLC ("**CLIENT**") (collectively referred to herein as "Parties") Project Address: 9400 Bellaire Blvd Houston, Tx 77036 ( "Property").

**1. SCOPE OF WORK: StopLoss** shall furnish resources including, but not limited to professional services, project management, labor, equipment, and/or materials (either on **StopLoss's** own behalf or by utilizing third-party vendors) to perform damage assessments, stabilization, mitigation, remediation, and/or repairs to the Property (hereinafter "the WORK") **CLIENT** hereby authorizes **StopLoss** to have direct contact and negotiate with **CLIENT's** Insurance Company of record, Insurance Company's Adjuster and/or Agent as it relates to this claim and further authorizes **StopLoss** to make decisions based on its expertise to prevent further damage to the above mentioned property.

**2. CONTRACT DOCUMENTS:** The contract documents consist of this Agreement, general conditions, construction documents, specifications, allowances, draw schedules, information disclosure statements, price lists, insurance reports, all addendums and attachments issued prior to or after the execution of this Agreement, and all change orders or modifications issued prior or after this Agreement that are agreed to by both Parties, in writing. These contract documents represent the entire Agreement of both Parties and supersede any prior oral or written agreement.

**3. CONSIDERATION:** In consideration of the WORK to be performed, **CLIENT** shall pay **StopLoss** for the services performed under this Agreement (and subsequent addenda) on a "time and material" basis. The rates payable hereunder and additional pricing terms and conditions are set forth on ATTACHMENT A, attached hereto and incorporated herein and / or per the attached Exhibit "B". Third-party labor, costs, and/or expenses incurred by **StopLoss** will be invoiced and/or assessed to **CLIENT** based upon the third-party provider's invoice to **StopLoss**. Overhead expenses in the amount of ten percent (10%) and a profit margin in the amount of ten percent (10%), cumulatively twenty percent (21%) of the amount of the third-party provider invoice, will be added to the amount due from the **CLIENT** to **StopLoss**.

**4. PAYMENT TERMS: StopLoss** reserves the right to request advance payment for WORK rendered and/or to be rendered at an amount agreed upon by **CLIENT** and **StopLoss,** which shall be due upon receipt. All amounts invoiced and/or assessed to **CLIENT** will be due and payable as follows:

a. Upon arrival at the loss, **StopLoss** and/or its agents or assigns will formulate an initial quick damage assessment of the structure, regarding and relating to equipment, consumables and personnel needs. WORK will commence immediately. **StopLoss** reserves the right to request from **CLIENT** a draw based upon a portion of those needs and, in an amount, agreed upon by the Parties. The Parties agree that these initial funds are to be received via bank wire by **StopLoss** within 72 hours of the request.

b. **StopLoss** may submit to **CLIENT** weekly interim invoices based upon actual job progress, including third party expenses, costs, and/or labor incurred. All parties agree that these funds are to be received via bank wire by **StopLoss** within 7 days of the invoice submittal to the **CLIENT.**

c. If for any reason payment by the **CLIENT'S** insurer is made directly to the **CLIENT**, the same shall be endorsed over to **StopLoss** within three (3) business days and shall not be deposited into **CLIENT'S** bank account without the express written authority of **StopLoss**. **Client** agrees that any portion of Work, deductibles, betterment, depreciation, or additional Work requested by the undersigned, not covered by insurance, must be paid by the undersigned on or before its completion. **CLIENT** hereby appoints **StopLoss** as attorney in-fact for the sole purpose to endorse **CLIENT'S** name, and to deposit insurance checks or drafts for **StopLoss**.

d. **Direct Payment Authorization**: **CLIENT** hereby irrevocably agrees to expressly instruct and direct its Carrier or any other payor, public adjusting firm, ("the Public Adjuster"), attorney, or any agent representing **CLIENT** in the claim ('Claim') (the "Payor(s)") to make payments directly to the trust account("Trust Account") of Florida Insurance Law Group who shall disburse the funds received for the **StopLoss** services rendered and or to be rendered in connection with the Claim to **StopLoss** and pursuant to the express contractual right of subrogation ***(NOT ASSIGNMENT)*** hereby granted by **CLIENT** to **StopLoss**. **CLIENT** also hereby instructs its Carrier to provide **StopLoss** all relevant information requested by **StopLoss**, its representative, or its Attorney, in connection with the Claim.



EXHIBIT B

Initial: Client HV StopLoss ____

**StopLoss Specialists, LLC**
315 Curie Drive, Alpharetta, GA 30005
1048 Forum Drive, Broussard, LA 70518
(877) 427 - 5151

All past due amounts will be subject to a late fee equal to the lesser of (a) 1.5% per month or (b) the maximum rate allowed by applicable law. **StopLoss** reserves its right and shall be entitled to reimbursement for costs of collection, including but not limited to interest, reasonable attorney's fees, costs, and/or collection fees. **StopLoss** further reserves its right to any and all unpaid amounts by **CLIENT** or their owners, agents, or assigns, as well as for interest, reasonable attorney's fees, costs, and/or fees for the breach and/or enforcement of any terms of this entire Agreement and/or the contract documents.

