StopLoss

September 16, 2024

Claim Pay
111 E 17th St 13327
Austin, Tx 78701
Attn: J F Bahier

Re: StopLoss Job Number SL- 241035-R
Property Owner: Chuck Tilly
DOL: 7-08-2024
Attorney of Record: NIA
Insured: Lee Ho Village Town Home Association
Property Address: 9400 Bellaire Blvd Houston, Tx 77036

Mr. Bahier,

The above referenced client is insured by Liberty Mutual and the property was originally inspected by Restore Zone on August 4,2024. A secondary inspection was completed by StopLoss on September 12, 2024, along with a third inspection by StopLoss on September 16, 2024. The initial contractual documents were executed on Restore Zone contracts and are currently being replaced with StopLoss contracts.
This information is available for review and confirmation through the shared Drop Box File CLIENT SL 241035-R.

Please accept this letter as a status update in preparation to mobilize on the above referenced claim as well as a request for an approval for funding.
Please confirm via email reply that this specific file/loss has met all the notification requirements between Claim Pay and Schroeders to avoid any delayed funding as StopLoss mobilizes to begin work.

Respectfully Submitted,

Scott Butaud
Chief Operating Officer
sbutaud@stoploss247.com
(337) 319-3425



EXHIBIT C