**Keller, Kolby**

| | |
|---|---|
| **From:** | Anthony Pastor <anthony@nia.law> |
| **Sent:** | Thursday, September 19, 2024 11:37 AM |
| **To:** | Scott Butaud |
| **Cc:** | Erik Murray; John Lewis |
| **Subject:** | Re: Introduction of Erik Murray FIH Industrial Hygienist |

Hi Scott,

Thanks for the introduction, and for the connection! I am always looking to expand my network with referrals from people I trust.

Erik, it is great to meet you. You come highly recommended from Scott and John. I would love to jump on a quick phone call either tomorrow or early next week to discuss these claims whenever you have time. My number is (305) 318-5485.

Scott, thanks again for the introduction.

All the best,

Anthony Pastor

On Thu, Sep 19, 2024 at 11:51 AM Scott Butaud <sbutaud@stoploss247.com> wrote:

> Good Morning Anthony,
>
> As per our conversation yesterday, I would like to introduce you to an Industrial Hygienist that StopLoss is very familiar with and that we think will be a great fit for the following project in Houston, Texas;
>
> a. SL 241035-R Lee Hoe Town Association Houston, Texas
> b. SL 241031- R Fortune Property Mgmt. Stafford, Texas
> c. SL 241065-R Holiday Inn Victorville, CA
>
> Eric- Meet Mr. Anthony Pastor with National Insurance Advocates, he is the attorney of record on the above claims and your point of contact for the client representative.
>
> Anthony- thank you for trusting our judgment on this one, I'm certain Eric will exceed all your expectations.



EXHIBIT D

Respectfully,

**Scott Butaud**

Chief Operating Officer

C | 337.319.3425 | O | 877.427.5151

1048 Forum Drive, Broussard, LA 70518

315 Curie Drive, Alpharetta, GA 30005

sbutaud@stoploss247.com

**CONFIDENTIAL:** The information in this email (and any attachments) is confidential. If you are not the intended recipient, you must not read, use, or disseminate the information. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free, and no responsibility is accepted by StopLoss LLC for any loss or damage arising in any way from its use.

--

All the best,

**Anthony Pastor, Esq.**
**Attorney**

5900 Balcones Drive, STE 100
Austin, TX 78731
Tel. +1 (833) 701-4110



**EXHIBIT D**

**NOTICE**: This message, including attachments, is confidential and may contain information protected by the attorney-client privilege or work product doctrine. If you are not the intended recipient, any disclosure, copying, distribution, or use of the contents of this message are prohibited. If you have received this email in error, please destroy it and notify me immediately.



EXHIBIT D