**Keller, Kolby**

**From:** Jimmy St.Romain <jimmy@teamcomplete.com>
**Sent:** Friday, September 27, 2024 3:05 PM
**To:** Brittany Record; Scott Butaud; anthony@nia.law
**Cc:** Mike Sico; mario@nia.law
**Subject:** Re: Introduction of TEAM COMPLETE for Engineering Servies

Brittany,

Thank you!

Could you please send contact information anyone attending either site visits if other than Scott?

Also, the Condos appear to have gated access. Please send any codes or directions we will need.

Best regards,

*Jimmy St.Romain*
Operations Manager | Complete, Inc.
850.932.8720 | Pensacola Office
678.361.2289 | Cell Phone
Ccard Link
www.TeamComplete.com
Complete General Contractors, Inc.
CGC FL#061674
COA FL#33037

*Xactimate Level 2 Certified*
*IICRC WRT*
*FLA HI10037*

---

**From:** Brittany Record <brecord@stoploss247.com>
**Sent:** Friday, September 27, 2024 1:55 PM
**To:** Scott Butaud <sbutaud@stoploss247.com>; Jimmy St.Romain <jimmy@teamcomplete.com>; anthony@nia.law <anthony@nia.law>
**Cc:** Mike Sico <m.sico@teamcomplete.com>; mario@nia.law <mario@nia.law>
**Subject:** RE: Introduction of TEAM COMPLETE for Engineering Servies

Good Afternoon, Jimmy!

The addresses you are requesting are below:

SL241035-R Lee Ho Village Townhome Association: 9400 Bellaire Blvd. Houston, Tx 77036
SL241031-R Fortune Property Management LLC: 12755 SW Freeway Stafford, Tx 77477

The name of the restaurant is Tasty Seafood & Dim Sum.



EXHIBIT E

Please let me know if there is any additional information that you need, and I will be happy to assist.
Thank you,

**Brittany Record**
Executive Assistant to COO

C | 910.581.1426 | O | 877.427.5151
1048 Forum Drive, Broussard, LA 70518
315 Curie Drive, Alpharetta, GA 30005
brecord@stoploss247.com

**CONFIDENTIAL:** The information in this email (and any attachments) is confidential. If you are not the intended recipient, you must not read, use, or disseminate the information. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free, and no responsibility is accepted by StopLoss LLC for any loss or damage arising in any way from its use.

---

**From:** Scott Butaud <sbutaud@stoploss247.com>
**Sent:** Friday, September 27, 2024 1:46 PM
**To:** Jimmy St.Romain <jimmy@teamcomplete.com>; anthony@nia.law
**Cc:** Mike Sico <m.sico@teamcomplete.com>; mario@nia.law; Brittany Record <brecord@stoploss247.com>
**Subject:** RE: Introduction of TEAM COMPLETE for Engineering Servies

Jimmy,

I'm looping my assistant in on your request. She will be able to produce anything you need/

Brittany- Please work with Jimmy to get him what he needs.

Thanks

**Scott Butaud**
Chief Operating Officer

C | 337.319.3425 | O | 877.427.5151
1048 Forum Drive, Broussard, LA 70518
315 Curie Drive, Alpharetta, GA 30005
sbutaud@stoploss247.com

**CONFIDENTIAL:** The information in this email (and any attachments) is confidential. If you are not the intended recipient, you must not read, use, or disseminate the information. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free, and no responsibility is accepted by StopLoss LLC for any loss or damage arising in any way from its use.

---

**From:** Jimmy St.Romain <jimmy@teamcomplete.com>
**Sent:** Friday, September 27, 2024 1:44 PM
**To:** Scott Butaud <sbutaud@stoploss247.com>; anthony@nia.law
**Cc:** Mike Sico <m.sico@teamcomplete.com>; mario@nia.law
**Subject:** Re: Introduction of TEAM COMPLETE for Engineering Servies

Scott,

Thanks. Although we would like to review any documents available ahead of the inspection, could you or someone please confirm the address for each of these properties:



EXHIBIT E

a. SL 241035-R Lee Hoe Town Association Houston, Texas
b. SL 241031- R Fortune Property Mgmt. Stafford, Texas

Searching Google, I see a Lee Ho Condominiums off Bellaire Blvd but want to make sure this is the correct development. Also, please share the name of the Restaurant to make sure we go to the correct site.

