**Keller, Kolby**

| | |
|---|---|
| **From:** | Scott Butaud |
| **Sent:** | Wednesday, October 2, 2024 1:01 PM |
| **To:** | Jean Bahier |
| **Cc:** | Carlos Pastor; John Lewis |
| **Subject:** | Lee Ho Village Restore Master Contract |
| **Attachments:** | 9400_bellaire_boulevard_houston_tx_77036.pdf |

Good Afternoon JF

As per our conversation, please find the attached executed contract for Lee Ho Village. Please let me know if this will work to at least cover the initial temp roofing and mobilization cost that are invoiced and ready for submittal.

StopLoss

**Scott Butaud**
Chief Operating Officer

C | 337.319.3425 | O | 877.427.5151
1048 Forum Drive, Broussard, LA 70518
315 Curie Drive, Alpharetta, GA 30005
sbutaud@stoploss247.com

**CONFIDENTIAL:** The information in this email (and any attachments) is confidential. If you are not the intended recipient, you must not read, use, or disseminate the information. Although this email and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free, and no responsibility is accepted by StopLoss LLC for any loss or damage arising in any way from its use.



EXHIBIT F