**Keller, Kolby**

---

| | |
|---|---|
| **From:** | Preetham Mathew <preetham@claimpay.net> |
| **Sent:** | Tuesday, October 8, 2024 3:52 PM |
| **To:** | Scott Butaud |
| **Subject:** | LEE HO VILLAGE TOWN - Purchase Docs |

Hi Scott,

I have sent you the purchase docs pertaining to Lee Ho Village Town deal. Please sign and return.

**Regards,**

**Preetham Mathew**
Data & Risk Manager at ClaimPay
+1(786)651-6559 | preetham@claimpay.net | www.ClaimPay.net
111 E 17th St #13327, SMB#60762, Austin, Texas, 78701

*Disclaimer: ClaimPay does not suggest, advise, recommend, interfere with, or endorse any rate charged by any contractor for its services, and it reserves the right to make any underwriting price reduction or downward adjustment at its discretion.*

---

**From:** Scott Butaud <sbutaud@stoploss247.com>
**Sent:** Monday, October 7, 2024 11:22 AM
**To:** jfbahier@claimpay.net
**Cc:** 'Preetham Mathew' <preetham@claimpay.net>; wilfredo@claimpay.net; 'Aaron Navia' <aaron@claimpay.net>; Eric Rodriguez <eric@claimpay.net>; 'Jeff Jennings' <jeff@claimpay.net>; 'Alejandro Acosta' <alejandro.acosta@claimpay.net>; 'Albert Valero' <albert@claimpay.net>; Shantanu Partagalkar <shantanupartagalkar@hestiacapital.net>; Haley Burns <hburns@stoploss247.com>
**Subject:** Re: PMC & SL - DROP BOX

Haley

Please see attached message . I would appreciate it if you would update all when this is complete

Get Outlook for iOS

---

**From:** jfbahier@claimpay.net <jfbahier@claimpay.net>
**Sent:** Monday, October 7, 2024 10:19:59 AM
**To:** Scott Butaud <sbutaud@stoploss247.com>
**Cc:** 'Preetham Mathew' <preetham@claimpay.net>; wilfredo@claimpay.net <wilfredo@claimpay.net>; 'Aaron Navia' <aaron@claimpay.net>; Eric Rodriguez <eric@claimpay.net>; 'Jeff Jennings' <jeff@claimpay.net>; 'Alejandro Acosta' <alejandro.acosta@claimpay.net>; 'Albert Valero' <albert@claimpay.net>; Shantanu Partagalkar <shantanupartagalkar@hestiacapital.net>
**Subject:** PMC & SL - DROP BOX



**EXHIBIT G**

Dear Scott

Could you make sure that all the PMC team members in copy of this email have access to the Deal Drop Box going forward

Just want to make sure that we all work on the same version of the documents

Thanks

JFB

**Jean Francois BAHIER**
Principal
+1(646)479-8685 | jfbahier@claimpay.net | www.ClaimPay.net
111 E 17th St #13327, SMB#60762, Austin, Texas, 78701



**EXHIBIT G**