**5. ACKNOWLEDGEMENT: CLIENT** acknowledges and agrees that **CLIENT** is responsible for payment to **StopLoss** for all invoiced and/or assessed amounts for the WORK provided to the **CLIENT** and the Property by virtue of the provisions of this Agreement and the contract documents. *LACK OF INSURANCE COVERAGE OR FAILURE ON THE PART OF **CLIENT** TO RECEIVE INSURANCE PROCEEDS WILL **NOT** RELIEVE **CLIENT** OF THE RESPONSIBILITY FOR PAYMENT OF **STOPLOSS** INVOICES AND ASSESSMENTS FOR THE WORK PROVIDED TO **CLIENT** AND TO THE PROPERTY.*
**CLIENT** acknowledges and agrees that **StopLoss** provides invoices to **CLIENT'S** insurance carrier ***only*** as a courtesy and convenience to **CLIENT**, which does not in any way and does not to any extent release **CLIENT** from the responsibility and/or obligation to pay **StopLoss** for the Work provided to **CLIENT** and/or the Property. **CLIENT** acknowledges and agrees to release, hold harmless, and indemnify **StopLoss** against any and all claims and/or actions that may result from the ceasing, temporarily or permanently, of any Work by **StopLoss** due to a breach of any portion of this contract. In the event that **CLIENT** hires an attorney to collect **CLIENT'S** Claim, **CLIENT** hereby instructs its attorney or future attorney to hold **StopLoss** invoices for collection and to pay all unpaid invoices from any insurance claim proceeds ("Proceeds") received from **CLIENT'S** insurance claim and litigation relating to same. **CLIENT** hereby agrees that this Agreement shall constitute a lien upon any and all Proceeds received in connection with the insurance claim, and any right that **CLIENT** may have to payment of the proceeds from the claim shall be subordinate to **StopLoss's** rights. **CLIENT** hereby agrees that **StopLoss** shall be paid the full amount of its unpaid invoices from the Proceeds collected in accordance with the payment instructions outlined in "Payment Terms" section. **CLIENT** further provides full authority to **StopLoss** to file any necessary paper work with the pertinent governmental authorities to perfect its interest and lien rights against the property in the event that the Carrier fails to pay for the Work. **CLIENT** hereby directs its attorney to make this Agreement a part of its permanent legal file regarding the insurance claim, and to inform any other attorney that might become involved with the prosecution of the insurance, by reason of substitution of the law firm by another lawyer or law firm, of this Agreement.

**6. CLIENT RESPONSIBILITIES: CLIENT** is responsible for all utilities used during the WORK performed by **StopLoss**. **CLIENT** agrees not to disable, disengage, and/or turn off any equipment and/or machinery without first securing written permission from **StopLoss** (by email or otherwise) to do so. **CLIENT** is responsible for providing access to the Property to **StopLoss,** its vendors, agents, subcontractors, and/or assigns to perform the WORK. **CLIENT** is responsible and required to maintain full, complete, and total disclosure regarding hazardous materials in and/or may be associated with said Property. In the event **StopLoss** is unable to perform its recommended WORK and/or drying equipment is removed or turned off prematurely, **CLIENT** agrees to release, hold harmless, and indemnify **StopLoss** against any and all claims and/or actions that may result from such actions by **CLIENT** or their owner, agents, or assigns. **CLIENT** agrees to timely file an insurance claim ("Claim") with **CLIENT'S** insurance carrier ("Carrier") for all covered losses associated in connection with the above-referenced Property, to fully cooperate with the investigation and processing of the Claim and comply with all post-loss duties required by the applicable policy of insurance issued by Carrier.

**POLICY ENFORCEMENT: CLIENT** hereby irrevocably appoints **StopLoss** as its lawful attorney-in-fact and to act as **CLIENT'S** agent and servicer, and in connection therewith authorizes **StopLoss** to retain a lawyer chosen jointly by and between **StopLoss** and **CLIENT**. **CLIENT** agrees that in the event that **StopLoss's** invoices are not paid in full within twelve (12) months from the date of execution of this Agreement, **CLIENT** shall retain a lawyer to initiate court proceedings to collect from Carrier all unpaid amounts for Work provided by **StopLoss**.

**7. AUTHORIZED ANTIMICROBIAL AGENTS: CLIENT** understands that in the best judgment of **StopLoss**, materials may be treated with a commercial antimicrobial agent to inhibit the growth of microorganisms during the drying process as is industry best practice. **CLIENT** has received advance notice of the use of antimicrobial and/or antimicrobial product as part of the restoration process and the **CLIENT'S** "right to know." **CLIENT** understands it is beyond the expertise of **StopLoss** to determine if someone is sensitive to its application. **CLIENT** agrees to and will release, hold harmless, and indemnify **StopLoss** for the use of antimicrobial agents and/or antimicrobial products, as well as against any and all claims and/or actions that may result from such expressly authorized and noticed use. **CLIENT** understands that information brochures and SDS sheets for all used agents are available to **CLIENT** at all times.

**8. NO TERMINATION for CONVENIENCE: CLIENT** may terminate the WORK to be performed by **StopLoss** ***only*** in the event that **StopLoss** fails to perform and/or otherwise fails to render services in a good and Workmanlike manner. **StopLoss** reserves the right and shall be entitled to all legal remedies arising from **CLIENT**'s, or their owners, agents,

**StopLoss Specialists, LLC**
315 Curie Drive, Alpharetta, GA 30005
1048 Forum Drive, Broussard, LA 70518
(877) 427 - 5151

or assigns, breach of this provision including, but not limited to, instituting an action for recovery of payment for all WORK performed to the date of termination, the costs, labor, and expenses of such WORK, plus overhead, profit, late fees, collection fees, interest, reasonable attorney's fees, and costs relating thereto. **StopLoss** reserves the right to terminate this Agreement due to lack of payment, violation of the Agreement by **CLIENT**, and/or as otherwise provided by the terms and conditions set forth in this Agreement.