Best regards,

*Jimmy St.Romain*
Operations Manager | Complete, Inc.
850.932.8720 | Pensacola Office
678.361.2289 | Cell Phone
Ccard Link
https://link.edgepilot.com/s/969e2d82/niZ6jbvU7EOPh0RIaLxn6A?u=http://www.teamcomplete.com/
Complete General Contractors, Inc.
CGC FL#061674
COA FL#33037

*Xactimate Level 2 Certified*
*IICRC WRT*
*FLA HI10037*

---

**From:** Scott Butaud <sbutaud@stoploss247.com>
**Sent:** Friday, September 27, 2024 1:31 PM
**To:** Jimmy St.Romain <jimmy@teamcomplete.com>; anthony@nia.law <anthony@nia.law>
**Cc:** Mike Sico <m.sico@teamcomplete.com>; mario@nia.law <mario@nia.law>
**Subject:** Re: Introduction of TEAM COMPLETE for Engineering Servies

Approved

Get Outlook for iOS

---

**From:** Jimmy St.Romain <jimmy@teamcomplete.com>
**Sent:** Friday, September 27, 2024 1:22:01 PM
**To:** anthony@nia.law <anthony@nia.law>
**Cc:** Mike Sico <m.sico@teamcomplete.com>; mario@nia.law <mario@nia.law>; Scott Butaud <sbutaud@stoploss247.com>
**Subject:** Re: Introduction of TEAM COMPLETE for Engineering Servies

Anthony,

We're finalizing our plans to have our Team on the Lee Hoe site Tuesday at 10am. We need, please, an acknowledgement that we have the green light to move forward.

We are putting together a Scope of Work and retainer and will get that to you on Monday, but just wanted to make sure we're all on the same page.

Best regards,

*Jimmy St.Romain*
Operations Manager | Complete, Inc.
850.932.8720 | Pensacola Office
678.361.2289 | Cell Phone
Ccard Link
https://link.edgepilot.com/s/70751491/Qk2h3_X8y0yrjDE0V4KIMw?u=http://www.teamcomplete.com/
Complete General Contractors, Inc.
CGC FL#061674
COA FL#33037

*Xactimate Level 2 Certified*
*IICRC WRT*
*FLA HI10037*

---

**From:** Jimmy St.Romain <jimmy@teamcomplete.com>
**Sent:** Thursday, September 26, 2024 1:47 PM
**To:** anthony@nia.law <anthony@nia.law>
**Cc:** Mike Sico <m.sico@teamcomplete.com>; mario@nia.law <mario@nia.law>
**Subject:** Re: Introduction of TEAM COMPLETE for Engineering Servies

Anthony,

Please see attached as requested. Let me know if you have any questions.

Just a reminder to send the address of the Lee Hoe property when you get a moment.

Link to our website below.

Best regards,

*Jimmy St.Romain*
Operations Manager | Complete, Inc.
850.932.8720 | Pensacola Office
678.361.2289 | Cell Phone
Ccard Link
https://link.edgepilot.com/s/70751491/Qk2h3_X8y0yrjDE0V4KIMw?u=http://www.teamcomplete.com/
Complete General Contractors, Inc.
CGC FL#061674
COA FL#33037

*Xactimate Level 2 Certified*
*IICRC WRT*
*FLA HI10037*

---



EXHIBIT E

**From:** Jimmy St.Romain <jimmy@teamcomplete.com>
**Sent:** Thursday, September 26, 2024 11:41 AM
**To:** anthony@nia.law <anthony@nia.law>
**Cc:** John Lewis <jlewis@stoploss247.com>; Mike Sico <m.sico@teamcomplete.com>; sbutaud@stoploss247.com <sbutaud@stoploss247.com>
**Subject:** Re: Introduction of TEAM COMPLETE for Engineering Servies

Anthony,

Thanks for taking my call. We are aiming for 10am on the 1st at Lee Hoe. If you could send the physical address for both sites, it would be appreciated.