**9. EXCLUSIONS: StopLoss** shall not, without further written mutual agreement, be responsible for: **a)** The winterization of the property **b)** The identification, testing or sampling of any environmental pollutant, contaminant, hazard, toxin, condition, irritant, material or problem, including, but not limited to molds, fungi, bacteria, mildew, mycotoxins, spores or other irritants of any kind, as all such services are to be performed by a qualified indoor air quality professional/industrial hygienist ("IAQP/IH") employed by the **CLIENT**. **c)** The correction of building, fire or code violations, should they exist. **d)** The repair or replacement of roof tarps and/or other remedial measures or WORK which have been secured and are in place and are then rendered ineffective as a result of subsequent weather events, vandalism, theft, or any other event which is outside of **StopLoss's** control.

**10. JURISDICTION AND VENUE:** This Agreement shall be interpreted by the laws of the State of Louisiana. In the event that legal action is brought regarding the WORK or enforcement of this Agreement, the Courts of Louisiana shall have exclusive jurisdiction over same, the exclusive federal court venue for any action shall be in the Western District Court of Louisiana for the Federal District Court, and the exclusive state court venue for any action shall be in the Lafayette Parish Division of the Fifteenth Judicial District Court of the State of Louisiana.

**11. EXTENSION OF TIME LIMITATIONS: CLIENT** agrees to extend any applicable statute of limitation by a period of two (2) years beyond the time provided by any statute which is applicable to the jurisdiction in which the WORK was performed, including, but not limited to, any statute which requires the filing of a Mechanics Lien or Notice of Intention to Claim a Mechanics Lien within certain periods of time.

**12. EXECUTION AND AUTHORITY:** The person executing this Agreement on behalf of **CLIENT** represents and warrants that he/she has authority to enter into this Agreement and bind the **CLIENT**. If the subject Property is owned by more than one party, and/or if owner's name on title to Property differs from that of **CLIENT** listed herein, the person executing this Agreement represents and warrants that he/she has secured the permission of all other **CLIENTS** to enter into this Agreement. **CLIENT** may not assign this Agreement to any other party without written permission of **StopLoss.**

**13. CATASTROPHIC WORK WARRANTY:** THIS WARRANTY IS IN LIEU OF ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR PARTICULAR PURPOSE. **StopLoss** shall not be responsible for special, incidental and/or consequential damages. Our liability shall be limited to repair and/or replacement of any nonconforming Work with industry standards. The standard for remediation is to remove or clean any contaminated materials. **StopLoss** shall not be responsible for any problems, damages, costs, or injuries due to or associated with additional water intrusion, subsequent moisture damage, or failure to maintain structure(s) after remediation is complete. To the extent that **StopLoss** is required or requested to return to the site to correct and/or repair any of its Work due to alterations and/or damage done by others, such Work shall be considered "extra" and beyond the WORK defined in this Agreement and will be billed separately at the rates, costs, and fees agreed upon and described above, plus a reasonable remobilization charge.

**14. LIMITATIONS:** The inclusion of a limitation of liability provision in this Agreement under the terms set forth below is a material consideration for **StopLoss's** willingness to perform the WORK. To the maximum extent permitted by applicable law, **CLIENT** hereby expressly agrees that the liability of **StopLoss**, its parent, subsidiaries, affiliates and subcontractors, including their respective officers, directors, members, shareholders, employees, agents, successors and assigns, for any and all causes of action whatsoever, arising out of or in connection with this Agreement or the WORK, shall not exceed the coverage afforded by **StopLoss's** insurance as specified in the insurance certificate provided.

**15. SEVERABILITY:** If any terms, covenant, paragraph, sentence, or section of this Agreement shall be deemed invalid or unenforceable, the remainder of this Agreement (other than those as to which it is held are invalid or unenforceable) shall not be affected thereby and shall be valid and enforced to the fullest extent of the law.

**StopLoss Specialists, LLC**
315 Curie Drive, Alpharetta, GA 30005
1048 Forum Drive, Broussard, LA 70518
(877) 427 - 5151

**SPECIAL NOTICE FOR U.S. ISLANDS/TERRITORIES: All parties understand the complexities of the mitigation process regarding structures on U.S. islands/territories that have been heavily impacted from catastrophic events. All parties understand and, furthermore, expect that seaport and island infrastructure issues will cause substantial delays in the mitigation process that will exceed what would be normal, customary, and reasonable.**

**These inevitable delays are beyond the control of the Client/Property Owner and StopLoss, and therefore, the Client/Property Owner shall expressly agree to release, hold harmless, and indemnify StopLoss, its parent, subsidiaries, affiliates, and subcontractors, including their respective officers, directors, members, shareholders, employees, agents, successors and assigns, for any and all causes of action whatsoever, arising out of, or in connection with, damages or liability for damages caused to the structure as a result of the aforementioned complexities and unforeseen delays.**

**Client: Lee Hoe Townhome Association**

**Name (Printed):** Hrant Vardanyan

**By (Signed):** Hrant Vardanyan

**Title:** President of company / HOA President

**Date:** 10/07/2024

**StopLoss Specialists, LLC**

**Name (Printed):** Scott Butaud

**By (Signed):** Scott Butaud

**Title:** ____________________

**Date:** 10/07/2024

StopLoss Specialists, LLC
315 Curie Drive, Alpharetta, GA 30005
1048 Forum Drive, Broussard, LA 70518
(877) 427 - 5151