Best regards,

*Jimmy St.Romain*
Operations Manager | Complete, Inc.
850.932.8720 | Pensacola Office
678.361.2289 | Cell Phone
Ccard Link
https://link.edgepilot.com/s/70751491/Qk2h3_X8y0yrjDE0V4KIMw?u=http://www.teamcomplete.com/
Complete General Contractors, Inc.
CGC FL#061674
COA FL#33037

*Xactimate Level 2 Certified*
*IICRC WRT*
*FLA HI10037*

---

**From:** Mike Sico <m.sico@teamcomplete.com>
**Sent:** Tuesday, September 24, 2024 6:50 AM
**To:** Scott Butaud <sbutaud@stoploss247.com>; anthony@nia.law <anthony@nia.law>
**Cc:** John Lewis <jlewis@stoploss247.com>; Jimmy St.Romain <jimmy@teamcomplete.com>
**Subject:** Re: Introduction of TEAM COMPLETE for Engineering Servies

Good morning, Anthony

I have added Jimmy to this thread, Jimmy is our operations manager and handles all of our scheduling. I spoke with Scott on Saturday and discussed the possibility of our team getting onsite next week, as you may already know there is the potential for a major hurricane hitting Florida as early as Thursday which may affect our scheduling. If there is any data that can be sent in the meantime pertaining to either of these losses, please send such as carrier estimates, expert reports or any early images. Thank you all!

Mike

**Michael Sico**
General Manager | Complete, Inc.
850.932.8720 | Office



EXHIBIT E

207.210.7304 | Mobile
https://link.edgepilot.com/s/02ef9b2a/vZgXTp88o0K-OQQNgnlqJw?u=http://www.team/Complete.com

Complete
GENERAL CONTRACTORS, INC.
CONSULTING ENGINEERS
FL. CGC #061674 FL. COA #33037
FL 0620 Adjuster - All Lines # G143518
HAAG Residential Inspector # 202250311
WIND Appraiser
Registered Appraiser - LA Dept. of Insurance
Xactimate Level 1&2 Certified
FAA sUAS Remote Pilot # 4307889
ITC Level I Thermographer

---

**From:** Mike Sico <m.sico@teamcomplete.com>
**Sent:** Thursday, September 19, 2024 4:58 PM
**To:** Scott Butaud <sbutaud@stoploss247.com>; anthony@nia.law <anthony@nia.law>
**Cc:** John Lewis <jlewis@stoploss247.com>
**Subject:** Re: Introduction of TEAM COMPLETE for Engineering Servies

Good afternoon,

Thanks Scott, we are certainly looking forward to working on these 2 assignments with y'all. Scott I will be back in the office tomorrow morning and looking at schedules, I will give you a call to discuss.

Mike

**Michael Sico**
General Manager | Complete, Inc.
850.932.8720 | Office
207.210.7304 | Mobile
https://link.edgepilot.com/s/02ef9b2a/vZgXTp88o0K-OQQNgnlqJw?u=http://www.team/Complete.com

Complete
GENERAL CONTRACTORS, INC.
CONSULTING ENGINEERS
FL. CGC #061674 FL. COA #33037
FL 0620 Adjuster - All Lines # G143518
HAAG Residential Inspector # 202250311
WIND Appraiser
Registered Appraiser - LA Dept. of Insurance
Xactimate Level 1&2 Certified
FAA sUAS Remote Pilot # 4307889
ITC Level I Thermographer

---

**From:** Scott Butaud <sbutaud@stoploss247.com>
**Sent:** Thursday, September 19, 2024 12:59 PM
**To:** anthony@nia.law <anthony@nia.law>
**Cc:** Mike Sico <m.sico@teamcomplete.com>; John Lewis <jlewis@stoploss247.com>
**Subject:** Introduction of TEAM COMPLETE for Engineering Servies



EXHIBIT E

Good Afternoon Anthony,

As per our conversation yesterday, I would like to introduce you to Mike Sico with the Forensic Engineering Company, TEAM Complete that StopLoss is very familiar with and that we think will be a great fit for the following project in Houston, Texas;

a. SL 241035-R Lee Hoe Town Association Houston, Texas
b. SL 241031- R Fortune Property Mgmt. Stafford, Texas

Mike- Meet Mr. Anthony Pastor with National Insurance Advocates, he is the attorney of record on the above claims and your point of contact for the client representative.

Anthony- thank you for trusting our judgment on this one, I'm certain Eric will exceed all your expectations.

Mike, please let me know when your team will be able get started on these projects.

Thanks

StopLoss

**Scott Butaud**
Chief Operating Officer

C | 337.319.3425 | O | 877.427.5151
1048 Forum Drive, Broussard, LA 70518
315 Curie Drive, Alpharetta, GA 30005
sbutaud@stoploss247.com

**CONFIDENTIAL:** The information in this email (and any attachments) is confidential. If you are not the intended recipient, you must not read, use, or disseminate the information. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free, and no responsibility is accepted by StopLoss LLC for any loss or damage arising in any way from its use.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.



**EXHIBIT E**