# 2024 NATIONAL RATE SHEET

## Attachment A

## Terms and Conditions

**LABOR (Including Scheduled, Unscheduled and Temporary Labor):**

- The guidelines for labor calculations are as follows: Any labor hours Worked in excess of eight hours in a single calendar day, Monday through Friday, shall be billed at 1.5 times the normal scheduled rates. All hours Worked Saturday and Sunday will be billed at 1.5 times the scheduled rates. All hours Worked on U.S. Federal Holidays will be calculated at 2 times the hourly rate. For response, all hours Worked "after-hours", meaning between the hours of 5 pm and before 8 am, shall be billed at 1.5 times the scheduled rates regardless of whether or not this time is in the first eight hours for that calendar day.
- Response personnel shall be billed portal to portal, as applicable.
- Labor (including Scheduled, Unscheduled, and Temporary Labor) will be billed at the rate category which is equivalent to the WORK actually performed, **provided however,** that to the extent the WORK under this Agreement is subject to a collective bargaining agreement and/or Workers performing service are covered under a union laborers agreement, Davis-Bacon, Federal and/or State minimum wage or hour laws, which modifies **StopLoss's** standard rates, adjustments shall be made to the labor rates so as to be consistent with such law(s). A surcharge of $25.00 per hour will be applied to any Labor Rate (including Scheduled, Unscheduled, and Temporary Labor) subject to a collective bargaining agreement.
- A fee of $135.00 per hour will be charged for every hour worked per person on the project once StopLoss demobilizes for admin support and ongoing activities to support the project, including but not limited to response to RFIs, travel and participation in settlement conferences, depositions, mediations and or trial.

**SCHEDULED EQUIPMENT, SCHEDULED GENERATORS, AND SCHEDULED VEHICLES:**

- An Equipment Cleaning / Decontamination charge of $31.50 per piece of equipment shall be applied to the invoice.
- Delivery charges apply on all items.
- During the course of conducting business, **StopLoss** may add additional equipment to the schedule at a daily rate price.
- All Equipment rates shall be calculated and invoiced as a daily rate.

**MATERIALS:**

- Materials will be charged at vendor invoice pricing plus overhead (10%) and profit (10%), cumulatively 21%.
- Delivery charges apply on materials at vendor invoice plus overhead (10%) and profit (10%), cumulatively 21%.

**VENDORS & SUBCONTRACTORS, MATERIALS & EQUIPMENT:**

- All Vendors, including, but not limited to, Subcontractors (excluding Temporary Labor), Materials and Equipment, and third-party receipts will be billed based upon the vendor invoice plus overhead (10%) and profit (10%), cumulatively 21%.

**TRAVEL / PER DIEM / LODGING:**

- Services provided may utilize out-of-town resources. As a result, mobilization, hotel, travel, per diem, and other expenses may apply and shall be the responsibility of the **CLIENT**. Reimbursement to **StopLoss** for these expenses shall be due upon receipt and **StopLoss** reserves the right to seek reimbursement from **CLIENT** weekly**.**
- Per diem rates are based on regional GSA rates charged per person per day plus overhead (10%) and profit (10%), cumulatively 21%.
- For multiple jobs on a single day, per diem, lodging, and travel will be prorated accordingly.
- Travel, Lodging, and Per Diem expenses including mobilization and demobilization of equipment, personnel and supplies from US Mainland to US Islands/territories, as well as travel on US Islands/Territories will be subject to overhead (10%) and profit (10%), cumulatively 21%.

**MISCELLANEOUS:**

- Sales Tax is specifically ***excluded*** (unless otherwise specified) and shall be in addition to all specified rates where applicable and due. All parties agree that **CLIENT** shall be responsible for any additional fees including but not limited to excise tax, sales tax, import fees, tariffs, duties and all government assessed cost.
- Trade discounts, rebates, refunds, allowances, referral fees, specialized pricing, bulk purchase pricing, negotiated vendor pricing, and amounts that may be obtained on payments made by **StopLoss** and/or that may be accruing to **StopLoss** and/or its partners, in connection with the WORK under this Agreement, if any, shall accrue only to **StopLoss** and/or its partners and shall not be apart of or applied to the purchase pricing of this contract Agreement.
- Any program, franchise and/or referral fees that may be due by **StopLoss** for the WORK, if any, shall be the responsibility of **StopLoss**.
- Please note where the price of material, equipment, labor, and/or energy increases significantly during the term of the WORK, **StopLoss** reserves the right to equitably increase these rates. A significant price increase means an increase in price exceeding 10% from the date **StopLoss** first quotes any pricing for the WORK through the date of completion. Additionally, from time to time, regional fluctuations in rates may apply.
- Work performed in the New York Area (defined as a radius of 25 miles from the Borough of Manhattan) is subject to an additional 21% markup that will be applied to the total of all charges associated with this rate sheet.
- **CAT SURCHARGE – StopLoss will add a 7% surcharge to all invoices for projects that are contracted during a Declared State of Emergency by the local, state, or federal government.**
- If StopLoss incurs costs to finance the project due to the lack of the Clients performance regarding the payment terms of this contract, StopLoss shall charge the cost of financing plus overhead (10%) and profit (10%), cumulatively 21%. for the facilitation of the funding.

EXHIBIT B

# 2024 NATIONAL RATE SHEET

**Attachment A**

## Safety / Security

| DESCRIPTIONS | UNIT | RATE | DESCRIPTIONS | UNIT | RATE |
|---|---|---|---|---|---|
| P.F.P. (Personal Fall Protection) | Per Man Per Day | $ 75.00 | Safety Station | Each | $ 150.00 |
| P.P.E. Level 1 - ( Hard Hat / Eye Protection / Hearing Protection / Safety Vest) | Per Man Per Day | $ 25.00 | Temporary Perimeter Fencing | Linear Ft. / Month | $ 6.00 |
| P.P.E. Level 2 - ( Lvl 1+Rubber Boots,Wader,Rain Gear ) | Per Man Per Day | $ 55.00 | Single Gate | Per Month | $ 150.00 |
| P.P.E. - ( PRP-Half Face respirator w/o cartridges) | Per Man Per Day | $ 35.00 | Double Gate | Per Month | $ 250.00 |
| P.P.E. - ( PRP-Full Face respirator w/o cartridges) | Per Man Per Day | $ 50.00 | Sandbags | Each bag / month | $ 15.00 |

## Labor

| LABOR DESCRIPTIONS | UNIT | RATE | LABOR DESCRIPTIONS | UNIT | RATE |
|---|---|---|---|---|---|
| Project Coordinator | HR | $ 160.00 | Reconstruction Technician (carpentry, insulation, drywall, paint) | HR | $ 95.00 |
| Senior Project Manager | HR | $ 160.00 | Skilled Demo Supervisor | HR | $ 75.00 |
| Project Site Manager | HR | $ 135.00 | Skilled Demo Foreman | HR | $ 70.00 |
| Assistant Project Site Manager | HR | $ 105.00 | Skilled Demo Technician | HR | $ 60.00 |
| Desiccant / Generator Technician | HR | $ 120.00 | Skilled Cleaning Supervisor | HR | $ 75.00 |
| Certified Generator Mechanic | HR | $ 195.00 | Skilled Cleaning Foreman | HR | $ 70.00 |
| Electrician | HR | $ 165.00 | Skilled Cleaning Technician | HR | $ 60.00 |
| Supply Coordinator | HR | $ 100.00 | Decontamination Coordinator | HR | $ 100.00 |
| Supply Officer | HR | $ 65.00 | Decontamination Supervisor | HR | $ 85.00 |
| Logistics Coordinator | HR | $ 100.00 | Decontamination Foreman | HR | $ 75.00 |
| CDL Driver | HR | $ 85.00 | Decontamination Technician | HR | $ 65.00 |
| Equipment Operator - Certified | HR | $ 80.00 | Staging Coordinator | HR | $ 100.00 |
| Certified Industrial Hygenist | HR | $ 180.00 | Staging Supervisor | HR | $ 85.00 |
| Industrial Hygenist | HR | $ 135.00 | Staging Foreman | HR | $ 75.00 |
| Health & Safety Coordinator | HR | $ 135.00 | Staging Technician | HR | $ 65.00 |
| Health & Safety Field Officer | HR | $ 100.00 | Skilled Labor | HR | $ 55.00 |
| HAZMAT Supervisor (mold, chemical, water, fire) | HR | $ 95.00 | General Labor | HR | $ 45.00 |
| HAZMAT Foreman (mold, chemical, water, fire) | HR | $ 90.00 | Planning / Project Document Control | HR | $ 75.00 |
| HAZMAT Technician (mold, chemical, water, fire) | HR | $ 85.00 | Equipment Validation Coordinator | HR | $ 65.00 |
| Quality Control Coordianator | HR | $ 100.00 | Equipment Validation Officer | HR | $ 55.00 |
| Quality Control - Data Room Officer | HR | $ 75.00 | Photo Documentation Coordinator | HR | $ 65.00 |
| Quality Control Field Officer | HR | $ 75.00 | Photo Documentation Officer | HR | $ 55.00 |
| Remediation / Restoration Supervisor | HR | $ 85.00 | Project Auditor | HR | $ 65.00 |
| Remediation / Restoration Foreman | HR | $ 75.00 | Clerical / Off Site Admin | HR | $ 55.00 |
| Remediation / Restoration Technician | HR | $ 65.00 | Clerical / On Site Admin | HR | $ 60.00 |
| Reconstruction Supervisor (carpentry, insulation, drywall, paint) | HR | $ 115.00 | Professional Engineer | HR | $ 175.00 |
| Reconstruction Foreman (carpentry, insulation, drywall, paint) | HR | $ 105.00 | Perfessional Architect | HR | $ 175.00 |

## Packages

| DESCRIPTIONS | UNIT | RATE |
|---|---|---|
| **Administration Package:** ***In lieu of individual equipment charges*** ; includes usage of all computers, printers, scanners, tablets, cameras, data cards, usb storage devices, software fees, ink, and general office supplies: This fee will be charged per day for each Manager (Asst. Project Manager and above positions), Clerical, and Auditor positions | Per Day | $ 55.00 |
| **Communications Package:** ***In lieu of individual equipment charges*** ; includes usage of all mobile phones, GPSs, two-way radios, WIFI (includes data charges up to 60 GB per month), File sharing software fees and charges, This fee will be charged per day for each crew Supervisor/Foreman and above positions | Per Day | $ 35.00 |

## Vehicles / Heavy Equipment

| DESCRIPTIONS | UNIT | RATE | DESCRIPTIONS | UNIT | RATE |
|---|---|---|---|---|---|
| Passenger Vehicle: Car | Per Day | $ 125.00 | ForkLift up to 7000 LBS | Per Day | $ 465.00 |
| Passenger Vehicle - SUV | Per Day | $ 155.00 | ForkLift up to 8000 LBS | Per Day | $ 625.00 |
| Work Truck - Light Duty | Per Day | $ 165.00 | ForkLift up to 10000 LBS | Per Day | $ 750.00 |
| Van - Cargo/Passenger | Per Day | $ 175.00 | ForkLift up to 15000 LBS | Per Day | $ 850.00 |
| Work Truck - 3/4 Ton 4 x 4 | Per Day | $ 200.00 | ForkLift up to 18000 LBS | Per Day | $ 1,025.00 |
| Work Truck - 1.0 Ton 4 x 4 | Per Day | $ 400.00 | ForkLift up to 25000 LBS | Per Day | $ 1,200.00 |
| Work Truck - 1.5 Ton 4 x 4 | Per Day | $ 485.00 | ForkLift up to 35000 LBS | Per Day | $ 1,400.00 |
| Work Truck - 1 Ton 4 x 4 | Per Day | $ 540.00 | ForkLift up to 38000 LBS | Per Day | $ 1,600.00 |
| Cargo/Box Truck - Up to 20' | Per Day | $ 305.00 | ForkLift Extended Reach up to 5000 LBS | Per Day | $ 465.00 |
| Cargo/Box Truck - 20' and above | Per Day | $ 350.00 | ForkLift Extended Reach up to 6000 LBS | Per Day | $ 550.00 |
| Tractor - 53' Semi | Per Day | $ 600.00 | ForkLift Extended Reach up to 8000 LBS | Per Day | $ 700.00 |
| All Terrain Vehicle (ATV) | Per Day | $ 175.00 | ForkLift Extended Reach up to 10000 LBS | Per Day | $ 1,000.00 |
| UTV (Diesel) Two Row 4 x4 | Per Day | $ 225.00 | ForkLift Extended Reach up to 12000 LBS | Per Day | $ 1,150.00 |
| Mobile Command Center | Per Day | $ 850.00 | ForkLift Extended Reach up to 14000 LBS | Per Day | $ 1,250.00 |
| Trailer - 24' Fast Response Trailer | Per Day | $ 450.00 | ForkLift Extended Reach up to 16000 LBS | Per Day | $ 1,375.00 |
| Trailer - 53' Box Truck | Per Day | $ 325.00 | ForkLift Extended Reach up to 18000 LBS | Per Day | $ 1,450.00 |
| Flatbed Trailer - 10' - 18' | Per Day | $ 75.00 | Articulating Boom Lift 28-45 FT | Per Day | $ 750.00 |
| Flatbed Trailer - 20' - 50' | Per Day | $ 145.00 | Articulating Boom Lift 40-45 FT | Per Day | $ 950.00 |
| Step Deck Trailer - 53' | Per Day | $ 325.00 | Fuel Cell - 250 - 499 Gallon | Per Day | $ 200.00 |
| Landoll Hydraulic Trailer | Per Day | $ 325.00 | Fuel Cell - 500 - 749 Gallon | Per Day | $ 295.00 |
| Reefer Trailer | Per Day | $ 375.00 | Fuel Cell - 750 - 999 Gallon | Per Day | $ 400.00 |
| 990 Gallon Fuel Trailer | Per Day | $ 650.00 | Fuel Cell - 1000 - 1249 Gallon | Per Day | $ 500.00 |
| Catering Trailer | Per Day | $ 850.00 | Fuel Cell - 1500 - 1800 Gallon | Per Day | $ 650.00 |
| | | | Fuel Cell - 2300 Gallon | Per Day | $ 850.00 |

**Vehicle fuel & operator will be billed separately**

**EXHIBIT B**



Emergency Work Agreement

Inital: Client ________ StopLoss ______

## Equipment

| DESCRIPTIONS | UNIT | RATE | DESCRIPTIONS | UNIT | RATE |
|---|---|---|---|---|---|
| Air Compressor - Portable | Per Day | $ 25.00 | Heater: Electric Heater 150 Kw | Per Day | $ 1,400.00 |
| Air Mover - Axial Fan | Per Day | $ 35.00 | Heater: IDF Heater 300-399K | Per Day | $ 560.00 |
| Air Mover - Radial Fan | Per Day | $ 30.00 | Heater: IDF Heater 500-599K | Per Day | $ 770.00 |
| Air Mover - Industrial Fan ( 24" - 36") | Per Day | $ 85.00 | Heater: IDF Heater 700-799K | Per Day | $ 1,540.00 |
| Air Scrubber : Up to 799 CFM | Per Day | $ 115.00 | Heater: IDF Heater 1000-1199K | Per Day | $ 1,825.00 |
| Air Scrubber: 800 - 1399 CFM | Per Day | $ 130.00 | Heater: IDF Heater 2000-2500K | Per Day | $ 2,100.00 |
| Air Scrubber: 1400 - 4999 CFM | Per Day | $ 185.00 | Heater: Fire Bird 10,000 BTU | Per Day | $ 200.00 |
| Air Scrubber: 5000 CFM | Per Day | $ 230.00 | Heater: Fire Bird 20,000 BTU | Per Day | $ 225.00 |
| Chain Saw | Per Day | $ 35.00 | Heater: Fire Bird 31,000 BTU | Per Day | $ 250.00 |
| Dehumidifier: Desiccant - 0 - 699 CFM | Per Day | $ 295.00 | Hydroxyl Machine | Per Day | $ 285.00 |
| Dehumidifier: Desiccant - 700 - 999 CFM | Per Day | $ 650.00 | Lay Flat: Small 12" x 250' | Each | $ 350.00 |
| Dehumidifier: Desiccant -1000 - 2999 CFM | Per Day | $ 1,150.00 | Lay Flat: Large 30" x 500' | Each | $ 525.00 |
| Dehumidifier: Desiccant - 3000 - 4999 CFM | Per Day | $ 1,775.00 | Ozone Generator | Per Day | $ 215.00 |
| Dehumidifier: Desiccant - 5000 - 7500 CFM | Per Day | $ 1,975.00 | Pump: Sump Pump With Hose (1/2 HP) | Per Day | $ 195.00 |
| Dehumidifier: Desiccant - 9000 - 10000 CFM | Per Day | $ 3,000.00 | Pump: 2 " Trash Pump | Per Day | $ 250.00 |
| Dehumidifier: Desiccant - 15000 CFM | Per Day | $ 3,575.00 | Pump: 3 " Trash Pump | Per Day | $ 300.00 |
| Dehumidifier: Desiccant Accessory Kit | Per Day | $ 475.00 | Pressure Washer - Cold (3500 PSI) | Per Day | $ 150.00 |
| Dehumidifier: X Large LGR (110-159 ppd) | Per Day | $ 165.00 | Pressure Washer - Hot / Cold ( 3500 PSI ) | Per Day | $ 265.00 |
| Dehumidifier: XX Large LGR (160 + ppd) | Per Day | $ 195.00 | Scaffolding - Baker Scaffolding | Per Section/ Day | $ 40.00 |
| Demolition Cart | Per Day | $ 50.00 | Temporary Cooling : 1 - 1.4 Ton | Per Day | $ 275.00 |
| Dolly | Per Day | $ 25.00 | Temporary Cooling : 1.5 - 1.9 Ton | Per Day | $ 310.00 |
| Extraction Unit - (Portable) | Per Day | $ 165.00 | Temporary Cooling : 2 - 2.5 Ton | Per Day | $ 340.00 |
| Extraction Unit - Ride on Type (Xtreme Xtractor) | Per Day | $ 195.00 | Temporary Cooling : 2.6 - 2.9 Ton | Per Day | $ 375.00 |
| Flex Duct: Duct Splitter (Y or T) | Per Day | $ 15.00 | Temporary Cooling : 3.0 - 5.0 Ton | Per Day | $ 410.00 |
| Flex Duct: Flex Duct | Per Day | $ 35.00 | Temporary Cooling : 12 Ton | Per Day | $ 1,010.00 |
| Fogger: Fogger Thermo | Per Day | $ 210.00 | Temporary Cooling : 1-1.4 Ton | Per Day | $ 1,115.00 |
| Fogger: Fogger ULV | Per Day | $ 50.00 | Temporary Cooling : 25 Ton | Per Day | $ 1,525.00 |
| Flex Duct: High Temp Flex Duct | Per Day | $ 50.00 | Temporary Cooling : 30 Ton | Per Day | $ 150.00 |
| Heater: Electric Heater 1-5 Kw | Per Day | $ 110.00 | Temporary Cooling : 40 Ton | Per Day | $ 1,595.00 |
| Heater: Electric Heater 6-10 Kw | Per Day | $ 185.00 | Temporary Cooling : 50 Ton | Per Day | $ 2,210.00 |
| Heater: Electric Heater 11-15 Kw | Per Day | $ 250.00 | Temporary Cooling : 60 Ton | Per Day | $ 2,485.00 |
| Heater: Electric Heater 16-30 Kw | Per Day | $ 350.00 | Temporary Cooling : 80 Ton | Per Day | $ 2,765.00 |
| Heater: Electric Heater 31-45 Kw | Per Day | $ 595.00 | Vacuum - HEPA - Commercial Backpack | Per Day | $ 100.00 |
| Heater: Electric Heater 46-65 Kw | Per Day | $ 800.00 | Vacuum - Shop Vacuum | Per Day | $ 45.00 |
| Heater: Electric Heater 120 Kw | Per Day | $ 1,250.00 | Vacuum - Shop Vacuum w/ HEPA Filter | Per Day | $ 75.00 |
| | | | Vapor Teck Machine | Per Day | $ 245.00 |

## Electrical / Power

| DESCRIPTIONS | UNIT | RATE | DESCRIPTIONS | UNIT | RATE |
|---|---|---|---|---|---|
| Cable: 4/0 Tail | Per Day | $ 12.00 | Generator - 15 kw - 23 kw | Per Day | $ 300.00 |
| Cable: Tee | Per Day | $ 12.00 | Generator - 24 kw - 30 kw | Per Day | $ 390.00 |
| Cable: 4/0 400 Amp 50' Camlock | Per Day | $ 38.00 | Generator - 31 kw - 35 kw | Per Day | $ 420.00 |
| Cable: 2/0 5 Wire Banded 200 Amp 50' Cam | Per Day | $ 52.00 | Generator - 36 kw - 39 kw | Per Day | $ 485.00 |
| Cable: 6/4 Spider Box Cable 50' | Per Day | $ 38.00 | Generator - 40 kw- 55 kw | Per Day | $ 525.00 |
| Cable: Ramps | Per Day | $ 30.00 | Generator - 56 kw- 70 kw | Per Day | $ 582.00 |
| Circuit Tester / Analyser | Per Day | $ 35.00 | Generator - 71 kw - 99kw | Per Day | $ 700.00 |
| Extension Cord: 20 amp 25' | Per Day | $ 4.50 | Generator - 100 kw - 119 kw | Per Day | $ 1,075.00 |
| Extension Cord: 20 amp 50' | Per Day | $ 5.00 | Generator - 120 kw - 139kw | Per Day | $ 1,200.00 |
| Extension Cord: 20 amp 100' | Per Day | $ 7.50 | Generator - 140 kw -159 kw | Per Day | $ 1,275.00 |
| Distribution: Spider Box | Per Day | $ 85.00 | Generator - 160 kw - 199 kw | Per Day | $ 1,400.00 |
| Distribution:Panel 200 Amp | Per Day | $ 240.00 | Generator - 200 Kw - 239 kw | Per Day | $ 1,675.00 |
| Distribution: Panel 400 Amp | Per Day | $ 275.00 | Generator - 240 kw - 279 kw | Per Day | $ 1,775.00 |
| Distribution:I - Line Panel 200 Amp | Per Day | $ 50.00 | Generator - 280 kw - 319 kw | Per Day | $ 1,875.00 |
| Distribution:I - Line Panel 400 Amp | Per Day | $ 75.00 | Generator - 320 kw - 348 kw | Per Day | $ 1,975.00 |
| Distribution:I - Line Panel 600 Amp | Per Day | $ 135.00 | Generator - 349 kw - 399 kw | Per Day | $ 2,075.00 |
| Distribution:I - Line Panel 800 Amp | Per Day | $ 160.00 | Generator - 400 kw - 439 kw | Per Day | $ 2,175.00 |
| Distribution:I - Line Panel 1000 Amp | Per Day | $ 180.00 | Generator - 440 kw - 479 kw | Per Day | $ 2,275.00 |
| Distribution:I - Line Panel 1200 Amp | Per Day | $ 205.00 | Generator - 480 kw - 559 kw | Per Day | $ 3,500.00 |
| Light: Halogen Work Light | Per Day | $ 25.00 | Generator - 560 kw - 639 kw | Per Day | $ 3,850.00 |
| Light: Stand | Per Day | $ 35.00 | Generator - 640 kw - 749 kw | Per Day | $ 4,050.00 |
| Light: String | Per Day | $ 35.00 | Generator - 750 kw - 959 kw | Per Day | $ 4,150.00 |
| Light: Wobble | Per Day | $ 35.00 | Generator - 960 kw - 1119 kw | Per Day | $ 5,150.00 |
| Light: Light Tower 4-7 KW | Per Day | $ 200.00 | Generator - Greater than 1120 KW available upon request | Per Day | TBD |
| Light: Light Tower 8-15 KW | Per Day | $ 310.00 | Spill Berm 9' X 14' | Per Day | $ 75.00 |
| Light: Light Tower 16-20 KW | Per Day | $ 395.00 | Spill Berm 12' X 25' | Per Day | $ 125.00 |
| Remediation Saw (Kett saw w/dustless attachment) | Per Day | $ 45.00 | Spill Berm 10' X 50' | Per Day | $ 175.00 |

## Environmental / Monitoring Equipment

| DESCRIPTIONS | UNIT | RATE | DESCRIPTIONS | UNIT | RATE |
|---|---|---|---|---|---|
| ATP Meter | Per Day | $ 95.00 | Manometer | Per Day | $ 55.00 |
| Anemometer | Per Day | $ 75.00 | Manometer - Recording | Per Day | $ 110.00 |
| 4 Gas Meter | Per Day | $ 85.00 | MatterPort Camera | Per Day | $ 300.00 |
| Boroscope | Per Day | $ 70.00 | Moisture Meter | | $ 65.00 |
| Hygrometer | Per Day | $ 25.00 | Particulate Counter | Per Day | $ 70.00 |
| Thermal Imaging Camera | Per Day | $ 165.00 | Tramex | Per Day | $ 70.00 |

## Hand Tools - Misc. - (See below)

**DESCRIPTIONS**

**In lieu of itemized daily charges,** a "Hand Tools" charge of 3% will be added to each invoice based upon the total billable amount of labor.
The following "hand tools"list includes, but is not limited to, the items listed below

| | | | |
|---|---|---|---|
| Brushes - Cleaning | Lock, Master, #1, #5 | Saw - Skil / Circular | Tool Set - Electrical/Mech |
| Buckets | Lock-Out, Tag-Out Kit | Saw - Drywall - Handheld | Trash Barrel/Cans |
| Chalk/Chalk Line | Mop Bucket, w/Wringer | Saw -Hack | Water Hose/Accessories |
| Crow & Flat Bars | Mop Handles | Scissors | Wheelbarrow |
| Drywall Tools/Knives | | Scraper, Long Handle | Wrenches |

## Consumables

**DESCRIPTIONS**

****Materials/Consumables: Shall be invoiced at cost plus (10%) overhead and (10%) profit for a cumulative markup of 21%****

**EXIBIT B**



Emergency Work Agreement

Initial: Client ________ StopLoss ______